**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 00-697C<br><br>Senior Judge Merow |

**WE'S PROPOSED FINDINGS OF UNCONTROVERTED FACT IN SUPPORT OF WE'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY**

1. On June 16, 1983, WE entered into U.S. Department of Energy Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste No. CR01-83NE44425 (the "Standard Contract"). WE Complaint ¶ 9.

2. In exchange for WE's payment of fees into the Nuclear Waste Fund, DOE promised to begin removal of WE's spent nuclear fuel ("SNF") no later than January 31, 1998. Standard Contract, Art. II. Generally, DOE was "under a statutory 'obligation . . . reciprocal to the utilities' obligation to pay, to start disposing of the SNF no later than January 31, 1998.'" Northern States Power Co. v. United States, 224 F.3d 1361, 1366 (Fed. Cir. 2000) (quoting Indiana Mich. Power Co. v. United States, 88 F.3d 1272, 1277 (D.C. Cir. 1996)).

3. [T]he [Nuclear Waste Policy Act] directs DOE to undertake the duty to begin taking the SNF by January 31, 1998, whether or not it has a repository or interim storage facility." Northern States Power Co. v. Dep't of Energy, 128 F.3d 754, 760 (D.C. Cir. 1997). The duty to begin taking SNF by January 31, 1998 was "without qualification or condition." Indiana Mich., 88 F.3d at 1276.

4. On May 3, 1995, DOE formally admitted that it would be unable to begin to dispose of SNF until 2010. Final Interpretation, 60 Fed. Reg. 21,793, 21,794 (May 3, 1995).

5. DOE subsequently admitted that it "did not begin accepting SNF and/or HLW under the Standard Contract by January 31, 1998." Defendant's Proposed Findings of Uncontroverted Fact Regarding the Rate of Spent Nuclear Fuel Acceptance ("Defendant's Rate Motion PFUF"), ¶ 132.

6. DOE's failure by January 31, 1998 to begin accepting, transporting, and disposing of WE's SNF constitutes a breach of contract. Maine Yankee Atomic Power Co. v. United States, 225 F.3d 1336, 1343 (Fed. Cir. 2000)."The breach involved all the utilities that had signed the contract – the entire nuclear electric industry." Id. at 1342.

7. On November 16, 2000, WE filed a Complaint alleging that the Government breached the Standard Contract, and further alleged that:

> As a direct consequence of DOE's breach of contractual obligations, WE has been and will be forced to incur substantial additional costs. For example, WE has had to construct and maintain a dry storage SNF facility known as the Independent Spent Fuel Storage Installation ("ISFSI"). Construction of the ISFSI required substantial evaluation by WE, including preparation of an environmental analysis; efforts to seek approval of the Public Service Commission of Wisconsin; and efforts to seek the approval of the Nuclear Regulatory Commission for WE's use of storage casks at the ISFSI. WE has also had to spend substantial monies in developing and purchasing these casks. As of August, 2000, such costs exceeded $35 million dollars.

WE Complaint ¶ 17.

8. WE also alleged that, as a direct and proximate result of DOE's partial material breach of the Standard Contract, WE

> has incurred and will incur damages in a substantial amount which, as noted, exceeded $35 million dollars by August, 2000. WE's damages continue to accrue. The rate at which WE's damages will continue to accrue is dependent upon when and on what schedule DOE finally performs its contractual obligation. WE reserves its rights to recover presently unascertainable damages that may be caused by DOE's future partial breaches of the Standard Contract.

Id., ¶ 21.

9. In response to this Court's Order requesting briefs as to whether an Order shall be issued establishing breach of contract liability in this matter, the Government "acknowledge[d] that DOE's inability to begin the services to be provided by the Standard Contract by January 31,

1998 constituted a partial breach of the Standard Contract." Defendant's Response to the Court's July 24, 2001 Order (Aug. 15, 2001), at 3.

10. As of April 26, 2004, WE had paid $194.8 million into the NWF under the Standard Contract payment provisions. See Attachment 1, Declaration of Paul R. Farron (Apr. 26, 2004) ¶ 3. The DOE has yet to remove any of WE's SNF under the Standard Contract. Id., ¶ 4.

Dated: April 28, 2004

Respectfully submitted,

s/Richard W. Oehler by s/Donald J. Carney

Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
(206) 583-8419

Of Counsel:

Martin P. Willard
Donald J. Carney
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005
(202) 434-1635

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER COMPANY

**Certificate of Filing**

I hereby certify that on this 28th day of April 2004, a copy of the foregoing "WE's Proposed Findings of Uncontroverted Fact In Support of WE's Motion for Partial Summary Judgment on Liability" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald J. Carney
Donald J. Carney

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 00-697C<br><br>(Senior Judge Merow) |

**DECLARATION OF PAUL R. FARRON**

Paul R. Farron declares as follows:

1. I am Manager, Regulatory Affairs, Wisconsin Electric Power Company ("Wisconsin Electric").

2. In that capacity, I am familiar with Wisconsin Electric's obligation to make payments pursuant to the Contract For Disposal Of Spent Nuclear Fuel And/Or High Level Radioactive Waste ("Standard Contract") into the Nuclear Waste Fund ("NWF"). The NWF is the source of funds to cover the Department of Energy's ("DOE") costs of disposing of spent nuclear fuel ("SNF").

3. In the normal course of business, Wisconsin Electric records the payments that it makes into the NWF. As of April 26, 2004, Wisconsin Electric has paid $194.8 M into the NWF under the Standard Contract.

4. The DOE has yet to remove any of Wisconsin Electric's SNF under the Standard Contract.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 26, 2004

Paul R. Farron