IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 00-697C<br><br>(Senior Judge Merow) |

**DECLARATION OF PAUL R. FARRON**

Paul R. Farron declares as follows:

1. I am Manager, Regulatory Affairs, Wisconsin Electric Power Company ("Wisconsin Electric").

2. In that capacity, I am familiar with Wisconsin Electric's obligation to make payments pursuant to the Contract For Disposal Of Spent Nuclear Fuel And/Or High Level Radioactive Waste ("Standard Contract") into the Nuclear Waste Fund ("NWF"). The NWF is the source of funds to cover the Department of Energy's ("DOE") costs of disposing of spent nuclear fuel ("SNF").

3. In the normal course of business, Wisconsin Electric records the payments that it makes into the NWF. As of April 26, 2004, Wisconsin Electric has paid $194.8 M into the NWF under the Standard Contract.

4. The DOE has yet to remove any of Wisconsin Electric's SNF under the Standard Contract.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 26, 2004

Paul R. Farron