IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, Plaintiff, | ) |
| v. | ) No. 00-697C (Senior Judge Merow) |
| UNITED STATES, Defendant. | ) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of three days, to and including Friday, June 4, 2004, within which to file its response to plaintiff's motion for partial summary judgment on liability. The response is currently due on Monday, June 1, 2004. Defendant has not previously requested an enlargement of time for this purpose. Counsel for plaintiff has represented that plaintiff, Wisconsin Electric Power Company, does not oppose this motion.

As part of his review of the evidence, counsel for the Government needs this brief enlargement of time to complete his review of the plaintiff's document production. Therefore, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Kevin B. Crawford
KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 305-9640
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

June 1, 2004

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 1st day of June, 2004, a copy of this "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kevin B. Crawford