# In the United States Court of Federal Claims

No. 00-697 C

(Filed June 1, 2004)

******************************
WISCONSIN ELECTRIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

**ORDER**

On June 1, 2004, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time of three days, to and including Friday, June 4, 2004, within which to file its response to plaintiff's motion for partial summary judgment on liability.

Accordingly, it is **ORDERED** that plaintiff's motion, filed June 1, 2004, is **GRANTED**.

/s James F. Merow
James F. Merow
Senior Judge