# In the United States Court of Federal Claims

No. 00-697 C

(Filed October 8, 2004)

******************************

| | |
|---|---|
| WISCONSIN ELECTRIC | * |
| POWER COMPANY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

******************************

## SCHEDULING ORDER

It is **ORDERED**:

(1) Counsel shall promptly confer with a goal of reaching agreement on a schedule for the pretrial submissions set out in Appendix A, which schedule shall include the submission, audit examination, and exchanges with respect to all items and figures from books and records to be utilized as evidence in this matter as detailed in the Order filed November 8, 2002;

(2) On or before November 12, 2004, counsel shall file a status report(s) proposing a schedule(s) for all necessary pretrial activity in the case, together with a proposed trial date(s) and the estimated trial period required;

(3) Leave is granted for the filing of a pleading in response to plaintiff's Complaint on or before November 12, 2004.

s/ James F. Merow

James F. Merow

# In the United States Court of Federal Claims

No. 00-697 C

(Filed October 8, 2004)

******************************

WISCONSIN ELECTRIC POWER COMPANY, *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *

******************************

## SCHEDULING ORDER

It is **ORDERED**:

(1) Counsel shall promptly confer with a goal of reaching agreement on a schedule for the pretrial submissions set out in Appendix A, which schedule shall include the submission, audit examination, and exchanges with respect to all items and figures from books and records to be utilized as evidence in this matter as detailed in the Order filed November 8, 2002;

(2) On or before November 12, 2004, counsel shall file a status report(s) proposing a schedule(s) for all necessary pretrial activity in the case, together with a proposed trial date(s) and the estimated trial period required;

(3) Leave is granted for the filing of a pleading in response to plaintiff's Complaint on or before November 12, 2004.

s/ James F. Merow

James F. Merow

Senior Judge

Senior Judge