IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 00-697C |
| | ) | (Senior Judge Merow) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of seven days, to and including Friday, November 19, 2004, within which to file its pleading in response to plaintiff's complaint. The response is currently due on Friday, November 12, 2004. Defendant has not previously requested an enlargement of time for this purpose. Counsel for plaintiff has represented that plaintiff, Wisconsin Electric Power Company, does not oppose this motion.

Counsel for the Government needs this brief enlargement of time because, as one of the attorneys assigned to the preparation of the post-trial filings in the cases of Yankee Atomic Electric Company v. United States, No. 98-129C, Connecticut Yankee Atomic Power Company v. United States, No. 98-154C, and Maine Yankee Atomic Power Company v. United States, No. 98-474C, pending before this Court, he has been devoting and will continue to devote a substantial amount of time, including weekends, to completion of that project. This brief enlargement should allow

sufficient time after completion of Government counsel's present work on the Yankee filings to prepare and file the responsive pleading. Therefore, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Kevin B. Crawford
KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 305-9640
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

November 12, 2004

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 12th day of November, 2004, a copy of this "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kevin B. Crawford