# In the United States Court of Federal Claims

No. 00-697 C
(Filed November 12, 2004)

******************************
WISCONSIN ELECTRIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

**ORDER**

On November 12, 2004, Defendant's Unopposed Motion for Enlargement of Time was filed. Defendant's requests an enlargement of time of seven days, to and including November 19, 2004, within which to file its pleading in response to plaintiff's complaint.

Accordingly, it is **ORDERED** that defendant's motion, filed November 12, 2004, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge