IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 00-697C<br>(Senior Judge Merow) |

DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT REGARDING PRE-BREACH AND FUTURE DAMAGES

Pursuant to Rule 56(h)(1) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully files these proposed findings of uncontroverted fact in support of its motion for summary judgment regarding the unavailability of pre-breach and future damages for plaintiff, Wisconsin Electric Power Company ("WEPCO"), in the claim for partial breach pending before the Court.

PROPOSED FINDINGS OF UNCONTROVERTED FACT

1. WEPCO executed a Standard Contract with the Department of Energy ("DOE") for the removal of spent nuclear fuel from its Point Beach Nuclear Plant. Complaint, dated November 16, 2000, ¶¶ 1, 5, 9 and Ex. 1.

2. WEPCO continues to perform its obligations, namely the payment of fees, pursuant to the Standard Contract. Complaint, ¶¶ 1, 10.

3. DOE was obligated to begin to accept spent nuclear fuel ("SNF") from commercial nuclear utilities by January 31, 1998, in accordance with the requirements of the Standard Contract, 10 C.F. R. § 961.11 (1983). DOE has not yet begun to accept SNF from any

commercial nuclear utilities pursuant to the Standard Contract. Order, dated October 8, 2004, at 2.

4. Plaintiffs seek to recover for the DOE's partial breach of the Standard Contract. Complaint, Count One.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Kevin B. Crawford
KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-9640
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

March 11, 2005

CERTIFICATE OF FILING

I hereby certify that, on March 11, 2005, a copy of foregoing "DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT REGARDING PRE-BREACH AND FUTURE DAMAGES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kevin B. Crawford