# APPENDIX

**WISCONSIN ELECTRIC POWER COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR AN ORDER REGARDING SUBSEQUENT DAMAGES ACTIONS AND ITS OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT REGARDING PRE-BREACH AND FUTURE DAMAGES**

**INDEX TO THE APPENDIX**

Southern Nuclear Operating Co. v. United States, No. 98-614C
(Fed. Cl. Dec. 20, 2004)........................................................................................A-1

Tennessee Valley Authority v. United States, No. 01-249-C
(Fed. Cl. Aug. 12, 2004)........................................................................................A-5

1991 Annual Capacity Report, DOE (selected pages)...........................................................A-6

Gov.'s Resp. to Utility Pls.' Joint First Set of Interrogs. (selected pages).............................A-8