IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 00-697C<br>(Senior Judge Merow)<br>Filed electronically: April 11, 2005 |

**PLAINTIFF WISCONSIN ELECTRIC POWER COMPANY'S RESPONSE TO DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT REGARDING PRE-BREACH AND FUTURE DAMAGES**

Pursuant to Rule 56(h)(2) of the Rules of the Court of Federal Claims, and in support of its Opposition to Defendant's Cross-Motion for Summary Judgment Regarding Pre-Breach and Future Damages, Plaintiff Wisconsin Electric Power Company respectfully files these responses to Defendant's proposed findings of uncontroverted fact:

1. WEPCO executed a Standard Contract with the Department of Energy ("DOE") for the removal of spent nuclear fuel from its Point Beach Nuclear Plant. Complaint, dated November 16, 2000, ¶¶ 1, 5, 9 and Ex. 1.

Plaintiff agrees to the above proposed finding of uncontroverted fact.

2. WEPCO continues to perform its obligations, namely the payment of fees, pursuant to the Standard Contract. Complaint, ¶¶ 1, 10.

Plaintiff agrees to the above proposed finding of uncontroverted fact.

3. DOE was obligated to begin to accept spent nuclear fuel ("SNF") from commercial nuclear utilities by January 31, 1998, in accordance with the requirements of the Standard Contract, 10 C.F.R. § 961.11 (1983). DOE has not yet begun to accept SNF from

any commercial nuclear utilities pursuant to the Standard Contract. Order dated October 8, 2004, at 2.

Plaintiff agrees to the above proposed finding of uncontroverted fact.

4. Plaintiffs seek to recover for the DOE's partial breach of the standard Contract. Complaint, Count One.

Plaintiff agrees to the above proposed finding of uncontroverted fact, with the proviso that there is only one plaintiff in this action.

Respectfully submitted this 11th
day of April, 2005.

s/Richard W. Oehler by s/Donald J. Carney
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8419
Facsimile: (206) 359-9419

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER COMPANY

Of Counsel:
Donald J. Carney
Perkins Coie LLP
607 Fourteenth Street N.W.
Washington, D.C. 20005
Telephone: (202) 434-1675
Facsimile: (202) 654-9113

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, on April 11, 2005, I caused a copy of the foregoing PLAINTIFF WISCONSIN ELECTRIC POWER COMPANY'S RESPONSE TO DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT REGARDING PRE-BREACH AND FUTURE DAMAGES to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald J. Carney
Donald J. Carney