IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WISCONSIN ELECTRIC POWER COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 00-697C

(Senior Judge Merow)

Filed electronically: April 11, 2005

**PLAINTIFF WISCONSIN ELECTRIC POWER COMPANY'S PROPOSED FINDING OF UNCONTROVERTED FACT**

Pursuant to Rule 56(h)(2) of the Rules of the Court of Federal Claims, and in support of its Opposition to Defendant's Cross-Motion for Summary Judgment Regarding Pre-Breach and Future Damages, Plaintiff Wisconsin Electric Power Company respectfully files this proposed finding of uncontroverted fact:

1. Defendant plans to begin accepting spent nuclear fuel ("SNF") from commercial nuclear utilities no earlier than 2010. Gov.'s Resp. to Utility Pls.' Joint First Set of Interrogs. at 56 (relevant portions included in App. to Wisconsin Electric's Reply and Resp.).

Respectfully submitted this 11th
day of April, 2005.

s/Richard W. Oehler by s/Donald J. Carney

Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8419
Facsimile: (206) 359-9419

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER COMPANY

Of Counsel:

Donald J. Carney
Perkins Coie LLP
607 Fourteenth Street N.W.
Washington, D.C. 20005
Telephone: (202) 434-1675
Facsimile: (202) 654-9113

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on April 11, 2005, I caused a copy of the foregoing PLAINTIFF WISCONSIN ELECTRIC POWER COMPANY'S PROPOSED FINDING OF UNCONTROVERTED FACT to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald J. Carney
Donald J. Carney