IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-697C (Senior Judge Merow) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of seven days, to and including Thursday, May 5, 2005, within which to file its reply relating to its cross-motion for summary judgment regarding pre-breach and future damages. The reply is currently due on Thursday, April 28, 2005. Defendant has not previously requested an enlargement of time for this purpose. Counsel for plaintiff has represented that plaintiff, Wisconsin Electric Power Company, does not oppose this motion.

Counsel for the Government needs this brief enlargement of time because he has been devoting and will continue to devote a substantial amount of time, including weekends, to work relating to the completion of fact and expert discovery and preparation of exhibit lists prior to trial in the case of Tennessee Valley Authority v. United States, No. 01-249C. The time demands of that work have impeded counsel's ability to complete the updating of research and review of briefing on these same issues in the other

pending spent nuclear fuel cases that is necessary to allow for an adequate and consistent response on the issues. At the present time, counsel for the Government does not anticipate the need for any further enlargements for this purpose. Therefore, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Kevin B. Crawford
KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 305-9640
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

April 28, 2005

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on April 28, 2005, a copy of this "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kevin B. Crawford