# In the United States Court of Federal Claims

No. 00-697 C
(Filed April 29, 2005)

******************************
WISCONSIN ELECTRIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

**ORDER**

On April 28, 2005, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of seven days, to and including May 5, 2005, within which to file its reply relating to its cross-motion for summary judgment regarding pre-breach and future damages.

Accordingly, it is **ORDERED** it is ordered that defendant's unopposed motion, filed April 28, 2005 is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge