IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 00-697C<br><br>(Senior Judge Merow)<br><br>Filed electronically: May 27, 2005 |

**JOINT MOTION TO REVISE**
**<u>THE COURT'S PRETRIAL SCHEDULING ORDER</u>**

Plaintiff Wisconsin Electric Power Company ("WE") and Defendant United States respectfully move the Court to revise items (2) through (5) in its November 24, 2004 Order ("Scheduling Order"), scheduling pretrial proceedings in this litigation. As grounds for the motion, the parties state that they have worked together to resolve certain issues with regard to the Scheduling Order and this Joint Motion reflects their resolution of those issues. The proposed schedule revisions do not affect any other dates in the Scheduling Order.

The parties respectfully request that the Court reissue the Scheduling Order, revising items (2) through (5) to read as follows:

(2) <u>July 14, 2005</u>

> (a) Disclosure by plaintiff of expert reports of the Kenrich Group and of any other in-house or outside expert upon which plaintiff relies for the calculation of the damages amounts in its damages schedules, with the reports of the Kenrich Group and any other outside expert to include the information specified in RCFC 26(a)(2)(B) and to be prepared in a format which will enable their use as direct testimony should it be determined to so proceed with any or all expert witnesses.

(3) November 4, 2005

(a) Completion of fact discovery.

(4) November 14, 2005

(a) Plaintiff's other expert reports, including the information specified in RCFC 26(a)(2)(B), with the reports prepared in a format which will enable their use as direct testimony should it be determined to so proceed with any or all expert witnesses.

(5) December 15, 2005

(a) Defendant's submissions responding to plaintiff's damage schedules.
(b) Defendant's expert reports, including the information specified in RCFC 26(a)(2)(B), with the reports prepared in a format which will enable their use as direct testimony should it be determined to so proceed with any or all expert witnesses.

For the foregoing reasons, the parties respectfully request that the Court grant this motion.

Respectfully submitted,

s/Richard W. Oehler by s/Donald J. Carney
RICHARD W. OEHLER
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
Tel: (206) 583-8419
Fax: (206) 583-8500

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER COMPANY

Of Counsel:

Donald J. Carney
Perkins Coie LLP

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr. (by permission)
HAROLD D. LESTER, JR.
Assistant Director

s/Kevin B. Crawford (by permission)
KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn:Classification Unit
Eighth Floor

607 Fourteenth Street, N.W.
Washington, D.C. 20005
(202) 434-1675

Washington, D.C. 20530
Tel: (202) 305-9640
Fax: (202) 514-7065

Dated: May 27, 2005

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on May 27, 2005, the foregoing "JOINT MOTION TO REVISE THE COURT'S PRETRIAL SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald J. Carney
Donald J. Carney