# In the United States Court of Federal Claims

No. 00-697 C
(Filed May 27, 2005)

******************************
WISCONSIN ELECTRIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

**ORDER**

On May 27, 2005, the Joint Motion to Revise the Court's Pretrial Scheduling Order was filed. Parties request that the court revise items (2) through (5) of the Order filed November 24, 2004.

Accordingly, it is **ORDERED** that the joint motion, filed May 27, 2005, is **GRANTED** and that items (2) through (5) of the Order of November 24, 2004, are revised as follows:

(2) July 14, 2005

(a) Disclosure by plaintiff of expert reports of the Kenrich Group and of any other in-house or outside expert upon which plaintiff relies for the calculation of the damages amounts in its damages schedules, with the reports of the Kenrich Group and any other outside expert to include the information specified in RCFC 26(a)(2)(B) and to be prepared in a format which will enable their use as direct

testimony should it be determined to so proceed with any or all expert witnesses.

(3) <u>November 4, 2005</u>

(a) Completion of fact discovery.

(4) <u>November 14, 2005</u>

(a) Plaintiff's other expert reports, including the information specified in RCFC 26(a)(2)(B), with the reports prepared in a format which will enable their use as direct testimony should it be determined to so proceed with any or all expert witnesses.

(5) <u>December 15, 2005</u>

(a) Defendant's submissions responding to plaintiff's damage schedules.
(b) Defendant's expert reports, including the information specified in RCFC 26(a)(2)(B), with the reports prepared in a format which will enable their use as direct testimony should it be determined to so proceed with any or all expert witnesses.

s/ James F. Merow
James F. Merow
Senior Judge