**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 00-697C<br><br>Senior Judge Merow<br><br>Filed electronically: August 18, 2005 |

**JOINT MOTION FOR AN ORDER**
**REGARDING DISCOVERY OF DRAFT EXPERT REPORTS**

Plaintiff Wisconsin Electric Power Company ("WE"), and Defendant, the United States, respectfully request that the Court enter an order, based upon the joint stipulation of the parties, that no party shall be required to produce any draft (including copies) of any expert report prepared in connection with this case or in any other spent nuclear fuel ("SNF") case that is or was pending before this Court. The parties agree that, for the benefit of both parties, they would like the Court to enter an order that eliminates the need for either party to produce drafts of their respective experts' final written reports. A proposed order, containing language upon which both parties agree, is attached to this motion.

For the foregoing reasons, the parties respectfully request that the Court grant this motion.

Respectfully submitted,

s/Richard W. Oehler by s/Donald J. Carney
RICHARD W. OEHLER
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
Tel: (206) 583-8419
Fax: (206) 583-8500

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER COMPANY

Of Counsel:

Donald J. Carney
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005
(202) 434-1675

Dated: August 18, 2005

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr. (by permission)
HAROLD D. LESTER, JR.
Assistant Director

s/Kevin B. Crawford (by permission)
KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn:Classification Unit
Eighth Floor
Washington, D.C. 20530
Tel: (202) 305-9640
Fax: (202) 514-7065

Attorneys for Defendant

**CERTIFICATE OF FILING**

I certify under penalty of perjury that, on August 18, 2005, the foregoing Joint Motion For An Order Regarding Discovery of Draft Expert Reports was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald J. Carney
Donald J. Carney