**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 00-697C<br><br>Senior Judge Merow |

**ORDER**

No party shall be required to produce any draft (including copies) of any expert report prepared in connection with this case or any spent nuclear fuel case that is or was pending before this Court.

James F. Merow
Senior Judge