# In the United States Court of Federal Claims

No. 00-697 C
(Filed August 19, 2005)

******************************
WISCONSIN ELECTRIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

**ORDER**

On August 18, 2005, the Joint Motion for an Order Regarding Discovery of Draft Expert Reports was filed.

Accordingly, it is **ORDERED** that the joint motion, filed August 18, 2005 is **GRANTED**, so that in this case no party shall be required to produce any draft (including copies) of any expert report prepared in connection with this case or any spent nuclear fuel case that is or was pending before this court.

s/ James F. Merow
James F. Merow
Senior Judge