IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 00-697C |
| | ) | (Senior Judge Merow) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of four weeks, to and including Friday, October 21, 2005, within which to serve its answers and objections to plaintiff's third set of interrogatories. Our answers and objections are currently due on Friday, September 23, 2005. This is defendant's first request for an enlargement of time for this purpose. This request will not affect any dates set forth in the Court's scheduling orders. Counsel for plaintiff has represented that plaintiff, Wisconsin Electric Power Company, opposes this motion.[1]

Defendant seeks this enlargement of time because counsel of record in this matter and the other attorneys working on this case have been devoting a substantial amount of time to the

[1] Plaintiff does not oppose an enlargement <u>per se</u>, simply the amount of time requested. Plaintiff does not oppose an enlargement of one week. For the reasons stated in this motion, we do not feel that a one-week enlargement will provide enough time to complete our work on the interrogatories.

completion of post-trial briefs in the cases of Tennessee Valley Authority v. United States, No. 01-249C, and Sacramento Municipal Utility District v. United States, No. 98-488C. The time demands of that work have impeded counsel's ability to work with the agency to complete the review of the many case documents and discovery materials necessary to provide full and complete answers to many of the interrogatories.

Additionally, Harold D. Lester, Jr., the Assistant Director overseeing all of the spent nuclear fuel cases is on previously-scheduled leave in China, and will be out of the office until October 12, 2005. An enlargement of time of four weeks, to and including Friday, October 21, 2005, will permit the Government sufficient time to coordinate with the Department of Energy and fully respond to plaintiff's discovery requests in a manner consistent with the positions taken in all of the other spent nuclear fuel cases presently pending before this Court. Therefore, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Kevin B. Crawford
KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 305-9640
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

September 23, 2005

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on September 23, 2005 a copy of this "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kevin B. Crawford