# APPENDIX

Perkins Coie

1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
PHONE: 206.359.8000
FAX: 206.359.9000
www.perkinscoie.com

Richard W. Oehler
PHONE: 206.359.8419
FAX: 206.359.9419
EMAIL: roehler@perkinscoie.com

**BY FACSIMILE AND FIRST CLASS MAIL**

September 23, 2005

Mr. Kevin B. Crawford
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530

**Re: Wisconsin Electric Power Co. v. United States, No. 00-697C**

Dear Mr. Crawford:

We were shocked when the Government informed us that the Government wants to depose 20 individuals in this case prior to the close of discovery on November 4, 2005. We had no idea, and the Government provided no notice, that it intended to attempt to take this many depositions in so short a time.

Moreover, the Court issued the pretrial schedule in this case in November 2004. Wisconsin Electric ("WE") then provided its Rule 26 disclosures in February 2005. The Government has provided no explanation whatsoever for its delay in waiting until near the end of the discovery period to surprise WE with a request to depose 20 individuals.

Further, we believe that the Government would need to obtain leave of court to take more than ten depositions in this action. The current Rule 30(a)(2)(A)(2002) requires a party to obtain leave of the Court if it proposes more than ten depositions. While this action was filed in 2000, Rule 86 states that the current rules, including Rule 30(a)(2)(A), apply to all cases pending on May 1, 2002 unless application of the



[28795-0001/SL052660.141]

Mr. Kevin B. Crawford
September 23, 2005
Page 2

revised rules (1) would not be feasible or (2) would work injustice. Neither circumstance applies here.

Therefore, WE requests that the Government submit a revised deponent list and identify the ten individuals that the Government wishes to depose.

Very truly yours,

Richard W. Oehler

RWO:pmr

cc: Catherine Phillips
Donald J. Carney



[28795-0001/SL052660.141] 09/23/05