Perkins Coie

607 Fourteenth Street, N.W.
Washington, D.C. 20005-2011
PHONE: 202.628.6600
FAX: 202.434.1690
www.perkinscoie.com

Donald J. Carney
PHONE: 202.434.1675
EMAIL: dcarney@perkinscoie.com

October 4, 2005

**BY FACSIMILE**

Kevin Crawford, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

**Re: Wisconsin Electric Power Co. v. United States, No. 00-697C**

Dear Mr. Crawford:

We were surprised to read in the Government's Motion for Leave to Conduct More than Ten Depositions its contention that Wisconsin Electric Power Company ("WE") "flatly refused" to agree to make any more than ten individuals available for deposition in the above-captioned matter.

WE's letter of September 23, 2005 reminded the Government of its obligation to obtain leave of court to depose more than ten persons and requested that the Government identify those ten persons. WE's letter was not intended to foreclose the parties' negotiation of a reasonable number of depositions in this case. Indeed, the point of my call to you on September 30 was to attempt to resolve this matter by determining if the Government was willing to agree to less than 20 depositions which we do not believe can be conducted prior to the November 4 close of fact discovery.

My understanding based on our call last Friday was that the Government is not willing to agree to less than 20 depositions at this time. Nevertheless, in an attempt to resolve this matter, WE believes that it can defend approximately 15 depositions by

[28795-0001/DA052770.025.DOC]

the close of discovery. Further, we believe that 15 is a reasonable number of depositions for the Government to take in this case given the late date at which the Government has sought to undertake depositions under the Court's pretrial schedule.

Please let us know whether the Government is willing to consider this proposal to conduct approximately 15 depositions.

If you have any questions, please call me.

Sincerely,

Donald J. Carney on behalf of Don Carney

cc: Catherine Phillips
Richard Oehler