IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-697C (Senior Judge Merow) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, submits this reply to plaintiff's opposition to defendant's motion for an enlargement of time of four weeks, to and including Friday, October 21, 2005, within which to serve its answers and objections to plaintiff's third set of interrogatories.

Plaintiff's opposition is based, in large part, upon its claim that it will be "materially prejudiced" if the Court grants our enlargement request because it will only have two weeks remaining in the discovery period for additional "follow-up discovery". Pl. Opp. at 1. Despite this assertion, plaintiff has not provided any explanation as to why any such additional discovery will be needed, or as to why, if such a need exists, it cannot be accomplished within the remaining two weeks of the discovery period. At this point, any such need or prejudice is purely speculative. As such, there is no reason for the Court to deny our request for an enlargement for a period that does not exceed the fact discovery deadline to respond to plaintiff's

interrogatories. In short, the "material prejudice" asserted by plaintiff in response to our motion does not exist. As established in our moving brief however, a denial of our requested enlargement would prejudice the Government's ability to fully respond to plaintiff's discovery request.

Plaintiff attempts to downplay the prejudice to the Government by referring to the "substantial discovery" we have been pursuing in this case. Pl. Opp. at 2. By citing to our pursuit of our affirmative discovery, plaintiff contends that the Government is ignoring one set of responsibilities in favor of another. Id. It is true that analyzing the large volume of document production made by plaintiff over the last two months has also added to the work load of counsel for the Government. However, our reasons for the need for an enlargement in responding to plaintiff's interrogatories are those stated in our motion, and are not based upon some hidden agenda. Indeed, plaintiff's argument simply makes our point that based upon the extensive work facing the Government in this and other spent nuclear fuel cases, our requested enlargement is appropriate.

Finally, plaintiff argues that we "cannot reasonably" argue the need for an enlargement because of the temporary unavailability of the supervisory attorney for all of the spent nuclear fuel cases, Harold D. Lester. Id. As noted in our motion the Government's need for Mr. Lester's participation in the

preparation of our interrogatory answers is based upon the unique role he plays in the spent nuclear fuel litigation, rather than upon manpower needs. As the person at the Department of Justice responsible for all of the spent nuclear fuel litigation, Mr. Lester is uniquely qualified to coordinate and oversee all of the Government's discovery in this matter, particularly since, as noted in plaintiff's opposition, plaintiff's discovery relates to the timing and method of DOE's acceptance of spent nuclear fuel. Pl. Opp. at 1-2. Therefore, Mr. Lester's participation is indispensable, and the requested enlargement will allow him a reasonable amount of time after his return to the office on October 12, 2005, to provide it.

For the foregoing reasons, we respectfully request that the Court grant our motion for an enlargement of time, to and including October 21, 2005, within which to respond to plaintiff's third set of interrogatories.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Kevin B. Crawford
KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 305-9640
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

October 11, 2005

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that, on October 11, 2005, a copy of this "DEFENDANT'S REPLY TO PLAINTIFF’S OPPOSITION DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kevin B. Crawford