# In the United States Court of Federal Claims

No. 00-697 C
(Filed October 26, 2005)

*******************************
WISCONSIN ELECTRIC POWER COMPANY, *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
*******************************

**MEMORANDUM OF TELEPHONE CONFERENCE CALL AND ORDER**

At 1:00 p.m. EDT a conference call was held to discuss pre-trial progress and the need for a revised schedule resulting from the Order, filed October 11, 2005. Counsel participating with the undersigned were: Richard W. Oehler, Kevin B. Crawford, Alan J. Lo Re, and Donald J. Carney.

Counsel agreed that discovery was proceeding and that they were developing a proposed revised schedule which they would submit in several weeks. The undersigned stated that the approaching deadlines in the current pre-trial schedule should be considered suspended pending receipt of the proposed revisions and the entry of an order in this regard.

Counsel also raised a question concerning the format of expert reports. The main idea in providing that expert reports should be in a format which would permit their use as testimony was to provide counsel with the option to submit direct expert testimony in writing with the expert available for cross-examination, but not to require this approach. In any event, expert reports should be in a format so that they may be introduced in evidence in conjunction with the expert's testimony so as to obviate the need for extensive oral examination as to such matters as accounting figures, spent fuel allocation figures, etc. which can be set forth in writing. The requirement is

intended to assist in the efficient presentation of evidence. The decision as to presentation format is up to counsel, but the reports should be prepared with a view toward their admission in evidence in conjunction with testimony.

Accordingly, it is **ORDERED** that counsel submit a proposed revised pre-trial schedule(s) on or before November 14, 2005 or, alternatively, then submit a status report(s) indicating when a proposed revised schedule may be expected.

s/ James F. Merow
James F. Merow
Senior Judge