# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 00-697C<br>Senior Judge Merow |

## PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b), plaintiff, Wisconsin Electric Power Company ("WE"), respectfully requests an enlargement of time of thirty days from November 2, 2005 until December 2, 2005 within which to serve WE's responses and objections to the Government's Third Set of Interrogatories and Third Set of Requests for the Production of Documents. This is WE's first request for an enlargement of time for service of these responses. Counsel for the Government has represented that it does not oppose WE's request for an enlargement of time.

Counsel for WE has been actively engaged for the past several weeks in defending and taking depositions in this matter as well as attending to other pretrial activities in this litigation. In addition, there will be a number of additional depositions in this matter in the coming weeks. Counsel for WE also has had to attend to other pressing matters. The requested enlargement will permit WE and its counsel sufficient time to respond fully to the Government's discovery requests.

For the foregoing reasons, we respectfully request that the Court grant this motion and extend the time for WE to respond to the Government's third set of discovery requests by thirty days until December 2, 2005.

Dated: October 27, 2005

s/Richard W. Oehler by s/Donald J. Carney
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
Tel.: 206-583-8419
Fax: 206-583-8500
roehler@perkinscoie.com

*Attorney of Record for Plaintiff*
*Wisconsin Electric Power Company*

Of Counsel:
Donald J. Carney
Perkins Coie LLP
607 Fourteenth St., NW
Washington, D.C. 20005
Tel.: 202-434-1675
Fax: 202-434-1690
dcarney@perkinscoie.com

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on October 27, 2005, I caused a copy of the foregoing "Plaintiff's Motion for an Enlargement of Time" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald J. Carney
Donald J. Carney