IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, Plaintiff, | ) | |
| v. | ) | No. 00-697C (Senior Judge Merow) |
| UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 30 days, to and including Wednesday, November 30, 2005, within which to serve its responses and objections to plaintiff’s second set of production requests. Our responses and objections are currently due on Monday, October 31, 2005. This is defendant’s first request for an enlargement of time for this purpose. This request will not affect any dates set forth in the Court’s scheduling orders. Counsel for plaintiff has represented that plaintiff, Wisconsin Electric Power Company, does not oppose this motion.

Defendant seeks this enlargement of time because counsel of record in this matter and the other attorneys working on this case have been actively engaged in taking depositions and attending to other pretrial activities in this litigation for the past several weeks. Additionally, there will be a number of additional depositions in this matter in the coming weeks. The requested enlargement will permit the Government and its counsel

sufficient time to respond fully to plaintiff's production requests. Therefore, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Kevin B. Crawford
KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 305-9640
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

October 28, 2005

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on October 28, 2005 a copy of this "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kevin B. Crawford