# In the United States Court of Federal Claims

No. 00-697 C
(Filed October 28, 2005)

*******************************
WISCONSIN ELECTRIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*******************************

**ORDER**

On October 27, 2005, Plaintiff's Motion for Enlargement of Time was filed. Plaintiff requests an enlargement of time of thirty days to and including December 2, 2005, within which to serve responses and objections to defendant's third set of interrogatories and third set of requests for production of documents. Counsel for defendant has represented that it does not oppose plaintiff's motion.

Accordingly, it is **ORDERED** that plaintiff's motion, filed October 27, 2005, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge