# In the United States Court of Federal Claims

No. 00-697 C
(Filed October 28, 2005)

******************************
WISCONSIN ELECTRIC POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

**ORDER**

On October 28, 2005, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time of 30 days, to and including November 30, 2005, within which to serve its responses and objections to plaintiff's second set of production requests.

Accordingly, it is **ORDERED** that defendant's motion, filed October 28, 2005, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge