IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 00-697C |
| v. | ) | (Senior Judge Merow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT
UPON BEHALF OF THE PARTIES

Pursuant to the Court's order dated October 26, 2005, defendant, the United States, respectfully submits this status report upon behalf of the parties.[1] The parties have been diligently continuing with discovery activity in this case. Since the telephone conference on October 26, 2005, an additional five fact witness depositions of the plaintiff's present and former employees have been conducted, and two depositions of plaintiff's accounting personnel previously-scheduled for the week of November 14, 2005, have been canceled by agreement of the parties in an effort to use that week to allow plaintiff an opportunity to provide certain of the information sought through more informal audit activity. The involvement of counsel for the parties in the discovery proceedings to date has not allowed for the formulation of a revised pretrial schedule. However, in accordance with the Court's order dated October 26, 2005, counsel for the parties represent that they presently believe that they will be able to formulate the revised plan by no later than December 6, 2005.

[1] The form and content of this status report have been approved by plaintiff's counsel, Richard W. Oehler, and plaintiff has authorized us to file this report upon the parties' behalf.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Kevin B. Crawford
KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-9640
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Attorney

RUSSELL A. SHULTIS
SONIA M. ORFIELD
HEIDE L. HERRMANN
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

November 14, 2005

CERTIFICATE OF FILING

I hereby certify that, on November 14, 2005, a copy of foregoing "DEFENDANTS STATUS REPORT UPON BEHALF OF BOTH PARTIES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Alan J. Lo Re