# In the United States Court of Federal Claims

No. 00-697 C
(Filed November 30, 2005)

******************************
WISCONSIN ELECTRIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

**ORDER**

On November 30, 2005, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time to and including, December 14, 2005, within which to serve its responses and objections to plaintiff's second set of production requests.

Accordingly, it is **ORDERED** that defendant's motion, filed November 30, 2005, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge