# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 00-697C<br>Senior Judge Merow |

## PLAINTIFF'S STATUS REPORT UPON BEHALF OF THE PARTIES

Pursuant to the Court's October 26, 2005 Order, plaintiff, Wisconsin Electric Power Company ("WE"), respectfully submits this status report on behalf of the parties.[1] The parties have been diligently continuing with discovery activity in this case. Since the last status report, representatives of WE and the Government met for several days in order that WE could provide accounting and cost documents and other information to the Government through audit activity. WE also recently responded to the Government's third set of discovery requests. The parties also have conducted two more depositions and have five more depositions scheduled in the next two weeks. In addition, counsel have had discussions regarding a revised pretrial schedule, but have not had an opportunity to agree upon a revised schedule. However, counsel for the parties represent that they currently believe that they will be able to formulate the revised plan by no later than December 20, 2005.

[1] The form and content of this status report have been approved by Government counsel and the Government has authorized us to file this report upon the parties' behalf.

Dated: December 6, 2005

Respectfully submitted,

s/Richard W. Oehler

Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
(206) 583-8888

*Attorney of Record for Plaintiff Wisconsin Electric Power Company*

Of Counsel:

Donald J. Carney
Perkins Coie LLP
607 Fourteenth St., N.W.
Washington, D.C. 20005
(202) 434-1635

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on December 6, 2005, the foregoing Plaintiff's Status Report Upon Behalf of the Parties was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Emily C.C. Poulin