IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, Plaintiff, | ) | |
| v. | ) | No. 00-697C (Senior Judge Merow) |
| UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of seven days, to and including Wednesday, December 21, 2005, within which to serve its responses and objections to plaintiff's second set of production requests. Our responses and objections are currently due on Wednesday, December 14, 2005. This is defendant's third request for an enlargement of time for this purpose, the Court having previously granted defendant two enlargements totaling 44 days. This request will not affect any dates set forth in the Court's scheduling orders. Counsel for plaintiff has represented that plaintiff, Wisconsin Electric Power Company, opposes this motion.

Defendant seeks this enlargement of time because some of the production requests have required the agency representatives to attempt to locate old document records located as far away as the states of Idaho and Washington. The requested enlargement will permit the Government and its counsel time to continue their

efforts to respond fully to plaintiff's production requests. In addition, other spent fuel matters have interfered with counsel's efforts to complete the Government's response and made necessary this short additional enlargement, including, the Court's order for expedited briefing on a significant discovery issue in Pacific Gas & Electric Company v. United States, Nos. 04-0074C and 04-0075C (Fed. Cl.), due December 13, 2005; briefing to the United States Court of Appeals for the Federal Circuit on jurisdiction of this Court to entertain spent nuclear fuel breach of contract cases in PSEG Nuclear LLC v. United States, No. 01-551C (Fed. Cl.), due December 15, 2005; and matters relating to South Carolina Electric & Gas Co. v. United States, No. 04-101C (Fed. Cl.), currently scheduled to begin trial on January 23, 2006. Therefore, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Kevin B. Crawford
KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 305-9640
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

December 14,2005

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on December 14, 2005 a copy of this "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kevin B. Crawford