IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 00-697C<br>(Senior Judge Merow) |

JOINT MOTION TO REVISE
THE COURT'S PRETRIAL SCHEDULING ORDER

Pursuant to the Court's order dated October 26, 2005, plaintiff, Wisconsin Electric Power Company, and defendant, the United States, respectfully request that the Court reset the deadlines and dates contained in the pretrial scheduling orders previously issued in this case. As grounds for the motion, the parties state that they have worked together to resolve certain issues with regard to the pretrial deadlines and that this joint motion reflects their resolution of those issues.

The parties respectfully request that the Court issue a revised scheduling order setting the following deadlines and dates:

| Event | Deadline/Date |
|---|---|
| Completion of fact discovery | Friday, March 3, 2006 |
| Plaintiff's expert reports, including the information specified in RCFC 26 | Friday, April 7, 2006 |
| Defendant's expert reports, including the information specified in RCFC 26 | Friday, May 12, 2006 |
| Completion of expert discovery | Friday, July 7, 2006 |
| Exchange of Appendix A, ¶¶ 13(a) and (b) information | Friday, September 15, 2006 |

| | |
|---|---|
| Plaintiff's Appendix A, ¶ 14 (a) submission | Friday, October 27, 2006 |
| Defendant's Appendix A, ¶ 14 (b) submission | Friday, December 8, 2006 |
| Pretrial conference | Friday, January 26, 2007 |
| Trial (three weeks) | Tuesday, March 27, 2007 - Monday, April 16, 2007 |

The only possible conflicts with any of the deadlines or dates described above relate to the trial period and the possible conflicts posed by two April 2007 trial commencement dates proposed by the plaintiffs in two other spent nuclear fuel cases: Entergy Nuclear Indian Point 2, LLC v. United States, No. 03-2622C (Fed. Cl.) (J. Wheeler) and Boston Edison Company v. United States, No. 99-447C (Fed. Cl.) (J. Lettow).[1] If either of those requests are granted, there will not be sufficient time for the Government's litigation support contractor to prepare for another trial commencing so soon after the conclusion of the trial in this case. That problem could result in further need to adjust the trial date in this case.

For the foregoing reasons, the parties respectfully request that the Court grant this motion.

Respectfully submitted,

s/Richard W. Oehler (by permission)
RICHARD W. OEHLER
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
Tele: (206) 359-8419
Fax: (206) 359-9419
Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

[1] The Government has proposed that the Boston Edison trial begin on June 11, 2007. Judge Lettow has scheduled a hearing on this matter for next Monday, December 20, 2005.

OF COUNSEL:

Donald J. Carney
Perkins Coie LLP

s/ Kevin B. Crawford
KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-9640
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN LO RE
Senior Trial Attorney
RUSSELL A. SHULTIS
SONIA M. ORFIELD

Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

December 19, 2005

CERTIFICATE OF FILING

I hereby certify that, on December 19, 2005, a copy of foregoing "JOINT MOTION TO REVISE THE COURT'S PRETRIAL SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kevin B. Crawford