# In the United States Court of Federal Claims

No. 00-697 C
(Filed December 20, 2005)

*******************************
WISCONSIN ELECTRIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*******************************

## ORDER

On December 19, 2005, the Joint Motion to Revise the Court's Pretrial Scheduling Order was filed.

Accordingly, it is **ORDERED** that the joint motion, filed December 19, 2005 is **GRANTED** and the proposed schedule is hereby adopted:

| Event | Deadline/Date |
|---|---|
| Completion of fact discovery | Friday, March 3, 2006 |
| Plaintiff's expert reports, including the information specified in RCFC 26 | Friday, April 7, 2006 |
| Defendant's expert reports, including the information specified in RCFC 26 | Friday, May 12, 2006 |
| Completion of expert discovery | Friday, July 7, 2006 |
| Exchange of Appendix A, ¶¶ 13(a) and (b) information | Friday, September 15, 2006 |

| | |
|---|---|
| Plaintiff's Appendix A, ¶ 14 (a) submission | Friday, October 27, 2006 |
| Defendant's Appendix A, ¶ 14 (b) submission | Friday, December 8, 2006 |
| Pretrial conference | Friday, January 26, 2007 |
| Trial (three weeks) | Tuesday, March 27, 2007 - Monday, April 16, 2007 |

s/ James F. Merow
James F. Merow
Senior Judge