IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-697C |
| | ) | (Senior Judge Merow) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 15 days, to and including Friday, March 10, 2006, within which to file its response to the motion that plaintiff, Wisconsin Electric Power Company ("WEPCO"), filed on February 6, 2005, for leave to file an amended and supplemental complaint. Our response is currently due on February 23, 2006. Defendant has not previously requested an enlargement of time for this purpose. Counsel for plaintiff has represented that WEPCO does not oppose this request.

The Government seeks this enlargement of time because, in its motion, WEPCO indicated that as part of its proposed amended complaint, it had "updated" its claim in this matter by approximately $3 million. Mot. at 8. Clearly, a significant factor in our response to WEPCO's motion is the amount of discovery we are able to take regarding WEPCO's amended complaint including its updated claim amount. Since receiving WEPCO's updated claim, we have tailored our discovery in this matter to address WEPCO's updated claim. We plan to continue to pursue that investigation until the completion of discovery which is currently scheduled for March 3, 2006. An enlargement of 15 days within which to file our response to

WEPCO's motion will permit us to continue discovery regarding WEPCO's updated claim so that we may respond more fully to WEPCO's motion.

For the forgoing reasons, the Government requests an enlargement of 15 days to and including March 10, 2006, within which to file a response to WEPCO's motion for leave to file an amended and supplemental complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Kevin B. Crawford by Alan J. Lo Re
KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 305-9640
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

February 22, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 22nd day of February, 2006, a copy of this "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott R. Damelin