# In the United States Court of Federal Claims

No. 00-697 C
(Filed February 22, 2006)

******************************
WISCONSIN ELECTRIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

## ORDER

On February 22, 2006, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time to and including March 10, 2006, within which to file its response to Wisconsin Electric Power Company's Motion for Leave to File an Amended and Supplemental Complaint.

Accordingly, it is **ORDERED** that defendant's motion, filed February 22, 2006, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge