**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 00-697C<br><br>Senior Judge Merow |

**PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b), plaintiff, Wisconsin Electric Power Company ("WE"), respectfully requests an enlargement of time of twenty-one days from February 27, 2006 until March 20, 2006 within which to serve WE's responses and objections to the Government's Second Set of Requests for Admission, Fourth Set of Requests for Production of Documents and Fourth Set of Interrogatories. This is WE's first request for an enlargement of time for service of these responses. Counsel for the Government has represented that it does not oppose WE's request for an enlargement of time.

The Government's current discovery requests require that WE respond to thirty-two requests for production of documents, nine requests for admission, and three interrogatories. Responses to the requests for production of documents will require considerable time and effort by Point Beach Nuclear Plant personnel. Many of the responsive documents are very old and are stored on microfiche. Further, Plant

personnel can only devote discrete amounts of time to gathering the requested documents in order to continue to perform their rigorous Plant operational responsibilities.

Moreover, counsel for WE has been actively engaged for the past several weeks in defending depositions in this matter and in responding to other Government discovery requests. In addition, the parties will conduct an additional four depositions during the next eight days. Counsel for WE also has other pressing matters. The requested enlargement will permit WE and its counsel sufficient time to respond fully to the Government's discovery requests.

For the foregoing reasons, we respectfully request that the Court grant this motion and extend the time for WE to respond to the Government's third set of discovery requests by twenty-one days until March 20, 2006.

Dated: February 23, 2006

s/Richard W. Oehler by s/Donald J. Carney
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
Tel.: 206-583-8419
Fax: 206-583-8500
roehler@perkinscoie.com

*Attorney of Record for Plaintiff*
*Wisconsin Electric Power Company*

Of Counsel:
Donald J. Carney
Perkins Coie LLP
607 Fourteenth St., NW
Washington, D.C. 20005
Tel.: 202-434-1675
Fax: 202-434-1690
dcarney@perkinscoie.com

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on February 23, 2006, I caused a copy of the foregoing "Plaintiff's Motion for an Enlargement of Time" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald J. Carney
Donald J. Carney