# In the United States Court of Federal Claims

No. 00-697 C
(Filed February 24, 2006)

******************************
WISCONSIN ELECTRIC POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

**ORDER**

On February 23, 2006, Plaintiff's Motion for Enlargement of Time was filed. Plaintiff requests an enlargement of time to and including March 20, 2006, within which to serve responses and objections to the Government's Second Set of Requests for Admission, Fourth Set of Requests for Production of Documents and Fourth Set of Interrogatories.

Accordingly, it is **ORDERED** that plaintiff's motion, filed February 23, 2006, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge