**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 00-697C<br>Senior Judge Merow |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b), plaintiff, Wisconsin Electric Power Company ("WE"), respectfully requests an enlargement of time of four days from March 17, 2006 until March 21, 2006 within which to file WE's Reply to Defendant's Response to Plaintiff's Motion for Leave to File its Amended and Supplemental Complaint. This is WE's first request for an enlargement of time for filing of this reply brief. Counsel for the Government has represented that it does not oppose WE's request for an enlargement of time.

Counsel for WE has been actively engaged for the past several weeks in responding to Government discovery requests, audit verification requests, and the Government's motion to extend fact discovery. Counsel for WE also has other pressing matters. The requested enlargement will permit WE and its counsel sufficient time to prepare the reply brief.

For the foregoing reasons, we respectfully request that the Court grant this motion and extend the time for WE to reply to the Government's response to WE's Motion for Leave to Amend its Complaint by four days until March 21, 2006.

Dated: March 16, 2006

s/Richard W. Oehler by s/Donald J. Carney
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
Tel.: 206-583-8419
Fax: 206-583-8500
roehler@perkinscoie.com

*Attorney of Record for Plaintiff*
*Wisconsin Electric Power Company*

Of Counsel:
Donald J. Carney
Perkins Coie LLP
607 Fourteenth St., NW
Washington, D.C. 20005
Tel.: 202-434-1675
Fax: 202-434-1690
dcarney@perkinscoie.com

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on March 16, 2006, I caused a copy of the foregoing "Plaintiff's Motion for an Enlargement of Time" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald J. Carney
Donald J. Carney