# In the United States Court of Federal Claims

No. 00-697 C
(Filed March 20, 2006)

******************************
WISCONSIN ELECTRIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

**ORDER**

On March 16, 2006, Plaintiff's Unopposed Motion for an Enlargement of Time was filed. Plaintiff requests an enlargement of time to and including March 21, 2006, within which to file its Reply to Defendant's Response to Plaintiff's Motion for Leave to File Its Amended and Supplemental Complaint.

Accordingly, it is **ORDERED** that plaintiff's unopposed motion, filed March 16, 2006, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge