**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 00-697C<br><br>Senior Judge Merow |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b), plaintiff, Wisconsin Electric Power Company ("WE"), respectfully requests an enlargement of time of thirty-one days from April 7, 2006 until May 8, 2006 within which to serve WE's expert reports in this case. This is WE's first request for an enlargement of time for service of its expert reports. WE counsel has spoken with Government counsel and the Government has represented that it does not oppose WE's request for an enlargement of time on the condition that the deadline for the Government's submission of its expert reports is also enlarged by thirty-one days, from May 12, 2006 until June 12, 2006. Absent this corresponding enlargement of the Government's expert report submission deadline, the Government opposes WE's requested enlargement. WE does not oppose the Government's condition.

WE requests the additional time in order that fact discovery may conclude before WE is required to serve its expert reports. Yesterday, the Court granted the Government's Motion for an Enlargement of Time within which to complete fact discovery. The Court granted the Government's request to reopen four depositions and also conditionally granted two of the

Government's requested 30(b)(6) depositions. WE also agreed that the Government may continue the depositions of three additional individuals. Issues that are raised during this fact discovery may impact WE's approach regarding the use of expert testimony. Additionally, the submission of expert reports after fact discovery comports with the sequence of events outlined in the pretrial scheduling order in this case. See Wisconsin Electric Power Co. v. United States, No. 00-697 (Fed. Cl. Dec. 20, 2005).

For the foregoing reasons, we respectfully request that the Court grant this motion and extend the time for WE to submit its expert reports by thirty-one days until May 8, 2006 and extend the time for the Government to submit its expert reports by thirty-one days until June 12, 2006.

Dated: April 7, 2006

s/Richard W. Oehler by s/Donald J. Carney
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
Tel.: 206-583-8419
Fax: 206-583-8500
roehler@perkinscoie.com

*Attorney of Record for Plaintiff*
*Wisconsin Electric Power Company*

Of Counsel:
Donald J. Carney
Perkins Coie LLP
607 Fourteenth St., NW
Washington, D.C. 20005
Tel.: 202-434-1675
Fax: 202-434-1690
dcarney@perkinscoie.com

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on April 7, 2006, I caused a copy of the foregoing "Plaintiff's Motion for an Enlargement of Time" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald J. Carney
Donald J. Carney