# In the United States Court of Federal Claims

No. 00-697 C
(Filed April 7, 2006)

******************************
WISCONSIN ELECTRIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

**ORDER**

On April 7, 2006, Plaintiff's Unopposed Motion for an Enlargement of Time was filed. Plaintiff requests an enlargement of time to and including May 8, 2006, within which to serve expert reports.

Accordingly, it is **ORDERED** that plaintiff's motion filed April 7, 2006, is **GRANTED** as follows:

(1) Plaintiff shall serve expert reports on or before May 8, 2006;

(2) Defendant shall serve expert reports on or before June 12, 2006.

s/ James F. Merow
James F. Merow
Senior Judge