**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 00-697C<br>Senior Judge Merow |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b), plaintiff, Wisconsin Electric Power Company ("WE"), respectfully requests an enlargement of time of five days from May 3, 2006 until May 8, 2006 within which to serve WE's responses and objections to Defendant's Fifth Set of Requests for Production of Documents. This is WE's first request for an enlargement of time for service of these responses. Counsel for the Government has represented that it does not oppose WE's request for an enlargement of time.

Counsel for WE has been actively engaged for the past several weeks in defending depositions in this matter and in responding to other Government discovery requests. WE is currently in the process of defending three 30(b)(6) depositions and seven witness depositions. WE also recently responded to 12 audit requests from the Government. In addition, WE counsel is working to finalize Plaintiff's expert reports. Counsel for WE also has other pressing matters. The requested enlargement will permit WE and its counsel sufficient time to respond fully to the Government's discovery requests. The requested May 8 date is also when WE's expert reports are due. See April 7, 2006 Order.

For the foregoing reasons, we respectfully request that the Court grant this motion and extend the time for WE to respond to the Government's third set of discovery requests by five days until May 8, 2006.

Dated: May 2, 2006

s/Richard W. Oehler by s/Donald J. Carney
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
Tel.: 206-583-8419
Fax: 206-583-8500
roehler@perkinscoie.com

*Attorney of Record for Plaintiff Wisconsin Electric Power Company*

Of Counsel:
Donald J. Carney
Perkins Coie LLP
607 Fourteenth St., NW
Washington, D.C. 20005
Tel.: 202-434-1675
Fax: 202-434-1690
dcarney@perkinscoie.com

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on May 2, 2006, I caused a copy of the foregoing "Plaintiff's Unopposed Motion for an Enlargement of Time" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald J. Carney
Donald J. Carney