# In the United States Court of Federal Claims

No. 00-697 C
(Filed May 3, 2006)

******************************
WISCONSIN ELECTRIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

## ORDER

On May 2, 2006, Plaintiff's Unopposed Motion for an Enlargement of Time was filed. Plaintiff requests an enlargement of time to and including May 8, 2006, within which to serve responses and objections to Defendant's Fifth Set of Requests for Production of Documents.

Accordingly, it is **ORDERED** that plaintiff's motion, filed May 2, 2006, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge