# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 00-697C<br>Senior Judge Merow |

## MOTION FOR ENTRY OF ORDER REGARDING PROTECTION OF PROPRIETARY SOFTWARE PROGRAM

Plaintiff Wisconsin Electric Power Company ("WE") and the Defendant (the "Government") hereby submit this joint stipulation and proposed order to specially protect proprietary and confidential pricing and technical information contained within a computer software program ("Proprietary Software Program") developed by Holtec International, Inc. ("Holtec") that may be subject to discovery in this action. Accordingly, pursuant to Paragraph 7 of the Protective Order entered in this case on May 9, 2002, the parties agree to the following additional protection with respect to the Holtec Proprietary Software Program: Any expert or consultant that views or uses the Proprietary Software Program must execute an acknowledgement, in the form attached hereto (Attachment 1), affirming that:

1. the expert or consultant will use the Proprietary Software Program solely for consideration in connection with the instant action (Wisconsin Electric Power Company v. United States, 00-697C);

2. the expert or consultant will not disclose the Proprietary Software Program to any third party or make any other use of the Proprietary Software Program, including any commercial use; and

3. upon final resolution of the action Wisconsin Electric Power Company v. United States, 00-697C, the Proprietary Software Program must be provided back to plaintiff Wisconsin Electric Power Company for return to Holtec, and the Proprietary Software Program must be removed from the computers and from any other data recording devices used by the Government and its experts or consultants.

The Government will provide copies of each of the executed acknowledgements to counsel for WE within ten days of such acknowledgements being executed.

A proposed order is attached as part of this joint stipulation (Attachment 2).

Dated: May 24, 2006

s/Richard W. Oehler by s/Emily C.C. Poulin
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8419

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER COMPANY

Of Counsel:
Donald J. Carney
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005
(202) 434-1675

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Kevin B. Crawford
Kevin B. Crawford
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

OF COUNSEL:
JANE K. TAYLOR
MARTHA S. CROSSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.

Washington, D.C. 20585

Telephone: (202) 305-9640
Fascimile: (202) 305-2503
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, on May 24, 2006, I caused a copy of the foregoing "Motion For Entry of Order Regarding Protection of Proprietary Software Program" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Emily C.C. Poulin
Emily C.C. Poulin