# ATTACHMENT 1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 00-697C<br>Senior Judge Merow |

**PROPRIETARY SOFTWARE PROGRAM ACKNOWLEDGEMENT**

1. My name is ______________________________________________.
2. My business address is ________________________________________
   ______________________________________________________.
3. My present employer is ________________________________________
   ______________________________________________________.
4. My present occupation or job description is _______________________
   ______________________________________________________.
5. I have received a copy of the Agreement and Protective Order entered by the Court in connection with the above-captioned matter and the Motion for Entry of Order Regarding Protection of Proprietary Software Program relating to the Holtec International, Inc. ("Holtec") software program ("Proprietary Software Program").
6. I have carefully read and understand the provisions of the Order granting the Motion for Entry of Order Regarding Protection of Proprietary Software Program.
7. I certify that I am eligible to have access to the Confidential Material under paragraph 4 of the Protective Order.

8. I will comply with all of the provisions of the Order granting the Motion for Entry of Order Regarding Protection of Proprietary Software Program.

9. I will use the Proprietary Software Program solely for consideration in connection with the action Wisconsin Electric Power Company v. United States, 00-697C.

10. I will not disclose the Proprietary Software Program to any third party or make any other use of the Proprietary Software Program, including any commercial use.

11. Upon final resolution of the action Wisconsin Electric Power Company v. United States, 00-697C, I will return any originals or copies of the Proprietary Software Program to the Government for return to Plaintiff Wisconsin Electric Power Company for return to Holtec, and I will remove the Proprietary Software Program from the computers and any other data recording devices used by the Government and its experts or consultants.

______________________________
(signature)

DATED: ________________________