# ATTACHMENT 2

**PROPOSED ORDER**
**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on May 24, 2006)

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 00-697C<br>Senior Judge Merow |

**ORDER REGARDING PROTECTION**
**<u>OF PROPRIETARY SOFTWARE PROGRAM</u>**

Pursuant to the parties' stipulation and the Motion for Entry of Order Regarding Protection of Proprietary Software Program, the computer software program ("Proprietary Software Program") developed by Holtec International, Inc. ("Holtec") will be given additional protection under Protective Order ¶ 7. In order to protect proprietary and confidential pricing and technical information in the Proprietary Software Program, any expert or consultant that views or uses the Proprietary Software Program must execute an acknowledgement affirming that:

1. the expert or consultant will use the Proprietary Software Program solely for consideration in connection with the instant action (<u>Wisconsin Electric Power Company v. United States</u>, 00-697C);

2. the expert or consultant will not disclose the Proprietary Software Program to any third party or make any other use of the Proprietary Software Program, including any commercial use; and

3. upon final resolution of the action <u>Wisconsin Electric Power Company v. United States</u>, 00-697C, the Proprietary Software

> Program must be provided back to plaintiff Wisconsin Electric Power Company for return to Holtec, and the Proprietary Software Program must be removed from the computers and from any other data recording devices used by the Government and its experts or consultants.

The Government will provide copies of each of the executed acknowledgements to counsel for Wisconsin Electric Power Company within ten days of such acknowledgements being executed.

____________________________
James F. Merow
Senior Judge