IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-697C<br>(Senior Judge Merow) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 11 days, to and including Monday, June 12, 2006, within which to serve its responses and objections to plaintiff's third set of production requests. Our responses and objections are currently due on Thursday, June 1, 2006. This is defendant's first request for an enlargement of time for this purpose. This request will not affect any dates set forth in the Court's current scheduling orders. Counsel for plaintiff has represented that plaintiff, Wisconsin Electric Power Company, does not oppose this motion.

The requests at issue relate seek production of documents relating to defendant's testifying experts and their reports. The enlargement requested will allow the production of those documents to coincide with the submission of the expert reports. A prior unopposed motion provided the same scheduling for the plaintiff. Government counsel has been and will continue to be devoting a substantial amount of time during this period to preparing for and completing the depositions of plaintiff's testifying experts. The requested enlargement will permit Government counsel and the Government experts the time necessary to respond fully to

plaintiff's production requests. Therefore, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Kevin B. Crawford
KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 305-9640
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

May 25, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on May 25, 2006 a copy of this "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kevin B. Crawford