# In the United States Court of Federal Claims

No. 00-697 C
(Filed May 26, 2006)

*******************************
WISCONSIN ELECTRIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*******************************

## ORDER

On May 25, 2006, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time to and including June 12, 2006, within which to serve its responses and objections to plaintiff's third set of production requests.

Accordingly, it is **ORDERED** that defendant's unopposed motion, filed May 25, 2006, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge