**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

WISCONSIN ELECTRIC POWER COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 00-697C

Senior Judge Merow

**UNOPPOSED MOTION FOR ENTRY OF ORDER**
**REGARDING PROTECTION OF PROPRIETARY DOCUMENTS**

Plaintiff Wisconsin Electric Power Company ("WE") hereby submits this unopposed motion and proposed order to specially protect proprietary and confidential pricing and technical information contained within certain documents (as that term is defined in RCFC 34(a)) developed or created by Holtec International, Inc. ("Holtec") that may be subject to discovery in this action, including but not limited to (1) a computer software rack price estimating program, (2) a computer software rack weight estimating program, and (3) a generic wet storage specification (collectively, the "Proprietary Documents"). WE counsel has spoken with Government counsel and the Government has represented that it does not oppose WE's instant motion.

Plaintiff and Defendant filed a joint stipulation and motion for entry of order on May 25, 2006 seeking special protection for the computer software rack price estimating program described here as the first component of the Proprietary Documents. This Court granted the protection sought on May 31, 2006. WE now requests that the Court (1) vacate its May 31, 2006 order and (2) issue a new order protecting the Proprietary Documents, which include

the Proprietary Software that was protected by the Court's May 31, 2006 Order. The new order is necessary to protect additional documents that may be subject to discovery in this action that contain Holtec proprietary and confidential pricing and technical information.

Accordingly, pursuant to Paragraph 7 of the Protective Order entered in this case on May 9, 2002, WE requests the following protection with respect to the Proprietary Documents: Any expert or consultant that views or uses the Proprietary Documents must execute an acknowledgement, in the form attached hereto (Attachment 1), affirming that:

a. the expert or consultant will use the Proprietary Documents solely for consideration in connection with the instant action (*Wisconsin Electric Power Company v. United States*, 00-697C);

b. the expert or consultant will not disclose the Proprietary Documents to any third party or make any other use of the Proprietary Documents, including any commercial use; and

c. upon final judgment or other final resolution of the action *Wisconsin Electric Power Company v. United States*, 00-697C, the Proprietary Documents must be provided back to plaintiff Wisconsin Electric Power Company for return to Holtec, and the Proprietary Documents must be removed from the computers and from any other data recording devices used by the Government and its experts or consultants.

The Government will provide copies of each of the executed acknowledgements to counsel for WE within ten days of such acknowledgements being executed.

A proposed order is attached as part of this motion (Attachment 2).

Dated: June 5, 2006

s/Richard W. Oehler by s/Emily C.C. Poulin
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8419

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER COMPANY

Of Counsel:
Donald J. Carney
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005
(202) 434-1675

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on June 5, 2006, I caused a copy of the foregoing "Unopposed Motion for Entry of Order Regarding Protection of Proprietary Documents" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Emily C.C. Poulin
Emily C.C. Poulin