# ATTACHMENT 2

**PROPOSED ORDER**
**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on June 5, 2006)

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 00-697C<br><br>Senior Judge Merow |

**ORDER**

Pursuant to the Unopposed Motion for Entry of Order Regarding Protection of Proprietary Documents, the May 31, 2006 Order granting additional protection to the computer software program developed by Holtec International, Inc. ("Holtec") is hereby vacated; and documents developed or created by Holtec, including but not limited to (1) a computer software rack price estimating program, (2) a computer software rack weight estimating program, and (3) a generic wet storage specification (collectively, the "Proprietary Documents") will be given special protection under Protective Order ¶ 7. In order to protect proprietary and confidential pricing and technical information in the Proprietary Documents, any expert or consultant that views or uses the Proprietary Documents must execute an acknowledgement affirming that:

1. the expert or consultant will use the Proprietary Documents solely for consideration in connection with the instant action (*Wisconsin Electric Power Company v. United States*, 00-697C);

2. the expert or consultant will not disclose the Proprietary Documents to any third party or make any other use of the Proprietary Documents, including any commercial use; and

3. upon final resolution of the action *Wisconsin Electric Power Company v. United States*, 00-697C, the Proprietary Documents must be provided back to plaintiff Wisconsin Electric Power Company for return to Holtec, and the Proprietary Documents must be removed from the computers and from any other data recording devices used by the Government and its experts or consultants.

The Government will provide copies of each of the executed acknowledgements to counsel for Wisconsin Electric Power Company within ten days of such acknowledgements being executed.

____________________________
James F. Merow
Senior Judge