# In the United States Court of Federal Claims

No. 00-697 C
(Filed June 7, 2006)

******************************
WISCONSIN ELECTRIC POWER COMPANY, *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
******************************

## ORDER

On June 7, 2006, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time to and including June 26, 2006, within which to serve its (1) expert reports, (2) submissions responding to plaintiff's damages schedules, and (3) responses and objections to plaintiff's third set of production requests. It is further requested that the period for expert discovery be enlarged through August 18, 2006.

Accordingly, it is **ORDERED** that defendant's motion, filed June 7, 2006, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge