# Attachment 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 00-697C |
| | ) | (Senior Judge Merow) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PROPRIETARY DOCUMENTS ACKNOWLEDGMENT**

1. My name is ________________________________________.

2. My business address is ________________________________________

____________________________________________________.

3. My present employer is ________________________________________

____________________________________________________.

4. My present occupation or job description is ____________________________

____________________________________________________.

5. I have received a copy of the order entered by the Court in connection with the above-captioned matter pursuant to the Unopposed Motion for Entry of Order Regarding Protection of Proprietary Documents and Secured Materials relating to the Holtec International, Inc. ("Holtec") (1) computer software rack price estimating program, (2) computer software rack weight estimating program, and (3) generic wet storage specification (collectively, the "Proprietary Documents").

6. I have carefully read and understand the provisions of the Order granting the Unopposed Motion for Entry of Order Regarding Protection of Proprietary Documents and Secured Materials.

7. I certify that I am eligible to have access to the Confidential Material under paragraph 4 of the Protective Order.

8. I will comply with all of the provisions of the Order granting the Unopposed Motion for Entry of Order Regarding Protection of Proprietary Documents and Secured Materials.

9. I will use the Proprietary Documents solely for consideration in connection with the action Wisconsin Electric Power Company v. United States, 00-697C.

10. I will not disclose the Proprietary Documents to any third party or make any other use of the Proprietary Documents, including any commercial use.

11. Upon final resolution of the action Wisconsin Electric Power Company v. United States, 00-697C, I will return any originals or copies of the Proprietary Documents to the Government for return to Plaintiff Wisconsin Electric Power Company for return to Holtec, and I will remove the Proprietary Documents from the computers and any other data recording devices used by the Government and its experts or consultants.

_______________________________
(signature)

DATED: ________________________