# Attachment 3

**PROPOSED ORDER**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 00-697C |
| | ) | (Senior Judge Merow) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Pursuant to the unopposed motion for entry of order regarding proprietary documents and secured materials, the May 31, 2006 Order granting additional protection to the computer software program developed by Holtec International, Inc. ("Holtec") is hereby vacated. Additionally, paragraph 7 of the Protective Order, entered in this case on May 9, 2002, is amended to provide special protection regarding the proprietary documents developed and created by Holtec (collectively, the "Proprietary Documents") and to provide special protection to the secured information in documents provided by the Nuclear Regulatory Commission (collectively, the "Security Materials"). In order to protect the information in the Proprietary Documents and Security Materials, any expert or consultant that views or uses the Proprietary Documents or Security Materials must execute an acknowledgment affirming that:

a. the expert or consultant will use the Proprietary Documents and/or Security Materials solely for consideration in connection with the instant action (*Wisconsin Electric Power Company v. United States,* 00-697C);

b. the expert or consultant will not disclose the Proprietary Documents and/or Security Materials to any third party or make any other use of the

Proprietary Documents and/or Security Materials, including any commercial use; and

c. upon final resolution of the action *Wisconsin Electric Power Company v. United States*, 00-697C, the Proprietary Documents must be provided back to plaintiff, Wisconsin Electric Power Company, for return to Holtec; the Security Materials must be provided back to the Government; the Proprietary Documents must be removed from the computers and from any other data recording devices used by the Government and its expert or consultants; the Security Materials must be removed from the computers and from any other data recording devices used by the WEPCO and its expert or consultants.

The parties will provide copies of each of the executed acknowledgments to opposing counsel within ten days of execution.

____________________________________

James F. Merow
Senior Judge