# In the United States Court of Federal Claims

No. 00-697 C
(Filed June 13, 2006)

******************************
WISCONSIN ELECTRIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

## ORDER

Pursuant to the unopposed Motion for Entry of Order Regarding Proprietary Documents and Security Materials, filed June 9, 2006, the May 31, 2006 Order granting additional protection to the computer software program developed by Holtec International, Inc. ("Holtec") is hereby **VACATED**. Additionally, paragraph 7 of the Protective Order, entered in this case on May 9, 2002, is amended with the addition of the following text to provide special protection regarding the proprietary documents developed and created by Holtec (collectively, the "Proprietary Documents") and to provide special protection to the secured information in documents provided by the Nuclear Regulatory Commission (collectively, the "Security Materials").

Thus, it is **ORDERED** that:

(1) Defendant's unopposed motion, filed June 9, 2006, is **GRANTED**;

(2) In order to protect the information in the Proprietary Documents and Security Materials, any expert or consultant that views or uses the Proprietary

Documents or Security Materials must execute an acknowledgment in the form of one of the two attachments hereto affirming that:

a. the expert or consultant will use the Proprietary Documents and/or Security Materials solely for consideration in connection with the instant action (*Wisconsin Electric Power Company v. United States,* 00-697C);

b. the expert or consultant will not disclose the Proprietary Documents and/or Security Materials to any third party or make any other use of the Proprietary Documents and/or Security Materials, including any commercial use; and

c. upon final resolution of the action *Wisconsin Electric Power Company v. United States*, 00-697C, the Proprietary Documents must be provided back to plaintiff, Wisconsin Electric Power Company, for return to Holtec; the Security Materials must be provided back to the Government; the Proprietary Documents must be removed from the computers and from any other data recording devices used by the Government and its expert or consultants; the Security Materials must be removed from the computers and from any other data recording devices used by the WEPCO and its expert or consultants.

(3) The parties will provide copies of each of the executed acknowledgments to opposing counsel within ten days of execution;

(4) Plaintiff's Unopposed Motion for Entry of Order Regarding Protection of Proprietary Documents, filed June 5, 2006, is **DENIED** as **MOOT**.

s/ James F. Merow
James F. Merow
Senior Judge

# Attachment 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 00-697C |
| | ) | (Senior Judge Merow) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PROPRIETARY DOCUMENTS ACKNOWLEDGMENT**

1. My name is ______________________________________________.

2. My business address is ______________________________________________

______________________________________________.

3. My present employer is ______________________________________________

______________________________________________.

4. My present occupation or job description is ______________________________

______________________________________________.

5. I have received a copy of the order entered by the Court in connection with the above-captioned matter pursuant to the Unopposed Motion for Entry of Order Regarding Protection of Proprietary Documents and Secured Materials relating to the Holtec International, Inc. ("Holtec") (1) computer software rack price estimating program, (2) computer software rack weight estimating program, and (3) generic wet storage specification (collectively, the "Proprietary Documents").

6. I have carefully read and understand the provisions of the Order granting the Unopposed Motion for Entry of Order Regarding Protection of Proprietary Documents and Secured Materials.

7. I certify that I am eligible to have access to the Confidential Material under paragraph 4 of the Protective Order.

8. I will comply with all of the provisions of the Order granting the Unopposed Motion for Entry of Order Regarding Protection of Proprietary Documents and Secured Materials.

9. I will use the Proprietary Documents solely for consideration in connection with the action Wisconsin Electric Power Company v. United States, 00-697C.

10. I will not disclose the Proprietary Documents to any third party or make any other use of the Proprietary Documents, including any commercial use.

11. Upon final resolution of the action Wisconsin Electric Power Company v. United States, 00-697C, I will return any originals or copies of the Proprietary Documents to the Government for return to Plaintiff Wisconsin Electric Power Company for return to Holtec, and I will remove the Proprietary Documents from the computers and any other data recording devices used by the Government and its experts or consultants.

______________________________
(signature)

DATED: _______________________

# Attachment 2

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 00-697C<br>(Senior Judge Merow) |

**SECURITY MATERIALS ACKNOWLEDGMENT**

1. My name is ________________________________________.

2. My business address is ________________________________________

________________________________________.

3. My present employer is ________________________________________

________________________________________.

4. My present occupation or job description is ________________________________________

________________________________________.

5. I have received a copy of the Order entered by the Court in connection with the above-captioned matter pursuant to the Unopposed Motion for Entry of Order Regarding Protection of Proprietary Documents and Secured Materials relating to documents contained in a database that the Nuclear Regulatory Commission ("NRC") keeps from public view for national security or other reasons which must not be made available to the public at large and over which the NRC needs to maintain control and accountability (hereafter referred to as "Security Materials").

6. I have carefully read and understand the provisions of the Order granting the Unopposed Motion for Entry of Order Regarding Protection of Proprietary Documents and Secured Materials.

7. I certify that I am eligible to have access to the Confidential Material under paragraph 4 of the Protective Order.

8. I will comply with all of the provisions of the Order granting the Unopposed Motion for Entry of Order Regarding Protection of Proprietary Documents and Secured Materials.

9. I will use the Security Materials solely for consideration in connection with the action *Wisconsin Electric Power Company v. United States*, 00-697C.

10. I will not disclose the Security Materials to any third party or make any other use of the Security Materials, including any commercial use.

11. Upon final resolution of the action *Wisconsin Electric Power Company v. United States*, 00-697C, I will return any originals or copies of the Security Materials to the Government and I will remove the Security Materials from the computers and any other data recording devices used by Wisconsin Electric Power Company and its experts or consultants.

_________________________________
(signature)

DATED: ________________________