# Attachment 2

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 00-697C |
| | ) | (Senior Judge Merow) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**SECURITY MATERIALS ACKNOWLEDGMENT**

1. My name is ______________________________________________.

2. My business address is ____________________________________

______________________________________________________________.

3. My present employer is ____________________________________

______________________________________________________________.

4. My present occupation or job description is __________________

______________________________________________________________.

5. I have received a copy of the Order entered by the Court in connection with the above-captioned matter pursuant to the Unopposed Motion for Entry of Order Regarding Protection of Proprietary Documents and Secured Materials relating to documents contained in a database that the Nuclear Regulatory Commission ("NRC") keeps from public view for national security or other reasons which must not be made available to the public at large and over which the NRC needs to maintain control and accountability (hereafter referred to as "Security Materials").

6. I have carefully read and understand the provisions of the Order granting the Unopposed Motion for Entry of Order Regarding Protection of Proprietary Documents and Secured Materials.

7. I certify that I am eligible to have access to the Confidential Material under paragraph 4 of the Protective Order.

8. I will comply with all of the provisions of the Order granting the Unopposed Motion for Entry of Order Regarding Protection of Proprietary Documents and Secured Materials.

9. I will use the Security Materials solely for consideration in connection with the action *Wisconsin Electric Power Company v. United States*, 00-697C.

10. I will not disclose the Security Materials to any third party or make any other use of the Security Materials, including any commercial use.

11. Upon final resolution of the action *Wisconsin Electric Power Company v. United States*, 00-697C, I will return any originals or copies of the Security Materials to the Government and I will remove the Security Materials from the computers and any other data recording devices used by Wisconsin Electric Power Company and its experts or consultants.

_________________________________
(signature)

DATED: ________________________