# In the United States Court of Federal Claims

No. 00-697 C
(Filed June 27, 2006)

******************************
WISCONSIN ELECTRIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

## ORDER

Defendant seeks a four-day enlargement of time, to and including June 30, 2006, in its time to serve its (1) expert reports, (2) submissions responding to plaintiff's damages schedules, and (3) responses and objections to plaintiff's third set of production requests.

Plaintiff opposes the enlargement noting that its planning for pretrial activity was keyed to receiving the defendant's material by the scheduled June 26, 2006 date. Plaintiff especially cites a need for the expert report of Mr. Hamal given the scheduled July 12-14 dates for his deposition.

In the circumstances cited by both parties it is concluded that defendant has shown good cause for an enlargement of time, but one that is limited to reduce prejudice to plaintiff's planning.

Accordingly, it is **ORDERED**:

(1) that defendant's motion, filed June 26, 2006, is **GRANTED** to the extent that the material covered, except Mr. Hamal's expert report, shall be actually made

available to opposing counsel by no later that 12:00 noon EDT on June 30, 2006, and Mr. Hamal's report shall be so made available by 12:00 noon EDT on June 29, 2006; and

(2) that except to the extent granted by (1), defendant's motion, filed June 26, 2006 is, otherwise **DENIED**.

s/ James F. Merow
James F. Merow
Senior Judge