# In the United States Court of Federal Claims

No. 00-697 C
(Filed July 18, 2006)

******************************
WISCONSIN ELECTRIC POWER COMPANY, *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
******************************

## ORDER

On July 18, 2006, Plaintiff's Unopposed Motion for an Enlargement of Time was filed. Plaintiff requests an enlargement of time to and including August 25, 2006, within which to complete expert discovery.

Accordingly, it is **ORDERED** that plaintiff's motion, filed July 18, 2006, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge