# In the United States Court of Federal Claims

No. 00-697 C

(Filed September 18, 2006)

******************************

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

******************************

**ORDER**

On September 15, 2006, Plaintiff's Unopposed Motion for an Enlargement of Time (in paper format) was submitted to the clerk's office for filing. The clerk's office forwarded to the chambers of the undersigned the motion together with a memorandum noting that all documents should be filed using the Electronic Case Filing ("ECF") system. Due to technical problems, the court's ECF system was unavailable for a period of time on September 15, 2006.

Accordingly, it is **ORDERED** that:

(1) Plaintiff's Unopposed Motion for Enlargement of Time shall be filed by leave of the court;

(2) Plaintiff's motion, filed by leave of the court on September 18, 2006, shall be **GRANTED**; and

(3) The Appendix A, ¶¶ 13(a) and (b) information exchange for both parties shall be enlarged to and including September 18, 2006.

s/ James F. Merow

James F. Merow
Senior Judge