**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 00-697C<br>Senior Judge Merow |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBIT LIST**

Pursuant to RCFC, Appendix A, ¶ 14(a)(3) and the Court's Order of December 20, 2005, Plaintiff Wisconsin Electric Power Company ("WE"), asserts its objections to Defendant's September 18, 2006 Exhibit List. WE's objections are listed in the table at Attachment A, "Plaintiff's Objections to Defendant's Trial Exhibits." To the extent that the Government may seek to amend its Exhibit List to identify additional exhibits, WE reserves its right to object to any such exhibits. WE reserves the right to amend its objections to Defendant's Exhibits at trial depending upon the nature of the testimony of the sponsoring witness or as may otherwise be permitted by the Court in the interests of justice.

Dated: September 27, 2006

Respectfully submitted,

s/Richard W. Oehler by s/Donald J. Carney
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
Tel.: 206-583-8419
Fax: 206-583-8500
roehler@perkinscoie.com

*Attorney of Record for Plaintiff*
*Wisconsin Electric Power Company*

Of Counsel:
Donald J. Carney
Mary Rose Hughes
Perkins Coie LLP
607 Fourteenth St., NW
Washington, D.C. 20005
Tel.: 202-434-1675
Fax: 202-434-1690
dcarney@perkinscoie.com

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on October 27, 2006, I caused a copy of the foregoing "Plaintiff's Objections to Defendant's Exhibit List" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald J. Carney
Donald J. Carney