# In the United States Court of Federal Claims

No. 00-697 C
(Filed December 7, 2006)

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

On December 7, 2006, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time to and including January 19, 2007, within which to file its RCFC Appendix A, paragraph 14(b) memorandum of contentions of fact and law, its paragraph 15 witness list, and its paragraph 16 exhibit list.

Accordingly, it is **ORDERED** that defendant's motion, filed December 7, 2006, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge