**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

WISCONSIN ELECTRIC POWER COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 00-697C

Senior Judge Merow

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff, Wisconsin Electric Power Company ("WE") respectfully requests an enlargement of time of 52 days from October 27, 2006 until December 18, 2006 within which to file its RCFC Appendix A, ¶¶ 15 and 16 submissions. Plaintiff WE also respectfully requests an enlargement of time of 66 days from October 27, 2006 until December 29, 2006 within which to supplement, if necessary, its RCFC Appendix A, ¶¶ 15 and 16 submissions, following its depositions of the Government's Nuclear Regulatory Commission ("NRC") witnesses. The pretrial deadlines applicable to both parties in this case have been enlarged on prior occasions for various reasons. The Court has not previously enlarged the October 27 date for these pleadings. On November 9, 2006, however, the Court held a telephone conference regarding the due date of these filings and concluded by leaving it up to the parties to agree upon the dates by which the filings would be made. WE counsel has spoken to the Government's counsel and the Government has represented that it does not oppose WE's request for an enlargement of time.

WE requests the additional time because the parties have amicably resolved the timing of RCFC Appendix A, ¶¶ 15 and 16 submissions, including the enlargement requested in this motion. As the Court is aware, WE and the Government exchanged their RCFC Appendix A, ¶ 13 witness and exhibit lists by the September 18, 2006 pretrial deadline, and

WE timely filed its Appendix A, ¶ 14(a) memorandum. As WE explained during the November 9, 2006 conference call, WE believed that its RCFC Appendix A, ¶¶ 15 and 16 submissions would be due at a later date keyed to the pretrial conference. During the call, the Court agreed that, given pending discovery activity and the time available before the pretrial conference, the parties should work together to determine revised dates for their RCFC Appendix A, ¶¶ 15 and 16 submissions.

The parties then reached agreement, pending the Court's approval, that WE would file its submissions by December 18, 2006, and that the Government would file its submission on January 19, 2007. The Court granted the Government's unopposed motion to extend by 42 days the deadline for its RCFC Appendix A, ¶¶ 14(a), 15 and 16 filings, from December 8, 2006 to January 19, 2007, the date agreed to by the parties. WE's instant motion likewise seeks to implement the parties' agreement, by extending the due date of its RCFC Appendix A, ¶¶ 15 and 16 submissions by 52 days from October 27, 2006 until December 18, 2006.

The parties also agreed that WE should have until December 29, 2006 to supplement its submissions, if necessary, because of ongoing discovery regarding certain issues relating to the NRC. It was not until December 7, 2006 that the Government identified the second of two NRC witnesses that the Government expects that it will call to testify regarding the annual spent fuel storage/reactor decommissioning fee charged to nuclear power reactor licensees. That deposition is scheduled to take place on December 14, 2006. Given this ongoing discovery activity, the parties agreed that WE would have until December 29, 2006 within which to, if necessary, supplement its disclosures regarding NRC issues. Accordingly, WE is also requesting by this motion an enlargement of time of 66 days from October 27, 2006 until December 29, 2006 within which to supplement, if necessary, its RCFC Appendix A, ¶¶ 15 and 16 submissions, following its depositions of the NRC witnesses.

For the foregoing reasons, we respectfully request that the Court grant this motion and extend the time for WE to file and serve its RCFC Appendix A, ¶¶ 15 and 16 submissions by 52 days from October 27, 2006 until December 18, 2006. WE also respectfully requests an enlargement of time of 66 days from October 27, 2006 until December 29, 2006 within which to supplement, if necessary, its RCFC Appendix A, ¶¶ 15 and 16 submissions regarding NRC issues.

DATED : December 13, 2006

Respectfully submitted,

s/Richard W. Oehler by s/Donald J. Carney
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
(206) 359-8419 Phone
(206) 359-9419 Fax

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER COMPANY

Of Counsel:

Donald J. Carney
Mary Rose Hughes
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005-2001
(202) 434-1675

CERTIFICATE OF SERVICE

I certify under penalty of perjury that, on December 13, 2006, I caused a copy of the foregoing "Plaintiff's Unopposed Motion for an Enlargement of Time" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald J. Carney
Donald J. Carney