# In the United States Court of Federal Claims

No. 00-697 C
(Filed December 14, 2006)

******************************
WISCONSIN ELECTRIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

**ORDER**

On December 13, 2006, Plaintiff's Unopposed Motion for an Enlargement of Time was filed. Plaintiff requests an enlargement of time to and including December 18, 2006 within which to file its RCFC Appendix A, ¶¶ 15 and 16 submissions and an enlargement to and including December 29, 2006, within which to supplement, if necessary, the RCFC Appendix A ¶¶ 15 and 16 submissions.

Accordingly, it is **ORDERED** that plaintiff's unopposed motion, filed December 13, 2006, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge