IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 00-697C<br>Senior Judge Merow |

**PLAINTIFF'S DEPOSITION AND TRIAL TESTIMONY DESIGNATIONS**

Wisconsin Electric Power Company ("WE") respectfully submits certain designated deposition and prior trial testimony of Government witnesses that it intends to use as substantive evidence in its case-in-chief. A chart identifying the witnesses and specific transcript pages and lines is attached hereto as Attachment A. This testimony is admissible because it was elicited from Government agents and employees and is therefore admissible as substantive evidence pursuant to Fed. R. Evid. 801(d)(2) as admissions by a party-opponent. *See Globe Savings Bank, F.S.B. v. United States*, 61 Fed. Cl. 91, 96-97 (2004).

Appendix A, paragraph 15(b) of the Rules of the Court of Federal Claims ("RCFC") provides that a party is required to file a motion for leave to present deposition testimony as substantive evidence only if that testimony is not otherwise admissible under Fed. R. Evid. 801(d). WE is filing and serving its deposition and prior trial testimony designations now even though it is not required under Appendix A or the current scheduling orders in order to put the Government on notice and to allow the Court to resolve in advance of trial any disputes on the admissibility of any designations.

WE seeks to have this admissible evidence admitted in advance of trial because doing so will streamline the parties' trial preparation and reduce trial time and cost. WE intends to file the actual transcript pages with the Court once the Government submits its counter-designations and objections to WE's designations. WE also reserves the right to supplement

its designations as testimony in additional spent nuclear fuel deposition(s) and trial(s) may become available.

DATED : December 18, 2006

Respectfully submitted,

Of Counsel:

Donald J. Carney
Mary Rose Hughes
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005-2001
(202) 434-1675

s/Richard W. Oehler by s/Donald J. Carney

Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
(206) 359-8419 Phone
(206) 359-9419 Fax

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER COMPANY

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, on December 18, 2006, I caused a copy of the foregoing "Plaintiff's Deposition and Trial Testimony Designations" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald J. Carney
Donald J. Carney

## A. Deposition and Trial Testimony Designations

**BARRETT, LAKE**
**Deposition Testimony (April 22, 2002)**

1:1 through 9:14
10:21 through 11:18
43:13 through 44:20
49: 2 through 60:21
51:2 through 59:11
74:2 through 76:19
85:3 through 90:09
85:3 through 94:8
116:14 through 123:2
117:3 through 120:1
121:17 through 122:6
137:11 through 139:20
149:5 through 149:21
153:3 through 156:19
194:19 through 201:10
217:1 through 220:2

**Deposition Testimony (April 23, 2002)**

273:1 through 281:20
337:1 through 350:11
401:4 through 403:14
449:1 through 456:16
489:22 through 491:22
514:15 through 515:18
521:21 through 522:16

**Deposition Testimony (April 26, 2002)**

527:1 through 535:10
555:19 through 574:10
579:1 through 584:14
616:11 through 622:18
654:1 through 658:22
706:19 through 718:12
736:8 through 742:13
771:3 through 782:1
787:11 through 798:9

**Deposition Testimony (May 8, 2002)**

826:1 through 833:20
899:2 through 900:10
945:7 through 953:7
955:18 through 956:22
980:11 through 984:4

1063:20 through 1065:12

**Deposition Testimony (May 10, 2002)**
1104:1 through 1114:10
1153:19 through 1166:7
1284:1 through 1286:7
1301:21 through 1307:17
1332:19 through 1335:10
1331:7 through 1343:14
1347:1 through 1347:13
1368:10 through 1371:21
1415:17 through 1421:20
1426:9 through 1427:19

**Deposition Testimony (May 14, 2002)**
1:1 through 4:8
73:1 through 75:16
119:6 through 122:19
238:1 through 239:22

**Deposition Testimony (May 15, 2002)**
242:1 through 245:8
390:2 through 393:12

**Trial Testimony, *Tennessee Valley Auth. v US* (June 24, 2005)**
818:1 through 844:23
851:9 through 857:19

**BENZ, EDWARD**
**Deposition Testimony (May 10, 2002)**
1:1 through 4:18
6:15 through 7:21
20:5 through 21:25
33:10 through 33:12
34:9 through 35:20
70:1 through 70:21
73:22 through 75:12

