## A. Deposition and Trial Testimony Designations

**BARRETT, LAKE**
**Deposition Testimony (April 22, 2002)**

1:1 through 9:14
10:21 through 11:18
43:13 through 44:20
49: 2 through 60:21
51:2 through 59:11
74:2 through 76:19
85:3 through 90:09
85:3 through 94:8
116:14 through 123:2
117:3 through 120:1
121:17 through 122:6
137:11 through 139:20
149:5 through 149:21
153:3 through 156:19
194:19 through 201:10
217:1 through 220:2

**Deposition Testimony (April 23, 2002)**

273:1 through 281:20
337:1 through 350:11
401:4 through 403:14
449:1 through 456:16
489:22 through 491:22
514:15 through 515:18
521:21 through 522:16

**Deposition Testimony (April 26, 2002)**

527:1 through 535:10
555:19 through 574:10
579:1 through 584:14
616:11 through 622:18
654:1 through 658:22
706:19 through 718:12
736:8 through 742:13
771:3 through 782:1
787:11 through 798:9

**Deposition Testimony (May 8, 2002)**

826:1 through 833:20
899:2 through 900:10
945:7 through 953:7
955:18 through 956:22
980:11 through 984:4

1063:20 through 1065:12

**Deposition Testimony (May 10, 2002)**
1104:1 through 1114:10
1153:19 through 1166:7
1284:1 through 1286:7
1301:21 through 1307:17
1332:19 through 1335:10
1331:7 through 1343:14
1347:1 through 1347:13
1368:10 through 1371:21
1415:17 through 1421:20
1426:9 through 1427:19

**Deposition Testimony (May 14, 2002)**
1:1 through 4:8
73:1 through 75:16
119:6 through 122:19
238:1 through 239:22

**Deposition Testimony (May 15, 2002)**
242:1 through 245:8
390:2 through 393:12

**Trial Testimony, *Tennessee Valley Auth. v US* (June 24, 2005)**
818:1 through 844:23
851:9 through 857:19

**BENZ, EDWARD**
**Deposition Testimony (May 10, 2002)**
1:1 through 4:18
6:15 through 7:21
20:5 through 21:25
33:10 through 33:12
34:9 through 35:20
70:1 through 70:21
73:22 through 75:12

**BROWNSTEIN, ALAN**
**Deposition Testimony (April 9, 2002)**
1:1 through 8:5
9:18 through 10:14
12:23 through 16:11
18:17 through 18:19
27:22 through 29:25
31:10 through 32:5
33:7 through 42:8

55:22 through 56:14
57:1 through 57:24
58:8 through 58:17
65:16 through 70:24
78:7 through 80:24
90:3 through 90:8
98:17 through 100:17
129:16 through 130:17
144:14 through 144:18

**Deposition Testimony (April 10, 2002)**

242:1 through 249:12
273:11 through 277:9
278:12 through 278:15
281:21 through 283:15
299:15 through 299:20
329:14 through 330:12
343:17 through 344:8
376:22 through 378:5
405:16 through 405:20
412:16 through 412:21
413:21 through 414:12
439:4 through 443:19
452:9 through 453:16
459:17 through 463:3

**Deposition Testimony (April 11, 2002)**

467:1 through 474:23
518:4 through 519:9
627:8 through 627:21

**Deposition Testimony (May 23, 2002)**

1:1 through 3:22
216:10 through 221:12

**Deposition Testimony (June 14, 2002)**

246:1 through 249:17
422:16 through 428:5

**COLE, BILLY**

**Deposition Testimony (March 12, 2002)**

1:1 through 7:11
34:4 through 38:25
53:4 through 56:24
80:20 through 81:22
105:13 through 113:20
171:9 through 176:8
201:20 through 202:12

**Deposition Testimony (June 4, 2002)**

1:1 through 4:7
199:5 through 200:11

**DREYFUS, DANIEL**
**Deposition Testimony (May 15, 2002)**

1:1 through 5:12
7:19 through 15:16
16:18 through 18:9
53:21 through 57:15
58:19 through 60:22
64:1 through 69:9
117:10 through 119:5
181:13 through 182:16

**KLEIN, SUSAN**
**Deposition Testimony (April 24, 2002)**

1:1 through 8:21
10:19 through 13:10
31:5 through 32:5
58:8 through 59:1
61:20 through 62:14
146:8 through 146:20
151:6 through 151:20
193:14 through 194:2
195:3 through 195:14
196:1 through 197:17
240:19 through 241:6
246:14 through 248:5

