IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 00-697C<br>Senior Judge Merow |

**PLAINTIFF'S APPENDIX A, ¶ 15(a) WITNESS LIST**

Pursuant to paragraph 15(a) of Appendix A to the Rules of the Court of Federal Claims ("RCFC"), plaintiff Wisconsin Electric Power Company ("WE") provides the following witness list. As permitted by RCFC Appendix A, paragraph 15(a), this list does not contain witnesses that WE may choose for impeachment. WE reserves the right to amend this list as described in the RCFC, based on recent and future discovery received from the Government, or as may otherwise be permitted by the Court as trial preparation continues. WE also reserves the right to call any and all witnesses on Defendant's witness list. Finally, WE has identified witnesses to support all of its costs even though many such matters may be stipulated prior to trial pursuant to the Court's Orders regarding the Government's audit of WE's cost support.

**A. Current/Former WE and NMC Employee Fact Witnesses That WE Expects to Present**

Several of the current or former WE personnel that WE intends to call or may call possess substantial knowledge and expertise regarding the operation of commercial nuclear reactors, the handling and storage of spent nuclear fuel and related matters. Accordingly, some of their testimony in this matter may constitute hybrid fact-expert testimony.

1. Michael Baumann
Manager of Nuclear Commodity and Supply
Nuclear Management Company LLC
700 First Street
Hudson, WI 54016
(715) 377-3409

Estimated time of direct examination: 2 hours.

Mr. Baumann will testify regarding the implementation of dry spent nuclear fuel ("SNF") storage at Point Beach Nuclear Plant ("Point Beach" or "PBNP"). He also will testify regarding certain of WE's applications to the Public Service Commission of Wisconsin ("PSCW") relating to dry fuel storage. He also will testify regarding fuel management at Point Beach. Mr. Baumann also may testify regarding other related matters.

2. James Becka
Supervising Engineer
Dry Fuel Storage Group
Point Beach Nuclear Plant
Nuclear Management Company, LLC
6590 Nuclear Road
Two Rivers, WI 54241
(920) 755-7500

Estimated time of direct examination: 3 hours.

Mr. Becka will testify regarding SNF dry storage activities at Point Beach and related costs. He also will testify regarding the procurement of NUHOMS TN-32PT casks. Mr. Becka also may testify regarding other related matters.

3. Paul Farron
Manager, State Regulatory Affairs
We Energies
231 West Michigan Street
Milwaukee, WI 53290
(414) 221-3958

Estimated time of direct examination: 3 hours.

Mr. Farron will testify regarding the background and regulatory aspects of the Point Beach SNF dry storage project. He also will testify regarding WE's applications to the

PSCW relating to the SNF dry storage project and to cask acquisitions. Additionally, he will testify regarding WE spent fuel management activities. He also may testify regarding WE's involvement in the Private Fuel Storage project ("PFS"). Mr. Farron also may testify regarding other related matters.

4. Carlyle W. Fay
1675 Horns Corners Road
Cedarburg, WI 53012
262-377-5788

Estimated time of direct examination: 2 hours.

Mr. Fay, who is retired from WE, may testify regarding WE's execution of the Standard Contract, WE's understanding regarding an appropriate DOE acceptance rate and WE's payments into the Nuclear Waste Fund. He also will testify regarding WE's spent fuel management activities. Mr. Fay also may testify regarding other related matters.

5. William Hennessy
Engineering Supervisor
Point Beach Nuclear Plant
Nuclear Management Company, LLC
6610 Nuclear Road
Two Rivers, WI 54241
(920) 755-6573

Estimated time of direct examination: 3 hours.

Mr. Hennessy will testify regarding SNF wet pool storage at Point Beach. Mr. Hennessy also will testify regarding WE's wet storage options if DOE had not partially breached the Standard Contract. Mr. Hennessy also may testify regarding other related matters.

