IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 00-697C<br>Senior Judge Merow |

**PLAINTIFF'S APPENDIX A, ¶ 16 EXHIBIT LIST**

Pursuant to paragraph 16 of Appendix A to the Rules of the Court of Federal Claims ("RCFC"), plaintiff Wisconsin Electric Power Company ("WE") hereby provides the following list of exhibits to be used at trial for its case-in-chief or rebuttal purposes. See Attachment A. This list does not contain exhibits that WE may choose to use for impeachment or to refresh the recollection of a witness.

WE reserves the right to use any exhibits identified on the Defendant's Exhibit List. WE also reserves the right to amend this list as the RCFC or the Court may allow. WE expects that the parties may stipulate to the accuracy of the costs incurred by WE, but expressly reserves the right to amend this list to identify any such exhibits that should prove necessary.

WE may supplement its exhibit list regarding Nuclear Regulatory Commission issues on or before December 29, 2006 pursuant to the Court's December 14, 2006 Order.

DATED : December 18, 2006

Respectfully submitted,

Of Counsel:

Donald J. Carney
Mary Rose Hughes
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005-2001
(202) 434-1675

s/Richard W. Oehler by s/Donald J. Carney
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
(206) 359-8419 Phone
(206) 359-9419 Fax

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER
COMPANY

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on December 18, 2006, I caused a copy of the foregoing "Plaintiff's Appendix A, ¶ 16 Exhibit List" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald J. Carney
Donald J. Carney