IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 00-697C<br>Senior Judge Merow |

**PLAINTIFF'S FIRST SUPPLEMENT TO**
**PLAINTIFF'S APPENDIX A, ¶ 15(a) WITNESS LIST**

Pursuant to the Court's December 14, 2006 Order granting plaintiff Wisconsin Electric Power Company ("WE") the right to supplement on or before December 29, 2006 its Appendix A, ¶ 15(a) Witness List and Appendix A, ¶ 16 Exhibit List regarding Nuclear Regulatory Commission ("NRC") issues, WE states that the documents that would enable WE to supplement are in the possession of the NRC and/or other government entities and have not been produced to WE. Accordingly, WE expressly reserves its right to supplement its Appendix A, ¶ 15(a) Witness List following the Defendant's production of the documents at issue.

These documents were first identified to WE in the December 1, 2006 deposition of NRC witness Ms. Tammy Croote and the December 14 deposition of NRC witness Mr. Peter Rabideau, both witnesses designated by the Defendant to testify regarding NRC fee issues. In repeated correspondence with the Defendant, including correspondence of December 22, 2006, WE requested that the Defendant produce the documents promptly and informed the Defendant that the failure to produce the documents in a timely manner would compromise WE's ability to supplement its exhibit and witness lists by December 29, 2006.

WE's Appendix A, ¶ 15(a) Witness List and Appendix A, ¶ 16 Exhibit List filed on December 18, 2006 included disclosures related to NRC issues to the extent of the information then available to WE. Accordingly, Defendant has WE's most current

disclosures related to the NRC issues, pending the Defendant's production of the documents at issue.

DATED : December 28, 2006

Respectfully submitted,

s/Richard W. Oehler by s/Donald J. Carney
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
(206) 359-8419 Phone
(206) 359-9419 Fax

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER COMPANY

Of Counsel:

Donald J. Carney
Mary Rose Hughes
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005-2001
(202) 434-1675

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on December 28, 2006, I caused a copy of the foregoing "Plaintiff's First Supplement to Plaintiff's Appendix A, ¶ 15(a) Witness List" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald J. Carney
Donald J. Carney