IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 00-697C<br>Senior Judge Merow |

**PLAINTIFF'S FIRST SUPPLEMENTAL**
**DEPOSITION AND TRIAL TESTIMONY DESIGNATIONS**

Wisconsin Electric Power Company ("WE") respectfully submits additional designated deposition and prior trial testimony of Government witnesses that it intends to use as substantive evidence in its case-in-chief, and makes a few corrections to its original designations, filed December 18, 2006. A chart identifying the witnesses and specific transcript pages and lines is attached hereto as Attachment A. This testimony is admissible because it was elicited from Government agents and employees and is therefore admissible as substantive evidence pursuant to Fed. R. Evid. 801(d)(2) as admissions by a party-opponent. *See Globe Savings Bank, F.S.B. v. United States*, 61 Fed. Cl. 91, 96-97 (2004).

Appendix A, paragraph 15(b) of the Rules of the Court of Federal Claims ("RCFC") provides that a party is required to file a motion for leave to present deposition testimony as substantive evidence only if that testimony is not otherwise admissible under Fed. R. Evid. 801(d). WE filed and served its December 18, 2006 deposition and prior trial testimony designations at that time even though it was not required under Appendix A or the current scheduling orders in order to put the Government on notice and to allow the Court to resolve in advance of trial any disputes on the admissibility of any designations. WE now submits this first supplement in order to correct certain errors and to designate deposition excerpts from depositions recently taken of NRC officials.

WE seeks to have this admissible evidence admitted in advance of trial because doing so will streamline the parties' trial preparation and reduce trial time and cost. WE intends to file the actual transcript pages with the Court once the Government submits its counter-designations and objections to WE's designations. WE also reserves the right to supplement further its designations as testimony in additional spent nuclear fuel deposition(s) and trial(s) may become available.

DATED : January 17, 2007

Respectfully submitted,

s/Richard W. Oehler by s/Donald J. Carney
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
(206) 359-8419 Phone
(206) 359-9419 Fax

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER COMPANY

Of Counsel:

Donald J. Carney
Mary Rose Hughes
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005-2001
(202) 434-1675

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, on January 17, 2007, I caused a copy of the foregoing "Plaintiff's First Supplemental Deposition and Trial Testimony Designations" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald J. Carney
Donald J. Carney

**ATTACHMENT A TO PLAINTIFF'S FIRST SUPPLEMENTAL DEPOSITION AND TRIAL TESTIMONY DESIGNATIONS**

## A. Deposition and Trial Testimony Designations

**CROOTE, TAMMY**
**Deposition Testimony (December 1, 2006)**

1:1 through 10:14
17:6 through 17:9
18:22 through 67:10
67:16 through 105:2
105:8 through 125:20
126:6 through 181:9
181:15 through 203:4
203:9 through 205:2

**RABIDEAU, PETER**
**Deposition Testimony (December 14, 2006)**

1:1 through 8:2
8:22 through 9:1
9:11 through 9:13
9:17 through 64:17
64:20 through 107:2
107:7 through 130:22
131:3 through 160:10

**BARRETT, LAKE**
**Trial Testimony, *Tennessee Valley Auth. v US* (June 24, 2005)**

751:1 through 752:18

## B. Deposition and Trial Testimony Corrections

**MORGAN, ROBERT**
**Trial Testimony, *Tennessee Valley Auth. v US* (July 14, 2005)**
Change 1811:1 through 1812:18 to 2078:1 through 2079:19

**RUSCHE, BEN**
**Deposition Testimony (May 17, 2002)**
Change 301:4 through 306:24 to 304:1 through 306:24