**ATTACHMENT A TO PLAINTIFF'S FIRST SUPPLEMENTAL DEPOSITION AND TRIAL TESTIMONY DESIGNATIONS**

## A. Deposition and Trial Testimony Designations

**CROOTE, TAMMY**
**Deposition Testimony (December 1, 2006)**

1:1 through 10:14
17:6 through 17:9
18:22 through 67:10
67:16 through 105:2
105:8 through 125:20
126:6 through 181:9
181:15 through 203:4
203:9 through 205:2

**RABIDEAU, PETER**
**Deposition Testimony (December 14, 2006)**

1:1 through 8:2
8:22 through 9:1
9:11 through 9:13
9:17 through 64:17
64:20 through 107:2
107:7 through 130:22
131:3 through 160:10

**BARRETT, LAKE**
**Trial Testimony, *Tennessee Valley Auth. v US* (June 24, 2005)**

751:1 through 752:18

## B. Deposition and Trial Testimony Corrections

**MORGAN, ROBERT**
**Trial Testimony, *Tennessee Valley Auth. v US* (July 14, 2005)**
Change 1811:1 through 1812:18 to 2078:1 through 2079:19

**RUSCHE, BEN**
**Deposition Testimony (May 17, 2002)**
Change 301:4 through 306:24 to 304:1 through 306:24