**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 00-697C<br>Senior Judge Merow |

**PLAINTIFF'S UNOPPOSED MOTION TO**
**REVISE PRETRIAL SCHEDULING ORDER**

Plaintiff, Wisconsin Electric Power Company ("WE"), files this unopposed motion to revise the December 20, 2005 pretrial scheduling order in this case to add certain pretrial deadlines and to reschedule the pretrial conference, currently scheduled for January 26, 2007, to March 2, 2007. The defendant, United States, has authorized us to state that it does not oppose the granting of this motion.

WE asks the Court to establish three new deadlines: (1) a January 26, 2007 deadline for the Government to respond to the additional books and records and other information that WE has produced to the Government since the August 2006 deposition of the Government's proffered damages expert, Stephen Kiraly; (2) a January 31, 2007 deadline for the parties to file any "standard" motions in limine or motions for partial summary judgment; and (3) a February 9, 2007 deadline for the parties to make a reasonable attempt to resolve any issues with regard to admissibility of trial exhibits identified by both parties.

(A "standard" motion in limine or motion for partial summary judgment is a motion that a plaintiff or the Government has previously filed in one of the Spent Nuclear Fuel cases.)

The parties believe that these deadlines will streamline to some degree pretrial and trial preparation activities. In order that the parties can focus on the foregoing activities, the parties respectfully believe that the pretrial conference should be rescheduled from January 26, 2007 until March 2, 2007.

Therefore, the new dates would be:

| **Event** | **Deadline/Date** |
|---|---|
| Government Response to Plaintiff's Additional Audit Information | January 26, 2007 |
| Deadline for Filing of any "standard" motion in limine or motion for partial summary judgment | January 31, 2007 |
| Deadline for the Parties to meet and confer to attempt to resolve trial exhibit admissibility issues | February 9, 2007 |
| Pretrial Conference | March 2, 2007 |

For the foregoing reasons, plaintiff respectfully requests that the Court grant this unopposed motion.

Dated: January 17, 2007

Respectfully submitted,

s/Richard W. Oehler by s/Donald J. Carney

Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8419
Facsimile: 206.359.9419

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER COMPANY

Of Counsel:

Donald J. Carney
Mary Rose Hughes
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005
(202) 434-1675

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on January 17, 2007, I caused a copy of the foregoing "PLAINTIFF'S UNOPPOSED MOTION TO REVISE PRETRIAL SCHEDULING ORDER" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald J. Carney
Donald J. Carney