IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | No. 00-697C<br>(Senior Judge Merow) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of five days, to and including Wednesday, January 24, 2007, within which to file its RCFC Appendix A, paragraph 14(b) memorandum of contentions of fact and law, its paragraph 15 witness list, and its paragraph 16 exhibit list. Our deadline for filing each of these three items is currently Friday, January 19, 2007. This is defendant's second request for an enlargement of time to meet this particular deadline, the Court having previously granted defendant an enlargement totaling 42 days. The pretrial deadlines applicable to both parties in this case have been enlarged on other prior occasions for various reasons. Counsel for plaintiff has represented that plaintiff, Wisconsin Electric Power Company ("WEPCO"), does not oppose this motion, but opposes any further enlargement.

The requested enlargement is necessary because, despite diligent effort on behalf of counsel for the Government, work on the subject filings is almost, but not yet, complete. Lead counsel on the case has been involved in producing documents and presenting deposition witnesses from the United States Nuclear Regulatory Commission in this case, traveling to

Wisconsin for three days to take the depositions of three newly-disclosed WEPCO witnesses in this case, and assisting in depositions and other discovery and in the preparation of similar pretrial filings in another spent nuclear fuel case, System Fuels, Inc. v. United States, 03-2623C (Fed. Cl.). Others members of the trial team in this case have had to devote substantial time in travel and discovery on other pending spent nuclear fuel cases. Additionally, one member of the team recently has had to spend time out of the office attending to an illness in the family. Despite this, the work on the witness and exhibit list is virtually complete, and a brief five-day enlargement is needed in order to complete our review of the issues covered in our memorandum and to complete our objections to WEPCO's more than 950 proposed trial exhibits. Therefore, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/ Kevin B. Crawford
KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-9640
Fax: (202) 307-2503

MARIAN E. SULLIVAN
RUSSELL A. SHULTIS
SONIA M. ORFIELD
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

January 19, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on January 19, 2007, a copy of this "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kevin B. Crawford