IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | No. 00-697C<br>(Senior Judge Merow) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of two weeks, to and including Friday February 2, 2007, within which to serve its Response to Plaintiff’s Deposition and Trial Testimony Designations and any applicable motion for leave pursuant to RCFC App. A, ¶ 15(b). Our filings in this regard are currently due on Friday, January 19, 2007. This is defendant’s first request for an enlargement of time for this specific purpose. This request will not affect any dates set forth in the Court’s scheduling orders. Counsel for plaintiff has represented that plaintiff, Wisconsin Electric Power Company, does not oppose this motion, but opposes any further enlargement.

Defendant seeks this enlargement of time because WEPCO’s deposition designations differ considerably from the deposition designations previously filed by other utilities in spent nuclear fuel cases. Thus, it will require considerably more effort to respond to those designations than defendant had originally

anticipated. Moreover, plaintiff has just supplemented its designations on January 17, 2007, and the Government would like to have an opportunity to review these designations before responding to the original designations. In addition, counsel for the Government require additional time to respond to these designations because of their continuing efforts to prepare for trial in this case as well at their simultaneous work on other spent nuclear fuel cases. The requested enlargement will allow counsel for the Government adequate time to review the depositions from which plaintiff has made designations and locate responsive portions of those depositions. Therefore, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Kevin B. Crawford
KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 305-9640
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

SONIA M. ORFIELD
RUSSELL A. SHULTIS
MARIAN E. SULLIVAN
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

January 19, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on January 19, 2007 a copy of this "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kevin B. Crawford