# In the United States Court of Federal Claims

No. 00-697 C
(Filed January 17, 2007)

******************************
WISCONSIN ELECTRIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

**ORDER**

On January 17, 2007, Plaintiff's Unopposed Motion to Revise Pretrial Scheduling Order was filed. Plaintiff asks the court to establish three new deadlines and reschedule the pretrial conference.

Accordingly, it is **ORDERED** that plaintiff's motion, filed January 17, 2007, is **GRANTED** as follows:

| Event | Deadline/Date |
| --- | --- |
| Government Response to Plaintiff's Additional Audit Information | January 26, 2007 |
| Deadline for Filing of any "standard" motion in limine or motion for partial summary judgment | January 31, 2007 |
| Deadline for the Parties to meet and confer to attempt to resolve trial exhibit admissibility issues | February 9, 2007 |
| Pretrial Conference | March 2, 2007<br>1:00 p.m. |

s/ James F. Merow
James F. Merow
Senior Judge