# In the United States Court of Federal Claims

No. 00-697 C
(Filed January 19, 2007)

******************************
WISCONSIN ELECTRIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

## ORDER

On January 19, 2007, defendant filed two unopposed motions for enlargement of time.

Accordingly, it is **ORDERED** that defendant's unopposed motions, filed January 19, 2007, are **GRANTED** as follows:

(1) Defendant shall serve its Response to Plaintiff's Deposition and Trial Testimony Designations and any applicable motion for leave pursuant to RCFC Appendix A, paragraph 15(b) on or before February 2, 2007; and

(2) Defendant's witness list, exhibit list, and memorandum of contentions of fact and law shall be filed on or before January 24, 2007.

s/ James F. Merow
James F. Merow
Senior Judge