IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-697C |
| | ) | (Senior Judge Merow) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S APPENDIX A, PARAGRAPH 15(a) WITNESS LIST**

Pursuant to the Court's pretrial scheduling orders and paragraph 15(a) of Appendix A to the Rules of the Court of Federal Claims, defendant, the United States, provides the following list of trial witnesses. This list does not contain witnesses that the defendant may choose to use for impeachment. Defendant reserves the right to: (1) identify additional witnesses for authentication of documents based upon the objections ultimately asserted by plaintiff, Wisconsin Electric Power Company ("WEPCO"), in response to the exhibit lists served in this case; (2) amend this list as described in the Court's rules or based upon the Court's rulings upon any motions *in limine* filed by WEPCO; (3) call all witnesses listed on the witness list provided by WEPCO; and (4) supplement this list with the names of the witnesses that it designates to be presented by trial or deposition transcript in accordance with the Court's pretrial orders.

**FACT WITNESSES THAT DEFENDANT EXPECTS TO PRESENT**

**Government Employees or Contractors (Present and Former)**

1. **Christopher Kouts**
**Director, Office of Systems Analysis and Strategy Development**
**Office of Civilian Radioactive Waste Management**
**United States Department of Energy**
**1000 Independence Ave., SW**
**Washington, DC 20585**

Mr. Kouts is expected to testify concerning the Department of Energy's ("DOE") plans to accept spent nuclear fuel at a geological repository and a Monitored Retrievable Storage ("MRS") facility, the reasons for the delays in the Yucca Mountain project, and DOE's ability to accept utility spent nuclear fuel, budgetary issues, and other relevant matters.

Estimated Time For Direct Examination: 1-2 hours

2. **Ronald Milner**
**15102 Carlbern Drive**
**Centreville, VA 20120**

Mr. Milner, former Chief Operating Officer for DOE's Office of Civilian Radioactive Waste Management ("OCRWM"), is expected to testify concerning the implementation of the Standard Contract, including acceptance rates, the Annual Capacity Report ("ACR") issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the Acceptance Priority Ranking ("APR"), delivery commitment schedules, schedule negotiations, and other relevant matters.

Estimated Time For Direct Examination: 1 hour

3. **Robert L. Morgan**
**P. O. Box 2584**
**Monument, Colorado 80132**

Mr. Morgan, former Director of DOE's Nuclear Waste Policy Act ("NWPA") Project Office, is expected to testify concerning the early implementation of the NWPA, the formation of the Standard Contract, and other relevant matters.

Estimated Time For Direct Examination: 1-2 hours

4. **Thomas Pollog**
**Office of Civilian Radioactive Waste Management**
**United States Department of Energy**
**1000 Independence Ave., SW**
**Washington, DC 20585**

Mr. Pollog is expected to testify concerning the implementation of the Standard Contract, including acceptance rates, the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the APR, delivery commitment schedules, schedule negotiations, and other relevant matters. Mr. Pollog is also expected to testify concerning the DOE database built upon the Form RW-859 data submitted by the utilities and used to develop fuel acceptance allocations.

Estimated Time For Direct Examination: 1 hour

5. **Alan Brownstein**
**Chief Operating Officer**
**Office of Civilian Radioactive Waste Management**
**United States Department of Energy**
**RW-1**
**1000 Independence Ave., SW**
**Washington, DC 20585**

Mr. Brownstein will provide testimony concerning the Government's implementation of the Standard Contract, including acceptance rates, the ACR issue resolution process conducted

with industry representatives, the issuance and content of the ACRs, the issuance and content of the APRs, delivery commitment schedules, schedule negotiations, and other relevant matters.

Estimated Time For Direct Examination: 1 hour

6. **Billy Cole**
**4370 Oak Bay Road**
**Port Ludlow WA 98365**

Mr. Cole, based upon his position as a contractor for DOE, will testify about the Government's implementation of the Standard Contract, including the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, and other relevant matters.

