IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 00-697C |
| | ) | (Senior Judge Merow) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of two days, to and including Friday, January 26, 2007, within which to file its RCFC Appendix A, paragraph 14(b) memorandum of contentions of fact and law and its paragraph 16 exhibit list. Our deadline for filing both of these items is currently Wednesday, January 24, 2007. This is defendant's third request for an enlargement of time to meet this particular deadline, the Court having previously granted defendant two enlargements totaling 47 days. The pretrial deadlines applicable to both parties in this case have been enlarged on other prior occasions for various reasons. When we filed our last enlargement motion, counsel for plaintiff represented that plaintiff, Wisconsin Electric Power Company ("WEPCO"), would oppose this motion.

The requested enlargement is necessary because, despite diligent effort on behalf of counsel for the Government, work on the subject filings is almost, but not yet, complete. Our last enlargement motion requested a brief five-day enlargement to complete work on the two subject filings and our paragraph 15 witness list. In the interim, we have completed work on our witness list, but need a small amount of additional time to complete our review of the issues

covered in our memorandum and our objections to WEPCO's more than 950 proposed trial exhibits. The amount of time involved in our review of WEPCO's exhibits has affected our available time to complete our pretrial briefing, and our continued work on the brief has required additional review of our exhibit list. We expect to file our witness list by today's deadline. Therefore, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Kevin B. Crawford
KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-9640
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

MARIAN E. SULLIVAN
RUSSELL A. SHULTIS
SONIA M. ORFIELD
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

January 24, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on January 24, 2007, a copy of this "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kevin B. Crawford