# In the United States Court of Federal Claims

No. 00-697 C
(Filed January 25, 2007)

******************************
WISCONSIN ELECTRIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

## ORDER

By motion, filed January 24, 2007, defendant seeks an enlargement of time, until January 26, 2007, to file its Appendix A ¶ 14(b) Memorandum of Contentions of Fact and Law and its ¶ 16 Exhibit List. The current filing date was January 24, 2007.

Plaintiff opposes the enlargement noting that it will be materially prejudiced by an further delay in receiving defendant's pretrial submissions. Plaintiff cites the cumulative effect of enlargements of time to date and asserts that this results in depriving it of adequate time for trial preparation. Defendant's time request is based, in part, on time expended in connection with objections to plaintiff's "more than 950 proposed trial exhibits." Plaintiff notes that defendant has had this exhibit list since September 18, 2006.

Without in any way restricting the right and duty of counsel to assert appropriate objections to the opposing party's exhibits, it is respectfully requested that counsel make every effort during pretrial to confer and agree, to the extent possible, on the evidence to be introduced in this litigation. Documents proposed by both parties should, to the extent possible, be submitted as joint exhibits.

After careful consideration of plaintiff's objections, it is concluded that the better course of action is to allow the 2-day enlargement of time sought by defendant. Any demonstrated specific inadequacy of time for trial preparation which has its genesis in this enlargement can be subsequently presented and then addressed.

Accordingly, it is **ORDERED** that the motion, filed January 24, 2007, to enlarge the time for the cited Appendix A submissions shall be **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge