IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-697C |
| | ) | (Senior Judge Merow) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of three days (two business days), to and including Tuesday, January 30, 2007, within which to file its RCFC Appendix A, paragraph 14(b) memorandum of contentions of fact and law. Our deadline for filing our memorandum is currently Friday, January 26, 2007. This is defendant’s fourth request for an enlargement of time to meet this particular deadline, the Court having previously granted defendant three enlargements totaling 49 days. The pretrial deadlines applicable to both parties in this case have been enlarged on other prior occasions for various reasons. Counsel for plaintiff has represented that plaintiff, Wisconsin Electric Power Company (“WEPCO”), opposes this motion

The requested enlargement is necessary in order to allow the Government sufficient additional time to analyze the United States Court of Appeals for the Federal Circuit’s decision in Citizens Federal Bank v. United States, No. 05-5173, 2007 WL 162820 (Fed. Cir. Jan. 24, 2007), which was issued on Wednesday, January 24, 2007, and incorporate appropriate discussions of that decision in the memorandum of the appropriate standard of causation that

applies in this case. Because the proper standard of causation is an essential element in this particular case, it seems prudent to ensure that we address this new decision and its effect on this case in our pretrial brief. Our last enlargement motion requested a brief two-day enlargement to complete work on the memorandum and our paragraph 16 exhibit list. In the interim, we have completed work on our exhibit list, and expect to file it by today's deadline. Therefore, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Kevin B. Crawford
KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-9640
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

MARIAN E. SULLIVAN
RUSSELL A. SHULTIS
SONIA M. ORFIELD
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

January 26, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on January 26, 2007, a copy of this "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kevin B. Crawford