# In the United States Court of Federal Claims

No. 00-697 C
(Filed January 30, 2007)

******************************
WISCONSIN ELECTRIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

**ORDER**

By motion, filed January 26, 2007, defendant seeks an enlargement of time, until January 30, 2007, to file its Appendix A ¶ 14(b) Memorandum of Contentions of Fact and Law. Plaintiff filed an opposition to the motion on January 26, 2007.

Accordingly, based on the same rationale set forth in the Order entered January 25, 2007, it is **ORDERED** that defendant's motion, filed January 26 2007, to enlarge the time to file Appendix A ¶ 14(b) Memorandum of Contentions of Fact and Law shall be **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge