IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-697C |
| | ) | (Senior Judge Merow) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of five days, to and including Monday, February 5, 2007, within which to file its motions in limine and summary judgment motions, and an enlargement of time of seven days, to and including Friday, February 9, 2007, within which to file its response to plaintiff's deposition and trial testimony designations and any applicable motion for leave pursuant to RCFC App. A, ¶ 15(b). Our deadline for filing motions is currently Wednesday, January 31, 2007. Our deadline relating to the transcript designations is currently Friday, February 2, 2007. This is defendant's first request for an enlargement of time relating to the motions deadline, but its second request for an enlargement of time relating to the transcript designations deadline. The Court previously granted defendant an enlargement of 14 days on the latter deadline. The pretrial deadlines applicable to both parties in this case have been enlarged on other prior occasions for various reasons. Counsel for plaintiff has represented that plaintiff, Wisconsin Electric Power Company ("WEPCO"), opposes this motion

The requested enlargement is necessary because of the considerable amount of time that the members of the team of attorneys working on this case have had to devote to trial preparation in System Fuels, Inc. v. United States, 03-2623C (Fed. Cl.), and in conducting depositions and completing other discovery activities in Dairyland Power Cooperative v. United States, 04-0106C (Fed. Cl.) and Boston Edison Co. v. United States, 99-447C (Fed. Cl.). Certain of the motions that we intend to file have been completed and are in the process of being reviewed. Much work has been done in reviewing plaintiff's transcript designations, but more work still needs to be done in preparing our counter-designations. Plaintiff should not be prejudiced by this request, given that, even as a result of these enlargements, plaintiff will receive the filings involved almost a full month prior to the pretrial conference and nearly two months prior to trial.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Kevin B. Crawford
KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-9640
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

JOHN C. EKMAN
MARIAN E. SULLIVAN
RUSSELL A. SHULTIS
SONIA M. ORFIELD
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

January 31, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on January 31, 2007, a copy of this "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kevin B. Crawford