In addition, I also considered a third criterion that has been referenced by DOE witnesses:

(3) The number of years that the maximum annual steady-state acceptance capacity is fully utilized over the life of the waste acceptance program.[15 16]

## 5.3 Results of Acceptance Rate Analysis

I used these factors to evaluate the four non-breach-world acceptance rate scenarios that are summarized in Table 1. The results for each of the four scenarios are explained below and summarized in Table 2.

Scenario 1. Under the 3,000 MTU scenario, DOE would have started waste acceptance by January 31, 1998, ramping up to the steady-state acceptance rate of 3,000 MTU over a five year period. Assuming an OFF acceptance priority ranking, nuclear operating companies would have needed to add approximately 1,030 MTU of additional spent fuel storage capacity after spent fuel acceptance began. The average number of years that spent fuel would have to be stored at reactor sites after plant shutdown for decommissioning is approximately nine years. In addition, the steady-state acceptance capacity of 3,000 MTU per year would be fully utilized by DOE for approximately 28 years.

Scenario 2. Under the 900 MTU scenario, DOE would have started waste acceptance by January 31, 1998, and would reach the steady-state acceptance rate of 900 MTU by the third year of waste acceptance. Assuming an OFF priority ranking, nuclear operating companies would have needed to add approximately 13,130 MTU of additional spent fuel storage capacity after spent fuel acceptance began. The average number of years that spent fuel would have to be stored at reactor sites after plant shutdown for decommissioning is approximately 65 years. In addition, at a steady-state acceptance capacity of 900 MTU per year, DOE would not complete spent fuel acceptance until over a century after the program began, the year 2101.

Scenario 3. Under the 1992 ACR scenario, DOE would have started waste acceptance by January 31, 1998, but would not reach the steady-state acceptance rate of 3,000 MTU until eighteen years after the start of waste acceptance. Assuming an OFF acceptance priority ranking, nuclear operating companies would have needed to add approximately 6,200 MTU of additional spent fuel storage capacity after spent fuel acceptance began. The average number of years that spent fuel would have to be stored at reactor sites after plant shutdown for decommissioning is approximately 16.5 years. In addition, the steady-state acceptance capacity of 3,000 MTU per year would be fully utilized by DOE for approximately 24 years.

[15] Pollog, Thomas, DOE, OCRWM, Rule 30(b)(6) Deposition, April 11, 2002, p. 96-97.
[16] Barrett, Lake, DOE, OCRWM, Deposition, May 10, 2002, p. 1332-34.

Protected and Confidential Material to be Disclosed Only In Accordance
With U.S. Court of Federal Claims Protective Order

Scenario 4. Under the 6,000 MTU scenario, DOE would have started waste acceptance by January 31, 1998, and would ramp up to the steady-state acceptance rate of 6,000 MTU over an eight year period. Assuming an OFF acceptance priority ranking, nuclear operating companies would have needed to add approximately 740 MTU of additional spent fuel storage capacity after spent fuel acceptance began. The average number of years that spent fuel would have to be stored at reactor sites after plant shutdown for decommissioning is approximately six years. In addition, the steady-state acceptance capacity of 6,000 MTU per year would be fully utilized by DOE for approximately six years.

**Table 2 Comparison of Factors Important to Spent Fuel Acceptance**

| Spent Fuel Acceptance Evaluation Factors | Spent Fuel Acceptance Rate Scenario | | | |
|---|---|---|---|---|
| | Scenario 1 3,000 MTU | Scenario 2 900 MTU | Scenario 3 1992 ACR | Scenario 4 6,000 MTU |
| Additional Storage Requirements (MTU) | 1,030 | 13,130 | 6,200 | 740 |
| Average Post Shutdown Storage Time (Years) | 9 | 65 | 16.5 | 6 |
| Years Maximum Acceptance Capacity Utilized | 28 | 101 | 24 | 6 |

Figure 1 below presents the projected spent fuel acceptance rates that could be sustained by the available inventories of spent fuel that have been cooled for a minimum of five years for each of the spent fuel acceptance scenarios evaluated. The maximum annual spent fuel acceptance rate of 3,000 MTU can be sustained for 28 years. While the 3,000 MTU rate can be sustained for 24 years in the 1992 ACR scenario, the average number of years that spent fuel must be stored on site following plant shutdown for decommissioning is 16.5 years compared to the 3,000 MTU scenario in which the average is only nine years. In addition, the 3,000 MTU scenario only requires 1,030 MTU of additional storage capacity, while the 1992 ACR scenario requires approximately 6,200 MTU of additional storage capacity, approximately three times the annual rate of spent fuel discharges.

The 900 MTU scenario results in a spent fuel acceptance program that lasts for more than 100 years, requires approximately 13,130 MTU of additional storage capacity and results in spent fuel remaining at nuclear power plant sites for an average of 65 years following plant shutdown for decommissioning.

For the 6,000 MTU scenario, the maximum annual spent fuel acceptance rate of 6,000 MTU can be sustained by utility spent fuel inventories for only six years and then the amount of spent fuel that has cooled for a minimum of five years drops off dramatically. Under this last scenario, the amount of spent fuel shipped from approximately 2014 forward is equal to the amount of spent fuel discharged five years previously.

