acceptance and transportation of spent nuclear fuel including review of regulatory, technical, logistical issues as well as schedule milestones. Analyzed possible overall DOE acceptance rates and the effect that DOE acceptance rates would have on utility spent fuel storage requirements and the period of time that spent fuel must remain at nuclear power plant sites following reactor shutdown for decommissioning. Provided technical support to industry organizations during industry-DOE staff-to-staff technical exchanges regarding outstanding issues and possible changes to the Standard Contract, DOE plans and conceptual designs for fuel receipt facilities at Yucca Mountain, and DOE-utility interface requirements for the acceptance of spent nuclear fuel. Reviewed and analyzed Congressional appropriations to DOE for the Yucca Mountain program, including monitoring and analysis of the adequacy of the Nuclear Waste Fund.

International Waste Management Activities. Provides technical and policy consultation and analysis to a foreign government regarding programs for the long-term management of spent nuclear fuel including review of projected spent fuel disposal system costs and schedules; review of technical proposals and conceptual designs; and review of long-term planning efforts.

Nuclear Fuel Cycle. Provides technical, economic and policy support to utilities in the areas of fuel cycle management, economics, and procurement. Assists utility clients with procurement planning activities, commercial bid evaluation related activities, preparation of responses to public utility commission (PUC) nuclear fuel-related audits, and performs reviews and audits of utility nuclear fuel procurement practices.

Public Outreach. Provides third party expertise for the Nuclear Energy Institute and other nuclear industry clients, communicating on nuclear waste storage, transport and disposal issues; radioactive materials transport; fuel cycle issues; and nuclear energy benefits. In addition to interviews with the news media, these activities have included briefing members of the U.S. Congress, Congressional staff, and state and local officials on nuclear waste transportation and disposal issues and nuclear energy benefits; and participating in moderated debates with members of U.S. anti-nuclear organizations for Public Broadcast System and National Public Radio programs. In addition to numerous client-specific analyses, evaluations, and reports, author of over 35 reports, presentations, and publications in leading nuclear energy journals and an invited speaker at over a dozen conferences sponsored by leaders in the nuclear industry.

Testimony.

- Indiana Michigan Power Company v. United States, Docket 98-486C, U.S. Court of Federal Claims (Deposition and Trial Testimony);
- Commonwealth Edison Company v. United States, Docket 98-621C, U.S. Court of Federal Claims (Deposition);
- Sacramento Municipal Utility District v. United States, Docket 98-488, US. Court of Federal Claims (Deposition and Trial Testimony);
- Southern Nuclear Operating Company, Alabama Power Company and Georgia Power

Protected and Confidential Material to be Disclosed Only In Accordance
With U.S. Court of Federal Claims Protective Order

Company v. United States, Docket 98-614C, U.S. Court of Federal Claims (Deposition and Trial Testimony);
- South Carolina Electric and Gas Company and South Carolina Public Service Authority v. United States, Docket 04-101C (Deposition).

**1988 - 1990** **Carolina Power and Light Company**
**Nuclear Services Department**
**Incore Analysis Engineer**

Responsibilities included nuclear power plant reload core design, analysis and design review; nuclear fuel cycle management activities including preparation of nuclear power plant fuel cycle management reports, rod pattern improvements, and core operating recommendations to ensure that the nuclear fuel and nuclear reactor core operated within the regulatory limits approved by the NRC in the plant license. Provided control blade management support and technical review of control blade bid proposals. Performed detailed technical and economic analysis of control blade management alternatives.

**1985 - 1988** **Carolina Power and Light Company**
**Nuclear Fuel Projects Engineer**

Responsibilities included participation in nuclear fuel procurement activities including preparation of bid specifications, co-ordination of bid evaluations, and evaluation of economic and commercial contract terms. Prepared annual long-range nuclear fuel cycle cost projections; administered BWR channel contract and DOE enrichment contract; assisted in administration of BWR fuel fabrication contracts, uranium management activities, and fuel cycle analyses.

**1984 - 1985** **GPU Nuclear Company**
**TMI Environmental Controls Department**

Responsibilities included computerization and data analysis for the TMI Radiological Environmental Monitoring Program; routine maintenance and data analysis for a real-time gamma monitoring system; participation in NRC emergency drills performing off-site dose calculations. Served on environmental monitoring team for TMI-2 headlift operation.

