IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-697C (Senior Judge Merow) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED EXPEDITED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL ELECTRONICALLY

Pursuant to the Court's General Order 42A, defendant, the United States, respectfully requests leave of the Court to file documents under seal electronically in this case. Because some of our pre-trial motions may refer to protected information, and because this case is designated as an electronic filing case, we require the Court's permission to file documents under seal electronically prior to any such filing. Counsel for plaintiff has represented that plaintiff, Wisconsin Electric Power Company ("WEPCO"), does not oppose this motion.

Pursuant to paragraph 7 of General Order 42A, no document to be placed under seal may be filed electronically unless and until authorized to do so by the Court. As the Court is aware, a protective order has been entered in this case. Accordingly, it is possible that any pre-trial motions that the parties file may need to make reference to such protected information. In fact, there have been references to deposition testimony and deposition and trial exhibits in much of the recent motion practice in this case. This points to the possible need to rely upon protected information contained in deposition or trial exhibits or expert reports in future motions. Thus, we require the Court's permission prior to the filing of any document containing protected

information under seal, and, further, request that the Court consider this motion on an expedited basis.

For these reasons, we respectfully request that the Court enter an order allowing defendant to file documents electronically under seal in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street NW
Washington, DC 20530
Tele: (202) 305-9640
Fax: (202) 514-8624

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

JOHN C. EKMAN
MARIAN E. SULLIVAN
RUSSELL A. SHULTIS
SONIA M. ORFIELD
Trial Attorneys
Civil Division
Department of Justice

February 1, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on February 1, 2007, a copy of foregoing "DEFENDANT'S UNOPPOSED EXPEDITED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL ELECTRONICALLY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kevin B. Crawford