IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-697C |
| | ) | (Senior Judge Merow) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED EXPEDITED
MOTION FOR LEAVE TO FILE CORRECTED MOTION

Pursuant to Rules 5, 7, and 11 of the Rules of the Court of Federal Claims ("RCFC") and the Court's General Order 42A, defendant, the United States, respectfully requests leave of the Court to file a corrected motion. On February 1, 2007, we filed an unopposed motion, pursuant to General Order 42A, requesting leave of the Court on an expedited basis to file documents under seal electronically in this case. The motion did not contain a proper ECF signature notation. By this motion, we are requesting leave to file a corrected version of the motion with the proper ECF signature notation in order to bring our motion for leave within compliance with General Order 42A and RCFC 11. Counsel for plaintiff has represented that plaintiff, Wisconsin Electric Power Company ("WEPCO"), does not oppose this motion.

For these reasons, we respectfully request that the Court enter an order allowing defendant to file a corrected version of our unopposed expedited motion for leave to file documents under seal electronically in this case, and, further, request that the Court consider this motion on an expedited basis.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Kevin B. Crawford
KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-9640
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

JOHN C. EKMAN
MARIAN E. SULLIVAN
RUSSELL A. SHULTIS
SONIA M. ORFIELD
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

February 2, 2007

CERTIFICATE OF FILING

I hereby certify that on February 2, 2007, a copy of foregoing "DEFENDANT'S UNOPPOSED EXPEDITED MOTION FOR LEAVE TO FILE CORRECTED MOTION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kevin B. Crawford