# In the United States Court of Federal Claims

No. 00-697 C

(Filed February 2, 2007)

******************************

WISCONSIN ELECTRIC POWER COMPANY, Plaintiff,

v.

THE UNITED STATES, Defendant.

******************************

## ORDER

By unopposed motions filed February 1 and 2, 2007, defendant seeks leave in this case to file documents under seal electronically.

A protective order applicable to this case, filed May 9, 2002, provides "… that portion of any pleading, motion, deposition transcript or other document submitted or presented to or filed with the Court containing Confidential Material shall be placed under seal.…" This Order may be construed to provide the authorization now required by General Order 42A to file such material electronically under seal.

However, to be assured that each party is authorized to comply with the established procedures, it is **ORDERED** that defendant's motion, filed February 2, 2007, for leave to file corrected motion, is **GRANTED** and upon its filing, the corrected motion is **GRANTED** to the extent that Confidential Material, as defined in any protective order applicable to this litigation, may be filed in this matter electronically under seal.

s/ James F. Merow

James F. Merow

Senior Judge