# In the United States Court of Federal Claims

No. 00-697 C
(Filed February 2, 2007)

******************************
WISCONSIN ELECTRIC *
POWER COMPANY, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
******************************

**ORDER**

By motion, filed January 31, 2007, defendant seeks an enlargement of time, until February 5, 2007, to file its motions *in limine* and summary judgment motions[1/] and an enlargement of time until February 9, 2007, to file its response to plaintiff's deposition and trial testimony designations and any applicable motion for leave pursuant to RCFC App. A, ¶ 15(b). Plaintiff filed an opposition to the motion on February 1, 2007.

Accordingly, based on the same rationale set forth in the Order entered January 25, 2007, it is **ORDERED** that Defendant's Motion for an Enlargement of Time, filed January 31 2007, shall be **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] On February 2, 2007, Defendant's Motion for Partial Summary Judgment Regarding Plaintiff's Claim for Prejudgment Interest was filed electronically under seal.