# Appendix

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - - x

YANKEE ATOMIC ELECTRIC :
COMPANY, CONNECTICUT YANKEE :
ATOMIC POWER COMPANY, MAINE :
YANKEE ATOMIC POWER COMPANY :
Plaintiff, :
v. : Case No. 98-126C
UNITED STATES OF AMERICA, : 98-154C
Defendant. : 98-474C

- - - - - - - - - - - - - - - - - - x

Certified Copy

Washington, D.C.
Friday, May 10, 2002

Deposition of EDWARD BENZ, a witness herein, called for examination by counsel for Plaintiffs in the above-entitled matter, pursuant to notice, the witness being duly sworn by CYNTHIA R. SIMMONS, a Notary Public in and for the District of Columbia, taken at the offices of Spriggs & Hollingsworth, 1350 I Street, N.W., Washington, D.C., at 8:30 a.m., Friday, May 10, 2002, and the proceedings being taken down by Stenotype by CYNTHIA R. SIMMONS, RMR, CRR, and transcribed under her direction.

series of questions during the day and want you to give your best answers to them. If there's something about one of my questions that you don't understand or you would like clarified, please ask me and I'll be happy to clarify it. But if you don't ask for clarification I'm going to assume you understand the questions, okay?

A. Okay.

Q. All right. And we're pretty informal around here so if you need a break or want a break for any reason, just let us know or if there's anything else we can do for you to be happy to try to help?

A. Okay.

Q. Okay. Where are you currently employed?

A. I currently work for the JAI Corporation and their address is in Fairfax. We just moved and I haven't committed it to memory yet. But I can get that if you want.

Q. Okay. Do you have a business card?

A. I do.

Q. Okay. Could I --

A. Do you want me to get one?

Q. Tell you what, if it's handy, fine. Or we can get it at the break.

A. And that is the correct address on there.
Q. Okay. Good. Just off the press?
A. Yeah. Some things are important when you move.
Q. How long have you been with JAI Corporation?
A. Since 1997.
Q. And prior to that, where were you employed?
A. I was employed with Jacobs Engineering Company, or Jacobs Engineering Group is what it's called. They're headquartered in Pasadena, I worked in their Washington, D.C. office.
Q. Okay. Ending in '97 and beginning when, if we go backwards in time, approximately?
A. 1983.
Q. Okay. And that entire time is in the D.C. office?
A. Yes.
Q. Okay.
A. Several D.C. offices.
Q. Okay, right. Prior to 1983, what did you do?
A. I worked for NUS Corporation up in Gaithersburg.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - - - - - -x

YANKEE ATOMIC ELECTRIC COMPANY :
(98-126C)(Merow, S.J.) :
CONNECTICUT YANKEE ATOMIC POWER COMPANY :
(98-154C)(Merow, S.J.) :
FLORIDA POWER & LIGHT COMPANY :
(98-483C)(Wilson, J.) :
NORTHERN STATES POWER COMPANY :
(98-484C)(Wiese,J.) :
DUKE POWER, A Division of :
DUKE ENERGY CORP. CERTIFIED COPY
(98-485C)(Sypolt,J.) :
INDIANA MICHIGAN POWER COMPANY :
(98-486C)(Hodges, J.) :
SACRAMENTO MUNICIPAL UTILITY DISTRICT :
(98-488C)(Yock, S.J.) :
SOUTHERN NUCLEAR OPERATING COMPANY, :
et al. :
(98-488C)(Yock, S.J.) :
COMMONWEALTH EDISON COMPANY :
(98-621C)(Hewitt, J.) :
BOSTON EDISON COMPANY :
(99-447C)(Allegra, J.) :
GPU NUCLEAR, INCORPORATED :

