# APPENDIX

Yankee Atomic v. U.S. No.: 98-126C July 14, 2004

Page 574 to Page 793

CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY:

*HERITAGE REPORTING CORPORATION*
*1220 L Street, N.W.*
*Suite 600*
*Washington, DC 20005*
*Phone: 202-628-4888*

BY MR. SHAPIRO:

Q Dr. Bartlett, behind tab 1 is a document that's been received in evidence as Plaintiffs' Exhibit 175. It's titled: Civilian Radioactive Waste Management System Throughput Rate Analysis. Prepared for Department of Energy by the management and operations contractor. And, as Ms. Herrmann pointed out, it has a date on it of August 17th, 1993.

A Uh-huh.

Q Let me ask you, first, do you recognize this document?

A Oh, yes.

Q Was this document completed during your tenure as director?

A It was not completed, but it was written during – it takes time to prepare these.

Q And is this the sort of study that you were referring to when you said that there were studies and program documents that support a 3,000 MTU acceptance rate?

A Yes, it is.

Q Do you recall the conclusion of this particular study, Dr. Bartlett?

A Well, if I may read the conclusion – based on the foregoing considerations.



Q I'm sorry to interrupt, Dr. Bartlett. If you could tell us first where you're reading from.

A I'm reading from page IX in the document, where it says Conclusions.

Q Okay. I'm sorry to interrupt. If you would like to continue.

A Under Conclusions, it says: Based on the foregoing considerations, the preferred range of throughput rates is from 3,000 MTU per year to 4,000 MTU per year.

Q What is your understanding of that conclusion, Dr. Bartlett?

A My understanding is that is an appropriate assessment based on the look at alternatives that was part of this effort, that this is the appropriate rate at which the system should be operated at steady state.

Q When you say appropriate, what do you mean by appropriate?

A That it is the most effective, most cost effective, in particular, with respect to costs incurred to do the operations and costs imposed on the utilities.

Q Dr. Bartlett, as I mentioned when I described the cover of this document, it was prepared



by the management and operations contractor at that time. When you were director, to what extent did you and OCRWM rely upon studies prepared by the management and operations contractor such as this one?

A All of the work is done by the – by the support contractors. That's what they're there for. The Department of Energy has – OCRWM itself has about 65 employees. The program has about 5,000 employees, if you look at it this way. These are contractor people.

The M&O organizes all of them, but it includes activities within Sandia National Laboratories, Los Alamos National Laboratory, Livermore National Laboratory, the US Geological Survey.

And a lot of the engineering is done by, at our time, the TRW Systems, M&O contractor, management and operations contractor.

The work is done by those folks. And the job of the DOE people is to oversight that, do the program planning, give them guidance and direction for what their activities should be.

Q And when you were director, Dr. Bartlett, to what extent was the M&O authorized by the Department to make statements concerning the subjects addressed



in studies such as Plaintiffs' Exhibit 175?

A They have full authority to accomplish and report this work.

Q Dr. Bartlett, when you were director of OCRWM, did you consider a 3,000 metric ton acceptance rate to be reasonable in light of the program's objectives?

A Yes, I did.

Q Did you consider when you were director, Dr. Bartlett, whether any other rates of acceptance might be reasonable in addition to 3,000 metric tons?

A Well, if you go much above 3,000, then essentially what you've done is established excess capacity that doesn't get used. It's like leaving an airplane sitting at the dock rather than having it flying. And so you don't need to make the expense or have excessive capability.

On the other hand, if you don't have enough, if you don't have the 3,000, then you're not doing your job with respect to taking this spent fuel from the reactors at an appropriate rate to avoid their occurring costs for additional storage.

Q If I could ask you just to explain a little bit more the first of those instances. If you have excess capacity, what do you mean by excess capacity?

PNL-5241

# 1984 Annual Review of the Adequacy of the 1-mill/kwh Waste Disposal Fee

R. L. Engel
M. K. White

September 1984

Prepared for the U.S. Department of Energy
under Contract DE-AC06-76RLO 1830

Pacific Northwest Laboratory
Operated for the U.S. Department of Energy
by Battelle Memorial Institute

PNL-5241

EXHIBIT
ALL-STATE LEGAL®
PX 0070

**DISCLAIMER**

This report was prepared as an account of work sponsored by an agency of the United States Government Neither the United States Government nor any agency thereof, nor any of their employees, makes any warranty, express or implied, or assumes any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product, or process disclosed, or represents that its use would not infringe privately owned rights. Reference herein to any specific commercial product, process, or service by trade name, trademark, manufacturer, or otherwise, does not necessarily constitute or imply its endorsement, recommendation, or favoring by the United States Government or any agency thereof. The views and opinions of authors expressed herein do not necessarily state or reflect those of the United States Government or any agency thereof.

