# APPENDIX

ENERGY
RESOURCES
INTERNATIONAL, INC.

ERI-2098-0501

*Proprietary and Confidential*
*Protected Material to be Disclosed Only in Accordance*
*With U.S. Court of Federal Claims Protective Order*

# Expert Report Regarding Spent Nuclear Fuel Acceptance Rates For Wisconsin Electric Power Company's Point Beach Units 1 and 2

**© 2005 Energy Resources International, Inc. All Rights Reserved.**

Prepared For:

Wisconsin Electric Power Company

Prepared by:

Eileen M. Supko

July 14, 2005

Eileen M. Supko

Eileen M. Supko 7/14/05

**1015 18th Street, NW, Suite 650**
**Washington, DC 20036**
**USA**
**Telephone: (202) 785-8833**
**Facsimile: (202) 785-8834**

## 1. SCOPE OF REPORT AND SUMMARY OF OPINIONS

I have been asked by Perkins Coie LLP, Counsel for Wisconsin Electric Power Company (Wisconsin Electric), to offer an expert opinion regarding the rates at which the U.S. Department of Energy (DOE) would accept spent nuclear fuel assemblies from Wisconsin Electric's Point Beach Units 1 and 2, assuming an overall acceptance rate of 3,000 MTU per year. It is my understanding that ERI's projections of spent fuel acceptance rights for the Point Beach nuclear plant provided in this report will support calculation of the damages that Wisconsin Electric has or will incur as a result of the DOE's failure to commence acceptance of spent nuclear fuel (SNF) from commercial nuclear power plants by January 31, 1998.

As described more fully below, I have calculated spent fuel acceptance rights for Point Beach Units 1 and 2, based on an overall steady-state spent fuel acceptance rate of 3,000 MTU per year, with a five year ramp up. Had DOE begun acceptance of spent nuclear fuel by January 31, 1998, in accordance with the Nuclear Waste Policy Act of 1982 (NWPA) as amended and the Standard Contract[1], I have determined that the first spent fuel acceptance rights for Point Beach would have occurred in 1998 and the final spent fuel would have been accepted by the DOE by 2038.

I have also calculated the spent fuel acceptance rights for Point Beach Units 1 and 2 based upon the presumption that DOE will not begin acceptance of spent fuel until 2010, at the earliest using the overall rates identified above. Under this scenario, I have determined that the first spent fuel acceptance rights for Point Beach would occur in 2010 and the final spent fuel would be accepted by 2049.

ERI's fees for this engagement range from $170 to $255 per hour and are not contingent in any way upon my findings.

## 2. BACKGROUND AND QUALIFICATIONS

I am a senior consultant and an owner of Energy Resources International, Inc. (ERI).

I hold a bachelors of science degree in Nuclear Engineering from Pennsylvania State University. From 1985 to 1990, I was employed by Carolina Power and Light Company (now Progress Energy), a nuclear operating company, as a Nuclear Fuel Projects Engineer and then a Nuclear Services Department Incore Analysis Engineer. At Carolina Power and Light Company, my responsibilities included nuclear fuel procurement and nuclear reactor core design and analysis. As a function of nuclear reactor core design and analysis work that I performed, I was responsible for ensuring that the nuclear fuel and nuclear reactor

[1] U.S. Department of Energy, *Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste*, Title 10, U.S. Code of Federal Regulations, Part 961 (Standard Contract)

core operated within the regulatory limits approved by the U.S. Nuclear Regulatory Commission (NRC) in the plant license. I joined ERI in 1990. I have extensive experience in providing advice to clients in the areas of spent nuclear fuel, nuclear waste management and radioactive materials transport, and I analyze the technical, economic, regulatory, legislative, and policy issues associated with the storage, acceptance, transport, and disposal of spent nuclear fuel and high-level radioactive waste. My clients include nuclear power plant operating companies, a foreign government, industry organizations, private companies, and a private spent fuel management organization.

