# In the United States Court of Federal Claims

No. 00-697 C
(Filed February 23, 2007)

******************************
WISCONSIN ELECTRIC POWER COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
******************************

## ORDER

At a telephone status conference on February 22, 2007, after helpful discussion with counsel, it was determined, and counsel were informed, that proceedings would not be suspended in this matter to await appellate rulings in other pending cases. After further discussion concerning the availability of government counsel and the possible need to have split trial sessions, the trial in this matter scheduled to commence in Washington, D.C. on March 27, 2007, was postponed to permit counsel to confer with their clients and report back as to their preferences as to a future trial date(s). Counsel for plaintiff later informed chambers by telephone that parties have agreed upon September 10, 2007 as the beginning date for a five-week trial, excluding Columbus Day (October 8, 2007), to conclude on October 16, 2007.

A pretrial conference will be scheduled, at the convenience of the parties, who should inform Judicial Assistant Linda Eddins at (202) 357-6613, of the date upon which counsel agree.

Accordingly, it is **ORDERED** that:

(1) The pretrial conference scheduled for March 2, 2007, is canceled;

(2) The trial, scheduled to commence on March 27, 2007 shall, instead commence on September 10, 2007, and proceed to conclusion by October 16, 2007; and

(3) Defendant's Motion to Stay Proceedings, filed February 5, 2007, as opposed by plaintiff, is **DENIED**.

s/ James F. Merow
James F. Merow
Senior Judge