# In the United States Court of Federal Claims

No. 00-697 C
(Filed March 1, 2007)

******************************
WISCONSIN ELECTRIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

**ORDER**

On March 1, 2007, Plaintiff's Unopposed Motion for an Enlargement of Time was filed. Plaintiff requests an enlargement of time to and including March 9, 2007, within which to file its Opposition to the Government's Motion for Partial Summary Judgment Regarding Plaintiff's Claim for Prejudgment Interest.

Accordingly, it is **ORDERED** that plaintiff's unopposed motion, filed March 1, 2007, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge