IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | No. 00-697C<br>(Senior Judge Merow) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 11 days, to and including Friday, March 16, 2007, within which to file its replies supporting its motions in limine to exclude the use of contractor documents as trial exhibits and to exclude certain expert opinion testimony offered by Eileen M. Supko. Our deadline for filing these replies is currently Monday, March 5, 2007. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has represented that plaintiff, Wisconsin Electric Power Company ("WEPCO"), does not oppose this motion, but opposes any further enlargement.

The requested enlargement is necessary because the attorneys working on these replies have had to devote substantial time during the reply period to the trial in System Fuels, Inc. v. United States, 03-2623C (Fed. Cl.), in which plaintiff completed its case on March 1, 2007, with the trial not scheduled to resume until April 12, 2007. In addition, numerous attorneys are now involved in an effort to comply with an extremely broad discovery order in Dairyland Power Cooperative v. United States, No. 04-106C (Fed. Cl.), with which we are currently required to

respond by March 9, 2007. The requested enlargement will allow the Government and its attorneys sufficient time to reply fully and properly to plaintiff's responses.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Kevin B. Crawford
KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-9640
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

MARIAN E. SULLIVAN
RUSSELL A. SHULTIS
SONIA M. ORFIELD
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

March 5, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on March 5, 2007, a copy of this "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kevin B. Crawford