# In the United States Court of Federal Claims

No. 00-697 C
(Filed March 6, 2007)

******************************
WISCONSIN ELECTRIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

**ORDER**

On March 5, 2007, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time to and including March 16, 2007, within which to file its replies supporting its motions *in limine* to exclude the use of contractor documents as trial exhibits and to exclude certain expert opinion testimony offered by Eileen M. Supko.

Accordingly, it is **ORDERED** that defendant's motion, filed March 5, 2007, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge