IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-697C |
| | ) | (Senior Judge Merow) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 14 days, to and including Monday, March 26, 2007, within which to file its reply to "Plaintiff's Response To Defendant's Motion To Strike Plaintiff's Notice Of Deposition And Trial Testimony Designations And, In The Alternative, Motion In Limine To Preclude Reliance Upon Those Designations As Substantive Evidence Pursuant To RCFC 32(a) and Federal Rule of Evidence 801(d)(2)." Defendant's reply is currently due today, Monday March 12, 2007. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has represented that plaintiff, Wisconsin Electric Power Company ("WEPCO"), does not oppose this motion, but will oppose any further enlargement.

The requested enlargement is necessary because the attorney working on this reply has had to devote substantial time during the reply period to the trial in System Fuels, Inc. v. United States, 03-2623C (Fed. Cl.), in which plaintiff completed its case on March 1, 2007, with the trial not scheduled to resume until April 12, 2007. In addition, counsel is involved in the effort to comply with an extremely broad discovery order in Dairyland Power Cooperative v. United States, No. 04-106C (Fed. Cl.), which is requiring the review of more than 50,000 documents to

determine if they are responsive to pending requests and whether they are privileged. The requested enlargement is necessary to allow counsel sufficient time to reply fully and properly to plaintiff's response.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time of 14 days through and including March 26, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-7955
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

MARIAN E. SULLIVAN
RUSSELL A. SHULTIS
SONIA M. ORFIELD
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

March 12, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on March 12, 2007, a copy of this "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Marian E. Sullivan