# In the United States Court of Federal Claims

No. 00-697 C
(Filed March 12, 2007)

******************************
WISCONSIN ELECTRIC POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

**ORDER**

On March 12, 2007, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time to and including March 26, 2007, within which to file its reply to "Plaintiff's Response To Defendant's Motion To Strike Plaintiff's Notice Of Deposition And Trial Testimony Designations And, In The Alternative, Motion In Limine To Preclude Reliance Upon Those Designations As Substantive Evidence Pursuant To RCFC 32(a) and Federal Rule of Evidence 801(d)(2)."

Accordingly, it is **ORDERED** that defendant's motion, filed March 12, 2007, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge