IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-697C |
| | ) | (Senior Judge Merow) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 21 days, to and including Monday, April 16, 2007, within which to file its reply to “Plaintiff’s Response To Defendant’s Motion For Partial Summary Judgment Regarding Plaintiff’s Claim For Weighted Average Cost Of Capital Damages.” Defendant’s reply is currently due on Monday, March 26, 2007. This is defendant’s first request for an enlargement of time for this purpose. Counsel for plaintiff has represented that plaintiff, Wisconsin Electric Power Company (“WEPCO”), opposes this motion.[1]

The requested enlargement is necessary, in part, because, we experienced a problem in our ability to access sealed material from the Court’s PACER system in this particular case. As a result of this problem, which seems to have been caused by the recent ECF upgrade, the attorney working on this reply did not receive a copy of “Plaintiff’s Response To Defendant’s Motion For Partial Summary Judgment Regarding Plaintiff’s Claim For Weighted Average Cost Of Capital Damages,” until March 20, 2007. In addition, the attorney working on this reply has

[1] Counsel for WEPCO also represented that, while he opposes this motion for an enlargement of 21 days, he would not oppose an enlargement of 14 days.

had to devote substantial time in the effort to comply with an extremely broad discovery order in Dairyland Power Cooperative v. United States, No. 04-106C (Fed. Cl.), which is requiring the review of more than 50,000 documents to determine if they are responsive to pending requests and whether they are privileged. The attorney working on this reply is also involved in, or responsible for coordinating, continuing discovery proceedings in the following cases: Carolina Power & Light Co. v. United States, No. 04-37C (Fed. Cl.); Dominion Resources, Inc. v. United States, No. 04-0084C (Fed. Cl.); Dominion Resources, Inc. v. United States, No. 04-0083C (Fed. Cl.); Arizona Public Service Company v. United States, No. 03-2832C (Fed. Cl.); and Southern California Edison Co. v. United States, No. 04-109C (Fed. Cl.).

Lastly, the attorney working on this reply will be out of town from Tuesday, April 3, 2007 through Thursday, April 5, 2007, for audit proceedings in the two Dominion Resources cases, and from Monday, April 9, 2007 through Tuesday, April 10, 2007, for the previously scheduled site visit in System Fuels Inc. v. United States, No. 03-2623C (Fed. Cl.). Thus, the requested enlargement is necessary to allow counsel sufficient time to reply fully and properly to plaintiff's response.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time of 21 days through and including April 16, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-7955
Fax: (202) 307-2503

MARIAN E. SULLIVAN
RUSSELL A. SHULTIS
SONIA M. ORFIELD
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

March 22, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on March 22, 2007, a copy of this “DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court’s system.

s/Lisa L. Donahue