# In the United States Court of Federal Claims

No. 00-697 C
(Filed March 23, 2007)

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On March 22, 2007, Defendant's Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time to and including April 16, 2007, within which to file its reply to "Plaintiff's Response To Defendant's Motion For Partial Summary Judgment Regarding Plaintiff's Claim For Weighted Average Cost Of Capital Damages." Defendant's motion notes that counsel for Wisconsin Electric Power Company represented that he opposes this motion, but would not oppose an enlargement of fourteen days.

Plaintiff's response to defendant's Weighted Average Cost of Capital Damages Motion was filed on March 9, 2007. Defendant's counsel indicated that it was not received until March 20, 2007, apparently, in part, because of access problems experienced with the court's "PACER system." It does appear that if counsel use a PACER password to access the court's docket, there will be problems obtaining sealed material. If counsel, associated with the case, use the CM/ECF password there should be no problem obtaining access to sealed documents. It is assumed the access problem encountered has been resolved, but the actual lack of access, however caused, is recognized as comprising good cause for a time enlargement. The access delay extended from March 9 to March 20, some eleven days. Providing an equivalent enlargement of time would, however, not take into consideration the impact of travel scheduled for April 3-5 and 9-10.

In these circumstances, it is **ORDERED** that defendant's time to file a reply to plaintiff's response, filed March 9, 2007, is **ENLARGED** to and including **April 16, 2007**.

s/ James F. Merow
James F. Merow
Senior Judge