**ATTACHMENT B**

Perkins Coie

1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
PHONE: 206.359.8000
FAX: 206.359.9000
www.perkinscoie.com

Richard W. Oehler
PHONE: (206) 359-8419
FAX: (206) 359-9419
EMAIL: R.Oehler@perkinscoie.com

March 9, 2007

**BY FACSIMILE AND FIRST CLASS MAIL**

Harold D. Lester, Jr.
Marian Sullivan
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
    Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530

**Re: Wisconsin Electric v. United States, No. 00-697C**

Dear Counsel:

In a February 23, 2007 Order, the Court rescheduled the trial from March 27, 2007 until September 10, 2007. Accordingly, Wisconsin Electric ("WE") intends to move for leave to file a second amended and supplemental complaint to update its damages through early 2007. WE intends to move for leave to amend by early April 2007, but is providing this advance notice to the Government now in case this information would assist the Government in planning audit verification activities.

The damages that WE will seek in this update are the same type of costs that WE has previously claimed in this litigation including cask acquisition costs, cask loading costs, NRC fees for SNF management, licensing costs to have the VSC-24 cask licensed as transportable and the weighted average cost of capital of WE's damages to reflect the new trial date of September 10, 2007.

Contemporaneously with WE's motion for leave, WE will produce to the Government documentation and electronic files in support of the claim update. This documentation

will be the same type of documentation that the Government has previously requested to support WE's costs.

If you have any questions, please call me.

Very truly yours,

Richard W. Oehler

cc: Catherine Phillips
Donald J. Carney