# In the United States Court of Federal Claims

No. 00-697 C
(Filed May 9, 2007)

******************************
WISCONSIN ELECTRIC *
POWER COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

**ORDER**

This matter is before the court on defendant's Corrected Motion for an Enlargement of Time to Response (sic) to Plaintiff's Motion for Leave to File a Second Amended and Supplemental Complaint, filed April 27, 2007. Following the filing of its First Amended Complaint on April 7, 2006, plaintiff's Motion for Leave to File a Second Amended and Supplemental Complaint seeks to update its incurred costs through 2006 and up to the September 10, 2007 trial date, costs assertedly of the same type previously claimed in this litigation, including cask acquisition costs, cask loading costs, spent fuel storage-related NRC fees, VSC-24 cask licensing costs and additional weighted-average cost of capital.

Contemporaneously to the filing of its Motion on April 10, 2007, plaintiff provided cost data to defendant, including an update to the Kenrich Group expert report. In a March 9, 2007 letter, defendant's counsel was informed that plaintiff would be seeking leave to amend to update its damages to costs incurred through early 2007. It is assumed that defendant's present review of the submitted materials will serve to reduce the time required for a responsive pleading or for any discovery required should plaintiff's motion be granted.

Accordingly, it is **ORDERED** that defendant's Corrected Motion, filed April 27, 2007 is **GRANTED** in that defendant's response to plaintiff's Motion for Leave to File a Second Amended and Supplemental Complaint shall be **FILED** on or before May 11, 2007 with no further enlargements of time for this response to be requested.

s/ James F. Merow
James F. Merow
Senior Judge