**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 00-697C<br>(Senior Judge Merow) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A**
**REVISED APPENDIX A, ¶ 16 EXHIBIT LIST**

Pursuant to Rule 6 (b) of the Rules of the Court of Federal Claims, plaintiff Wisconsin Electric Power Company ("WE") moves for leave to file a revised Appendix A, ¶ 16 Exhibit List (Attachment A to this motion, "Revised Exhibit List").[1] The Revised Exhibit List is to be used at trial for WE's case-in-chief or for rebuttal purposes. This Revised Exhibit List does not contain exhibits that WE may choose to use for impeachment or to refresh the recollection of a witness. Counsel for the Government has authorized us to state that the Government does not have a position regarding WE's motion.

WE's original Exhibit List reserved the right to amend its Appendix A, ¶ 16 Exhibit List, as appropriate and as may be permitted by this Court. WE respectfully submits that revision of its Exhibit List at this time is appropriate. WE desires to add thirty-nine new exhibits. Most relate to the Kenrich Group's 2006-2007 cost update errata (Apr. 10, 2007) and related supporting documents.[2] The 2006-2007 cost update errata reflects the additional

[1] On December 28, 2006, WE filed its First Supplement to Plaintiff's Appendix A, ¶ 16 Exhibit List ("First Supplement"). The First Supplement did not revise WE's December 18, 2006 Exhibit List. Instead, it merely informed the Court of WE's inability at that time to supplement the Exhibit List with regard to NRC fee issues because the Government had not produced documents related to the NRC fee issues by December 18, 2006. Subsequently, on February 14, 2007, the Government finally produced documents related to the NRC fee issues.

[2] Messrs. Kenneth Metcalfe and Richard Sieracki of the Kenrich Group are two of WE's designated experts.

costs that WE seeks to claim by its Second Amended and Supplemental Complaint that is the subject of a pending motion for leave to file.

Some of the new exhibits relate to WE's NRC fee claim. These documents include the Kenrich Group's January 17, 2007 errata on the NRC fee claim and related supporting documents. They also include documents that the Government provided in February 2007. Additionally, WE added exhibits as a result of the depositions that the Government took of WE and former WE employees in early 2007. Finally, there are a few documents falling outside of these general categories.

WE is providing the Government with reasonable notice of its desire to add these new exhibits given that trial is four months away. In addition, the Government has been aware of WE's desire to add documents pertaining to WE's cost update since March 2007 and WE's desire to add exhibits pertaining to WE's NRC fee claim since January 2007.

In addition, with its Revised Exhibit List, WE wishes to revise and clarify some of the information regarding the previously-listed exhibits. These changes to the Exhibit List serve the interests of both parties and the Court by clarifying certain discrepancies in the Plaintiff's Exhibit List and by rearranging several exhibits for more efficient authentication efforts to the extent that such efforts may become necessary. By separate letter, WE is providing to the Government an itemized explanation of the revisions to WE's Exhibit List.

For the foregoing reasons, WE respectfully requests that the Court grant WE leave to file its revised Appendix A, ¶ 16 Exhibit List.

Dated: May 25, 2007

Respectfully submitted,

s/Richard W. Oehler by s/Emily C.C. Poulin
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
(206) 359-8419 Phone
(206) 359-9419 Fax

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER COMPANY

Of Counsel:

Donald J. Carney
Mary Rose Hughes
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005-2001
(202) 434-1675

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on May 25, 2007, I caused a copy of the foregoing "Plaintiff's Motion for Leave to File a Revised Appendix A, ¶ 16 Exhibit List" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Emily C.C. Poulin
Emily C.C. Poulin