**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 00-697C<br>(Senior Judge Merow) |

**NOTICE OF PLAINTIFF'S REMOVAL OF**
**<u>CERTAIN PERSONS FROM ITS WITNESS LIST</u>**

Pursuant to paragraph 15(a) of Appendix A to the Rules of the Court of Federal Claims ("RCFC"), plaintiff Wisconsin Electric ("WE") filed its witness list on December 18, 2006. As trial approaches and WE prepares for trial, WE continues to consider ways in which WE may streamline its presentation at trial. Based on this effort, WE has decided to remove the following individuals from Plaintiff's Witness List:

1. Walter Boeshaar
2. Carlyle Fay
3. Randall Fieldhack
4. Eric Schultz
5. Michael Sellman
6. David Weaver

WE also remains hopeful that the Government will agree to confer with WE to consider additional ways in which trial in this matter can be streamlined, particularly whether the Government can remove any of the individuals identified in Defendant's Witness List.

Dated: July 27, 2007

Respectfully submitted,

s/Richard W. Oehler by s/ Jay L. Griffiths
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
(206) 359-8419 Phone
(206) 359-9419 Fax

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER
COMPANY

Of Counsel:

Donald J. Carney
Mary Rose Hughes
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005-2001
(202) 434-1675

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on July 27, 2007, I caused a copy of the foregoing "Notice of Plaintiff's Removal Of Certain Persons From Its Witness List" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jay L. Griffiths
Jay L. Griffiths