# In the United States Court of Federal Claims

No. 00-697 C
(Filed August 3, 2007)

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER

Plaintiff's Motion for an Order Setting a Final Pretrial Conference Date, filed July 13, 2007, is **GRANTED**.

Counsel shall confer concerning the matters discussed below; agree upon a date and time for an informal telephone conference with the court to be held between **August 17 - 22, 2007;** and communicate the proposed date(s) and time(s) with the court's Judicial Assistant, Ms. Linda Eddins, at (202) 357-6613. At the informal telephone conference, counsel should be prepared to discuss the progress toward, and the prospects for: (1) stipulations covering incurred costs, in whole or in part, which in no way concedes recovery, and specification of incurred costs for which there is no such stipulation; (2) stipulations as to admissibility and/or authenticity of exhibits; (3) agreement to produce trial exhibits to counsel and the court on CD-ROM in a format acceptable to all parties; (4) stipulations to reduce the number of witnesses; (5) agreements concerning witnesses testifying only once with opposing counsel conducting cross-examination as well as direct, and any exceptions; (6) estimations of trial time; (7) defendant's calling all plaintiff's current or former employees on its January 24, 2007 Witness List; and (8) any other appropriate issues. Also, are the source files for the exhibit lists in a format that is compatible with Excel, and if so, could they be made available to the court in that format prior to trial?

As counsel are aware, the court has completed two prior SNF cases, and while neither party should be constrained in presenting their evidence and argument in this regard, the court is receptive to ideas to streamline the presentations while still obtaining all relevant evidence. A Stipulation of Agreed-Upon Facts could be considered, especially one including a chronology of all relevant activity. While the court has not yet ruled on motions concerning deposition and prior trial testimony, their use would promote efficiency and decrease burden on witnesses, particularly since the issues in SNF cases in this court all seek redress on the same Standard Contract, and the parties' interests are, for the most part, co-extensive.

It is represented that two of plaintiff's experts will be deposed on August 31, 2007, depositions which may affect cost stipulations. One of the experts will be out of the country until August 30th and plaintiff's counsel wishes to meet with that expert prior to that deposition. Plaintiff's counsel is also unavailable on August 24th and August 27th.

Counsel shall confer, and then communicate with Ms. Eddins, to establish an agreed date and time for a Final Pretrial Conference to be held in Washington, DC between **August 22 - 30, 2007**, or at such other mutually-agreeable date prior to trial. If agreement cannot be reached, the subject will be addressed during the informal telephone conference to be scheduled.

s/ James F. Merow
James F. Merow
Senior Judge