IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-697C |
| | ) | (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant, the United States, brings to the Court's attention the recent decision in Southern Nuclear Operating Co. v. United States, No. 98-614C (Fed. Cl. July 9, 2007), another spent nuclear fuel case.

The Court's decision in Southern Nuclear supports the Government's position that the claim of plaintiff, Wisconsin Electric Power Company ("WEPCO"), that it is entitled to cost of capital damages is equivalent to a claim for prejudgment interest.[1] In Southern Nuclear, this Court rejected plaintiffs' claims for cost of capital damages, slip op. At 65-71, which were premised in large part upon the same theory advanced in this case by WEPCO and upon testimony of the same expert, Kenneth Metcalfe, who is scheduled to testify in this case upon behalf of WEPCO.

The Government has filed a motion for reconsideration of the decision in Southern Nuclear based upon issues other than that addressed above. The plaintiffs have not moved for reconsideration, and their time to do so has expired.

---

[1] On February 2, 2007, the Government filed a motion for partial summary judgment seeking dismissal of WEPCO's cost of capital claim.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Sharon A. Snyder by Russell A. Shultis 1000
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 305-9640
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

STEPHEN FINN
SONIA M. ORFIELD
RUSSELL A. SHULTIS
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

August 13, 2007

## CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on August 13, 2007, a copy of this "DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Russell A. Shultis