# In the United States Court of Federal Claims

No. 00-697 C
(Filed August 21, 2007)

WISCONSIN ELECTRIC POWER COMPANY, )
)
Plaintiff, )
v. )
)
THE UNITED STATES, )
)
Defendant. )

## ORDER

On August 17, 2007, an informal telephone status conference was held with counsel in this litigation to discuss the matters set forth in the Order, filed August 3, 2007. During the status conference agreement was reached on a date and time for the formal pretrial conference prior to commencement of trial proceedings on September 10, 2007.

Accordingly, it is **ORDERED** that a formal pretrial conference is scheduled to commence at 10:30 a.m. on Wednesday, August 29, 2007, at the National Courts Building, 717 Madison Place, NW, Washington, DC 20005, with the courtroom number to be posted in the lobby.

s/ James F. Merow
James F. Merow
Senior Judge