**BROWNSTEIN, ALAN**
**Deposition Testimony (April 9, 2002)**
1:1 through 8:5
9:18 through 10:14
12:23 through 16:11
18:17 through 18:19
27:22 through 29:25
31:10 through 32:5
33:7 through 42:8

55:22 through 56:14
57:1 through 57:24
58:8 through 58:17
65:16 through 70:24
78:7 through 80:24
90:3 through 90:8
98:17 through 100:17
129:16 through 130:17
144:14 through 144:18

**Deposition Testimony (April 10, 2002)**

242:1 through 249:12
273:11 through 277:9
278:12 through 278:15
281:21 through 283:15
299:15 through 299:20
329:14 through 330:12
343:17 through 344:8
376:22 through 378:5
405:16 through 405:20
412:16 through 412:21
413:21 through 414:12
439:4 through 443:19
452:9 through 453:16
459:17 through 463:3

**Deposition Testimony (April 11, 2002)**

467:1 through 474:23
518:4 through 519:9
627:8 through 627:21

**Deposition Testimony (May 23, 2002)**

1:1 through 3:22
216:10 through 221:12

**Deposition Testimony (June 14, 2002)**

246:1 through 249:17
422:16 through 428:5

**COLE, BILLY**
**Deposition Testimony (March 12, 2002)**

1:1 through 7:11
34:4 through 38:25
53:4 through 56:24
80:20 through 81:22
105:13 through 113:20
171:9 through 176:8
201:20 through 202:12

**Deposition Testimony (June 4, 2002)**

1:1 through 4:7
199:5 through 200:11

**DREYFUS, DANIEL**
**Deposition Testimony (May 15, 2002)**

1:1 through 5:12
7:19 through 15:16
16:18 through 18:9
53:21 through 57:15
58:19 through 60:22
64:1 through 69:9
117:10 through 119:5
181:13 through 182:16

**KLEIN, SUSAN**
**Deposition Testimony (April 24, 2002)**

1:1 through 8:21
10:19 through 13:10
31:5 through 32:5
58:8 through 59:1
61:20 through 62:14
146:8 through 146:20
151:6 through 151:20
193:14 through 194:2
195:3 through 195:14
196:1 through 197:17
240:19 through 241:6
246:14 through 248:5

**Deposition Testimony (April. 25, 2002)**

275:1 through 282:19
283:16 through 284:6
284:18 through 286:10
288:21 through 291:11
351:6 through 354:16

**Trial Testimony, *Tennessee Valley Auth. v US* (June 24, 2005)**

751:1 through 752:18
870:25 through 877:15

**KOUTS, CHRISTOPHER**
**Deposition Testimony (October 11, 2006)**

1:1 through 6:12
39:5 through 39:12
55:7 through 57:7
63:7 through 63:21

73:11 through 73:22
89:18 through 94:3

**Trial Testimony, *Yankee Atomic, et al. v US*, August 2, 2004**
3378:1 through 3380:22
3444:5 through 3448:1
3471:1 through 3473:25
3479:21 through 3481:5
3517:3 through 3517:22

**Trial Testimony, *Tennessee Valley Auth. v US*, June 24, 2005**
751:1 through 752:18
883:14 through 887:6

**Trial Testimony, *Tennessee Valley Auth. v US*, July 11, 2005**
1264:1 through 1265:18
1385:16 through 1388:5

**Trial Testimony, *Tennessee Valley Auth. v US*, July 12, 2005**
1561:1 through 1562:18
1567:15 through 1568:18
1573:15 through 1578:25
1579:1 through 1579:25
1582:12 through 1582:25
1583: 11 through 1583:19

**Trial Testimony, *Southern Nuclear Operating Co. v US*, October 26, 2005**
1731:1 through 1732:24
1838:18 through 1839:14
1852:3 through 1854:22