**Deposition Testimony (April. 25, 2002)**

275:1 through 282:19
283:16 through 284:6
284:18 through 286:10
288:21 through 291:11
351:6 through 354:16

**Trial Testimony, *Tennessee Valley Auth. v US* (June 24, 2005)**

751:1 through 752:18
870:25 through 877:15

**KOUTS, CHRISTOPHER**
**Deposition Testimony (October 11, 2006)**

1:1 through 6:12
39:5 through 39:12
55:7 through 57:7
63:7 through 63:21

73:11 through 73:22
89:18 through 94:3

**Trial Testimony, *Yankee Atomic, et al. v US*, August 2, 2004**
3378:1 through 3380:22
3444:5 through 3448:1
3471:1 through 3473:25
3479:21 through 3481:5
3517:3 through 3517:22

**Trial Testimony, *Tennessee Valley Auth. v US*, June 24, 2005**
751:1 through 752:18
883:14 through 887:6

**Trial Testimony, *Tennessee Valley Auth. v US*, July 11, 2005**
1264:1 through 1265:18
1385:16 through 1388:5

**Trial Testimony, *Tennessee Valley Auth. v US*, July 12, 2005**
1561:1 through 1562:18
1567:15 through 1568:18
1573:15 through 1578:25
1579:1 through 1579:25
1582:12 through 1582:25
1583: 11 through 1583:19

**Trial Testimony, *Southern Nuclear Operating Co. v US*, October 26, 2005**
1731:1 through 1732:24
1838:18 through 1839:14
1852:3 through 1854:22

**Trial Testimony, *Pacific Gas & Electric Co. v US*, June 13, 2006**
2286:1 through 2287:23
2582:11 through 2583:22
2586:12 through 2590:4
2594:1 through 2596:15
2616:12 through 2620:12

**Trial Testimony, *Pacific Gas & Electric Co. v US*, June 14, 2006**
2633:1 through 2634:23
2636:18 through 2637:14
2647:12 through 2648:7
2651:22 through 2654:15
2775:21 through 2777:5
2820:1 through 2826:1

**LAWRENCE, MICHAEL**
**Deposition Testimony (May 20, 2002)**

1:1 through 10:8
13:15 through 25:25
46: 2 through 51:20
56:8 through 60:22
81:2 through 83:10
86:7 through 88:22
98:14 through 100:1
130:7 through 131:16
133:21 through 145:24
185:25 through 189:3
198:11 through 201:7
216:1 through 217:16

**Deposition Testimony (May 21, 2002)**

1:1 through 6:19
51:10 through 54:5
75:20 through 79:4
79:25 through 81:6
110:12 through 111:23

**MC DUFFIE, PATRICK**
**Deposition Testimony (March 18, 2002)**

1:1 through 6:20
10:24 through 18:2
35:15 through 40:3
49:15 through 51:23
58:3 through 64:15
70:7 through 74:17
83:6 through 83:14
85:14 through 86:10
110:16 through 116:17
173:22 through 182:18

**MILNER, RONALD**
**Deposition Testimony (May 1, 2002)**

1:1 through 8:5
11:23 through 24:21
59:14 through 60:16
69:14 through 73:22
82:2 through 85:24
97:9 through 100:3
113:23 through 117:23
134:13 through 140:23

**Deposition Testimony (May 2, 2002)**

197:1 through 204:16
206:6 through 209:17
217:8 through 217:22
232:7 through 232:15
246:2 through 249:2
250:4 through 252:8
261:7 through 268:5
325:12 through 333:17
333:19 through 334:10
334:20 through 335:11
375:14 through 380:10
393:5 through 394:19
398:1 through 402:4

**Deposition Testimony (May 3, 2002)**

403:1 through 409:19
410:15 through 414:25
552:1 through 562:22
568:1 through 576:22

**Deposition Testimony (May 7, 2002)**

579:1 through 585:21
623:2 through 623:10
626:13 through 628:21
711:1 through 712:9

**Deposition Testimony (May 7, 2002 - 3:48pm deposition)**

1:1 through 3:9
6:10 through 8:15
14:1 through 15:25
17:1 through 33:11

**Deposition Testimony (May 8, 2002)**

47:1 through 50:21
57:13 through 60:19
61:6 through 61:14
154:7 through 158:7
218:5 through 226:4
266:22 through 270:11
273:5 through 276:9

**Trial Testimony, *Yankee Atomic, et al. v US*, August 11, 2004**

4614:1 through 4615:19
4711:23 through 4717:4
4740:1 through 4740:11
4741:11 through 4769:17