6. Gary Krieser
Manager of Project Quality Assurance
We Power
301 W. Wisconsin Ave
Suite 600
Milwaukee, WI 53203
414-274-4424

Estimated time of direct examination: 2 hours.

Mr. Krieser will testify regarding the implementation of WE's Independent Spent Fuel Storage Installation ("ISFSI") project. Additionally, he will testify regarding WE's involvement in PFS and some of its cask acquisition activities. He also will testify regarding WE spent fuel management activities. Mr. Krieser may also testify regarding other related matters.

7. Robert Link
7703 Bonilla Drive
Pasco, WA 99301
(509) 375-8409

Estimated time of direct examination: 4 hours.

Mr. Link, who is a former employee of WE and currently serves as Manager of Environmental Health, Safety and Licensing for AREVA NP Inc.'s ("Areva's") Richland, Washington manufacturing facility, will testify regarding WE's decision to construct the ISFSI and WE's support of its related application to the PSCW. He also will testify regarding WE's spent fuel storage options if DOE had not partially breached the Standard Contract. He also will testify regarding WE's involvement in PFS as well as WE spent fuel management activities. Mr. Link also may testify regarding other related matters.

8. David Porter
6530 North Pine Shore Drive
Glendale, WI 53209
(414) 899-8194

Estimated time of direct examination: 3 hours.

Mr. Porter, who is retired from WE, will testify regarding WE's execution of the Standard Contract, WE's understanding regarding an appropriate DOE acceptance rate and WE's payments into the Nuclear Waste Fund. He also will testify regarding WE's application to the PSCW for approval to construct an ISFSI and to purchase dry storage casks. Mr. Porter also may testify regarding other related matters.

9. Howard Shimon
3132 West Joliet Court
Mequon, WI 53902
(414) 229-5212

Estimated time of direct examination: 3 hours.

Mr. Shimon, who is a former employee of WE, will testify regarding WE's execution of the Standard Contract. He also will testify regarding WE's spent fuel storage strategies and spent fuel storage options if DOE had not partially breached the Standard Contract. Mr. Shimon may also testify regarding other related matters.

**B. Current/Former WE and NMC Employee Fact Witnesses that WE May Call If the Need Arises**

10. Kevin Anundson
19762 Greenhaven Court
Muskego, WI 53150
(414) 708-9142

Estimated time of direct examination: 1-2 hours.

Mr. Anundson, who is a former WE employee, was a Project Manager for the Point Beach dry SNF storage project. He may testify regarding the construction of the ISFSI and other project management activities. Mr. Anundson also may testify regarding other related matters.

11. Walter Boeshaar
Project Manager Commodity
We Energies
231 West Michigan Street
Milwaukee, WI 53290
(414) 221-4136

Estimated time of direct examination: Less than 1 hour.

Mr. Boeshaar may testify regarding economic analyses relating to the Point Beach dry fuel storage project. Mr. Boeshaar also may testify regarding other related matters.

12. Marlin Conry
West 334 South 9383 Red Brae Drive
Mukwonago, WI 53149
(262) 227-5343

Estimated time of direct examination: 1 hour.

Mr. Conry, who is a former WE employee, may testify regarding the transportation of large loads to and from the Point Beach site. Mr. Conry also may testify regarding other related matters.

13. Linda Fencil
Budget Analyst
We Energies
Point Beach Nuclear Plant
6590 Nuclear Road
Two Rivers, WI 54241
(920) 755-7433

Estimated time of direct examination: 1 hour.

Ms. Fencil may testify regarding accounting for NMC costs. Ms. Fencil also may testify regarding other related matters.

14. Randall Fieldhack
Kimberly-Clark Worldwide, Inc.
P.O. Box 2020
Neenah, WI 54957-2020
(920) 721-8863

Estimated time of direct examination: 1 hour.

Mr. Fieldhack, who is a former WE employee, may testify regarding the Point Beach spent fuel pool and WE spent fuel management activities. Mr. Fieldhack also may testify regarding other related matters.