Estimated Time For Direct Examination: 1 hour

7. **David Zabransky**
**Office of Civilian Radioactive Waste Management**
**United States Department of Energy**
**1000 Independence Ave., SW**
**Washington, DC 20585**

As a former employee of WEPCO, Mr. Zabransky is expected to testify regarding WEPCO's spent fuel storage needs and consideration of spent fuel storage alternatives prior to the construction of its dry spent fuel storage facility, WEPCO's participation in the ACR issue resolution process, WEPCO's expectations with respect to DOE performance, and other relevant matters. Mr. Zabransky is also expected to testify concerning his knowledge of issues concerning the Standard Contract based upon his experience in the nuclear utility industry prior to his employment with DOE.

As a DOE employee, Mr. Zabransky is expected to testify concerning the Government's implementation of the Standard Contract, including acceptance rates, the ACR issue resolution

process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the APRs, delivery commitment schedules, schedule negotiations, and other relevant matters.

Estimated Time For Direct Examination: 4 hours

**8. Tammy Croote**
**United States Nuclear Regulatory Commission**
**Two White Flint North**
**11545 Rockville Pike**
**Rockville, Maryland 20852-2738**

Ms. Croote is expected to testify regarding the annual fee amounts charged to operating power reactors, the calculation of those fees, and other relevant matters.

Estimated Time For Direct Examination: 1 hour

**9. Peter Rabideau**
**United States Nuclear Regulatory Commission**
**One White Flint North**
**11555 Rockville Pike**
**Rockville, Maryland 20852-2738**

Mr. Rabideau is expected to testify regarding the rulemaking that changed the annual fee amounts charged to operating power reactors for the fiscal years 1999 to the present, the budgeted resource allocations relating to the various fee classes, the planned activities relating to those budgeted resource allocations, and other relevant matters.

Estimated Time For Direct Examination: 1-2 hours

**Plaintiff's Employees (Present and Former)**

**10. Glenn Adams**
**Florida Power& Light**
**700 Universe Blvd.**
**Juno Beach, FL 33408-2657**

Mr. Adams is expected to testify regarding WEPCO's activities relating to the TN-32 cask project, and other relevant matters.

Estimated Time For Direct Examination: 1 hour

**11. Kevin Anundson**
**S. 85 W. 19762 Greenhaven Court**
**Muskego, WI 53150**

Mr. Anundson is expected to testify regarding WEPCO's spent fuel storage needs prior to the construction of its dry spent fuel storage facility, and other relevant matters.

Estimated Time For Direct Examination: 1 hour

**12. Michael Baumann**
**Nuclear Management Company, LLC**

Mr. Baumann is expected to testify regarding the fuel management strategies that WEPCO would have used to increase the amount of space available for storage in the spent fuel pool if DOE had begun acceptance in 1998, including change of fuel cycle length, fuel enrichment, or core design, and other relevant matters.

Estimated Time For Direct Examination: 1-2 hours

**13. Jim Becka**
**Nuclear Management Company, LLC**

Mr. Becka is expected to testify regarding the costs associated with loading spent fuel casks, the use of the VSC-24 cask system, the selection and use of the NUHOMS cask system, and other relevant matters.

Estimated Time For Direct Examination: 1-2 hours

**14. Peter Bronk**
**10990 Cannonade Drive**
**Parker, CO 80138**

Mr. Bronk is expected to testify about the contents of the spent fuel pool, options for storage of material contained in the spent fuel pool, and other relevant matters.

Estimated Time For Direct Examination: 1 hour

**15. Marlin Conry**
**W. 334 S. 9383 Red Brae Drive**
**Mukwonago, WI 53149**

Mr. Conry is expected to testify regarding the degradation of the Unit 2 steam generators, the fuel storage space needed for steam generator replacement, the timing issues associated with steam generator replacement, and other relevant matters.

Estimated Time For Direct Examination: 1 hour

**16. Richard Grigg**
**4140 Far-O-Way Lane**
**Richfield, OH 44286**

Mr. Grigg is expected to testify regarding WEPCO's completion of its final delivery schedules, the TN-32 cask project, and other relevant matters.