Thus, while the 6,000 MTU scenario results in the need for a somewhat smaller amount of additional storage capacity than the 3,000 MTU scenario (740 MTU vs. 1,030 MTU), a maximum capacity of 6,000 MTU cannot be sustained by the amount of spent fuel that is in inventory and is expected to be generated. For spent fuel acceptance beginning in 1998, a system built to accommodate an acceptance rate of 6,000 MTU per year would not have been an efficient system that fully utilized system capacity, as more than two-thirds of the maximum system capacity would go unused for more than 30 years of a 40 year waste acceptance program.




**Figure 1** **Comparison of Maximum Steady-State Spent Fuel Acceptance Rates, Assuming A Minimum Spent Fuel Cooling Time of Five Years**

It should be noted that these calculations are based on available data from nuclear utilities. Each individual nuclear utility is likely to have the most complete up to date information regarding its individual storage needs. In addition, this analysis has calculated industry-wide spent fuel storage requirements and the time that spent fuel remains on site following plant shutdown for decommissioning for each spent fuel storage pool or reactor site assuming an OFF priority ranking. That is, the analysis has calculated the amount of additional storage needed at each reactor site for a given spent fuel acceptance rate scenario. Nuclear operating companies that have multiple nuclear power plant sites may apply their acceptance rights to any nuclear power plant that they operate. Thus, a

particular nuclear operating company may apply its spent fuel acceptance rights to a different nuclear power plant site than the plant site assumed by this analysis. While this analysis may calculate additional storage requirements for a nuclear power plant, an individual company may use acceptance rights from one site to prevent the need to add additional storage capacity at another site. In much the same way, a nuclear operating company with multiple plant sites may also apply acceptance rights from one nuclear power plant to a second plant in order to facilitate the decommissioning of the second plant. The scenarios I have analyzed conservatively assume that, in the non-breach world, acceptance rights are applied to the individual nuclear power plants that generated those rights.

The results presented in Table 2 estimate the maximum amount of additional storage required and the maximum average time that spent fuel remains at nuclear power plants following shutdown for decommissioning. These two parameters likely would be lower in each of the scenarios evaluated if nuclear operating companies with multiple sites ultimately choose to allocate their acceptance from one plant to another plant in their systems. In the next section of this report, I have conducted a sensitivity analysis to confirm my understanding regarding this issue.

It should be noted that this analysis of the overall spent fuel acceptance rate does not reflect all spent fuel storage alternatives that may have been considered by nuclear operating companies had these companies had confidence that DOE was going to begin waste acceptance in 1998 under a non-breach scenario. For example, nuclear operating companies may have been able to add additional storage capacity in spent fuel storage pools to avoid having to construct dry storage facilities in a non-breach scenario.

It should also be noted that, if a nuclear operating company exercised provisions under the Standard Contract that allow exchanges of delivery commitments between contract holders, this could further decrease the amount of additional storage capacity required.[17] The use of the exchange provision in the non-breach world could also decrease the amount of time that spent fuel is stored on site following plant shutdown for decommissioning.

If nuclear operating companies exercised the provision under the Standard Contract that allows twenty percent (20%) flexibility in the amount of spent fuel to be delivered to DOE, it is possible that the additional storage requirements summarized in Table 2 would be at least twenty percent lower or 820 MTU for the 3,000 MTU case; 10,500 MTU for the 900 MTU case; 4,960 MTU for the 1992 ACR case, and 590 MTU for the 6,000 MTU case.

Based on the comparison of the three factors presented in Table 2, it is clear that use of a 3,000 MTU steady state acceptance rate, with a reasonable ramp up period (in this case five years), would result in minimizing the amount of additional spent fuel storage capacity needed at reactor sites, would work off the backlog of spent fuel inventories at reactor

[17] Standard Contract, Article V.E, Exchanges.

Protected and Confidential Material to be Disclosed Only In Accordance
With U.S. Court of Federal Claims Protective Order

sites, and would remove spent fuel from reactor sites in a reasonable period of time following reactor shutdown for decommissioning. This rate would also ensure that the waste management system capacity has not been overbuilt and underutilized.

### 5.4 Sensitivity Analysis Regarding Intra-Company Use of Acceptance Rights

As discussed in Section 5.3, I calculated the amount of additional on-site storage capacity needed under various spent fuel acceptance rate scenarios based on OFF acceptance priority ranking. Nuclear operating companies that operate plants at multiple nuclear power plant sites may apply their acceptance rights to any nuclear power plant that they operate.[18] Thus, a particular nuclear operating company may apply its spent fuel acceptance rights to a different nuclear power plant site than the plant site assumed by the analysis described in Section 5.3. As discussed in Section 5.3, the amount of additional storage required would be somewhat lower in each of the scenarios evaluated if nuclear operating companies with multiple sites ultimately choose to allocate their acceptance rights from one plant to another plant in their systems.

I performed a sensitivity analysis to determine the effect on overall additional spent fuel storage requirements if companies that own multiple nuclear power plants utilized their acceptance rights to alleviate the need to add additional storage capacity at their power plants. This analysis is summarized in Table 3 and described below.