## Education:

B.S., Nuclear Engineering, Pennsylvania State University, 1985

## Memberships, Licenses and Honors:

Member and past chairman, Mechanical and Nuclear Engineering Division, Industrial and Professional Advisory Council to the Pennsylvania State University's College of Engineering, 1998 to 2004

Protected and Confidential Material to be Disclosed Only In Accordance
With U.S. Court of Federal Claims Protective Order

Founding Member, Board of Directors (2003–2006), Pennsylvania State University, Nuclear Engineering Society

Member, American Nuclear Society

Protected and Confidential Material to be Disclosed Only In Accordance
With U.S. Court of Federal Claims Protective Order

# APPENDIX C
# PUBLICATIONS LIST
# EILEEN M. SUPKO

In addition to numerous client specific analyses, evaluations, and reports, Ms. Supko has authored the following representative reports, presentations, and publications.

Supko, E.M., and John H. Kessler, *Calculation of Incident-Free Spent Fuel Transportation Risk,* presented on behalf of EPRI, 2006 International High-Level Radioactive Waste Management Conference, May 3, 2006, Las Vegas, Nevada.

Supko, E.M., and John H. Kessler, *Risk Insights Associated with Incident-Free Transportation of Spent Nuclear Fuel To Yucca Mountain Using RADTRAN 5.5*, presented on behalf of EPRI, Waste Management Symposium '06, February 26-March 2, 2006, Tucson, Arizona.

Supko, E.M., and Robert Jones, *Options for Pursuing Moderator Exclusion for Application to Spent-Fuel Transportation Packages,* EPRI Technical Report 1011815, Final Report, December 2005.

Supko, E.M., *Assessment of Incident-Free Transport Risk for Transport of Spent Nuclear Fuel to Yucca Mountain Using RADTRAN 5.5*, EPRI Technical Report 1011821, Technical Update 1, September 2005.

Supko, E.M., and Robert Jones, *Options for Pursuing Moderator Exclusion for Application to Spent-Fuel Transportation Packages,* EPRI Technical Report 1009692, Final Report, December 2004.

Supko, E.M., and Robert Jones, *Spent Nuclear Fuel Transportation, An Overview*, EPRI Technical Report 1009226, Final Report, February 2004.

Supko, E.M., *User Friendly Instruments for Enhancing Communications,* Presented on behalf of the World Nuclear Transport Institute, International Conference on the Safety of Transport of Radioactive Materials, International Atomic Energy Agency, July 7-11, 2003, Vienna, Austria.

Supko, E.M., *Utility – DOE Dry Storage Interface*, INMM Spent Fuel Management Seminar XX, January 15-17, 2003, Washington, D.C.

Supko, E.M., *Nuclear Transport – The Impact of International Regulations,* Presented on behalf of the World Nuclear Transport Institute, INMM Spent Fuel Management Seminar XX, January 15-17, 2003, Washington, D.C.

Protected and Confidential Material to be Disclosed Only In Accordance
With U.S. Court of Federal Claims Protective Order

Supko, E.M, and J.A. Vincent, *High Burnup Spent Nuclear Fuel Storage Analysis,* Presented to the U.S. Nuclear Regulatory Commission on behalf of the Nuclear Energy Institute, Spent Fuel Project Office, March 5, 2002.

Supko, E.M, *Countering the Fear Campaign -- Transportation Specifics,* Presented at the NEI Yucca Mountain Strategic Briefing, Washington, DC, January 15, 2002.

Supko, E.M., *Used Nuclear Fuel Transportation Safety,* Presented at the Utah Association of Realtors Convention, Tucson, Arizona, September 6, 2001.

Supko, E.M, *High Burnup Fuel Considerations For Storage & Transport*, Presented at the Nuclear Energy Institute Fuel Cycle 2001, San Francisco, California, April 1-4, 2001.

Schwartz, M.H., and E.M. Supko, *And Then There Were Three...* ", Nuclear Engineering International, September 2000.

Supko, E.M., *Spent Nuclear Fuel Transportation – An Update of Current Issues,* Presented at the Nuclear Energy Institute Fuel Cycle 2000, Memphis, Tennessee, April 2 - 5, 2000.

Supko, E.M., *Industry Perspective on the Update of the "Modal Study"*, Presented at the Waste Management Symposium 2000, Tucson, Arizona, February 27 – March 2, 2000.

Supko, E.M., *Nuclear Fuel Waste – How Long Must We Wait And What Are We Going To Do?,* Presented at: Center For Business Intelligence Conference, Profit with Nuclear Power – Business Opportunities, Regulatory Reform and Restructuring Options, Chicago, Illinois, November 8-9, 1999.

Supko, E.M., *Projected Needs for Dry Spent Fuel Storage Equipment – The Next Five Years,* Presented at the PCC Annual Workshop for Manufacturing of Spent Fuel Equipment April 7, 1999.