(00-440C)(Bush, J.) :
WISCONSIN ELECTRIC POWER COMPANY :
(00-697C)(Merow, S.J.) :
POWER AUTHORITY OF THE STATE OF NEW YORK :
(00-703C)(Damich, J.) :
OMAHA PUBLIC POWER DISTRICT :
(01-115C)(Bush, J.) :
NEBRASKA PUBLIC POWER DISTRICT :
(01-116C)(Sypolt, J.) :
TENNESSEE VALLEY AUTHORITY :
(01-249C)(Bruggink, J.) :
Plaintiffs, :
v. :Discovery
THE UNITED STATES, :Judge:
Defendant. :(Judge
- - - - - - - - - - - - - - - - - - - - - -xSypolt)

McLean, Virginia

Tuesday, March 12, 2002

Deposition of BILLY M. COLE, a witness, called for examination by counsel for Plaintiffs in the above-entitled matter, pursuant to notice, the witness being duly sworn by CATHERINE S. BOYD, a Notary Public in and for the Commonwealth of Virginia, taken at the offices of Shaw Pittman, LLP, 1650 Tysons

AFTERNOON SESSION

(1:17 p.m.)

MS. HEWITT: Why don't we go back on the record?

Whereupon,

BILLY M. COLE,

the witness on the stand at the time of recess, having been previously duly sworn, was further examined and testified as follows:

FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFFS

BY MS. HEWITT:

Q. Mr. Cole, I would like to finish up just getting an outline of your professional history.

We sort of got detoured a little bit on the substance of your duties there, but how long did you work on the waste management program for PNL?

A. The period of time that I worked on waste management problems, whether you call it -- the waste management program has some official connotation to it, but working in the waste management area for PNL, probably from early '70s, maybe late '60s, early '70s off and

on.

In those days, I did a lot of other little things in those days, but that's, when I started working on it was probably '68, '69 as a technician writing computer programs.

I also worked on the nuclear powered artificial heart program.

I also built some telescopes up on top of the mountain for the Aurora program.

I also did some work for Rutgers University for PNL in tracking Russian satellites and things like this -- a lot of things.

Q. You had said earlier that you were the manager of waste acceptance at PNL from the middle of 1985 until January 1989, is that right?

A. Probably middle of '85 until January of '89, yes.

Q. What happened in January 1989?

A. I resigned my position at Battelle and left.

Q. Why did you resign?

A. I got a better offer.

Q. And what was that?

A. Vice president of JAI Corporation.
Q. What is JAI Corporation?
A. Johnson Associates, Incorporated, Nuclear Engineering, Beltway bandit.
Q. And what position did you take with them?
A. Vice president.
Q. And what were your responsibilities as vice president?
A. Bring in money.
Q. Did you continue to work on the DOE civilian radioactive waste management program?
A. Yes, I did. I turned around and subcontracted back to PNL.
Q. Did your tasks differ in any way now that you were working for JAI?
A. No, not really. I just was no longer in charge.
I was a subcontractor.
Q. Who did you report to when you were at JAI working on this civilian radioactive waste management program?
A. I think the person that took over for me I believe at that time was Rick Walling, but the man working on most of this stuff for Rick

was Pat McDuffie, so most of my interfaces were with Pat.

Q. And at this time in 1989, who were you interacting with at DOE, if anybody?

A. Alan Brownstein; let's see. What was her name? The people that worked for Alan -- Mary Lou, Mary Lou Payton I think was her name.

Q. And how long, how long were you in the position of vice president at JAI?

A. Well, I'm still. Still there on my business card, even though I'm not very active, but they still, the Board of Directors keeps both me, and I don't refuse it, so that gives me free business cards.

Q. Have you been employed by JAI continuously since 1989?

A. No.

Q. Did there come a point in time where you left JAI?

A. Yes. Yes.

Q. And when was that?

A. August 1993.

Q. And where did you go?

A. I went back to work for PNL, and when I say PNL, I mean Battelle.

Battelle Memorial Institute operated the Pacific Northwest Laboratories for the Department of Energy, so I worked for Battelle, but they contacted me and asked me to open up an office for them in Germantown, Maryland, on the mixed nuclear waste program since I had done one for the spent fuel program, and after some negotiations and some reasoning, had a lot to do with retirement benefits, I accepted, went up and got the office open, got the program started.

A year and a half later in 1995, Secretary O'Leary downsized all the laboratories.