PACIFIC NORTHWEST LABORATORY
*operated by*
BATTELLE
*for the*
UNITED STATES DEPARTMENT OF ENERGY
*under Contract DE-AC06-76RLO 1830*

PNL-5877

# 1986 Annual Review of the Adequacy of the 1.0 mill per kWh Waste Disposal Fee

R. L. Engel
J. R. Young

May 1986

Prepared for the U.S. Department of Energy
under Contract DE-AC06-76RLO 1830

Pacific Northwest Laboratory
Operated for the U.S. Department of Energy
by Battelle Memorial Institute

PNL-5877

EXHIBIT PX0101
ALL-STATE LEGAL®

## DISCLAIMER

This report was prepared as an account of work sponsored by an agency of the United States Government. Neither the United States Government nor any agency thereof, nor any of their employees, makes any warranty, express or implied, or assumes any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product, or process disclosed, or represents that its use would not infringe privately owned rights. Reference herein to any specific commercial product, process, or service by trade name, trademark, manufacturer, or otherwise, does not necessarily constitute or imply its endorsement, recommendation, or favoring by the United States Government or any agency thereof. The views and opinions of authors expressed herein do not necessarily state or reflect those of the United States Government or any agency thereof.

PACIFIC NORTHWEST LABORATORY
*operated by*
BATTELLE
*for the*
UNITED STATES DEPARTMENT OF ENERGY
*under Contract DE-AC06-76RLO 1830*

Printed in the United States of America
Available from
National Technical Information Service
United States Department of Commerce
5285 Port Royal Road
Springfield, Virginia 22161

NTIS Price Codes
Microfiche A01

Printed Copy

| Pages | Price Codes |
|---|---|
| 001-025 | A02 |
| 026-050 | A03 |
| 051-075 | A04 |
| 076-100 | A05 |
| 101-125 | A06 |
| 126-150 | A07 |
| 151-175 | A08 |
| 176-200 | A09 |
| 201-225 | A010 |
| 226-250 | A011 |
| 251-275 | A012 |
| 276-300 | A013 |

# Preliminary Analysis of the Total System Life Cycle Cost of the Commercial High-Level Radioactive Waste Disposal Program

FINAL DRAFT

April 27,1984

Work Performed Under Contract No. DE-AC01-83-NE-44301

**Prepared By:**
**Roy F. Weston, Inc.**
**For The**
**U.S. Department of Energy**
Office of Civilian Radioactive Waste Management

DEPARTMENT OF ENERGY · UNITED STATES OF AMERICA

EXHIBIT
ALL-STATE LEGAL®
PX 0121

Walling

PNL-6288

# 1987 Annual Review of the Adequacy of the 1.0 mill per kWh Waste Disposal Fee

R. L. Engel

July 1987

Prepared for the U.S. Department of Energy
under Contract DE-AC06-76RLO 1830

Pacific Northwest Laboratory
Operated for the U.S. Department of Energy
by Battelle Memorial Institute

PNL-6288

EXHIBIT
ALL-STATE LEGAL®
PX 0131

**DISCLAIMER**

This report was prepared as an account of work sponsored by an agency of the United States Government. Neither the United States Government nor any agency thereof, nor Battelle Memorial Institute, nor any of their employees, makes any warranty, expressed or implied, or assumes any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product, or process disclosed, or represents that its use would not infringe privately owned rights. Reference herein to any specific commercial product, process, or service by trade name, trademark, manufacturer, or otherwise, does not necessarily constitute or imply its endorsement, recommendation, or favoring by the United States Government of any agency thereof, or Battelle Memorial Institute. The views and opinions of authors expressed herein do not necessarly state or reflect those of the United States Government or any agency thereof, or Battelle Memorial Institute.