ERI has developed a computer model, SPNTFUEL, that has the capability to model spent fuel acceptance rates, determine acceptance rights for individual nuclear power plants, and determine the effect of these acceptance rates on utility requirements for additional spent fuel storage capacity, including the amount of time that spent fuel must remain at nuclear power plant sites following plant shutdown for decommissioning. SPNTFUEL also has the capability to project nuclear power plant discharge data, including the number of fuel assemblies discharged, fuel weight (MTU) discharged, and fuel burnup. In *Indiana Michigan Power Company v. United States*, the parties stipulated that the ERI and DOE computer models used to project spent fuel discharges and acceptance rates rely on similar assumptions and similar input data. Further, the parties stipulated that "the annual acceptance allocations calculated by either the ERI or DOE models should not result in any material differences for the purposes of assessing damages."[2] Additional details regarding the SPNTFUEL program can be found in Appendix A to this report.

On behalf of clients, using the SPNTFUEL model, I have analyzed possible overall DOE acceptance rates and the effect that DOE acceptance rates would have on utility spent fuel storage requirements and the period of time that spent fuel must remain at nuclear power plant sites following reactor shutdown for decommissioning. These analyses have been performed to determine the effect of DOE acceptance rates on the commercial nuclear power plants' spent fuel storage requirements, for the overall U.S. nuclear industry, and for individual nuclear power plants as requested by individual clients. Acceptance rate analyses that I have performed include analysis of postulated DOE acceptance rates for nuclear industry organizations; analysis to support nuclear industry legislative efforts regarding changes to the DOE waste program in the 1990s; analysis on behalf of the nuclear industry of proposals to "take title" to spent nuclear fuel; spent fuel acceptance scenarios to support individual client decommissioning analyses; and spent fuel acceptance scenarios to support individual client spent nuclear fuel damages claims, such as the analysis supporting this case.

I have been a direct participant in technical exchanges between the nuclear industry and DOE since 1990 regarding such topics as DOE plans for accepting commercial SNF, industry positions on outstanding Standard Contract issues, and DOE's conceptual designs

[2] Joint Stipulations Regarding Testimony on Spent Fuel Discharges and Cask Loading Costs, Indiana Michigan Power Company v. United States, No. 98-486C, March 2, 2004 (2004 Joint Stipulation).

for surface facilities for acceptance of commercial SNF. I have assisted in the preparation of nuclear industry comments and feedback on various DOE program documents, including but not limited to Mission Plans, Annual Capacity Reports, Acceptance Priority Ranking reports, Environmental Impact Statement documents, and transportation plans. My detailed resume is attached as Appendix B, providing additional details on my background and qualifications as an expert in this matter.

In addition to numerous client-specific analyses, evaluations, and reports, over the past fifteen years I have authored over 35 reports, presentations, and publications in leading nuclear energy journals, and have been an invited speaker at over a dozen conferences sponsored by leaders in the nuclear industry. A detailed list of my publications and presentations is attached as Appendix C.

## 3. METHODOLOGY USED AND MATERIALS CONSIDERED IN REACHING OPINION

In developing my expert opinions regarding spent fuel acceptance rights for Point Beach Units 1 and 2, I have reviewed DOE and DOE contractor methodologies for the projection of spent nuclear fuel discharges[3,4] as well as DOE's model for projecting spent nuclear fuel discharges. I also have reviewed DOE's recently published Acceptance Priority Ranking and Annual Capacity Report.[5] I have reviewed the Standard Contract and associated documents such as Annual Capacity Reports and Acceptance Priority Rankings. I have incorporated into my SPNTFUEL database the historical and projected spent fuel discharge information provided to the DOE by nuclear operating companies through DOE form RW-859 data for spent fuel discharged from commercial nuclear power plants through December 31, 2002 (2002 RW-859). Assuming similar input assumptions, both the DOE model and ERI's SPNTFUEL model will result in similar projected spent nuclear fuel acceptance rights for individual nuclear power plants.[6]