**Trial Testimony, *Pacific Gas & Electric Co. v US*, June 13, 2006**
2286:1 through 2287:23
2582:11 through 2583:22
2586:12 through 2590:4
2594:1 through 2596:15
2616:12 through 2620:12

**Trial Testimony, *Pacific Gas & Electric Co. v US*, June 14, 2006**
2633:1 through 2634:23
2636:18 through 2637:14
2647:12 through 2648:7
2651:22 through 2654:15
2775:21 through 2777:5
2820:1 through 2826:1

**LAWRENCE, MICHAEL**
**Deposition Testimony (May 20, 2002)**

1:1 through 10:8
13:15 through 25:25
46: 2 through 51:20
56:8 through 60:22
81:2 through 83:10
86:7 through 88:22
98:14 through 100:1
130:7 through 131:16
133:21 through 145:24
185:25 through 189:3
198:11 through 201:7
216:1 through 217:16

**Deposition Testimony (May 21, 2002)**

1:1 through 6:19
51:10 through 54:5
75:20 through 79:4
79:25 through 81:6
110:12 through 111:23

**MC DUFFIE, PATRICK**
**Deposition Testimony (March 18, 2002)**

1:1 through 6:20
10:24 through 18:2
35:15 through 40:3
49:15 through 51:23
58:3 through 64:15
70:7 through 74:17
83:6 through 83:14
85:14 through 86:10
110:16 through 116:17
173:22 through 182:18

**MILNER, RONALD**
**Deposition Testimony (May 1, 2002)**

1:1 through 8:5
11:23 through 24:21
59:14 through 60:16
69:14 through 73:22
82:2 through 85:24
97:9 through 100:3
113:23 through 117:23
134:13 through 140:23

**Deposition Testimony (May 2, 2002)**
197:1 through 204:16
206:6 through 209:17
217:8 through 217:22
232:7 through 232:15
246:2 through 249:2
250:4 through 252:8
261:7 through 268:5
325:12 through 333:17
333:19 through 334:10
334:20 through 335:11
375:14 through 380:10
393:5 through 394:19
398:1 through 402:4

**Deposition Testimony (May 3, 2002)**
403:1 through 409:19
410:15 through 414:25
552:1 through 562:22
568:1 through 576:22

**Deposition Testimony (May 7, 2002)**
579:1 through 585:21
623:2 through 623:10
626:13 through 628:21
711:1 through 712:9

**Deposition Testimony (May 7, 2002 - 3:48pm deposition)**
1:1 through 3:9
6:10 through 8:15
14:1 through 15:25
17:1 through 33:11

**Deposition Testimony (May 8, 2002)**
47:1 through 50:21
57:13 through 60:19
61:6 through 61:14
154:7 through 158:7
218:5 through 226:4
266:22 through 270:11
273:5 through 276:9

**Trial Testimony, *Yankee Atomic, et al. v US,* August 11, 2004**
4614:1 through 4615:19
4711:23 through 4717:4
4740:1 through 4740:11
4741:11 through 4769:17

**Trial Testimony, *Tennessee Valley Auth. v US*, June 24, 2005**
751:1 through 752:18
862:18 through 868:20

**MORGAN, ROBERT**
**Deposition Testimony (March 21, 2002)**
1:1 through 8:23
12:1 through 20:9
24:10 through 24:24
26:20 through 27:6
37:9 through 44:11
74:9through 74:23
106:20 through 107:1
108:3 through 109:15
124:9 through 124:24
137:3 through 141:4
205:3 through 206:14
208:3 through 212:13

**Deposition Testimony (Mar. 22, 2002)**
213:1 through 220:23
221:18 through 221:21
223:6 through 224:1
225:19 through 227:16

**Deposition Testimony (June 25, 2002)**
1:1 through 4:17
134:12 through 135:14

**Deposition Testimony (Nov. 15, 2006)**
1:1 through 10:11
16:14 through 17:11
30:14 through 35:18
48:10 through 50:4
58:7 through 58:11
79:14 through 88:2
84:4 through 90:21
91:13 through 91:19
109:14 through 119:1