**Trial Testimony, *Tennessee Valley Auth. v US,* June 24, 2005**

751:1 through 752:18
862:18 through 868:20

**MORGAN, ROBERT**
**Deposition Testimony (March 21, 2002)**

1:1 through 8:23
12:1 through 20:9
24:10 through 24:24
26:20 through 27:6
37:9 through 44:11
74:9through 74:23
106:20 through 107:1
108:3 through 109:15
124:9 through 124:24
137:3 through 141:4
205:3 through 206:14
208:3 through 212:13

**Deposition Testimony (Mar. 22, 2002)**

213:1 through 220:23
221:18 through 221:21
223:6 through 224:1
225:19 through 227:16

**Deposition Testimony (June 25, 2002)**

1:1 through 4:17
134:12 through 135:14

**Deposition Testimony (Nov. 15, 2006)**

1:1 through 10:11
16:14 through 17:11
30:14 through 35:18
48:10 through 50:4
58:7 through 58:11
79:14 through 88:2
84:4 through 90:21
91:13 through 91:19
109:14 through 119:1

**Trial Testimony, *Yankee Atomic, et al. v US*, August 3, 2004**

3661:1 through 3663:22
3669:7 through 3686:22

**Trial Testimony, *Tennessee Valley Auth. v US*, July 14, 2005**

1811:1 through 1812:18

2242:12 through 2243:7

**POLLOG,THOMAS**
**Deposition Testimony (April 11, 2002)**

1:1 through 4:18
96:5 through 97:17
8:12 through 15:11
16:15 through 16:23
27:10 through 28:9
44:20 through 45:25
49:25 through 51:2
54:11 through 56:16
71:17 through 71:21
74:12 through 78:15
93:10 through 96:25
97:1 through 98:9
99:6 through 100:19
102:19 through 103:12
104:25 through 105:6
110:5 through 110:16
110:24 through 111:12
113:21 through 115:15
117:3 through 119:4
121:13 through 121:20
122:25 through 123:2
124:21 through 125:8
126:1 through 126:15
132:1 through 132:17
138:23 through 139:2
139:3 through 139:25
143:21 through 145:15
160:14 through 161:9
161:15 through 162:22
164:6 through 164:16
169:9 through 170:1
171:7 through 171:21
174:1 through 174:22
178:22 through 179:18
181:4 through 182:20
183:4 through 184:2
185:1 through 186:7
194:21 through 195:17
202:23 through 204:2
204:20 through 205:11

**Deposition Testimony (April 12, 2002)**

1:1 through 7:8

11:15 through 13:4
31:7 through 32:5
42:1 through 42:22
43:13 through 43:22
46:19 through 47:1
51:14 through 52:8
54:13 through 55:6
56:2 through 56:22
60:20 through 62:8
62:17 through 63:13
72:22 through 73:2
91:12 through 93:13
120:4 through 121:9
134:6 through 135:10
136:8 through 136:24
138:9 through 139:9
145:6 through 145:16

**Deposition Testimony (May 15, 2002)**
1:1 through 4:17
71:7 through 72:19
78:7 through 79:20
86:1 through 86:15
87:16 through 88:15
148:1 through 148:11
153:13 through 154:18
180:15 through 182:23
187:17 through 188:5
203:5 through 205:13
242:4 through 242:18
270:13 through 270:22

**Deposition Testimony (May 16, 2002)**
274:1 through 276:19
296:18 through 297:17
383:8 through 384:3
390:13 through 390:25
393:10 through 393:15

**Deposition Testimony (May 22, 2002)**
506:1 through 508:25
645:13 through 647:18
648:19 through 649:15
680:3 through 681:22

**Deposition Testimony (October 12, 2006)**
1:1 through 3:21

5:22 through 6:6
11:22 through 13:18
22:2 through 24:2
54:2 through 59:20
78:8 through 78:16

**Yankee Atomic Trial Testimony, *Yankee Atomic, et al. v US*, August 4, 2004**

3888:1 through 3891:22
3902:21 through 3905:3
3947:13 through 3949:23
3954:12 through 3957:13
3968:4 through 3969:12
3970:23 through 3972:10
3976:19 through 3980:7
3981:3 through 3982:9
3993:21 through 3994:17
3995:6 through 3998:5
4000:3 through 4000:9
4002:1 through 4004:14
4007:17 through 4009:12
4012:19 through 4013:25
4014:1 through 4019:23
4021:17 through 4022:13
4036:21 through 4037:12
4039:25 through 4041:5
4042:9 through 4042:19
4047:7 through 4048:14
4068:6 through 4069:7
4081:25 through 4082:25
4089:23 through 4090:25