15. Jack Gadzala
Project Manager, Licensing
Point Beach Nuclear Plant
Nuclear Management Company, LLC
6610 Nuclear Road
Two Rivers, WI 54241
(920) 755-7663

Estimated time of direct examination: 1 hour.

Mr. Gadzala may testify regarding the payment of annual fees to the Nuclear Regulatory Commission ("NRC") relating to the operation of the Point Beach nuclear power reactors, including the spent fuel storage/reactor decommissioning fee, from 1999 forward. Mr. Gadzala also may testify regarding other related matters.

16. Michael Holzmann
Point Beach Nuclear Plant
Nuclear Management Company, LLC
6610 Nuclear Road
Two Rivers, WI 54241
(920) 755-6247

Estimated time of direct examination: 1 hour.

Mr. Holzmann may testify regarding cask procurement and cask loading at Point Beach and other SNF management issues. Mr. Holzmann also may testify regarding other related matters.

17. Eric Schultz
Point Beach Nuclear Plant
Nuclear Management Company, LLC
6610 Nuclear Road
Two Rivers, WI 54241
(920) 755-6459

Estimated time of direct examination: 1 hour.

Mr. Schultz may testify regarding the implementation of dry storage at Point Beach, specifically the fabrication of dry casks, contracting for dry storage systems, and dry storage-related procedures. Mr. Schultz also may testify regarding other related matters.

18. Michael Sellman
President & CEO
Nuclear Management Company LLC
700 First Street
Hudson, WI 54016
(715) 377-3409

Estimated time of direct examination: 2 hours.

Mr. Sellman may testify regarding NMC's operation of the Point Beach plant. He also may testify regarding SNF management activities at Point Beach including cask storage decisions. Mr. Sellman also may testify regarding other related matters.

19. Ione Straub
We Energies
231 West Michigan Street
Milwaukee, WI 53290
(414) 221-2598

Estimated time of direct examination: 2-3 hours.

Ms. Straub, who is a former employee of WE, may testify regarding WE's financial recordkeeping and accounting procedures. Ms. Straub also may testify regarding other related matters.

20. David Weaver
Nuclear Asset Manager
We Energies
231 West Michigan Street
Milwaukee, WI 53290
(414) 221-3418

Estimated time of direct examination: 1 hour.

Mr. Weaver may testify regarding NMC's operation of the Point Beach plant. He also may testify regarding SNF management activities at Point Beach including cask acquisition and storage decisions. Mr. Weaver also may testify regarding other related matters.

**C. Third Party Witnesses that WE May Call If the Need Arises**

21. Loring Mills
132 Eareckson Lane
Stevensville, MD 21666
(410) 643-1244

Estimated time of direct examination: 2 hours.

Mr. Mills worked at Edison Electric Institute, a utility trade association, from 1976 to 1993. Mr. Mills was a Vice President of EEI from 1982 to 1993. Mr. Mills may testify concerning the development of the parties' contract. Mr. Mills may testify about the understandings and intentions of the contracting utilities regarding the pace and schedule of spent fuel acceptance. Mr. Mills may also testify regarding other related matters.

22. Scott Vance
Pillsbury Winthrop Shaw Pittman
2300 N Street NW
Washington, DC
(202) 663-8785

Estimated time of direct examination: 1 hour.

Mr. Vance, who is a former employee of the Pacific Northwest National Laboratory ("PNNL"), may testify regarding the annual DOE spent nuclear fuel acceptance rate in the 1991 Annual Capacity Report. Mr. Vance also may testify regarding other related matters.

**D. Expert Witnesses that WE Expects to Present**

23. Kenneth P. Metcalfe
President
The Kenrich Group LLC
1200 New Hampshire Avenue, NW, Suite 410
Washington DC 20005
(202) 420-7681

Estimated time of direct examination: 4 hours.