Estimated Time For Direct Examination: 1 hour

**17. William Hennessy**
**Nuclear Management Company, LLC**

Mr. Hennessy is expected to testify regarding issues relating to the Point Beach spent fuel pool, including the impact on WEPCO of any modifications to the pool, full core reserve, and other relevant matters.

Estimated Time For Direct Examination: 1-2 hours

**18. Michael Holzmann**
**Nuclear Management Company, LLC**

Mr. Holzmann is expected to testify regarding the VSC-24 cask system, loading activities and costs, and other relevant matters.

Estimated Time For Direct Examination: 1 hour

**19. Gary Krieser**
**We Power**

Mr. Krieser is expected to testify regarding WEPCO's projections of storage needs during the time of its ISFSI application to the PSCW, the amount of WEPCO's damage claim, and other relevant matters.

Estimated Time For Direct Examination: 1-2 hours

**20. Robert Link**
**7703 Bonilla Drive**
**Pasco, WA 99301**

Mr. Link is expected to testify regarding the timetable for PFS availability, the spent fuel storage alternatives considered by WEPCO, WEPCO's completion of its delivery commitment schedules, and other relevant matters.

Estimated Time For Direct Examination: 2 hours

**21. Roger Newton**
**3623 Nagawicka Shores Drive**
**Hartland, WI 53029**

Mr. Newton is expected to testify about WEPCO's spent fuel storage needs subsequent to its second re-racking, the Newton project, and other relevant matters.

Estimated Time For Direct Examination: 1 hour

**22. Steven Parker**
**1331 Wood Creek Drive**
**Oconomowoc, WI 53066**

Mr. Parker is expected to testify regarding the process used by WEPCO for obtaining PSCW approval for capital projects, the WEPCO dry storage project, and other relevant matters.

Estimated Time For Direct Examination: 1 hour

**23. Dave Porter**
**6530 N. Pine Shore Drive**
**Milwaukee, WI 53209**

Mr. Porter is expected to testify regarding the process used by WEPCO for obtaining PSCW approval for capital projects, the WEPCO dry storage project, and other relevant matters.

Estimated Time For Direct Examination: 1-2 hours

**24. Howard Shimon**
**3132 West Joliet Court**
**Mequon, WI 53092**

Mr. Shimon is expected to testify regarding contract formation issues, and other relevant matters.

Estimated Time For Direct Examination: 1-2 hours

**25. Ione Straub**
**9480 N. Broadmoor Road**
**Bayside, WI 53217**

Ms. Straub is expected to testify about WEPCO's preparation of its damages claim, and other relevant matters.

Estimated Time For Direct Examination: 1-2 hours

**26. David Weaver**
**Wisconsin Electric Power Company**

Mr. Weaver is expected to testify regarding the decision to use the NUHOMS cask system, the TN-32 cask project, decommissioning cost estimates, and other relevant matters.

Estimated Time For Direct Examination: 1 hour

**Third Party Witnesses**

**27. Loring E. Mills**
**132 Eareckson Lane**
**Stevensville, MD 21666**

Mr. Mills, formerly with the Edison Electric Institute, a utility trade association, from 1976 to 1993, may testify concerning the development of the Standard Contract, the utilities' alleged understanding regarding the rate and schedule of spent nuclear fuel acceptance by DOE, and other relevant matters.

Estimated Time For Direct Examination: 1 hour

**28. Jon Kapitz**
**Xcel Energy**
**414 Nicollet Mall**
**Minneapolis, MN 55401**

Mr. Kapitz is expected to testify regarding whether NSP would purchase WEPCO's TN-32 casks, and other relevant matters.