**Table 3 Sensitivity Analysis Regarding Intra-Company Use of Acceptance Rights Comparison of Factors Important to Spent Fuel Acceptance**

| Spent Fuel Acceptance Evaluation Factors | Spent Fuel Acceptance Rate Scenario | | | |
|---|---|---|---|---|
| | Sensitivity1 3,000 MTU | Sensitivity 2 900 MTU | Sensitivity 3 1992 ACR | Sensitivity 4 6,000 MTU |
| Additional Storage Requirements (MTU) | 690 | 9,500 | 4,980 | 540 |
| Average Post Shutdown Storage Time (Years) | 9 | 65 | 16.5 | 6 |
| Years Maximum Acceptance Capacity Utilized | 28 | 101 | 24 | 6 |

<u>Sensitivity 1: 3,000 MTU.</u> Under Sensitivity 1, 3,000 MTU with intra-company exchanges, the same acceptance rate is analyzed as in the 3,000 MTU Base Case. However, nuclear operating companies with multiple nuclear power plant sites are assumed to use the acceptance rights from one reactor to alleviate adding additional storage capacity at another reactor if needed. Analyzing this sensitivity scenario, nuclear operating companies would have needed to add approximately 690 MTU of additional spent fuel storage capacity after

[18]U.S. DOE, OCRWM, 1992 Annual Capacity Report, Revision 1, May 1993, p.7..

spent fuel acceptance began. The average number of years that spent fuel would have to be stored at reactor sites after plant shutdown for decommissioning is approximately nine years. In addition, the steady-state acceptance capacity of 3,000 MTU per year would be fully utilized by DOE for approximately 28 years.

<u>Sensitivity 2: 900 MTU.</u> Under Sensitivity 2, the 900 MTU scenario with intra-company exchanges, nuclear operating companies would have needed to add approximately 9,500 MTU of additional spent fuel storage capacity after spent fuel acceptance began. The average number of years that spent fuel would have to be stored at reactor sites after plant shutdown for decommissioning is approximately 65 years. In addition, at steady-state acceptance capacity of 900 MTU per year, DOE would not complete spent fuel acceptance until over a century after the program began, the year 2101.

<u>Sensitivity 3: 1992 ACR.</u> Under Sensitivity 3, the 1992 ACR scenario with intra-company exchanges, nuclear operating companies would have needed to add approximately 4,980 MTU of additional spent fuel storage capacity after spent fuel acceptance began. The average number of years that spent fuel would have to be stored at reactor sites after plant shutdown for decommissioning is approximately 16.5 years. In addition, the steady-state acceptance capacity of 3,000 MTU per year would be fully utilized by DOE for approximately 24 years.

<u>Sensitivity 4: 6,000 MTU.</u> Under Sensitivity 4, the 6,000 MTU scenario with intra-company exchanges, nuclear operating companies would have needed to add approximately 540 MTU of additional spent fuel storage capacity after spent fuel acceptance began. The average number of years that spent fuel would have to be stored at reactor sites after plant shutdown for decommissioning is approximately six years. In addition, the steady-state acceptance capacity of 6,000 MTU per year would be fully utilized by DOE for approximately six years.

It should also be noted that, if nuclear operating companies exercised the provision under the Standard Contract that allows twenty percent (20%) flexibility in the amount of spent fuel to be delivered to DOE, it is possible that, in the non-breach world, the additional storage requirements summarized in Table 5 would be at least twenty percent lower, or 550 MTU for the 3,000 MTU case; 7,600 MTU for the 900 MTU case; 3,980 MTU for the 1992 ACR case, and 430 MTU for the 6,000 MTU case.

This analysis confirms my conclusion in Section 5.3, that the results presented in Table 2 for the amount of additional storage required in the non-breach world would be somewhat lower in each of the scenarios evaluated if nuclear operating companies with multiple sites ultimately chose to allocate their acceptance rights from one plant to another plant in their systems. It should be noted that the relative differences between the various acceptance scenarios in this sensitivity analysis are similar to the results presented in Table 2. That is, the additional storage requirements and average post shutdown storage time are similar for the 3,000 MTU and 6,000 MTU scenarios. The 1992 ACR scenario has higher additional

storage requirements and longer average post shutdown storage times than the 3,000 MTU or 6,000 MTU scenario. The 900 MTU scenario has the highest additional storage requirements and the longest average post shutdown storage times.

This sensitivity analysis further confirms my opinion that a steady state acceptance rate of 3,000 MTU per year, with a five-year ramp up period, would have limited the amount of additional storage capacity needed at nuclear power plants after that date, kept up with the annual discharge rate of 2,000 MTU of spent fuel, and worked off the 37,000 MTU backlog of SNF in storage at nuclear power plants to allow timely decommissioning.