Schwartz, M.H., and E.M. Supko, *The Potential for Change in A Static Market,* Nuclear Engineering International, September 1999.

Supko, E.M., *How Spent Nuclear Fuel, and Low- and High-Level Waste Will Be Disposed and At What Price*, INFOCAST Conference, Nuclear Power Plants, Coming to Grips with Your License Expiration Options – Sell, Decommission, or Renew Your License, January 25-27, 1999.

Supko, E.M., *Industry Spent Fuel Storage Handbook,* Nuclear Energy Institute, NEI 98-01, 1998.

Supko, E.M., *Used Nuclear Fuel Transportation Issues,* presented to the State of Tennessee, Special Committee Meeting of House Conservation and Environment

Committee and Senate Environment, Conservation, and Tourism Committee, March 3, 1998.

Supko, E.M., *Minimizing Risks Associated with Post-Shutdown Spent Fuel Storage and LLW Disposal*, Presented at the Infocast "Nuclear Power In the Competitive Era," Post Conference Workshop, "Developing Risk Strategies for a Successful Decommissioning" January 30, 1998.

Supko, E.M., *Used Nuclear Fuel Transportation Issues*, presented to the Joint Transportation Committees of the Colorado State Legislature, January 8, 1998.

Supko, E.M., *Storing Up Problems*, Nuclear Engineering International, July 1997.

Schwartz, M.H. and E.M. Supko, *Fierce Competition in the U.S. Fabrication Market*, Nuclear Engineering International, September 1996.

Supko, E.M., *Technical Considerations Associated with Spent Fuel Acceptance*, Electric Power Research Institute, ERPI TR-106226, June 1996.

Supko, E.M., *United States Experience With Dry Spent Fuel Storage*, Presented at the International Atomic Energy Agency, Advisory Group Meeting on "Survey of Experience with Wet and Dry Storage", October 30-November 3, 1995.

Supko, E.M., *Utility At-Reactor Spent Fuel Storage Requirements and Costs*, Nuclear Waste Issues Forum, Nuclear Waste Program Office, National Association of Regulatory Utility Commissioners, May 25, 1995.

Supko, E.M., *Integrated Waste Management System Costs in a MPC System*, Presented at the Sixth Annual International High Level Radioactive Waste Management Conference, April 30- May 5, 1995.

Supko, E.M., *Utility At-Reactor Spent Fuel Storage Plans*, Nuclear Energy Institute Fuel Cycle '95, Coronado, California, April 5, 1995.

Buchheit, J.M. and E.M. Supko, *Impacts of MPCs on the Utility Spent Fuel Management System*, Institute of Nuclear Materials Management Spent Fuel Management Seminar XI, January 1994.

Supko, E.M., *Proceedings: 1993 EEI/UWASTE-EPRI-USCEA Spent Fuel Storage Workshop II, Regulatory and Communications Strategies*, Electric Power Research Institute, EPRI TR-103253, December 1993.

Schwartz, M.H., P.J. Marsico, E.M. Supko, *EEI Nuclear Fuel Fabrication Handbook*, Edison Electric Institute Nuclear Fuel Committee, NFC-93-001, November 1993.

Protected and Confidential Material to be Disclosed Only In Accordance
With U.S. Court of Federal Claims Protective Order

Supko, E.M., C.J. Henkel, M.H. Schwartz, *EEI/UWASTE Oversight of the DOE Repository Program by the Repository Information Exchange Team,* Fourth International Conference on High-Level Radioactive Waste Management, April 26-30, 1993.

Rasmussen, R., E.M. Supko, J.M. Jordan, M. Smith, *Utility-DOE Interface Considerations of the Universal Container System Concept*, Fourth International Conference on High-Level Radioactive Waste Management, April 26-30, 1993.

Stigers, R., M. Alissi, E.M. Supko, D.K. Zabransky, *Non-Fuel Components: Regulatory Issues*, Fourth International Conference on High-Level Radioactive Waste Management, April 26-30, 1993.

Supko, E.M., *Proceedings: 1991 EEI/UWASTE-EPRI Workshop on At-Reactor Spent Fuel Storage*, Electric Power Research Institute, EPRI TR-100676, May 1992.

Steyn, J.J, M.H. Schwartz, E.M. Supko, *Overview of Fuel Management Analysis - Supply Issues and Procurement Strategy Development for the 1990s*, USCEA Fuel Cycle Conference 91, March 24-27, 1991.

Supko, E.M., M.H. Schwartz, *Spent Fuel Storage Handbook*, Edison Electric Institute, Utility Nuclear Waste and Transportation Program, December 1990.