One of the first ways of downsizing was what they called an enhanced retirement package, so they were downsizing PNL.

On the payroll, I was a PNL employee even though I was here in the Washington, D.C. area, and I was eligible, and I took it, so I retired physically formally and finally retired from Battelle in May 30th -- no -- April 30th, 1995.

May 1st, went back to JAI, same position.

Q. When you returned to JAI on May 1st of 1995, did you return to work on the civilian radioactive waste management program?

A. Yes, I did. One of the roles when I first went to work for JAI, I was working doing some work still for PNL plus a few others, some classified stuff that I can't talk about, but we did a lot of things.

In 1991, DOE hired a new M&O contractor, management and operating contractor, for the commercial waste management program.

The M&O was no longer PNL. It was TRW.

JAI was one of the teammates with TRW that bid on that contract, and we won it.

I became the manager of the waste acceptance department for the new program. What goes around comes around.

Q. And when you returned in 1995 to JAI, did you resume that role?

A. I resumed that role again, yes, because there was a couple interim managers while I was gone that for one reason or another didn't work out well with DOE, so I came back in.

Q. In your role as manager for waste acceptance, either at PNL or at JAI, did you have occasion to participate in all the APRs that were produced by DOE?
A. Yes.
Q. And did you have occasion to participate in the production of all the ACRs produced by DOE?
A. Yes, in one form or another, yes.
Q. What other responsibilities did you have in the mid-1980s at PNL with regard to the waste management program?
You had mentioned the, developing the ACRs as one, one additional task.
A. No. I told you the FIMS, which is the federal interim storage program, F-I-M-S.
Storage requirements report, I was responsible for developing that.
The ACR issue resolution process, there were a lot of other little jobs. We were doing technical jobs like determining what the effects would be on spent fuel in dry storage for long periods of time and with certain types of atmospheres, either oxygen or inert atmospheres and things like this.

We had all kinds of the nitties going on.

We also developed the first dry storage cask for testing spent fuel in dry storage called the REA 2023 built by Riddenhall Eggers & Associates. It's still sitting out in Idaho right now with fuel in it.

Q. Did you have any role in developing or producing the fee adequacy reports that were issued by DOE?

A. Yes.

Q. What was your role?

A. My predominant role was as manager responsible for the report.

The man who actually did the work was Roger Engel.

I had to approve it, but typically I approved most anything Roger did. He was good.

Q. Were you responsible for or did you have any role in producing the total system life cycle reports issued by DOE annually after the standard contract was executed?

A. I never had a lot of involvement in the early years of total system life cycle cost stuff.

Later years in the nineties, I would feed information to the people that were doing it, things like acceptance rates and things like that.

Q. Did there come a time where you practically retired from JAI?

And I know you say you're still affiliated with them, but I also understand that you're retired now?

A. I keep trying to be retired, yes. February 11th, ninety, is it '99 I think was when the contract that TRW had was over, and I decided well, that's a good time to bow out.

I worked for 50 years. I paid in Social Security for 50 years, and I decided it's time to quit.

Q. So at that, at the point in time where you stopped working on the civilian management waste project or program?

A. Yes.

Q. I would like to go back to the ACR process.

A. Okay.

Q. We talked about the June 1987 ACR report.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - - - - -x

YANKEE ATOMIC ELECTRIC COMPANY :
(98-126C)(Merow, S.J.) :
CONNECTICUT YANKEE ATOMIC POWER COMPANY :
(98-154C)(Merow, S.J.) :
FLORIDA POWER & LIGHT COMPANY
(98-483C)(Wilson, J.) :
NORTHERN STATES POWER COMPANY :
(98-484C)(Wiese,J.) :
DUKE POWER, A Division of :
DUKE ENERGY CORP. :
(98-485C)(Sypolt,J.) :
INDIANA MICHIGAN POWER COMPANY :
(98-486C)(Hodges, J.) :
SACRAMENTO MUNICIPAL UTILITY DISTRICT :
(98-488C)(Yock, S.J.) :
SOUTHERN NUCLEAR OPERATING COMPANY, :
et al. :
(98-488C)(Yock, S.J.) :
COMMONWEALTH EDISON COMPANY :
(98-621C)(Hewitt, J.) :
BOSTON EDISON COMPANY :
(99-447C)(Allegra, J.) :
GPU NUCLEAR, INCORPORATED :