PACIFIC NORTHWEST LABORATORY
*operated by*
BATTELLE MEMORIAL INSTITUTE
*for the*
UNITED STATES DEPARTMENT OF ENERGY
*under Contract DE-AC06-76RLO 1830*

File 7.2

PNL-4947-80

EDMS I
FILE I7.2

# Commercial Spent Fuel Management and Concrete Cask Testing Programs Monthly Progress Report

May 1990

Prepared for
the U.S. Department of Energy
under Contract DE-AC06-76RLO 1830

Pacific Northwest Laboratory
Operated for the U.S. Department of Energy
by Battelle Memorial Institute

ALL-STATE LEGAL®
EXHIBIT
PX0196

WISC 00032439
Protected Material to be Disclosed
Only in Accordance with U.S. Court
of Federal Claims Protective Order

## DISCLAIMER

This report was prepared as an account of work sponsored by an agency of the United States Government. Neither the United States Government nor any agency thereof, nor Battelle Memorial Institute, nor any or their employees, makes any warranty, expressed or implied, or assumes any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product, or process disclosed, or represents that its use would not infringe privately owned rights. Reference herein to any specific commercial product, process, or service by trade name, trademark, manufacturer, or otherwise does not necessarily constitute or imply its endorsement, recommendation, or favoring by the United States Government or any agency thereof, or Battelle Memorial Institute. The views and opinions of authors expressed herein do not necessarily state or reflect those of the United States Government or any agency thereof, or Battelle Memorial Institute.

PACIFIC NORTHWEST LABORATORY
*operated by*
BATTELLE MEMORIAL INSTITUTE
*for the*
UNITED STATES DEPARTMENT OF ENERGY
*under Contract DE-AC06-76RLO 1830*

## LIMITED DISTRIBUTION NOTICE

This document copy, since it is transmitted in advance of patent clearance, is made available in confidence solely for use in performance of work under contracts with the U.S. Department of Energy. This document is not to be published nor its contents otherwise disseminated or used for purposes other than specified above before patent approval for such release or use has been secured, upon request, from Patent Services, Pacific Northwest Laboratory, Richland, Washington 99352.

WISC 00032440
Protected Material to be Disclosed Only in Accordance with U.S. Court of Federal Claims Protective Order

PNL-SA-18764

# DETERMINATION OF COST EFFECTIVE WASTE MANAGEMENT SYSTEM RECEIPT RATES

R. W. McKee
H. D. Huber

January 1991

For Presentation at the
Second Annual High-Level Radioactive
Waste Management Conference
Las Vegas, Nevada
April 28 - May 3, 1991

Work supported by
the U.S. Department of Energy
under Contract DE-AC06-76RLO 1830

Pacific Northwest Laboratory
Richland, Washington 99352

ALL-STATE LEGAL®
EXHIBIT
PX0215

# DETERMINATION OF COST EFFECTIVE WASTE MANAGEMENT SYSTEM RECEIPT RATES

R. W. MCKEE
Pacific Northwest Laboratory
P.O. Box 999, K6-25
Richland, WA 99352
(509) 376-1309)

H. D. HUBER
Pacific Northwest Laboratory
P.O. Box 999, K6-25
Richland, WA 99352
(509) 376-1309)

## ABSTRACT

A comprehensive logistics and cost analysis has been carried out to determine if there are potential benefits to the high-level waste management system for receipt rates other than the current 3,000 MTU/yr design-basis receipt rate. The scope of the analysis includes both a Repository-Only System and a Storage-Only or Basic MRS System. To allow for current uncertainties in facility startup scheduling, cases considering repository startup dates of 2010 and 2015 and MRS startup dates of 1998 and three years prior to the repository have been evaluated. Receipt rates ranging from 1,500 to 6,000 MTU/yr have been considered for both the MRS and the repository.

Higher receipt rates appear to be economically justified for both the repository and an MRS. For a repository-only system, minimum costs are found at a repository receipt rate of 6,000 MTU/yr. When a storage-only MRS is included in the system, minimum system costs are also achieved at a repository receipt rate of 6,000 MTU/yr. However, the MRS receipt rate for minimum system costs depends on the MRS startup date and ranges from 3,500 to 6,000 MTU/yr. With a 1998 MRS and a 2010 repository, the added cost of providing the MRS is offset by at-reactor storage cost reductions and the total system cost of $10.0 billion is virtually the same as for the repository-only system.