As requested by Counsel, ERI has calculated the rate at which the DOE would accept spent nuclear fuel from the Point Beach nuclear plant under two scenarios using the SPNTFUEL computer model: (1) a 1998, "Non-Breach" spent fuel acceptance scenario that projects the rate at which the DOE would have accepted spent fuel from Point Beach had it begun acceptance of spent fuel in 1998; and (2) a 2010, "Actual" spent fuel acceptance scenario that projects the rate at which the DOE is expected to accept spent fuel from Point Beach if

[3] Bechtel SAIC Company, LLC, "Calculation Method for the Projection of Future Spent Nuclear Fuel Discharges," TDR-WAT-NU-000002 Rev 1, February 2002.

[4] McLeod, Barrie, JAI Corporation, and Pollog, Thomas, U.S. DOE, "Methodology for the Projection of Spent Nuclear Fuel Discharges," conference paper, date unknown.

[5] U.S. DOE, OCRWM, *Acceptance Priority Ranking and Annual Capacity Report*, DOE/RW-0567, July 2004.

[6] 2004 Joint Stipulation.

## APPENDIX B
## DETAILED RESUME OF EILEEN M. SUPKO

### Summary of Experience:

**1990 - Present** **Energy Resources International, Inc.**
**Senior Consultant**

Consultant in the area of nuclear waste management and radioactive materials transport. Provides analysis of the technical, economic, regulatory and policy issues associated with the storage, acceptance, transport and disposal of spent nuclear fuel and high-level radioactive waste to nuclear power plant operating companies, foreign governments, industry organizations, private companies and private spent fuel management programs.

Dry Spent Fuel Storage. Provides analysis and consultation regarding the technical, regulatory, and economic evaluation of dry spent fuel storage and transportation technologies; technical and economic analyses in support of dry storage facility licensing efforts for nuclear operating companies including projections of dry storage life cycle costs and schedules and issues associated with dry storage licensing; technical and economic analyses in support of private spent fuel management program licensing efforts; analysis in support of industry efforts to increase the allowable burnup of spent fuel contained in dry storage systems and presentation of results to U.S. Nuclear Regulatory Commission (NRC) staff; and analyses of changes to NRC regulatory requirements for storage and transport. Authored an industry *Spent Fuel Storage Handbook*, on behalf of the Nuclear Energy Institute, to assist nuclear operating companies in decision-making, planning and licensing activities related to the dry storage of spent nuclear fuel. Served as a U.S. representative for an International Atomic Energy Agency (IAEA) Consultancy on International Spent Fuel Storage Experience resulting in preparation of an IAEA technical report on this subject.

Spent Nuclear Fuel and Radioactive Materials Transport. Provides analysis and consultation regarding spent nuclear fuel and radioactive materials transport including analysis of U.S. Department of Energy (DOE) plans for transporting spent nuclear fuel to a repository; preparation of comments on NRC proposals for spent fuel transportation cask testing; analysis of proposed changes to NRC and U.S. Department of Transportation, and International Atomic Energy Agency regulations for the transport of radioactive materials. Principal Investigator and author of *Spent Nuclear Fuel Transportation – An Overview* on behalf of the Electric Power Research Institute, to summarize the technical, regulatory and policy framework for transporting spent nuclear fuel.

Analysis of DOE Civilian Waste Management Program. Provided consultation and analysis to support nuclear waste legislative initiatives and developments including analyses of technical, economic and regulatory issues associated with proposed legislation and evaluation of legislative proposals on nuclear power plant spent fuel storage requirements and on Nuclear Waste Fund adequacy. Analyzed DOE proposals for acceptance and transportation of spent nuclear fuel including review of regulatory,

technical, logistical issues as well as schedule milestones. Analyzed possible overall DOE acceptance rates and the effect that DOE acceptance rates would have on utility spent fuel storage requirements and the period of time that spent fuel must remain at nuclear power plant sites following reactor shutdown for decommissioning. Provided technical support to industry organizations during industry-DOE staff-to-staff technical exchanges regarding outstanding issues and possible changes to the Standard Contract, DOE plans and conceptual designs for fuel receipt facilities at Yucca Mountain, and DOE-utility interface requirements for the acceptance of spent nuclear fuel. Reviewed and analyzed Congressional appropriations to DOE for the Yucca Mountain program, including monitoring and analysis of the adequacy of the Nuclear Waste Fund.