**Trial Testimony, *Yankee Atomic, et al. v US*, August 3, 2004**
3661:1 through 3663:22
3669:7 through 3686:22

**Trial Testimony, *Tennessee Valley Auth. v US*, July 14, 2005**
1811:1 through 1812:18

2242:12 through 2243:7

**POLLOG,THOMAS**
**Deposition Testimony (April 11, 2002)**

1:1 through 4:18
96:5 through 97:17
8:12 through 15:11
16:15 through 16:23
27:10 through 28:9
44:20 through 45:25
49:25 through 51:2
54:11 through 56:16
71:17 through 71:21
74:12 through 78:15
93:10 through 96:25
97:1 through 98:9
99:6 through 100:19
102:19 through 103:12
104:25 through 105:6
110:5 through 110:16
110:24 through 111:12
113:21 through 115:15
117:3 through 119:4
121:13 through 121:20
122:25 through 123:2
124:21 through 125:8
126:1 through 126:15
132:1 through 132:17
138:23 through 139:2
139:3 through 139:25
143:21 through 145:15
160:14 through 161:9
161:15 through 162:22
164:6 through 164:16
169:9 through 170:1
171:7 through 171:21
174:1 through 174:22
178:22 through 179:18
181:4 through 182:20
183:4 through 184:2
185:1 through 186:7
194:21 through 195:17
202:23 through 204:2
204:20 through 205:11

**Deposition Testimony (April 12, 2002)**

1:1 through 7:8

11:15 through 13:4
31:7 through 32:5
42:1 through 42:22
43:13 through 43:22
46:19 through 47:1
51:14 through 52:8
54:13 through 55:6
56:2 through 56:22
60:20 through 62:8
62:17 through 63:13
72:22 through 73:2
91:12 through 93:13
120:4 through 121:9
134:6 through 135:10
136:8 through 136:24
138:9 through 139:9
145:6 through 145:16

**Deposition Testimony (May 15, 2002)**
1:1 through 4:17
71:7 through 72:19
78:7 through 79:20
86:1 through 86:15
87:16 through 88:15
148:1 through 148:11
153:13 through 154:18
180:15 through 182:23
187:17 through 188:5
203:5 through 205:13
242:4 through 242:18
270:13 through 270:22

**Deposition Testimony (May 16, 2002)**
274:1 through 276:19
296:18 through 297:17
383:8 through 384:3
390:13 through 390:25
393:10 through 393:15

**Deposition Testimony (May 22, 2002)**
506:1 through 508:25
645:13 through 647:18
648:19 through 649:15
680:3 through 681:22

**Deposition Testimony (October 12, 2006)**
1:1 through 3:21

5:22 through 6:6
11:22 through 13:18
22:2 through 24:2
54:2 through 59:20
78:8 through 78:16

**Yankee Atomic Trial Testimony, *Yankee Atomic, et al. v US*, August 4, 2004**
3888:1 through 3891:22
3902:21 through 3905:3
3947:13 through 3949:23
3954:12 through 3957:13
3968:4 through 3969:12
3970:23 through 3972:10
3976:19 through 3980:7
3981:3 through 3982:9
3993:21 through 3994:17
3995:6 through 3998:5
4000:3 through 4000:9
4002:1 through 4004:14
4007:17 through 4009:12
4012:19 through 4013:25
4014:1 through 4019:23
4021:17 through 4022:13
4036:21 through 4037:12
4039:25 through 4041:5
4042:9 through 4042:19
4047:7 through 4048:14
4068:6 through 4069:7
4081:25 through 4082:25
4089:23 through 4090:25

**Trial Testimony, *Tennessee Valley Auth. v US,* June 24, 2005**
751:1 through 752:18
907:23 through 918:6

**ROSELLI, ROBERT**
**Deposition Testimony (April 15, 2002)**
1:1 through 3:25
11:12 through 11:19
16:18 through 17:20
20:11 through 22:4
31:5 through 31:21
33:10 through 34:13
50:12 through 52:2
68:9 through 68:22
69:5 through 72:15
81:17 through 82:4