**Trial Testimony, *Tennessee Valley Auth. v US,* June 24, 2005**

751:1 through 752:18
907:23 through 918:6

**ROSELLI, ROBERT**
**Deposition Testimony (April 15, 2002)**

1:1 through 3:25
11:12 through 11:19
16:18 through 17:20
20:11 through 22:4
31:5 through 31:21
33:10 through 34:13
50:12 through 52:2
68:9 through 68:22
69:5 through 72:15
81:17 through 82:4

94:14 through 95:15
134:19 through 135:5
136:24 through 140:10
137:5 through 139:23
141:6 through 141:15
141:19 through 144:6
144:16 through 146:4
148:21 through 149:17
154:8 through 154:19
156:7 through 158:10
164:1 through 164:3
166:13 through 169:2
176:5 through 176:23
177:22 through 181:2

**Deposition Testimony (Apr. 16, 2002)**
186:1 through 188:25
190:18 through 191:5

**RUSCHE, BEN**
**Deposition Testimony (May 16, 2002)**
1:1 through 3:24
39:19 through 40:15
41:8 through 41:19
44:15 through 46:23
149:3 through 149:9
156:24 through 159:23
168:21 through 169:9
170:16 through 171:11
221:3 through 223:17
242:6 through 247:14
296:22 through 300:19

**Deposition Testimony (May 17, 2002)**
301:4 through 306:24
376:20 through 377:6
337:13 through 340:10
366:4 through 380:22

**SLATER-THOMPSON, NANCY**
**Deposition Testimony (April 21, 1999)**
1:1 through 3:12
10:14 through 13:21
17:4 through 21:10
33:13 through 33:16
34:22 through 35:10
62:20 through 63:22

138: 23 through 139:18
167:23 through 168:17

**Deposition Testimony (April 22, 1999)**
205:1 through 208:13
224:14: through 224:24
243:5 through 245:4
280:21 through 280:25

**Deposition Testimony (June 13, 2002)**
1:1 through 3:12
45:11 through 45:25
80:3 through 81:1
95:19 through 100:3
109:4 through 109:15
159:7 through 162:11

**TREBULES, VICTOR**
**Deposition Testimony (April 17, 2002)**
1:1 through 6:14
10:18 through 11:9
15:17 through 16:17
17:2 through 18:17
51:10 through 52:22
84:10 through 85:16
96:19 through 99:1
143:5 through 143:12
170:9 through 171:16
180:7 through 180:22

**Deposition Testimony (April 18, 2002)**
1:1 through 4:21
18:10 through 20:16
43:19 through 45:1
45:7 through 45:21

**ZABRANSKY, DAVID**
**Deposition Testimony (April 17, 2002)**
1:1 through 8:10
16:11 through 18:10
30:6 through 42:13
45:2 through 53:8
57:1 through 59:14
76:3 through 80:20
85:2 through 93:1
98:2 through 105:14
127:21 through 132:18

221:21 through 222:12

**Deposition Testimony (April 18, 2002)**

227:1 through 237:11
358:14 through 359:2
362:14 through 365:9
374:8 through 376:15
415:15 through 416:2
452:21 through 453:15

**Deposition Testimony (October 11, 2006)**

1:1 through 4:20
5:19 through 7:12
49:17 through 51:5
65:16 through 66:6

**Trial Testimony, *Yankee Atomic et al. v US*, August 5, 2004**

4107:1 through 4109:22
4110:15 through 4114:17
4118:2 through 4118:12
4124:18 through 4127:10
4141:22 through 4143:4
4149:12 through 4150:4
4156:5 through 4157:6
4162:11 through 4165:12
4166:3 through 4167:16
4168:12 through 4172:11
4196:14 through 4198:25
4217:14 through 4217:25
4227:24 through 4230:22

**SMUD Trial Testimony, *Sacramento Municipal Utility District v US*, March 28, 2005**

1464:1 through 1466:12
1601:11 through 1602:19
1645:22 through 1646:23
1702:11 through 1705:15
1751:14 through 1752:3
1765:3 through 1774:2

**Trial Testimony, *Tennessee Valley Auth. v US*, June 24, 2005**

751:1 through 752:18
919:1 through 920:6
921:5 through 926:24
928:20 through 930:16