Mr. Metcalfe, who is President of The Kenrich Group LLC ("Kenrich"), will testify as an expert regarding the damages incurred by WE as a result of the Government's partial breach of the Standard Contract. Mr. Metcalfe will address opinions described in his Revised Assessment of Damages expert report, co-authored with Richard Sieracki, as well as matters addressed during deposition. *See* RICHARD J. SIERACKI & KENNETH METCALF, REVISED ASSESSMENT OF DAMAGES RESULTING FROM THE DEPARTMENT OF ENERGY'S FAILURE TO PERFORM ITS CONTRACTUAL OBLIGATIONS REGARDING WISCONSIN ELECTRIC POWER COMPANY'S SPENT NUCLEAR FUEL (May 8, 2006). Mr. Metcalfe also may testify regarding other related matters.

24. Krishna P. Singh, Ph.D.
President & CEO
Holtec International, Inc.
555 Lincoln Drive West
Marlton, NJ 08053
(856) 797-0900

Estimated time of direct examination: 3 hours.

Dr. Singh will testify as an expert regarding the cost and technical feasibility of the design, engineering, licensing, and installation of a temporary storage rack in the cask loading area or cask pit area in the Point Beach spent fuel wet pool if DOE had not partially breached the Standard Contract. Dr. Singh's testimony will address opinions described in his Revised Written Testimony expert report as well as matters addressed during deposition. *See* KRISHNA P. SINGH, REVISED WRITTEN TESTIMONY OF KRISHNA P. SINGH (June 13, 2006). Dr. Singh also may testify regarding other related matters.

25. Richard Sieracki
Chief Executive Officer
The Kenrich Group LLC
150 South Wacker Drive, Suite 380
Chicago, IL 60606
(312) 521-7437

Estimated time of direct examination: 4 hours.

Mr. Sieracki, who is Chief Executive Officer of The Kenrich Group LLC, will testify as an expert regarding the damages incurred by WE as a result of the Government's partial breach of the Standard Contract. Mr. Sieracki's testimony will address opinions described in his Revised Assessment of Damages expert report as well as matters addressed during deposition. *See* RICHARD J. SIERACKI & KENNETH METCALF, REVISED ASSESSMENT OF DAMAGES RESULTING FROM THE DEPARTMENT OF ENERGY'S FAILURE TO PERFORM ITS CONTRACTUAL OBLIGATIONS REGARDING WISCONSIN ELECTRIC POWER COMPANY'S SPENT NUCLEAR FUEL (May 8, 2006). Mr. Sieracki also may testify regarding other related matters.

26. Eileen Supko
Senior Consultant
Energy Resources International, Inc.
1015 18th Street, NW, Suite 650
Washington, DC 20036
(202) 785-8833

Estimated time of direct examination: 4 hours.

Ms. Supko will testify as an expert concerning the impact of DOE's acceptance rate under the Standard Contract and the acceptance rates for WE's Point Beach Units 1 and 2. She also will testify regarding DOE's actions to encourage or agree to the development and use of dual-purpose casks (i.e., storage and transport) by the nuclear utilities for dry storage. Ms. Supko's testimony will address opinions described in her three expert reports as well as matters addressed during deposition. *See* EILEEN M. SUPKO, EXPERT REPORT REGARDING SPENT NUCLEAR FUEL ACCEPTANCE RATES FOR WISCONSIN ELECTRIC POWER COMPANY'S POINT BEACH UNITS 1 AND 2 (July 14, 2005); EILEEN SUPKO, EXPERT REPORT REGARDING DETERMINATION OF THE U.S. DEPARTMENT OF ENERGY'S OVERALL SPENT NUCLEAR FUEL ACCEPTANCE RATE (May 8, 2006);

EILEEN M. SUPKO, EXPERT REPORT REGARDING THE DEVELOPMENT OF DUAL PURPOSE CASKS (May 8, 2006). Ms. Supko also may testify regarding other related matters.