Estimated Time For Direct Examination: 30 minutes

**<u>GOVERNMENT'S EXPERT WITNESSES</u>**

**29. Warren Brewer**
**ABZ, Inc.**
**4451 Brookfield Corporate Drive**
**Suite 107**
**Chantilly, VA 20151**

Mr. Brewer is expected to testify concerning technical issues and matters relevant to plaintiff's damages claim, as well as activities that would have occurred at Point Beach regardless of DOE's partial breach of the Standard Contract. Mr. Brewer's opinions and the bases for those opinions are set out in his expert witness report. The information specified in Federal Rule of Civil Procedure ("FRCP") 26(a)(2)(B) is attached to Mr. Brewer's expert witness report.

Estimated Time For Direct Examination: 2 hours

**30. Stephen Kiraly**
**Navigant Consulting, Inc.**
**Suite 500**
**1801 K Street, NW**
**Washington, DC 20006**

Mr. Kiraly is expected to testify concerning the calculation of plaintiff's claimed damages, adjustments to plaintiff's damages because certain claimed costs were non-incremental

to the partial breach, and the monetization of expert opinions offered by Mr. Brewer and Mr. Hamal. Mr. Kiraly's opinions and the bases for those opinions are set out in his expert witness report. The information specified in FRCP 26(a)(2)(B) is attached to Mr. Kiraly's expert witness report.

Estimated Time For Direct Examination: 3 hours

**31. Cliff W. Hamal**
**LECG, LLC**
**Suite 800**
**1725 Eye Street, NW**
**Washington, DC 20006**

Mr. Hamal is expected to testify concerning an economic analysis of plaintiff's damages claim, as well as activities that would have occurred at Point Beach regardless of DOE's partial breach of the Standard Contract. Mr. Hamal's opinions and the bases for those opinions are set out in his expert witness report. The information specified in FRCP 26(a)(2)(B) is attached to Mr. Hamal's expert witness report.

Estimated Time For Direct Examination: 2 hours

**FACT WITNESSES THAT DEFENDANT WILL CALL FOR AUTHENTICATION**

**Plaintiff's Employees (Present and Former)**

**32. Carlyle Fay**
**1685 Horns Corners Road**
**Cedarburg, WI 53012**

Mr. Fay, a retired WEPCO employee, will be called to authenticate WEPCO documents that the Government has placed upon its exhibit list.

Estimated Time For Direct Examination: 15 minutes

**33. Thomas L. Hayslett**
**910 Red Fox Lane**
**Hixson, Tennessee 37343**

Mr. Hayslett, a retired employee of Tennessee Valley Authority ("TVA"), will be called to authenticate TVA documents that the Government has placed upon its exhibit list.

Estimated Time For Direct Examination: 15 minutes

**34. John Buchheit**
**Senior Engineer, Nuclear Fuels**
**Duke Engineering and Services**
**400 Donald Lynch Boulevard**
**Marlboro, MA 01752**

Mr. Buchheit, a former employee of Yankee Atomic Electric Company ("Yankee Atomic"), will be called to authenticate Yankee Atomic documents that the Government has placed upon its exhibit list.

Estimate Time For Direct: 15 minutes

## FACT WITNESSES THAT DEFENDANT MAY CALL IF THE NEED ARISES

### Plaintiff's Employees (Present and Former)

**35. David Ackerman**
**Wisconsin Electric Power Company**

Mr. Ackerman is expected to testify regarding WEPCO's claim for recovery of prejudgment interest, financing of claimed costs, and other relevant matters.

Estimated Time For Direct Examination: 1 hour

**36. James Schubilske**
**Wisconsin Electric Power Company**

Mr. Schubilske is expected to testify regarding WEPCO's claim for recovery of prejudgment interest, financing of claimed costs, and other relevant matters.

Estimated Time For Direct Examination: 1 hour

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Kevin B. Crawford
KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-9640
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

MARIAN E. SULLIVAN
RUSSELL A. SHULTIS
SONIA M. ORFIELD
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

January 24, 2007

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on January 24, 2007, a copy of foregoing "DEFENDANT'S APPENDIX A, PARAGRAPH 15(a) WITNESS LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kevin B. Crawford