### 5.5 Sensitivity Analysis Regarding Ramp Up Rate to 3,000 MTU

Scenario 1, the 3,000 MTU scenario, assumes that DOE would have started waste acceptance by January 31, 1998, ramping up to the steady-state acceptance rate of 3,000 MTU over a five year period. The ramp up rate used assumes acceptance of 400 MTU in 1998, 600 MTU in 1999, 1,200 MTU in 2000, 2,000 MTU in 2001, and 3,000 MTU thereafter. It is my opinion that this ramp up rate represents a reasonable ramp up period and annual acceptance rate for the start of waste acceptance by DOE. The five-year ramp up period assumed in my analysis is consistent with most recently published DOE Total System Life Cycle Cost Analysis (TSLCC),[19,20] which DOE has used as the basis for determining the overall cost of the disposal program to ensure that the fees collected from nuclear power plant operators are adequate to cover the life cycle costs of the program. This rate was also used by DOE in its recently published Annual Capacity Report (ACR) provided to Standard Contract holders in July 2004.[21]

It should be noted that DOE previously used other ramp-up rates with an overall 3,000 MTU steady-state acceptance capacity. These other ramp-up rates can be found in various program documents DOE has published since the program's inception. Based on my examination of DOE program documents, DOE principally has used four ramp up rates to the overall 3,000 MTU steady-state acceptance rate, as described in Table 4.

[19] U.S. DOE, *Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program*, DOE/RW-0510, December 1998, Table 3 (1998 TSLCC).

[20] U.S. DOE, *Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program*, DOE/RW-0533, May 2001, Table 4-1 (2001 TSLCC).

[21] U.S. DOE, Acceptance Priority Ranking and Annual Capacity Report, DOE/RW-0567, July 2004, Table 1, p. 2

Protected and Confidential Material to be Disclosed Only In Accordance
With U.S. Court of Federal Claims Protective Order

**Table 4: DOE Ramp Up Rates to 3,000 MTU**

| Year | 1983 Draft Mission Plan | 1985 Mission Plan | 1990 ACR | 1998 TSLCC (3000 MTU Base Case) |
|---|---|---|---|---|
| 1998 | 1,800 | 400 | 1,200 | 400 |
| 1999 | 1,800 | 400 | 1,200 | 600 |
| 2000 | 1,800 | 400 | 2,000 | 1,200 |
| 2001 | 1,800 | 900 | 2,000 | 2,000 |
| 2002 | 1,800 | 1,800 | 2,700 | 3,000 |
| Thereafter | 3,000 | 3,000 | 3,000 | 3,000 |

I evaluated each of the factors described in Section 5.2 for the four ramp up rates that are summarized in Table 4, including three sensitivity cases and the Base Case.[22] The results for each of the four scenarios are explained below and summarized in Table 5.

**Table 5 Sensitivity Analysis Regarding Ramp Up Rates to Steady State Rate Comparison of Factors Important to Spent Fuel Acceptance**

| Spent Fuel Acceptance Evaluation Factors | Spent Fuel Acceptance Rate Scenario | | | |
|---|---|---|---|---|
| | 1983 DMP | 1985 Mission Plan | 1990 ACR | 3,000 MTU Base Case |
| Additional Storage Requirements (MTU) | 660 | 1,650 | 720 | 1,030 |
| Average Post-Shutdown Storage Time (Years) | 8.5 | 10 | 8.5 | 9 |
| Years Maximum Acceptance Capacity Utilized | 26 | 28 | 26 | 28 |

<u>1983 Draft Mission Plan:</u> DOE's 1983 Draft Mission Plan (1983 DMP) contained a ramp up rate of 1,800 MTU per year for the first five years of waste acceptance, reaching the overall 3,000 MTU acceptance rate by year six and maintaining this overall rate thereafter. Evaluating this sensitivity case using the three factors identified above, nuclear operating companies would have needed to add approximately 660 MTU of additional spent fuel storage capacity after spent fuel acceptance began. The average number of years that spent fuel would have to be stored at reactor sites after plant shutdown for decommissioning is approximately 8.5 years. In addition, the steady-state acceptance capacity of 3,000 MTU per year would be fully utilized by DOE for approximately 26 years.

<u>1985 Mission Plan:</u> DOE's 1985 Mission Plan (1985 MP) contained a ramp up rate of 400 MTU for the first three years of waste acceptance, 900 MTU per year in year four, 1,800

[22] This sensitivity analysis assumes Oldest Fuel First acceptance priority ranking.

MTU in year five, reaching the overall 3,000 MTU acceptance rate by year six and maintaining this overall rate thereafter. Evaluating this sensitivity case, nuclear operating companies would have needed to add approximately 1,650 MTU of additional spent fuel storage capacity after spent fuel acceptance began. The average number of years that spent fuel would have to be stored at reactor sites after plant shutdown for decommissioning is approximately ten years. In addition, the steady-state acceptance capacity of 3,000 MTU per year would be fully utilized by DOE for approximately 28 years.

<u>1990 Annual Capacity Report:</u> DOE's 1990 Annual Capacity Report (1990 ACR) contained two acceptance rates. The upper bounding acceptance rate assumed a ramp up rate of 1,200 MTU in 1998 and 1999, 2,000 MTU in 2000 and 2001, 2,700 MTU in 2002, reaching the overall 3,000 MTU acceptance rate by year six and maintaining this overall rate thereafter. Evaluating this sensitivity case, nuclear operating companies would have needed to add approximately 720 MTU of additional spent fuel storage capacity after spent fuel acceptance began. The average number of years that spent fuel would have to be stored at reactor sites after plant shutdown for decommissioning is approximately 8.5 years. In addition, the steady-state acceptance capacity of 3,000 MTU per year would be fully utilized by DOE for approximately 26 years.