Protected and Confidential Material to be Disclosed Only In Accordance
With U.S. Court of Federal Claims Protective Order

## APPENDIX D
## WRITTEN MATERIALS REVIEWED AND CONSIDERED BY EILEEN SUPKO IN PREPARING THIS REPORT

1. Public Law 97-425, *Nuclear Waste Policy Act of 1983*, January 7, 1983.

2. Public Law 100-203, Title V, *Nuclear Waste Policy Amendments Act of 1987*, December 22, 1987.

3. U.S. DOE, *Standard Contract for the Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste,* Title 10, U.S. Code of Federal Regulations, Part 961.

4. 10. U.S. Department of Energy, Office of the Secretary, Nuclear Waste Policy Act Project Office, *Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste*, DOE/S-0020/1, July 1983.

5. U.S. DOE, OCRWM, *Civilian Radioactive Waste Management Program Mission Plan, Volume 1, Overview and Current Program Plans*, Draft, December 20, 1983.

6. U.S. DOE, OCRWM, *Mission Plan for the Civilian Radioactive Waste Management Program, Overview and Current Program Plans*, Volume 1, DOE/RW-0005 DRAFT, April 1984.

7. U.S. DOE, OCRWM, *Preliminary Analysis of Total System Life Cycle Cost of the Civilian High-Level Radioactive Waste Disposal Program*, April 27, 1984.

8. Battelle Pacific Northwest Laboratories, J. F. Fletcher to R. J. Hall, Memo, *Revised Waste Acceptance Schedule from Draft Mission Plan*, January 24, 1984.

9. U.S. DOE, OCRWM, *Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program*, DOE/RW-0024, April 1985.

10. U.S. DOE, OCRWM, *Mission Plan for the Civilian Radioactive Waste Management Program*, DOE/RW-0005, June 1985.

11. Public Comments on the Draft Mission Plan for the Civilian Radioactive Waste Management Program, Volume III, DOE/RW-0005, June 1985

12. U.S. DOE, OCRWM, *Analysis of Total System Life Cycle Cost of the Commercial High-Level Radioactive Waste Disposal Program*, April 1986, DOE/RW-0047.

13. U.S. DOE, OCRWM, *Draft Mission Plan Amendment*, DOE/RW-0128 Draft, January 1987.

Protected and Confidential Material to be Disclosed Only In Accordance
With U.S. Court of Federal Claims Protective Order

14. U.S. DOE, OCRWM, *OCRWM Mission Plan Amendment*, DOE/RW-0128, June 1987.

15. Pacific Northwest Laboratory, R. L. Engel, *1987 Annual Review of the Adequacy of the 1.0 mill per kWh Waste Disposal Fee*, Prepared for the U.S. Department of Energy under Contract DE-AC06-76RLO 1830, PNL-6288, July 1987.

16. U.S. DOE, OCRWM, *Analysis of the Total Life Cycle Cost for the Civilian Radioactive Waste Management Program*, DOE/RW-0047, June 1987.

17. U.S. DOE, OCRWM, *Draft 1988 Mission Plan Amendment*, DOE/RW-0187, 1988.

18. U.S. DOE, OCRWM, *Annual Capacity Report*, DOE/RW-0191, 1988.

19. U.S. DOE, OCRWM, *Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program*, DOE/RW-0236, May 1989.

20. U.S. DOE, OCRWM, *Preliminary Estimates of the Total System Cost for the Restructured Program: An Addendum to the May 1989 Analysis of the Total-System Life Cycle Cost for the Civilian Radioactive Waste Management System*, DOE/RW-0295P, December 1990.

21. U.S. DOE, *Annual Capacity Report*, DOE/RW-0294P, December 1990.

22. U.S. DOE, *Annual Capacity Report*, DOE-RW-0331P, December 1991

23. U.S. DOE, Annual Capacity Report, DOE/RW-0412, March 1992

24. U.S. DOE, OCRWM, *Acceptance Priority Ranking and Annual Capacity Report*, DOE/RW-0457, March 1995.

25. U.S. DOE, OCRWM, *Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program*, DOE/RW-0479, September 1995.

26. U.S. DOE, OCRWM, *Acquisition of Waste Acceptance and Transportation Services for the Office of Civilian Radioactive Waste Management*, Draft RFP Number DE-RP01-98RW00320, September 1998

27. U.S. DOE, OCRWM, *Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program*, DOE/RW-0510, December 1998.

28. U.S. DOE, RW-859 Data, December 31, 1998.

29. U.S. DOE, OCRWM, *Viability Assessment of a Repository at Yucca Mountain, Preliminary Design Concept for the Repository and Waste Package*, DOE/RW-0508, Volume 2, December 1998.