CERTIFIED COPY

(00-440C)(Bush, J.) :
WISCONSIN ELECTRIC POWER COMPANY :
(00-697C)(Merow, S.J.) :
POWER AUTHORITY OF THE STATE OF NEW YORK :
(00-703C)(Damich, J.) :
OMAHA PUBLIC POWER DISTRICT :
(01-115C)(Bush, J.) :
NEBRASKA PUBLIC POWER DISTRICT :
(01-116C)(Sypolt, J.) :
TENNESSEE VALLEY AUTHORITY :
(01-249C)(Bruggink, J.) :
Plaintiffs, :
v. :Discovery
THE UNITED STATES, :Judge:
Defendant. :(Judge
- - - - - - - - - - - - - - - - - - - - -xSypolt)

McLean, Virginia
Wednesday, March 13, 2002

Continued deposition of BILLY M. COLE, a witness, recalled for examination by counsel for Plaintiffs in the above-entitled matter, pursuant to notice, the witness being duly sworn by CATHERINE S. BOYD, a Notary Public in and for the Commonwealth of Virginia, taken at the offices of Shaw Pittman, LLP, 1650 Tysons

MR. MACDONALD: I think that's it for my questions.

MR. MILLER: I just have a couple.

EXAMINATION BY COUNSEL FOR THE DEFENDANT

BY MR. MILLER:

Q. Mr. Cole, you have never worked for DOE, have you?

A. No, other than just as a contractor.

Q. Right, but you have never been a DOE employee?

A. I have never been a DOE employee, no.

Q. So other than having voiced your opinion on the things that the people at DOE with whom you worked told you, you can't speak for DOE, can you?

A. No, I cannot.

Q. No further questions.

A. DOE always made it pretty clear to me. I mean it was just a understood rule as a contractor you don't speak for the department.

MR. MACDONALD: I think we would like to leave the deposition open pending some of the privilege and document issues.

MS. HEWITT: There is a lot, whole lot

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - x

YANKEE ATOMIC ELECTRIC :
COMPANY, :
Plaintiff, :
v. : No. 98-126C
THE UNITED STATES, : (Senior Judge Merow)
Defendant. :

- - - - - - - - - - - - - - x

CERTIFIED COPY

Washington, D.C.

Wednesday, May 15, 2002

Deposition of DANIEL A. DREYFUS, a witness, herein, called for examination by counsel for Plaintiff in the above-entitled matter, pursuant to agreement, the witness being duly sworn by JAN A. WILLIAMS, a Notary Public in and for the District of Columbia, taken at the offices of Spriggs & Hollingsworth, 1350 I Street, N.W., Washington, D.C., 20005-3305, at 9:30 a.m., Wednesday, May 15, 2002, and the proceedings being taken down by Stenotype by JAN A. WILLIAMS, RPR, and transcribed under her direction.

your educational background?

A. You want a 71-year bio. I'm an engineer by training. I have two engineering degrees and a Ph.D. in political science. I have held a number of engineering positions.

My first government job I was a machine gunner in Korea. I worked for the department of -- well, I started out working for Texaco as a construction engineer. Then I went to Alaska where I was a remote site planning engineer for the Corps of Engineers.

I worked for the Department of the Interior. I worked on Capitol Hill for about 12 years. My last position there was staff director of what had become the Senate Energy Committee while I was there.

It was originally the Senate Committee on Interior and Insular Affairs. And then the Senate reorganized in the 1970s and it became the Energy Committee. I was professional staff member there and ultimately the staff director of the Senate Energy Committee.

I left the government for ten or 12 years, worked in the natural gas industry, a research position for the Gas Research Institute. And I was

appointed to -- well, I went back into the Department of Energy initially as a special assistant to the Secretary. And that was in 1993, in February.