## INTRODUCTION

A comprehensive logistics and cost analysis is being carried out by Pacific Northwest Laboratory (PNL)[a] to determine if there are potential benefits to the high-level waste system for receipt rates other than the current 3,000 MTU/yr design basis receipt rate. The scope of the analysis includes both a Repository-Only System and a Storage-Only or Basic (MRS) System. To allow for current uncertainties in facility startup scheduling the following combination of facility startup dates are considered:

| Repository Startup Year | MRS Startup Year |
|---|---|
| 2010 | None |
| 2010 | 1998 |
| 2010 | 2007 |
| 2015 | None |
| 2015 | 1998 |
| 2015 | 2012 |

Receipt rates ranging from 1,500 to 6,000 MTU/yr have been evaluated for both the MRS and repository facilities. The common assumption for facility design work and for system studies has been to use a 3,000 MTU/yr receipt rate for both of these facilities. There is, however, no fundamental reason for identical receipt rates, nor is there a clearly documented rationale for the 3,000 MTU/yr receipt rate. Thus, the objective of this study is to identify advantageous receipt rates and to determine if they differ over the range of conditions specified above and by how much and why.

Possible effects of both unconstrained and constrained MRS storage limits are being examined. The constrained storage limits are those specified by the Nuclear Waste Policy Amendments Act, i.e., 10,000 MTU of spent fuel prior to the repository startup and 15,000 MTU following the repository startup. Results for the constrained storage limit cases were not yet available when this paper was prepared.

## WASTE MANAGEMENT SYSTEM

The waste management system for this study was defined to include 1) at-reactor pool and dry storage facilities, 2) shutdown reactor facilities maintained solely for the purpose of

[a]Pacific Northwest Laboratory is operated by Battelle Memorial Institute for the U.S. Department of Energy under Contract DE-AC06-76RLO 1830.

TRW
TRW Environmental Safety Systems Inc.

Civilian Radioactive Waste Management System
Management and Operating Contractor

Request for Proposal (RFP)
for the
Multi-Purpose Canister (MPC) System

No. VA.CS.WLS.6/94.015

# Civilian Radioactive Waste Management System

## Management & Operating Contractor

B&W Fuel Company
Duke Engineering & Services, Inc.
Fluor Daniel, Inc.

INTERA Inc.
JK Research Associates, Inc.
E. R. Johnson Associates, Inc.

Morrison Knudsen Corporation
R&D Associates
Woodward-Clyde Federal Services

Prepared by:
**TRW Environmental Safety Systems Inc.**

EXHIBIT
ALL-STATE LEGAL®
PX0341

WISC 00124473
Protective Material to be Disclosed Only in Accordance with U.S. Court of Federal Claims Protective Order

WBS: 3.1.07
QA: QA

Civilian Radioactive Waste Management System
Management and Operating Contractor

# Request for Proposal (RFP) for the Multi-Purpose Canister (MPC) System

No. VA.CS.WLS.6/94.015

Date: June 3, 1994

Prepared by:

TRW Environmental Safety Systems Inc.
2650 Park Tower Drive
Suite 800
Vienna, Virginia 22180

WISC 00124474
Protective Material to be Disclosed Only
in Accordance with U.S. Court of Federal
Claims Protective Order

TRW

TRW Environmental
`ty Systems Inc.

2650 Park Tower Drive, Suite 800
Vienna, VA 22180
703.204.8500

WBS: 3.1.07
QA: QA

SN 76000
VA.CS.WLS.6/94.015
June 3, 1994

TO POTENTIAL OFFERORS AND TO WHOM IT MAY CONCERN

Subject: Multi-Purpose Canister System(s)
Request for Proposal No. VA.CS.WLS.5/94.015

Reference: (a) CBD Announcement dated May 11, 1994

TRW Environmental Safety Systems Inc. (TESS) is the Management and Operating Contractor (M&O) for the Civilian Radioactive Waste Management Program being conducted by the U. S. Department of Energy's (DOE) Office of Civilian Radioactive Waste Management (OCRWM). As announced by reference (a), the M&O has been tasked with procuring the design, certification, testing, and initial supply of (1) Multi-Purpose Canisters (MPCs), large metallic canisters that will maintain spent nuclear fuel assemblies in a dry inert environment during transportation, storage, and disposal, (2) a United States Nuclear Regulatory Commission (NRC) certified transfer and storage system design for transfering and storing loaded MPCs, (3) a NRC certified transportation cask system design for the transport of loaded MPCs, and (4) prototypes of the MPC transportation cask subsystems, on-site storage and on-site transfer segments. TESS plans to award one or more subcontracts for: a) the design of the complete MPC System; b) an option for NRC certification and prototypes of NRC-certified MPC transportation casks and on-site storage and on-site transfer segments; and c) an option for fabrication of an inventory of MPCs.