International Waste Management Activities. Provides technical and policy consultation and analysis to a foreign government regarding programs for the long-term management of spent nuclear fuel including review of projected spent fuel disposal system costs and schedules; review of technical proposals and conceptual designs; review of decommissioning cost study assumptions; and review of long-term planning efforts.

Nuclear Fuel Cycle. Provides technical, economic and policy support to utilities in the areas of fuel cycle management, economics, and procurement. Assists utility clients with procurement planning activities, commercial bid evaluation related activities, preparation of responses to public utility commission (PUC) nuclear fuel related audits, and performs reviews and audits of utility nuclear fuel procurement practices.

Public Outreach. Provides third party expertise for the Nuclear Energy Institute and other nuclear industry clients, communicating on nuclear waste storage, transport and disposal issues; radioactive materials transport; fuel cycle issues; and nuclear energy benefits. In addition to interviews with the news media, these activities have included briefing members of the U.S. Congress, Congressional staff, and state and local officials on nuclear waste transportation and disposal issues and nuclear energy benefits; and participating in moderated debates with members of U.S. anti-nuclear organizations for Public Broadcast System and National Public Radio programs. In addition to numerous client-specific analyses, evaluations, and reports, author of over 35 reports, presentations, and publications in leading nuclear energy journals and an invited speaker at over a dozen conferences sponsored by leaders in the nuclear industry.

Testimony. Indiana Michigan Power Company v. United States, Docket 98-486C, U.S. Court of Federal Claims (Deposition and Trial Testimony); Commonwealth Edison Company v. United States, Docket 98-621C, U.S. Court of Federal Claims (Deposition); Sacramento Municipal Utility District v. United States, Docket 98-488C, US. Court of Federal Claims (Deposition); Southern Nuclear Operating Company, Alabama Power Company and Georgia Power Company v. United States, Docket 98-614C, U.S. Court of Federal Claims (Deposition).

Proprietary and Confidential

Protected Material to be Disclosed Only In Accordance
With U.S. Court of Federal Claims Protective Order

**1988 - 1990** **Carolina Power and Light Company**
**Nuclear Services Department**
**Incore Analysis Engineer**

Responsibilities included nuclear power plant reload core design, analysis and design review; nuclear fuel cycle management activities including preparation of nuclear power plant fuel cycle management reports, rod pattern improvements, and core operating recommendations to ensure that the nuclear fuel and nuclear reactor core operated within the regulatory limits approved by the NRC in the plant license. Provided control blade management support and technical review of control blade bid proposals. Performed detailed technical and economic analysis of control blade management alternatives.

**1985 - 1988** **Carolina Power and Light Company**
**Nuclear Fuel Projects Engineer**

Responsibilities included participation in nuclear fuel procurement activities including preparation of bid specifications, co-ordination of bid evaluations, and evaluation of economic and commercial contract terms. Prepared annual long-range nuclear fuel cycle cost projections; administered BWR channel contract and DOE enrichment contract; assisted in administration of BWR fuel fabrication contracts, uranium management activities, and fuel cycle analyses.

**1984 - 1985** **GPU Nuclear Company**
**TMI Environmental Controls Department**

Responsibilities included computerization and data analysis for the TMI Radiological Environmental Monitoring Program; routine maintenance and data analysis for a real-time gamma monitoring system; participation in NRC emergency drills performing off-site dose calculations. Served on environmental monitoring team for TMI-2 headlift operation.