94:14 through 95:15
134:19 through 135:5
136:24 through 140:10
137:5 through 139:23
141:6 through 141:15
141:19 through 144:6
144:16 through 146:4
148:21 through 149:17
154:8 through 154:19
156:7 through 158:10
164:1 through 164:3
166:13 through 169:2
176:5 through 176:23
177:22 through 181:2

**Deposition Testimony (Apr. 16, 2002)**
186:1 through 188:25
190:18 through 191:5

**RUSCHE, BEN**
**Deposition Testimony (May 16, 2002)**
1:1 through 3:24
39:19 through 40:15
41:8 through 41:19
44:15 through 46:23
149:3 through 149:9
156:24 through 159:23
168:21 through 169:9
170:16 through 171:11
221:3 through 223:17
242:6 through 247:14
296:22 through 300:19

**Deposition Testimony (May 17, 2002)**
301:4 through 306:24
376:20 through 377:6
337:13 through 340:10
366:4 through 380:22

**SLATER-THOMPSON, NANCY**
**Deposition Testimony (April 21, 1999)**
1:1 through 3:12
10:14 through 13:21
17:4 through 21:10
33:13 through 33:16
34:22 through 35:10
62:20 through 63:22

138: 23 through 139:18
167:23 through 168:17

**Deposition Testimony (April 22, 1999)**
205:1 through 208:13
224:14: through 224:24
243:5 through 245:4
280:21 through 280:25

**Deposition Testimony (June 13, 2002)**
1:1 through 3:12
45:11 through 45:25
80:3 through 81:1
95:19 through 100:3
109:4 through 109:15
159:7 through 162:11

**TREBULES, VICTOR**
**Deposition Testimony (April 17, 2002)**
1:1 through 6:14
10:18 through 11:9
15:17 through 16:17
17:2 through 18:17
51:10 through 52:22
84:10 through 85:16
96:19 through 99:1
143:5 through 143:12
170:9 through 171:16
180:7 through 180:22

**Deposition Testimony (April 18, 2002)**
1:1 through 4:21
18:10 through 20:16
43:19 through 45:1
45:7 through 45:21

**ZABRANSKY, DAVID**
**Deposition Testimony (April 17, 2002)**
1:1 through 8:10
16:11 through 18:10
30:6 through 42:13
45:2 through 53:8
57:1 through 59:14
76:3 through 80:20
85:2 through 93:1
98:2 through 105:14
127:21 through 132:18

221:21 through 222:12

**Deposition Testimony (April 18, 2002)**
227:1 through 237:11
358:14 through 359:2
362:14 through 365:9
374:8 through 376:15
415:15 through 416:2
452:21 through 453:15

**Deposition Testimony (October 11, 2006)**
1:1 through 4:20
5:19 through 7:12
49:17 through 51:5
65:16 through 66:6

**Trial Testimony, *Yankee Atomic et al. v US*, August 5, 2004**
4107:1 through 4109:22
4110:15 through 4114:17
4118:2 through 4118:12
4124:18 through 4127:10
4141:22 through 4143:4
4149:12 through 4150:4
4156:5 through 4157:6
4162:11 through 4165:12
4166:3 through 4167:16
4168:12 through 4172:11
4196:14 through 4198:25
4217:14 through 4217:25
4227:24 through 4230:22

**SMUD Trial Testimony, *Sacramento Municipal Utility District v US*, March 28, 2005**
1464:1 through 1466:12
1601:11 through 1602:19
1645:22 through 1646:23
1702:11 through 1705:15
1751:14 through 1752:3
1765:3 through 1774:2

**Trial Testimony, *Tennessee Valley Auth. v US*, June 24, 2005**
751:1 through 752:18
919:1 through 920:6
921:5 through 926:24
928:20 through 930:16