27. Potential Expert or Experts Regarding NRC Issues

Additionally, WE is currently evaluating its need for an expert or experts regarding certain issues relating to the NRC, including areas of testimony associated with annual fee amounts charged to operating power reactors. WE may supplement its witness list with the identity of any such witness or witnesses that WE may offer on this issue on or before December 29, 2006 pursuant to the Court's December 14, 2006 Order.

**E. Current DOE Personnel that WE Expects to Present**

28. David Zabransky

Estimated time of direct examination: 2 hours.

Mr. Zabransky, who is the Contracting Officer for the DOE's Standard Contract and a former WE employee, will testify regarding WE's involvement in the development of the VSC-24 cask, its 1991 dry storage application to the PSCW, and WE's planning for the implementation of dry storage at Point Beach. He may also testify regarding communications between WE and DOE. Mr. Zabransky may also provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, the issue resolution process, schedule issues, and other matters. Mr. Zabransky may also testify regarding other related matters. WE is also submitting, by separate pleading, certain designated deposition and prior trial testimony of Mr. Zabransky as substantive evidence in its case-in-chief.

**F. Current/Former DOE and Contractor Personnel that WE Expects to Present by Deposition or Trial Testimony**

WE intends that the following current/former DOE officials or DOE contractor personnel will testify by deposition or by prior trial testimony, rather than by live testimony. WE is submitting a separate pleading designating their testimony for use as substantive

evidence in WE's case-in-chief. If live testimony is required, the witnesses are expected to testify regarding the following topics:

29. Lake Barrett

Mr. Barrett, who is a former Deputy Director of the Office of Civilian Radioactive Waste Management within the DOE, may provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, schedule issues, dry storage, and other matters.

30. Edward Benz

Mr. Benz may provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, other schedule issues, and other matters.

31. Alan Brownstein

Mr. Brownstein may provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, the issue resolution process, schedule issues, and other matters.

32. Billy Cole

Mr. Cole may provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, the issue resolution process, schedule issues, and other matters.

33. Daniel Dreyfus

Mr. Dreyfus may provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, schedule issues, and other matters.

34. Susan Klein

Ms. Klein may provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, schedule issues, and other matters.

35. Christopher Kouts

Mr. Kouts may provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, the expected start date of the repository, schedule issues, and other relevant matters.

36. Michael Lawrence

Mr. Lawrence, who is a former Director of the Office of Civilian Radioactive Waste Management within the DOE, may provide testimony regarding the formation and development of DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, schedule issues, and other matters.

37. Patrick McDuffie

Mr. McDuffie may provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, the issue resolution process, schedule issues, and other matters.

38. Ron Milner

Mr. Milner may provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, schedule issues, and other relevant matters.

39. Robert L. Morgan

Mr. Morgan, who is a former Director of the Office of Civilian Radioactive Waste Management within the DOE, may provide testimony regarding the formation and development of DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, schedule issues, and other matters.

40. Thomas Pollog

Mr. Pollog may provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, the issue resolution process, schedule issues, and other matters.

41. Robert Roselli

Mr. Roselli may be asked to provide testimony regarding the formation and development of DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, schedule issues, and other matters.

42. Ben Rusche

Mr. Rusche may provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, schedule issues, and other matters.

43. Nancy Slater (Thompson)

Ms. Slater may provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, the issue resolution process, schedule issues, and other matters.

44. Victor Trebules

Mr. Trebules may be asked to provide testimony regarding DOE's waste program, including, but not limited to, waste acceptance under the Standard Contract, schedule issues, and other relevant matters.

Respectfully submitted,

DATED: December 18, 2006

s/Richard W. Oehler by s/Donald J. Carney
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
(206) 359-8419 Phone
(206) 359-9419 Fax

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER COMPANY

Of Counsel:

Donald J. Carney
Mary Rose Hughes
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005-2001
(202) 434-1675

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on December 18, 2006, I caused a copy of the foregoing "Plaintiff's Appendix A, ¶ 15(a) Witness List" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald J. Carney
Donald J. Carney