<u>3,000 MTU Base Case.</u> As discussed earlier, under the base case scenario, the ramp up rate assumed that 400 MTU would be accepted in 1998, 600 MTU in 1999, 1,200 MTU in year 2000, 2,000 MTU in year 2001, reaching the overall steady state rate of 3,000 MTU by 2002 and maintaining that rate thereafter. Under the Base Case, nuclear operating companies would have needed to add approximately 1,030 MTU of additional spent fuel storage capacity after spent fuel acceptance began. The average number of years that spent fuel would have to be stored at reactor sites after plant shutdown for decommissioning is approximately nine years. In addition, the steady-state acceptance capacity of 3,000 MTU per year would be fully utilized by DOE for approximately 28 years.

Both the 1983 DMP and the 1990 ACR ramp up rates use somewhat higher ramp up rates during the first four years of waste acceptance than those used in the 3,000 MTU Base. As a result, the calculated additional storage requirements are somewhat lower for these two scenarios, approximately 660 MTU for the 1983 DMP case and 720 MTU for the 1990 ACR case compared to 1,030 MTU for the 3,000 MTU Base Case. The 1985 MP ramp up rates are lower than the rates used in the 3,000 MTU Base Case, as well as those used in the 1983 DMP and 1990 ACR. Thus the calculated additional storage capacity is higher for the 1985 MP case – approximately 1,650 MTU. All four scenarios produce similar results for the average post shutdown storage time ranging from 8.5 years for the 1983 DMP and the 1990 ACR, 9 years for the 3,000 MTU Base Case, and 10 years for the 1985 MP. Based on this analysis, the ramp up rates assumed in either the 1983 DMP, the 1990 ACR or the 3,000 MTU Base Case would limit the amount of additional storage required at nuclear power plants sites after the start of waste acceptance, would work off the backlog of spent fuel inventories to allow timely decommissioning, and would ensure that the waste management system capacity has not been overbuilt and underutilized.

I have concluded that it is reasonable to use the 3,000 MTU base case with a five year ramp up period because it is both conservative and consistent with DOE's current planning basis for waste acceptance.

Protected and Confidential Material to be Disclosed Only In Accordance
With U.S. Court of Federal Claims Protective Order

# 6. DOE ACCEPTANCE RATE PLANNING SINCE PROGRAM INCEPTION

## 6.1 DOE Documents that Support Opinion Regarding 3,000 MTU Acceptance Rate

The numerous DOE documents that have used the 3,000 MTU steady-state annual acceptance rate or a similar rate include the following:

- December 1983 Draft Mission Plan. The 1983 draft Mission Plan, dated December 20, 1983, assumes a 3,000 MTU annual acceptance rate. The document described the 3,000 MTU annual rate as the rate "set to prevent, in the aggregate, the need for utilities to provide additional storage on-site after 1998."[23]
- April 1984 Draft Mission Plan.[24]
- 1984 Total System Life Cycle Cost Analysis. The 1984 Total System Life Cycle Cost Analysis (1984 TSLCC) provided an analysis of the total system costs for the OCRWM program.[25]
- June 1985 Mission Plan. The final Mission Plan issued by OCRWM in June 1985 assumed a 3,000 MTU annual steady-state acceptance rate. [26]
- 1985 Total System Life Cycle Cost Analysis.[27]
- 1986 Total System Life Cycle Cost Analysis.[28]
- 1988 Draft Mission Plan Amendment.[29]
- 1988 Annual Capacity Report.[30]
- 1995 Total System Life Cycle Cost Analysis.[31]

[23] DOE 1983 Draft Mission Plan, p. 2-2 to 2-3.

[24] DOE, OCRWM, Draft Mission Plan,DOE/RW-0005 DRAFT, April 1984, p. 2-2.

[25] DOE, OCRWM, "Preliminary Analysis of Total System Life Cycle Cost of the Civilian High-Level Radioactive Waste Disposal Program," April 27, 1984, p. 2-4.

[26] DOE, OCRWM, "Mission Plan for the Civilian Radioactive Waste Management Program," DOE/RW-0005, June 1985, p. 26.

[27] DOE, OCRWM, "Analysis of Total System Life Cycle Cost of the Commercial High-Level Radioactive Waste Disposal Program," DOE/RW-0024, April 1985, p. 2-3.

[28] DOE, OCRWM, "Analysis of Total System Life Cycle Cost of the Commercial High-Level Radioactive Waste Disposal Program," April 1986, DOE/RW-0047, p 14, p. 22.

[29] DOE, OCRWM, Draft 1988 Mission Plan Amendment,DOE/RW-0187, 1988, p. 19.

[30] DOE, OCRWM, Annual Capacity Report,DOE/RW-0191, 1988, p 5.

[31] DOE, OCRWM, "Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program," DOE/RW-0479, September 1995, p. 8.