30. U.S. DOE, OCRWM, *Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program*, DOE/RW-0533, May 2001.

31. U.S. DOE, OCRWM, Civilian Radioactive Waste Management System Requirements Document, Revision 06, DOE/RW-0406, September 2004.

32. DOE, OCRWM, Waste Acceptance System Requirements Document, Revision 4, DOE/RW-0351, January 2002.

33. U.S. DOE, RW-859 Data, December 31, 2002

34. U.S. NRC, *Information Digest,* 2002 Edition, NUREG-1350, Volume 14, June 2002.

35. Barrett, Lake, U.S. DOE, OCRWM, Deposition, April 22, 2002; April 23, 2002, April 26, 2002, May 8, 2002, May 10, 2002, May 14, 2002.

36. Bechtel SAIC Company, LLC, *Calculation Method for the Projection of Future Spent Nuclear Fuel Discharges*, TDR-WAT-NU-000002 Rev 1, February 2002

37. Brownstein, Alan, US DOE, OCRWM, Deposition, April 9, 2002; April 10, 2002; April 11, 2002; May 23, 2002; June 14, 2002.

38. Lawrence, Michael J., Former Director, Nuclear Waste Policy Act Implementation Office, DOE; Deposition, May 20, 2002; May 21, 2002.

39. McLeod, Barrie, JAI Corporation, and Pollog, Thomas, US DOE, *Methodology for the Projection of Spent Nuclear Fuel Discharges*, conference paper, date unknown.

40. Milner, Ronald, US DOE, OCRWM, Deposition, May 1, 2002, May 2, 2002; May 3, 2002; May 7, 2002.

41. Morgan, Robert, Acting Director, OCRWM, "Program Overview", Proceedings of the 1983 Civilian Radioactive Waste Management Information Meeting, December 12-15, 1983, February 1984.

42. Morgan, Robert, Former Acting Director, OCRWM, Deposition, March 21, 2002; March 22, 2002, June 25, 2002.

43. Pollog, Thomas, US DOE, OCRWM, 30(b)(6) Deposition, April 11, 2002; April 12, 2002.

44. Zabransky, David, U.S. DOE, OCRWM, Yankee Atomic, et al, versus United States, Case Nos. 98-126C, 98-154C, and 98-474C, Trial Transcript 2004/08/05, August 5, 2004.

45. Zabransky, David, U.S. DOE, OCRWM, Deposition, January 28-19, 2004.

46. Kouts, Christopher, U.S. DOE, OCRWM, 30(b)(6) Deposition, April 11, 2005.

47. Joint Stipulations Regarding Testimony on Spent Fuel Discharges and Cask Loading Costs, Indiana Michigan Power Company v. United States, No. 98-486C, March 2, 2004.

48. U.S. DOE, OCRWM, Acceptance Priority Ranking and Annual Capacity Report, DOE/RW-0567, July 2004.

49. Supko, Eileen, ERI, Email to Steven P. Nesbit, Duke Energy, September 22, 2005; Nesbit, Steven P., Duke Energy, Email to Eileen Supko, September 20, 2005.

50. Supko, Eileen M, ERI, email to Charles Franklin and Jager Smith, Entergy, Entergy Spent Fuel Discharges w attachment, November 11, 2005.

51. U.S. nuclear power plant capacity factors through 2003.

52. U.S. nuclear power plant power uprates through 2004.

53. V.C. Summer Spent Fuel Information, April 22, 2005.

54. NSP Outage Est 2005-05-20.xls

55. 2004 Nuclear Fuel Budget Update Basis; HF2004_1122_2004BudgetBassisiy.xls, 11/11/04; FF2004 1119 2004BudgetBasis.xls, 11/19/04; VF2004 1122_2004OpBudgetBasis.xls, 11/22/04.

56. Tennessee Valley Authority v. United States, No. 01-249C, Defendant's Initial Post Trial Brief, September 21, 2005.

57. Plaintiff's Proposed Findings of Uncontroverted Fact in Opposition to Defendant's Motion for Partial Summary Judgment Regarding the Rate of Spent Fuel Acceptance, Wisconsin Electric Power v. United States, In the U.S. Court of Federal Claims, No. 00.697C, December 16, 2002.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of January 2007, a copy of foregoing "DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF PLAINTIFF'S EXPERT WITNESS, MS. EILEEN M. SUPKO, REGARDING THE EFFECT OF THE RATE OF ACCEPTANCE UNDER THE STANDARD CONTRACT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s\Stephen Finn