Q. You mean '83 probably, 1983 or '93?

A. The first Clinton Administration. I got there in February. And I served as a noncareer -- NCS as special assistant to the Secretary until about October of that year, when I was confirmed -- when the nomination was sent up and I was confirmed by the Senate.

And I left there in January of '97, the end of the first term, when the Secretary left, Hazel O'Leary. And I left at that point. I worked for the Smithsonian Institution for a few years, the Museum of Natural History, I was associate director for operations, and then I retired.

Q. I'll just ask about a couple of the highlights there. You worked for the Senate Energy Committee. Can I get a sense of time frame, when were those 12 years roughly?

A. They ended about -- well, they were in the 1970s. I went there about '68 and I left there about '80. I was not there when the act was passed in '82, I was gone before that.

Q. You're referring to the Nuclear Waste

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ORIGINAL

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. 98-126C |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEPOSITION OF MICHAEL J. LAWRENCE, VOLUME I

May 20, 2002

Richland, Washington

A. We did not discuss anything of merit in the case.
It was the formality of questions and answers.
That was all.
Q. And other than your conversation with government
counsel, have you discussed potentially testifying
with anybody else?
A. No.
Q. Did you review any documents to prepare for
testifying today?
A. No.
Q. Let me ask about your background. It might help
me understand just where you -- you fit in. Why
don't we start from your current position and work
backyard.
What is your current position?
A. I'm associate laboratory director for Energy
Science & Technology at the Pacific Northwest
National Lab.
Q. What do you do as associate director for Energy
Science & Technology?
A. I'm responsible for the energy programs, the
information science programs, and material science
programs that the laboratory conducts for the
Department of Energy and industry.
Q. How long have you been in this position?

A. Since April 1st.
Q. Of this year?
A. This year.
Q. In this position, do you do any work for the Office of Civilian Radioactive Waste Management?
A. Not to the best of my knowledge.
Q. How many people come under your supervision as associate director?
A. 620.
Q. That's a lot of people. There may be somebody involved somewhere doing something for Civilian Radioactive Waste Management but you may not be personally aware of?
A. That's correct.
Q. And before April 1st, what was your prior position?
A. I was the manager of Nuclear Safety & Technology at Pacific Northwest National Lab.
Q. When did you start that position?
A. I don't recall the specific date.
Q. Just approximately.
A. January 2001.
Q. What kind of work did you do when you were manager of Nuclear Safety & Technology?
A. In general, I was responsible for our nuclear

technology programs at PNNL.
Q. And in that position, did you do any work for the Office of Civilian Radioactive Waste Management?
A. I don't believe so.
Q. You didn't do any work personally for Civilian Radioactive Waste Management?
A. That's correct.
Q. By the way, I've been using the long name, Office of Civilian Radioactive Waste Management. Are you familiar with the abbreviated acronym RW?
A. Yes.
Q. Can we use the term RW to abbreviate for Office of Civilian Radioactive Waste Management?
A. Yes.
Q. Prior to your position of manager of Nuclear Safety & Technology, what was your position before that?
A. Manager of International Nuclear Programs.
Q. What did you do in that position.
A. I was responsible for our international nuclear work.
Q. What do you mean by "international"? What sort of international nuclear work were you responsible for?
A. We have international nuclear safety programs. We

have projects with international nuclear organizations. I was responsible for developing and carrying out that work.
Q. And when did you start that position as manager of International Nuclear Programs?
A. July 2000.
Q. And prior to July of 2000, what was your position?
A. I worked for British Nuclear Fuels, Limited.
Q. What was your position at British Nuclear Fuels, Limited?
A. I was executive vice-president and manager of the waste treatment plant project.
Q. When did you start that position?
A. April of 1999.
Q. You say manager -- executive vice-president and manager of the waste treatment program. What sort of waste treatment? What sort of waste were you treating?
A. It was to build a treatment plant for the defense wastes that's buried at the Hanford site.
Q. And why did you leave the BNFL position?
A. I had a serious disagreement with the way BNFL was managing -- handling that project and responding to problems on that project.
Q. What sort of disagreement?