You are requested to submit a fixed price proposal in accordance with the enclosed instructions entitled "Proposal Requirements" and the attachments thereto. The procurement will be a subcontract(s) between TESS and the awardee(s).

This cover letter with the following enclosures form this Request for Proposal (RFP): 1) Proposal Requirements, 2) Terms and Conditions, Forms and Certifications, 3) Statement of Work, and 4) Design Procurement Specifications. All Forms and Certifications must be completed as part of your proposal. Special attention should be given to the Organizational Conflict of Interest (OCI) questionnaire.

WISC 00124475
Protective Material to be Disclosed Only
in Accordance with U.S. Court of Federal
Claims Protective Order



Printed on recycled paper

16

A bidders' conference will be held June 16, 1994, at 10:00 AM, at TRW, 12900 Federal Systems Park Drive, Fairfax, Virginia 22033.

Any questions should be addressed in writing to the undersigned at:

TRW Environmental Safety Systems Inc.
2650 Park Tower Drive
Vienna, Virginia 22180

Attention:
W. L. Schneider
FAX: (703) 204-8855

Sincerely,

W. L. Schneider

W. L. Schneider
Subcontract Manager

WLS

Enclosures

WISC 00124476
Protective Material to be Disclosed Only in Accordance with U.S. Court of Federal Claims Protective Order

MOL.19970623.0415

TRW

GROUP CLEARANCE OFFICE ONLY

# CLEARANCE REQUEST FOR PUBLIC RELEASE OF INFORMATION

DIVISION REFERENCE NUMBER: M95-110

CONTRACT RELATED MATERIAL
Six week minimum mandatory clearance period for review after customer receipt of material.

AFTER DIVISION REVIEW, SUBMIT COMPLETED CLEARANCE FORM AND 2 COPIES OF MATERILAS TO GROUP CLEARANCE OFFICE FP1/7165F.

[X] ABSTRACT
[ ] SUMMARY
[ ] TECHNICAL PAPER
[ ] ORAL PRESENTATION
[ ] EXHIBIT DISPLAY
[ ] MEDIA MATERIALS
[ ] ADVERTISEMENT
[ ] BROCHURE
[ ] AUDIOVISUAL
[ ] INTERNAL PUBLICATION

ALL ENTRIES MUST BE TYPED

| 1. AUTHOR(S) (USE BLOCK 21 FOR ADDITIONAL AUTHORS) | CCC | BLDG | MAIL STA | PHONE | GROUP | DIVISION |
|---|---|---|---|---|---|---|
| Douglas A. Williamson | J862 | TES1 | 2500AF | (703)204-8918 | SIG | TESS |

2. TITLE OF MATERIAL: Lessons Learned From the DC3 Process

3. AUTHOR(S) DEADLINE: 11/11/94

4. [ ] COMPANY FUNDED [X] GOVERNMENT CONTRACT [ ] PROPRIETARY [ ] UNCLASSIFIED

GOVERNMENT CLASSIFICATION OF MATERIAL: [ ] CONFIDENTIAL [ ] SECRET

5. SESSION CLASSIFIED YES [ ] NO [ ]
DISTRIBUTION OUTSIDE U.S YES [ ] NO [ ]
AUDIO-VISUAL AIDS YES [ ] NO [ ]

6. PURPOSE: FOR MEETINGS/CONFERENCE LIST NAME, SPONSOR, DATE, LOCATION. (DO NOT USE ABBREVIATIONS OR ACRONYMS).

International High-Level Radioactive Waste Management Conference
Las Vegas, NV May1-5, 1995 Sponsored by American Nuclear Society

7. SHORT ABSTRACT. LIMIT TO LESS THAN 100 WORDS. (MUST BE COMPLETED FOR ALL TECHNICAL PAPERS - REQUIRED FOR SIG TECHNOLOGY REVIEW JOURNAL).