## Education:

B.S., Nuclear Engineering, Pennsylvania State University, 1985

## Memberships, Licenses and Honors:

Member and past chairman, Mechanical and Nuclear Engineering Division, Industrial and Professional Advisory Council to the Pennsylvania State University's College of Engineering, 1998 to 2004

Founding Member, Board of Directors (2003 –2005), Pennsylvania State University, Nuclear Engineering Society

Member, American Nuclear Society

# APPENDIX C
# PUBLICATIONS LIST
# EILEEN M. SUPKO

In addition to numerous client specific analyses, evaluations, and reports, Ms. Supko has authored the following representative reports, presentations, and publications.

Supko, E.M., and Robert Jones, *Options for Pursuing Moderator Exclusion for Application to Spent-Fuel Transportation Packages,* EPRI Technical Report 1009692, Final Report, December 2004.

Supko, E.M., and Robert Jones, *Spent Nuclear Fuel Transportation, An Overview*, EPRI Technical Report 1009226, Final Report, February 2004.

Supko, E.M., *User Friendly Instruments for Enhancing Communications,* Presented on behalf of the World Nuclear Transport Institute, International Conference on the Safety of Transport of Radioactive Materials, International Atomic Energy Agency, July 7-11, 2003, Vienna, Austria.

Supko, E.M., *Utility – DOE Dry Storage Interface*, INMM Spent Fuel Management Seminar XX, January 15-17, 2003, Washington, D.C.

Supko, E.M., *Nuclear Transport – The Impact of International Regulations*, Presented on behalf of the World Nuclear Transport Institute, INMM Spent Fuel Management Seminar XX, January 15-17, 2003, Washington, D.C.

Supko, E.M, and J.A. Vincent, *High Burnup Spent Nuclear Fuel Storage Analysis,* Presented to the U.S. Nuclear Regulatory Commission on behalf of the Nuclear Energy Institute, Spent Fuel Project Office, March 5, 2002.

Supko, E.M, *Countering the Fear Campaign -- Transportation Specifics,* Presented at the NEI Yucca Mountain Strategic Briefing, Washington, DC, January 15, 2002.

Supko, E.M., *Used Nuclear Fuel Transportation Safety*, Presented at the Utah Association of Realtors Convention, Tucson, Arizona, September 6, 2001.

Supko, E.M, *High Burnup Fuel Considerations For Storage & Transport*, Presented at the Nuclear Energy Institute Fuel Cycle 2001, San Francisco, California, April 1-4, 2001.

Schwartz, M.H., and E.M. Supko, *And Then There Were Three...",* Nuclear Engineering International, September 2000.

Supko, E.M., *Spent Nuclear Fuel Transportation – An Update of Current Issues,* Presented at the Nuclear Energy Institute Fuel Cycle 2000, Memphis, Tennessee, April 2 - 5, 2000.

Supko, E.M., *Industry Perspective on the Update of the "Modal Study"*, Presented at the Waste Management Symposium 2000, Tucson, Arizona, February 27 – March 2, 2000.

Supko, E.M., *Nuclear Fuel Waste – How Long Must We Wait And What Are We Going To Do?*, Presented at: Center For Business Intelligence Conference, Profit with Nuclear Power – Business Opportunities, Regulatory Reform and Restructuring Options, Chicago, Illinois, November 8-9, 1999.

Supko, E.M., *Projected Needs for Dry Spent Fuel Storage Equipment – The Next Five Years*, Presented at the PCC Annual Workshop for Manufacturing of Spent Fuel Equipment April 7, 1999.

Schwartz, M.H., and E.M. Supko, *The Potential for Change in A Static Market*, Nuclear Engineering International, September 1999.

Supko, E.M., *How Spent Nuclear Fuel, and Low- and High-Level Waste Will Be Disposed and At What Price*, INFOCAST Conference, Nuclear Power Plants, Coming to Grips with Your License Expiration Options – Sell, Decommission, or Renew Your License, January 25-27, 1999.

Supko, E.M., *Industry Spent Fuel Storage Handbook*, Nuclear Energy Institute, NEI 98-01, 1998.