- 1998 Total System Life Cycle Cost Analysis.[32]
- 1998 Viability Assessment.[33]
- 1998 Acquisition of Waste Acceptance and Transportation Services for the Office of Civilian Radioactive Waste Management.[34]
- 2001 Total System Life Cycle Cost Analysis.[35]
- 2002 Waste Acceptance System Requirements Document.[36]
- 2004 Acceptance Priority Ranking and Annual Capacity Report.[37]
- 2004 Civilian Radioactive Waste Management System Requirements Document.[38]

In his deposition taken by the utilities in coordinated discovery, Lake Barrett, the former acting director of the DOE waste program, testified that the 3,000 MTU annual steady-state rate is the "proper balance for total life-cycle costs as well as near-term cash flow requirements and performance. If you make the number too high, then you have—you would quickly work off the backlog, and then you would have a lot of idle capacity. If it was too low, you would have reactors needing to put in dry storage, and 3,000, based on [studies performed in the] early 1980s, seemed like a reasonable number to use."[39]

## 6.2 DOE Documents that Support Opinion Regarding Ramp Up Rate

Recent DOE planning documents for acceptance of SNF at a Yucca Mountain repository project a 3,000 MTU steady-state annual acceptance rate with a five year ramp up period. These documents include the following:

---

[32] DOE, OCRWM, "Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program," DOE/RW-0510, December 1998, p. 15.

[33] DOE, OCRWM, "Viability Assessment of a Repository at Yucca Mountain, Preliminary Design Concept for the Repository and Waste Package," DOE/RW-0508, Volume 2, p. 3-2.

[34] DOE, OCRWM, Acquisition of Waste Acceptance and Transportation Services for the Office of Civilian Radioactive Waste Management, Draft RFP, DE-RP01-98RW00320, September 1998, Table 1-2, C App.1-2.

[35] DOE, OCRWM, "Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program," DOE/RW-0533, May 2001, p. 4-2.

[36] DOE, OCRWM, Waste Acceptance System Requirements Document, Revision 4, DOE/RW-0351, January 2002, Table 7-1, p. 46.

[37] DOE, OCRWM, Acceptance Priority Ranking and Annual Capacity Report, DOE/RW-0567, July 2004, Table 1, p. 2.

[38] DOE, OCRWM, Civilian Radioactive Waste Management System Requirements Document, Revision 6, DOE/RW-0406, September 2004, Table 1, p. 8.

[39] Barrett, Lake, DOE, OCRWM, Deposition, May 10, 2002, p. 1332-34.

- 1995 Total System Life Cycle Cost Analysis.[40]
- 1998 Total System Life Cycle Cost Analysis.[41]
- 1998 Viability Assessment.[42]
- 1998 Acquisition of Waste Acceptance and Transportation Services for the Office of Civilian Radioactive Waste Management.[43]
- 2001 Total System Life Cycle Cost Analysis.[44]
- 2002 Waste Acceptance System Requirements Document.[45]
- 2004 Acceptance Priority Ranking and Annual Capacity Report.[46]
- 2004 Civilian Radioactive Waste Management System Requirements Document.[47]

As discussed in Section 5.5, the 1983 DMP and the 1990 ACR contain six-year ramp up rates that have higher rates for the early years of operation than the rates in the 3,000 MTU Base Case. The rates contained in the 3,000 MTU Base Case assume a steady increase in the acceptance rate from 400 MTU in 1998; to 600 MTU in 1999; 1,200 MTU in 2000; 2,000 MTU in 2001, and achieving the overall acceptance rate of 3,000 MTU by 2002. This steady increase in the acceptance rate could be compared to low-power testing at a nuclear power plant – the system begins to build up to its steady-state capacity over a period of time to ensure that all of the system elements are working properly.

[40] DOE, OCRWM, "Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program," DOE/RW-0479, September 1995, p. 8.
[41] DOE, OCRWM, "Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program," DOE/RW-0510, December 1998, p. 15.
[42] DOE, OCRWM, "Viability Assessment of a Repository at Yucca Mountain, Preliminary Design Concept for the Repository and Waste Package," DOE/RW-0508, Volume 2, p. 3-2.
[43] DOE, OCRWM, Acquisition of Waste Acceptance and Transportation Services for the Office of Civilian Radioactive Waste Management, Draft RFP, DE-RP01-98RW00320, September 1998, Table 1-2, C App.1-2.
[44] DOE, OCRWM, "Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program," DOE/RW-0533, May 2001, p. 4-2.
[45] DOE, OCRWM, Waste Acceptance System Requirements Document, Revision 4, DOE/RW-0351, January 2002, Table 7-1, p. 46.
[46] DOE, OCRWM, Acceptance Priority Ranking and Annual Capacity Report, DOE/RW-0567, July 2004., Table 1, p. 2.
[47] DOE, OCRWM, Civilian Radioactive Waste Management System Requirements Document, Revision 6, DOE/RW-0406, September 2004, Table 1, p. 8.

Protected and Confidential Material to be Disclosed Only In Accordance
With U.S. Court of Federal Claims Protective Order

## 7. CONCLUSION

As discussed above, I have determined through the analysis described in Section 5 that an overall steady-state spent fuel acceptance rate of 3,000 MTU per year, with a five-year ramp up rate to the steady-state capacity based on the design of DOE's waste management system, would have limited the amount of additional storage capacity needed at nuclear power plants after that date, kept up with the annual discharge rate of 2,000 MTU of spent fuel, and worked off the 37,000 MTU backlog of SNF in storage at nuclear power plants to allow timely decommissioning. In addition, a 3,000 MTU acceptance rate would have been fully utilized for almost 30 years of a 40-year program, ensuring that the waste management system capacity has not been overbuilt and underutilized. The overall 3,000 MTU rate is consistent with DOE's planning bases from the outset of the waste management system as well as with DOE's current plans for the waste acceptance operations.