A. I -- there was a serious cost overrun, which they would not acknowledge responsibility for, and they would not go along with my recommendation to provide the government with an alternative way of getting the job done.
Q. So you left as a matter of principle?
A. Yes.
Q. When did you start at BNFL?
A. July 1995.
Q. In April of '99, you were executive vice-president and manager of the waste treatment program. What was your position at BNFL before that?
A. Immediately prior to that, I was chief operating officer and executive vice-president of BNFL in Fairfax, Virginia.
Q. When did you start that position?
A. January '98, I believe.
Q. What did you do as chief operating officer and executive vice-president?
A. I was responsible for the execution of a number of the projects that BNFL was conducting for the Department of Energy or private industry.
Q. You referred to BNFL, you were chief operating officer. Was that BNFL United States operations?
A. Yes. It's BNFL, Inc.

Q. And then you reported to someone in Great Britain?
A. No, I reported to the CEO of BNFL, Inc.
Q. Why did you switch positions from chief operating officer to become manager of the waste treatment program?
A. There were two reasons: One, there were, I felt, a very strong influence on our operations in the U.S. by the British parent that made it difficult at times to carry out the programs the way I felt they should be; and two, I really looked for an opportunity to return to the Tri-Cities.
Q. Before you were chief operating officer, what was your prior position?
A. I was president and CEO of Bajarito Scientific Corporation. Would you like me to spell that?
Q. I'm sure the court reporter would.
A. B-a-j-a-r-i-t-o.
Q. What did that company do, when you were president?
A. Bajarito was a subsidiary of BNFL, Inc. It had been acquired in 1995. It was located in Los Alamos, New Mexico. And it developed and provided scientific instrumentation for the classification of nuclear waste.
Q. Scientific instrumentation for the classification of nuclear waste. Can you explain a little bit

more just what that means?
A. The Department of Energy has a number of drums of wastes that are called transuranic wastes, which have to be disposed of in a geologic formation of which the waste isolation pilot plant in Carlsbad, New Mexico, was to be the final disposition site.
In order to be eligible for disposal, the waste had to meet certain criteria and composition. Our system allowed a drum to be measured to determine whether or not it met those criteria.
Q. When did you start that position with Bajarito?
A. July 1995.
Q. And prior to that position, what -- what was your employment?
A. From October 1991 until July 1995, I was counselor for nuclear policy for the United States State Department at the United States Mission to the Vienna International Organizations in Vienna, Austria.
Q. What did you do in that position?
A. I was responsible on a day-to-day basis for the United States representation to the International Atomic Energy Agency, which was located in Vienna.
Q. Did the International Atomic Energy Agency deal

with civilian radioactive waste management issues?
A. Yes.
Q. What sort of issues were you involved in dealing with civilian radioactive waste management, when you were counselor?
A. The IAEA sets very broad, general international guidelines or standards for a number of nuclear activities, including the management, disposal of nuclear waste. And so consequently, I would be -- could be involved in discussing criteria, requirements for waste disposal.
Q. In that position, as counselor for nuclear policy at the State Department, did you have a relationship with RW?
A. No.
Q. So there was no attempt at the State Department to make sure that its policies were consistent with what RW was doing?
A. Not that I ever saw.
Q. And prior to that position, as counselor for nuclear policy, what did you do?
A. I was director of waste operations for Chem Nuclear Environmental Services in Golden, Colorado.
Q. And what did you do as director of waste

operations for Chem Nuclear?
A. Tried to develop business with either government or industry for the management, storage, treatment, or disposal of various types of nuclear wastes.
Q. What was Chem's capability? What sort of business were you trying to develop for them?
A. We were attempting to have the Department of Energy look at a concept called privatization, where we would actually build -- finance and build and provide services to treat or manage nuclear waste in return for a fixed unit price by the government.
Q. Why were you trying to develop this business through the Department of Energy?
A. Because the government had a number of obligations to meet in the cleanup of their sites. And their budgets were insufficient to allow them to meet all their requirements.
Q. You referred to the government having obligations to clean up its own sites. Did you ever try to develop business through RW?
A. No.
Q. Why did you leave the Chem Nuclear position?
A. I was offered a diplomatic post in Vienna,