8. DOES THE SUBMITTED MATERIAL DESCRIBE AN INVENTION, SOFTWARE OR CONCEPT THAT IS PROPRIETARY TO TRW OR WAS DEVELOPED UNDER IRAD OR OTHER INDIRECT FUNDING? YES [ ] NO [X]

9. IF YES, HAS AN INVENTION DISCLOSURE, FORM 125, BEEN FILED WITH SECTOR LAW DEPARTMENT? YES [ ] NO [ ]

10. WAS ANY WORK DESCRIBED DONE UNDER CONTRACT? (IF SO, COMPLETE 11, 12, AND 13.) YES [X] NO [ ]

11. CONTRACT NUMBER: DE - AC01 - 91 - RW - 00134

12. PROCURING AGENCY/PRIME CONTRACTOR (IF APPLICABLE): Department of Energy

13. CUSTOMER TECHNICAL MONITOR(S): Karl Svinicki RW44

14. AUTHOR(S) SIGNATURE (USE BLOCK 21 FOR ADDITIONAL SIGNATURES)
[signature]
TYPE NAME: Douglas A. Williamson DATE: 10/11/94
TYPE NAME: ______ DATE: ______

15. DIVISION REVIEWING AUTHORITY
[signature]
TYPE NAME: John O. Cowles DATE: 10/4/94
LAW DEPARTMENT REVIEW REQUESTED? YES __ NO X

16. GROUP REVIEWING AUTHORITY
TYPE NAME: Lionel Skidmore DATE: ______
LAW DEPARTMENT REVIEW REQUESTED? YES __ NO __

17. SIG LAW DEPARTMENT (IF REQUIRED BY DIVISION/GROUP REVIEWING AUTHORITY)
TYPE NAME: ______ DATE: ______

18. SECURITY
TYPE NAME: ______ DATE: ______

19. SIG MANAGER OF PUBLIC RELATIONS
TYPE NAME: ______ DATE: ______
LAW DEPARTMENT REVIEW REQUESTED? YES __ NO __
CLEARANCE: [ ] APPROVED [ ] APPROVED WITH AMENDMENTS [ ] DENIED [ ] LIMITED APPROVAL

20. DIVISION CUSTOMER APPROVER
TYPE NAME: ______ DATE: ______
CLEARANCE: [ ] APPROVED [ ] APPROVED WITH AMENDMENTS [ ] DENIED [ ] LIMITED APPROVAL

21. INSTRUCTIONS / REMARKS (ATTACH ADDITIONAL SHEETS AS NECESSARY)

For YMPO Reviewed Papers

WBS: Co-Authors:
QA No.:
New Technology Involved? [ ] Yes [ ] No

TESS Peer Review: [signature]
M&O Mgmt. Release: [signature]
Teammate Corporate Release Company [signature] JAZ and Authority

SIG 532E 1994

18

EXHIBIT
ALL-STATE LEGAL®
PX 0361

# Lessons Learned From the DCS Process

Douglas A. Williamson
E.R. Johnson Associates Inc.
9302 Lee Highway, Suite 700
Fairfax, VA 22031

## INTRODUCTION

Appendix C of 10 CFR Part 961 Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (Standard Contract) established the form and content of the Delivery Commitment Schedule (DCS) which Purchasers submit to the Department of Energy (DOE) to provide preliminary information on the fuel they desire to deliver. Article V.B of the Standard Contract provides the submittal and review schedule of the DCSs, thus establishing the current DCS process. Essentially, Purchasers must submit one or more DCSs for each delivery year in which they have a delivery allocation. These DCSs must be submitted a minimum of 63 months prior to the delivery year specified on the DCS, but may be submitted earlier. Each DCS contains information important to the program including the range of fuel discharge dates, the maximum cask weight, and the shipping mode. Once a DCS is approved, the information on that DCS becomes part of the Civilian Radioactive Waste Management System (CRWMS) planning base.

Purchaser DCS submittals began in 1992 and have continued on an annual basis since then. Accordingly, DOE has now received and processed DCSs for three complete delivery years, plus a number of assorted DCSs submitted in advance of the due date. The body of knowledge which these DCSs represent is substantial and is sufficient to allow DOE to observe trends and draw general conclusions about these DCSs and the Purchasers submitting them.