Supko, E.M., *Used Nuclear Fuel Transportation Issues*, presented to the State of Tennessee, Special Committee Meeting of House Conservation and Environment Committee and Senate Environment, Conservation, and Tourism Committee, March 3, 1998.

Supko, E.M., *Minimizing Risks Associated with Post-Shutdown Spent Fuel Storage and LLW Disposal*, Presented at the Infocast "Nuclear Power In the Competitive Era," Post Conference Workshop, "Developing Risk Strategies for a Successful Decommissioning" January 30, 1998.

Supko, E.M., *Used Nuclear Fuel Transportation Issues*, presented to the Joint Transportation Committees of the Colorado State Legislature, January 8, 1998.

Supko, E.M., *Storing Up Problems*, Nuclear Engineering International, July 1997.

Schwartz, M.H. and E.M. Supko, *Fierce Competition in the U.S. Fabrication Market*, Nuclear Engineering International, September 1996.

Supko, E.M., *Technical Considerations Associated with Spent Fuel Acceptance*, Electric Power Research Institute, ERPI TR-106226, June 1996.

Supko, E.M., *United States Experience With Dry Spent Fuel Storage*, Presented at the International Atomic Energy Agency, Advisory Group Meeting on "Survey of Experience with Wet and Dry Storage", October 30-November 3, 1995.

Supko, E.M., *Utility At-Reactor Spent Fuel Storage Requirements and Costs*, Nuclear Waste Issues Forum, Nuclear Waste Program Office, National Association of Regulatory Utility Commissioners, May 25, 1995.

Supko, E.M., *Integrated Waste Management System Costs in a MPC System*, Presented at the Sixth Annual International High Level Radioactive Waste Management Conference, April 30- May 5, 1995.

Supko, E.M., *Utility At-Reactor Spent Fuel Storage Plans*, Nuclear Energy Institute Fuel Cycle '95, Coronado, California, April 5, 1995.

Buchheit, J.M. and E.M. Supko, *Impacts of MPCs on the Utility Spent Fuel Management System*, Institute of Nuclear Materials Management Spent Fuel Management Seminar XI, January 1994.

Supko, E.M., *Proceedings: 1993 EEI/UWASTE-EPRI-USCEA Spent Fuel Storage Workshop II, Regulatory and Communications Strategies*, Electric Power Research Institute, EPRI TR-103253, December 1993.

Schwartz, M.H., P.J. Marsico, E.M. Supko, *EEI Nuclear Fuel Fabrication Handbook*, Edison Electric Institute Nuclear Fuel Committee, NFC-93-001, November 1993.

Supko, E.M., C.J. Henkel, M.H. Schwartz, *EEI/UWASTE Oversight of the DOE Repository Program by the Repository Information Exchange Team*, Fourth International Conference on High-Level Radioactive Waste Management, April 26-30, 1993.

Rasmussen, R., E.M. Supko, J.M. Jordan, M. Smith, *Utility-DOE Interface Considerations of the Universal Container System Concept*, Fourth International Conference on High-Level Radioactive Waste Management, April 26-30, 1993.

Stigers, R., M. Alissi, E.M. Supko, D.K. Zabransky, *Non-Fuel Components: Regulatory Issues*, Fourth International Conference on High-Level Radioactive Waste Management, April 26-30, 1993.

Supko, E.M., *Proceedings: 1991 EEI/UWASTE-EPRI Workshop on At-Reactor Spent Fuel Storage*, Electric Power Research Institute, EPRI TR-100676, May 1992.

Steyn, J.J, M.H. Schwartz, E.M. Supko, *Overview of Fuel Management Analysis - Supply Issues and Procurement Strategy Development for the 1990s*, USCEA Fuel Cycle Conference 91, March 24-27, 1991.

Supko, E.M., M.H. Schwartz, *Spent Fuel Storage Handbook*, Edison Electric Institute, Utility Nuclear Waste and Transportation Program, December 1990.