It is also my conclusion that the 3,000 MTU Base Case ramp up rate currently employed by DOE is a reasonable rate of acceptance and a rate that would have been practicable for the start of waste acceptance in a non-breach scenario, particularly in the early years of waste acceptance.

Protected and Confidential Material to be Disclosed Only In Accordance
With U.S. Court of Federal Claims Protective Order

# APPENDIX A
# PROJECTION OF SPENT FUEL DISCHARGE INFORMATION USING SPNTFUEL

## A.1 Projection of Cycle Discharge Data

The SPNTFUEL program has the capability to project nuclear power plant discharge data including the number of fuel assemblies discharged, fuel weight (MTU) discharged, and fuel burnup. Projected spent fuel discharge information supplied to ERI by nuclear operating companies can also be used as input to the model.

The SPNTFUEL program reads in the historical spent fuel discharge data provided in the DOE's 2002 RW859 database. The program also utilizes projected spent fuel discharge data either from the 2002 RW-859 database or provided to ERI by nuclear operating companies and then calculates the remaining cycle-by-cycle discharge data through the end of each plant's assumed operating license expiration date – either for 40-year licenses or 60-year extended licenses. SPNTFUEL cycle discharge data is calculated as described below.

- Projected discharge dates are calculated by adding a plant's cycle length (the period of time between plant refueling outages) to the last historical/utility discharge date (e.g., last utility projected date of 9/2005 plus 18-month cycle length to produce projected discharge dates of 3/2007, 9/2008, etc.).

- Projected discharge burnups for the industry are based on last historical/projected discharge burnup, using this burnup as the starting point in the calculation. ERI specifies future maximum burnups for PWR and BWR fuel as well as an annual rate of increase in burnup for PWR and BWR fuel. For example, if the last projected discharge burnup for a PWR is 46,800 MWD/MTU and the PWR burnup rate of increase is 1.7% per year, a discharge in the next year is projected at 47,596 MWD/MTU (46,800 x 1.017), 48,405 MWD/MTU two years out, etc. The projected burnup is increased in whole year increments. The projected burnup will increase each year until a maximum projected for that reactor type is reached (e.g., PWR maximum burnup is 58,000 MWD/MTU).

- Projected capacity factors (CF) are based on the historical CF for each nuclear power plant or on plant-specific values supplied by nuclear operating companies to ERI. ERI specifies a future minimum CF (e.g., 90%) that it believes all plants can achieve in future operations. This future minimum CF is based on the industry-wide average CF, currently 90%. If the historical CF for an individual plant is below the ERI-specified future minimum CF, the individual plant CF is gradually increased from the study start year (e.g., 1998) to the specified future minimum CF over an ERI-specified number of years. For example, if a plant's current CF is 80%, and ERI specifies a future minimum CF of 90% is to be reached over a period of 10 years, the projected CF will increase

1.0% [ (90%-80%) / 10 years] each year until the future minimum CF is reached in the year 2010. CFs for plants that have current CFs that are greater than the future minimum CF (90%) are not adjusted by the SPNTFUEL program but instead that higher CF is assumed through the end of the plant's license.

- The projected amount of spent fuel discharged in MTU is based on a plant's licensed thermal rating (MWT), discharge burnup (BUP in MWD/MTU), capacity factor (CF in %), cycle length (CYL in years) as shown below:

$$MTU = (MWT) \times (CYL) \times (CF/100) \times (365\ days/year) / (BUP)$$

For example, 3000 MWT x 1.5 years x 90/100 x 365 / 45,000 MWD/MTU = 32.85 MTU

- The projected number of discharged assemblies (ASSY) is calculated by dividing the MTU discharge size by the assembly unit weight. The assembly unit weight is calculated by dividing an individual plant's core weight by the number of assemblies in the core. Since fuel assembly discharges are in whole assembly increments, the adjusted assembly discharge (ASSY*) is calculated by rounding ASSY and the adjusted discharge weight (MTU*) recalculated based on the assembly unit weight. The adjusted discharge burnup (BUP*) is then recalculated based on the adjusted discharge size MTU* as shown below:

$$BUP^* = (MWT) \times (CYL) \times (CF/100) \times (365\ days/year) / (MTU^*)$$

## A.2. DESCRIPTION OF DATA INPUT

The SPNTFUEL Program utilizes several data input files:

Historical discharge data is consistent with the DOE's RW-859 database for spent fuel discharges through December 31, 2002. Data input into SPNTFUEL includes: plant name, storage location, storage location identification number, spent fuel discharge date, number of assemblies permanently discharged, weight (MTU) of assemblies discharged, and fuel assemblies burnup (MWD/MTU).