Austria.
Q. And that was attractive?
A. Yes.
Q. Why did you leave the diplomatic post in Austria?
A. Four years was enough time.
Q. You worked your way back to beautiful Tri-Cities?
A. I went to Sante Fe.
Q. Before Chem Nuclear, where did you work?
A. I was the manager of the Richland Operations Office for the Department of Energy in Richland, Washington.
Q. So I'm going to get my dates mixed up. When did you start with the Chem Nuclear position?
A. August 1991 -- 1990. I'm sorry. August 1990.
Q. And when did you become manager of the DOE Richland operations office?
A. June 1984.
Q. What did you do as manager of Richland operations office?
A. I was responsible for all the operations and programs associated with the Hanford site.
Q. Did any of those programs have a relationship to RW?
A. Yes.
Q. Which ones?

A. Up until 1987 -- I forget the month -- Hanford was one of the candidate sites for geological repository for high-level waste and spent fuel disposal for RW.

Q. Other than the connection of Hanford being a candidate site for a geological repository, did your work as manager of the Richland operations office have any other connections to RW?

A. No.

Q. When Hanford was a candidate site, what sort of work did you do involving Hanford's location as a geological repository?

A. Through an assistant manager and divisions and branches under that assistant manager, we were responsible for the characterization of the basalt under the Hanford site to determine if it qualified to be either a finalist or the repository or to be the repository or to disqualify it if the data did not support its selection.

Q. And why did that work stop?

A. Congress in '87 amended the Nuclear Waste Policy Act to focus all attention on Yucca Mountain, and to terminate the other two programs, including the one at Hanford and the one at Death Smith County,

within 90 days.
Q. About how many people did you supervise when you were manager of the Richland operations office?
A. There were about 340 Feds and anywhere between 12,500 to 15,000 contract employees.
Q. Why did you leave that position as manager of the Richland operations office?
A. I was ready for something different and I also felt that the Secretary of Energy, who I reported to, wanted all decisions to be made in Washington, but left the managers in the field responsible for those decisions.
Q. So you were left with the consequences of the decisions that you couldn't make?
A. That's correct.
Q. Who was the DOE Secretary at that time?
A. Admiral James Watkins.
Q. Prior to your work at the -- as manager of the Richland operations office, what was your position before that?
A. I was -- and I'm not sure if the title "acting" was in there or not -- but I was the director of the Nuclear Waste Policy Act Implementation Office at the Department of Energy in Washington, D.C.
Q. The Nuclear Waste Policy Act Implementation

Office, that was the precursor of RW?
A. Correct.
Q. Why did you leave that position as acting director of that program?
A. Two reasons: One, the Nuclear Waste Policy Act required a political appointee to be the director of RW, and one was found and accepted; two, the manager of the Richland operations office was a job that I very much wanted.
Q. Why did you want that job?
A. It would give me the responsibility for carrying out and fulfilling a number of nuclear and scientific programs that were of great interest and challenging.
Q. And how long were you director or acting director of the Nuclear Waste Policy Act Implementation Office?
A. From January of '84 to June of '84.
Q. And prior to January of '84 -- January of '84, what was your position?
A. I was the deputy director of the Nuclear Waste Policy Act Implementation Office and the -- I think it was director of spent fuel storage and transportation programs in the Nuclear Waste Policy Act Implementation Office.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

YANKEE ATOMIC ELECTRIC COMPANY, )
(98-126C) (Merow, S.J.), )
et al., )
)
Plaintiffs, )

vs. CERTIFIED COPY
)
THE UNITED STATES, )
)
Defendant. )
)

full caption on page 3

DEPOSITION OF PATRICK MC DUFFIE
VOLUME I, PAGES 1 - 184
TAKEN ON
MONDAY, MARCH 18, 2002

VICTORIA MELEKIAN
CSR NO. 6996