WBS 9.2.1.2
QA: N/A

**Civilian Radioactive Waste Management System**
**Management & Operating Contractor**

# Report to Update Total System Life Cycle Cost Estimate for Site Recommendation/License Application

**TDR-CRW-SE-000001 REV 01**

**December 1999**

Prepared for:

U.S. Department of Energy
Office of Civilian Radioactive Waste Management
1000 Independence Avenue, SW
Washington, DC 20585

Prepared by:

TRW Environmental Safety Systems, Inc.
600 Maryland Ave. S.W.
Suite 695
Washington, DC 20024

Under Contract Number
DE-AC08-91RW00134

EXHIBIT
ALL-STATE LEGAL®
PX0564

HQR-078-0402

20

**DISCLAIMER**

This report was prepared as an account of work sponsored by an agency of the United States Government. Neither the United States Government nor any agency thereof, nor any of their employees, nor any of their contractors, subcontractors or their employees, makes any warranty, express or implied, or assumes any legal liability or responsibility for the accuracy, completeness, or any third party's use or the results of such use of any information, apparatus, product, or process disclosed, or represents that its use would not infringe privately owned rights. Reference herein to any specific commercial product, process, or service by trade name, trademark, manufacturer, or otherwise, does not necessarily constitute or imply its endorsement, recommendation, or favoring by the United States Government or any agency thereof or its contractors or subcontractors. The views and opinions of authors expressed herein do not necessarily state or reflect those of the United States Government or any agency thereof.

A00000000-01717-1701-00002 Rev. 00
QA: N/A

**Civilian Radioactive Waste Management System**
**Management & Operating Contractor**

# BASIS FOR THE VA AND TSLCC COST ESTIMATE OPERATIONAL WASTE STREAM

**June 11, 1998**

Prepared for:

U. S. Department of Energy
Office of Civilian Radioactive Waste Management
1000 Independence Avenue, SW
Washington, D.C. 20585

Prepared by:

TRW Environmental Safety Systems Inc.
2650 Park Tower Drive
Vienna, Virginia 22180

Under Contract Number
DE-AC08-91RW00134

EXHIBIT
ALL-STATE LEGAL®
PX0918

Zabransky Ex. 41



HQR-036-0182

22

PNL-5241

— Duplicate Copy —

# 1984 ANNUAL REVIEW OF THE ADEQUACY OF THE 1-MILL/KWH WASTE DISPOSAL FEE

R. L. Engel
M. K. White

September 1984

Prepared for
the U.S. Department of Energy
under Contract DE-AC06-76RLO 1830

Pacific Northwest Laboratory
Richland, Washington 99352

ALL-STATE LEGAL®
EXHIBIT
PX 0937

23

Miller Dep Ex 7

QA: N/A

WBS 9.1.3

Civilian Radioactive Waste Management System
Management and Operating Contractor

# Total System Life Cycle Cost for Site Recommendation Letter Report

TDR-CRW-AD-000001 REV 00

February 2002

Prepared for:
U.S. Department of Energy
Office of Civilian Radioactive Waste
Management
1000 Independence Avenue SW
Washington, D.C. 20585

Prepared by:
Bechtel SAIC Company, LLC
955 L'Enfant Plaza SW
Suite 8000
Washington, D.C. 20024-2108

Under Contract DE-AC08-01RW12101

2033.1

00859

Plaintiff's Exhibit 720
SMUD vs. United States
98-488

ALL-STATE LEGAL®
EXHIBIT
PX0969

24

**DISCLAIMER**

This report was prepared as an account of work sponsored by an agency of the United States Government. Neither the United States Government nor any agency thereof, nor any of their employees, nor any of their contractors, subcontractors or their employees, makes any warranty, express or implied, or assumes any legal liability or responsibility for the accuracy, completeness, or any third party's use or the results of such use of any information, apparatus, product, or process disclosed, or represents that its use would not infringe privately owned rights. Reference herein to any specific commercial product, process, or service by trade name, trademark, manufacturer, or otherwise, does not necessarily constitute or imply its endorsement, recommendation, or favoring by the United States Government or any agency thereof or its contractors or subcontractors. The views and opinions of authors expressed herein do not necessarily state or reflect those of the United States Government or any agency thereof.