ENERGY
RESOURCES
INTERNATIONAL, INC.

ERI-2098-0602

*Proprietary and Confidential*
*Protected Material to be Disclosed Only in Accordance*
*With U.S. Court of Federal Claims Protective Order*

# Expert Report Regarding The Development of Dual-Purpose Casks

© 2006 Energy Resources International, Inc. All Rights Reserved.

Prepared For:

Wisconsin Electric Power Company

Prepared by:

Eileen M. Supko

Eileen M. Supko

Eileen M. Supko 5/08/06

1015 18th Street, NW, Suite 650
Washington, DC 20036
USA
Telephone: (202) 785-8833
Facsimile: (202) 785-8834

## 1. SCOPE OF REPORT AND SUMMARY OF OPINIONS

I have been asked by Perkins Coie LLP, Counsel for Wisconsin Electric Power Company (Wisconsin Electric), to offer an expert opinion regarding the U.S. Department of Energy's actions to encourage or agree without objection to the development and the use of dual-purpose casks (i.e., storage and transport) by the nuclear operating companies for dry cask storage of spent nuclear fuel and for transportation of spent nuclear fuel.

It is my understanding that this expert report will be used to support damages being claimed by Wisconsin Electric for DOE's failure to commence acceptance of SNF by January 31, 1998 as required by the Standard Contract between the parties in its pending U.S. Court of Federal Claims action.

As described more fully below, based on more than twenty years of nuclear fuel-related experience in the nuclear industry, including fifteen years as a consultant to U.S. nuclear operating companies on spent nuclear fuel storage, transportation and disposal issues, I have determined that:

(1) From the start of the DOE waste management program in the early 1980s, DOE considered the use of dual-purpose casks as part of the waste management system and encouraged the development of dual-purpose casks through a cooperative agreement;

(2) DOE endorsed and encouraged nuclear operating companies to utilize dual-purpose canister systems for at-reactor storage, and considered compensating companies for the avoided DOE program costs; and

(3) DOE's own planning basis assumed that DOE would accept commercial spent nuclear fuel in dual-purpose canisters at the permanent repository as identified in numerous DOE technical and environmental documents as well as DOE system requirements documents.

These actions by DOE clearly indicate that DOE encouraged the development and use of dual-purpose cask systems for at-reactor storage of spent fuel and planned to integrate these systems as part of its system for waste acceptance and transportation.

ERI's fees for this engagement range from $170 to $266 per hour and are not contingent in any way upon my findings.

## 2. BACKGROUND AND QUALIFICATIONS

I am a senior consultant and an owner of Energy Resources International, Inc. (ERI).

I hold a bachelors of science degree in Nuclear Engineering from Pennsylvania State University. From 1985 to 1990, I was employed by Carolina Power and Light Company (now Progress Energy), a nuclear operating company, as a Nuclear Fuel Projects Engineer and then a Nuclear Services Department Incore Analysis Engineer. At Carolina Power and

Light Company, my responsibilities included nuclear fuel procurement and nuclear reactor core design and analysis. As a function of nuclear reactor core design and analysis work that I performed, I was responsible for ensuring that the nuclear fuel and nuclear reactor core operated within the regulatory limits approved by the U.S. Nuclear Regulatory Commission (NRC) in the plant license. I joined ERI in 1990. I have extensive experience in providing advice to clients in the areas of spent nuclear fuel, nuclear waste management and radioactive materials transport, and I analyze the technical, economic, regulatory, legislative, and policy issues associated with the storage, acceptance, transport, and disposal of spent nuclear fuel and high-level radioactive waste. My clients include nuclear power plant operating companies, a foreign government, industry organizations, private companies, and a private spent fuel management organization.