Projected discharge data for five future cycles was also included in the RW-859 data submittal. The SPTNFUEL program utilizes this projected discharge information or projected spent fuel discharge information supplied to ERI by nuclear operating companies. Data input to the SPNTFUEL code includes: plant name, storage location, storage location identification number, spent fuel discharge date, number of assemblies permanently discharged, weight (MTU) of assemblies discharged, and fuel assemblies burnup (MWD/MTU).

Each nuclear power plant has specific plant operating parameters that must be taken into account in order for the SPNTFUEL code to project future spent fuel discharges.

Protected and Confidential Material to be Disclosed Only In Accordance
With U.S. Court of Federal Claims Protective Order

Parameters in ERI's plant data base file that are used to calculate future spent fuel discharges include: the plant name, nuclear operating company, reactor type (PWR or BWR), rated thermal power (MWT), capacity factor, start of operating license, cycle length, number of assemblies per core, core weight (MTU). These parameters are used to calculate future cycle discharges as described in Section A.1.

Because nuclear power plant operators can change the plant operating parameters either through a change in operating practice (such as implementing longer cycle lengths) or through changes to the facility license (such as an increase in rated thermal power), it is necessary to modify the plant data parameters in response to such changes.

ERI relies on the U.S. Nuclear Regulatory Commission (NRC) Information Digest to determine a plant's thermal power (MWT),[48] as modified by license amendments to an individual plant's operating license. Numerous nuclear power plants have uprated their plant thermal power to higher levels. ERI's SPNTFUEL database reflects power uprates that were approved by the U.S. NRC through the end of 2004.

Nuclear plant operators decide upon the cycle length for their nuclear power plants. Cycle lengths range from 18 months to 24 months for most U.S. nuclear power plants. ERI maintains its data base of nuclear power plant cycle lengths by monitoring dates for plant refueling outages and through discussions with its contacts at the various nuclear operating companies. ERI has used the best available information for plant cycle lengths in its analysis.

Plant capacity factors have risen steadily over the past ten years, from 71% industry-wide annual average capacity factor in 1991 to a 90% industry-wide annual average capacity factor in 2003.[49] ERI uses plant-specific capacity factors calculated based on a multi-year average of the plant's capacity factor (e.g., 2001 to 2003). As described in A.1, for cases in which a plant's historical capacity factor is below a specified level (90%), the SPNTFUEL program will increase that capacity factor over a specified period of time until it reaches the specified capacity factor (90%).

---

[48] U.S. Nuclear Regulatory Commission, *Information Digest*, 2002 Edition, NUREG-1350, Volume 16, June 2204, Revised February 2005, Appendix A.

[49] U.S. Nuclear Regulatory Commission, *Information Digest*, 2002 Edition, NUREG-1350, Volume 16, June 2004, Revised February 2005, Table 7.

## APPENDIX B
## DETAILED RESUME OF EILEEN M. SUPKO

**Summary of Experience:**

**1990 - Present** **Energy Resources International, Inc.**
**Senior Consultant**

Consultant in the area of nuclear waste management and radioactive materials transport. Provides analysis of the technical, economic, regulatory and policy issues associated with the storage, acceptance, transport and disposal of spent nuclear fuel and high-level radioactive waste to nuclear power plant operating companies, foreign governments, industry organizations, private companies and private spent fuel management programs.

Dry Spent Fuel Storage. Provides analysis and consultation regarding the technical, regulatory, and economic evaluation of dry spent fuel storage and transportation technologies; technical and economic analyses in support of dry storage facility licensing efforts for nuclear operating companies including projections of dry storage life cycle costs and schedules and issues associated with dry storage licensing; technical and economic analyses in support of private spent fuel management program licensing efforts; analysis in support of industry efforts to increase the allowable burnup of spent fuel contained in dry storage systems and presentation of results to U.S. Nuclear Regulatory Commission (NRC) staff; and analyses of changes to NRC regulatory requirements for storage and transport. Authored an industry *Spent Fuel Storage Handbook*, on behalf of the Nuclear Energy Institute, to assist nuclear operating companies in decision-making, planning and licensing activities related to the dry storage of spent nuclear fuel. Served as a U.S. representative for an International Atomic Energy Agency (IAEA) Consultancy on International Spent Fuel Storage Experience resulting in preparation of an IAEA technical report on this subject.

Spent Nuclear Fuel and Radioactive Materials Transport. Provides analysis and consultation regarding spent nuclear fuel and radioactive materials transport including analysis of U.S. Department of Energy (DOE) plans for transporting spent nuclear fuel to a repository; preparation of comments on NRC proposals for spent fuel transportation cask testing; analysis of proposed changes to NRC and U.S. Department of Transportation, and International Atomic Energy Agency regulations for the transport of radioactive materials. Principal Investigator and author of *Spent Nuclear Fuel Transportation – An Overview* on behalf of the Electric Power Research Institute, to summarize the technical, regulatory and policy framework for transporting spent nuclear fuel.

Analysis of DOE Civilian Waste Management Program. Provided consultation and analysis to support nuclear waste legislative initiatives and developments including analyses of technical, economic and regulatory issues associated with proposed legislation and evaluation of legislative proposals on nuclear power plant spent fuel storage requirements and on Nuclear Waste Fund adequacy. Analyzed DOE proposals for