With respect to experience specifically related to spent nuclear fuel storage issues, including those associated with the development of dual-purpose cask systems, I provided consulting services to Private Fuel Storage LLC (PFS), a consortium of nuclear utilities seeking to establish a private spent fuel storage facility. At the recommendation of DOE, I was invited to serve as a U.S. technical expert to the International Atomic Energy Agency (IAEA). In that capacity, I assisted the agency in preparing an IAEA technical report concerning international spent fuel storage to which I contributed by providing an overview of the U.S. dry storage licensing and operations experience; and I participated at a Workshop on Safety Assessment for Spent Fuel Storage held in Prague, Czech Republic, as an expert to the IAEA regarding U.S. regulations for interim storage of spent fuel.

I have prepared two handbooks on spent fuel storage, including dry storage of spent nuclear fuel, for the Nuclear Energy Institute and its predecessor organizations; organized workshops for U.S. nuclear operating companies regarding experience with dry storage of spent nuclear fuel; and participated as a speaker on spent fuel storage technical issues at industry conferences. I have also presented the results of technical analyses on behalf of the Nuclear Energy Institute (NEI) to NRC staff regarding the need for changes to NRC staff regulatory guidance for storage and transport systems that would increase the allowable burn-up of the spent fuel contained in those systems. As part of my consulting practice, I monitor the dry storage market including the licensing status of dual-purpose systems, assess market share for various dry storage systems that are being marketed in the U.S. and project spent fuel storage requirements for U.S. nuclear power plants.

I was a direct participant in technical exchanges between the nuclear industry and DOE between 1990 and 2004 regarding such topics as DOE's plans for accepting commercial SNF, DOE's interpretation and application of the Standard Contract, and DOE's conceptual designs for surface facilities for acceptance of commercial SNF. I have assisted in the preparation of nuclear industry comments and feedback on various DOE program documents, including but not limited to Mission Plans, Annual Capacity Reports, Acceptance Priority Ranking reports, Environmental Impact Statement documents, multi-purpose canister proposals, and transportation and waste acceptance plans. My detailed

resume is attached as Appendix A, providing additional details on my background and qualifications as an expert in this matter.

In addition to numerous client-specific analyses, evaluations, and reports, over the past fifteen years, I have authored over 35 reports, presentations, and publications in leading nuclear energy journals and have been an invited speaker at over a dozen conferences sponsored by leaders in the nuclear industry. A detailed list of my publications and presentations is attached as Appendix B.

## 3. METHODOLOGY USED AND MATERIALS CONSIDERED IN REACHING OPINION

In developing my expert opinions in this matter, I have reviewed DOE documents associated with its plans for acceptance and transport of spent nuclear fuel including DOE Mission Plan documents; a DOE cooperative agreement with a nuclear operating company to develop a dual-purpose cask system; DOE plans and draft procurement specifications for waste acceptance and transportation services; DOE procurement plans for development of transportation casks; DOE reports to Congress on waste program activities; and DOE acceptance criteria for commercial spent nuclear fuel canister systems. I have reviewed DOE correspondence with nuclear operating companies regarding the acceptance of dual-purpose cask systems. I have reviewed DOE system requirements documents and waste acceptance system requirements documents.

I have reviewed NRC regulations governing spent fuel storage and radioactive materials transportation, NRC storage and transport cask certification activities, and NRC rulemaking activities.

I have reviewed documents associated with industry plans for implementation of dual-purpose storage and transport technologies at nuclear power plants sites including NRC regulatory documents and presentations from industry conferences associated with the development of dual-purpose storage and transport casks. On an ongoing basis, I regularly track the number of storage-only and dual-purpose cask systems that have been loaded at nuclear power plant sites.

Based on my extensive review of relevant documents and my extensive experience in the commercial nuclear industry, I believe that my research regarding the development of dual-purpose casks in the U.S., as reflected in this report, has been comprehensive. A list of the written materials that I considered in forming my opinions in this report is included in Appendix C. I respectfully reserve the right to express additional opinions, supplement or amend the opinions in this report, or provide additional rationale for these opinions as additional documents are produced, the transcripts of expert and fact witness depositions become available for my review, and new facts are introduced during discovery and trial.