# APPENDIX

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 00-697C |
| | ) | (Senior Judge Merow) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBITS

Pursuant to the Court's pretrial scheduling orders and paragraph 14(b) of Appendix A to the Rules of the Court of Federal Claims, defendant, the United States, asserts the following objections to the exhibits designated by plaintiff, Wisconsin Electric Power Company ("WEPCO"), as exhibits at trial. Defendant reserves all objections to exhibits that WEPCO may add to its list and will raise those objections, if any, at the time the exhibits are identified by plaintiff and placed upon its exhibit list. Finally, defendant reserves all objections to WEPCO's exhibits to the extent that any exhibit is offered at trial for reasons other than those clearly discernable from a review of the document itself.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

MARIAN E. SULLIVAN
RUSSELL A. SHULTIS
SONIA M. ORFIELD
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

s/ Kevin B. Crawford
KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-9640
Fax: (202) 307-2503

January 26, 2007

Attorneys for Defendant

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0001 | KRGWE002102 | KRGWE002106 | Wisconsin Electric Power Company Facility Operating License. Docket No. 50-266: Point Beach Nuclear Plant Unit No. 1 | No Objection | 10/5/1970 |
| 0002 | KRGWE002107 | KRGWE002111 | Wisconsin Electric Power Company Facility Operating License. Docket No. 50-301: Point Beach Nuclear Plant Unit No. 2 | No Objection | 3/8/1973 |
| 0003 | 00081 WE Opp to MSJ - Appx | 00086 WE Opp to MSJ - Appx | Statement of President Jimmy Carter on Nuclear Power Policy (13 Weekly Comp. Pres. Doc. 502) | No Objection | 4/7/1977 |
| 0004 | WISC00064409 | WISC00064415 | Bechtel Power Corp. report re: PBNP Units 1 and 2, Evaluation of the Spent Fuel Pool to Accommodate the Proposed 2360 KIPS Load, Revision 1 | No Objection | 1/16/1978 |
| 0005 | WISC00025249 | WISC00025362 | Letter from McNeer (WE) to Case (NRC) requesting modification to facility operating license | No Objection | 3/21/1978 |
| 0006 | WISC00128740 | WISC00128763 | Letter from Grimes (NRC) to All Power Reactor Licensees attaching "Review and Acceptance of Spent Fuel Pool Storage and Handling Applications " | No Objection | 4/14/1978 |
| 0007 | WISC00050814 | WISC00050821 | Point Beach north pool spent fuel racks calculated weights and pool loadings, revised 10/12/78 | No Objection | 8/7/1978 |
| 0008 | WISC00025246 | WISC00025362 | Wisconsin Electric Power Company Point Beach Nuclear Plant Unit Nos. 1 and 2 Spent Fuel Storage Expansion | No Objection | 9/29/1978 |
| 0009 | WISC00059905 | WISC00059913 | Nuclear Material Transaction Report | Authentication, Foundation, Relevance | 1978 |
| 0009 | WISC00059905 | WISC00059913 | Nuclear Material Transaction Report | Authentication, Foundation, Relevance | 1978; 1985 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0010 | WISC00128764 | WISC00128767 | Letter from Grimes (NRC) to All Power Reactor Licensees attaching modifications to "Review and Acceptance of Spent Fuel Pool Storage and Handling Applications" | No Objection | 1/18/1979 |
| | 0011 | WISC00040332 | WISC00040399 | Letter from Schwencer (NRC) to Burstein (WE) transmitting amendments no. 35 and 41 to Facility Operating License | No Objection | 4/4/1979 |
| | 0012 | Y-PA-100827 | Y-PA-100842 | Spent Fuel Storage Requirements - The Need for Away-From-Reactor Storage (DOE/NE-0002) | No Objection | 1/1/1980 |
| | 0013 | WISC00051685 | WISC00051692 | Kurtz (WE) memo to Reed re: comments to SMP #345, Phase 8 North Pool Rack Installation | No Objection | 1/2/1980 |
| | 0014 | WISC00051676 | WISC00051684 | Letter from Linder (Wachter Associates) to Dill (WE) re: Point Beach North Pool Installation Report & Notes | No Objection | 1/7/1980 |
| | 0015 | PA-164418 | PA-164483 | Spent Fuel Storage - Facts Booklet (DOE/NE - 0005) | No Objection | 4/1/1980 |
| | 0016 | PA202506 | PA202906 | DOE, Final Environmental Impact Statement, U.S. Spent Fuel Policy (May, 1980) | No Objection | 5/1/1980 |
| | 0017 | PNL1684293 | PNL1684348 | Spent Fuel Storage Requirements - An Update of DOE/NE-0002 (DOE/SR-0007) | No Objection | 03/01/1981 |
| | 0018 | KRGWE002113 | KRGWE002114 | Memo from Shimon (WE) to Lawler (WE) re: Data For FERC Rate Case ER-81-517 | No Objection | 9/1/1981 |
| | 0019 | 00087 WE Opp to MSJ - Appx | 00127 WE Opp to MSJ - Appx | H.R. Rep. No. 97-491 (1982) | No Objection | 1982 |
| | 0020 | 00135 WE Opp to MSJ - Appx | 00186 WE Opp to MSJ - Appx | H.R. Rep. No. 97-785 (1982) | No Objection | 1982 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0021 | PNL-168-4349 | PNL-168-4436 | Spent Fuel Storage Requirements - An Update of DOE/SR-0007 (DOE/RL-82-1) | No Objection | 6/1/1982 |
| | 0022 | WISC00099272 | WISC00099276 | Letter from Burstein (WE) to Rollins (GNS) re: Spent Fuel Transportation and Storage Casks | No Objection | 11/30/1982 |
| | 0023 | WISC00060049 | WISC00060058 | Memo from Fay (WE) to Zach re: Nuclear Power Department Call List | No Objection | 01/13/1983 |
| | 0024 | SN048683 | SN048724 | EEI's Unsolicited Comments on Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (Jan. 25,1983) | No Objection | 1/25/1983 |
| | 0025 | EDB0030855 | EDB0030856 | Memorandum from Morgan (DOE) to NWPA Project Office Personnel re: Implementation of the Nuclear Waste Policy Act of 1982 | No Objection | 1/28/1983 |
| | 0026 | WISC00125498 | WISC00125512 | Proposed Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste | No Objection | 2/4/1983 |
| | 0027 | COF0030631 | COF0030632 | Letter from Rauch (DOE) to Fay (WE) re: request for administrative information to facilitate signing of contract | No Objection | 02/14/1983 |
| | 0028 | PA 189442 | PA 189449 | Letter from Beckham (Georgia Power) to Morgan (DOE) re: Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste | No Objection | 3/4/1983 |
| | 0029 | SN048729 | SN048737 | Letter from Clayton (Alabama Power) to Morgan (DOE) re: Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste | No Objection | 3/4/1983 |
| | 0030 | ADM002.0270 | ADM002.0329 | Letter from Kearney (Edison Electric Institute) to Morgan (DOE) re: Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR Part 961) | No Objection | 3/7/1983 |

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0031 | COF0022293 | COF0022294 | Letter from Williams (TVA) to Atkinson (DOE) re: draft standard contract | No Objection | 3/7/1983 |
| | 0032 | TVA000013 | TVA000041 | Letter from Dean (TVA) to Morgan (DOE) enclosing TVA's comments concerning proposed procedures and proposed draft standard contract | No Objection | 3/7/1983 |
| | 0033 | HQZ1988110901 33 | HQZ19881109013 3 | Letter from Trosten (LeBoeuf, Lamb) to Morgan (DOE) re: comments on proposed standard contract on behalf of the Electric Utility Companies' Nuclear Transportation Group | No Objection | 3/7/1983 |
| | 0034 | WISC00044964 | WISC00044965 | Letter from Fay (WE) to Atkinson (DOE) re: Spent Fuel Disposal Contract Point Beach Nuclear Plant | No Objection | 3/9/1983 |
| | 0035 | PA100903 | PA100986 | June 1982 -Spent Fuel Storage Requirements -An Update of DOE/SR0007 | No Objection | 06/1982 |
| | 0036 | EDB-002-0463 | EDB-002-0480 | Statement of Robert L. Morgan, Project Director, Nuclear Waste Policy Act Project Office, Department of Energy, Before the Subcommittee on Energy Research and Development, United States Senate | No Objection | 5/2/1983 |
| | 0037 | ZAB0011344 | ZAB0011346 | Letter from Kearney (Edison Electric Institute) to Morgan (DOE) re: Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste | No Objection | 5/20/1983 |
| | 0038 | COF0030625 | COF0030626 | Letter from Burstein (WE) to Keefe (DOE) re: Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | Incomplete copy | 6/3/1983 |
| | 0039 | HQX.19890512. 0035 | HQX19890512. 0035.00006 | Letter from Anttonen (DOE) to Stahlkopf (EPRI) | No Objection | 6/6/1983 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0040 | KRGEW002117 | KRGEW002117 | Letter from Britt (WE) to Keefe (DOE) re: Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | No Objection | 6/15/1983 |
| 0041 | KRGWE002116 | KRGWE002199 | Standard Contract -- Contract for disposal of spent nuclear fuel, contract no. DE-CR01-83NE44425, between DOE and WE | No Objection | 6/16/1983 |
| 0042 | ZAB0011462 | ZAB0011462 | Letter from Robert Morgan (DOE) to Kearney (Edison Electric Institute) | No Objection | 6/17/1983 |
| 0043 | COF0211081 | COF0211082 | Letter from Kraven (TVA) to Keefe (DOE) enclosing signed copies of standard contract (not attached) | Authentication, Foundation, Relevance | 6/24/1983 |
| 0044 | PD00000001 | PD00000004 | Letter from Morgan (DOE) to Chilk (NRC) re: storage capacity | No Objection | 6/29/1983 |
| 0045 | WISC0003463 | WISC0003518 | U.S. DOE, Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste, DOE/S-0020/1, July 1983 | No Objection | 7/1/1983 |
| 0046 | COF0030926 | COF0030926 | Letter from Fay (WE) to DOE re: Standard Remittance Advice for Nuclear Waste Fund Disposal Services, Contract DE-CR01-83NE44425 Point Beach Nuclear Plant, Units 1 and 2 | No Objection | 7/29/1983 |
| 0047 | PNL1731282 | PNL1731288 | Memorandum from Richard H. Williamson, NWPA Project Office, to Robert Morgan, Director, NWPA Project Office, et al re: Mission Plan Strategy Overview | No Objection | 9/15/1983 |
| 0048 | COF0231342 | COF0231347 | Letter from Fay (WE) to DOE re: Annex B and Standard Remittance Advice for Nuclear Waste Fund Disposal Services, Contract DE-CR01-83NE44425 Point Beach Nuclear Plant, Units 1 and 2 | No Objection | 9/27/1983 |

Wisconsin Electric Power Company v. United States, No. 00-697C
Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0049 | EDB0031642 | EDB0031650 | Remarks by Morgan (DOE) before the International Atomic Energy Agency, Vienna, Austria (Oct. 12, 1983) | No Objection | 10/12/1983 |
| 0050 | PNL0210233 | PNL0210268 | FY 1984 Program Guidance for Nuclear Waste Fund (NWF) Evaluations (Dec. 2, 1983) | No Objection | 12/2/1983 |
| 0051 | SN045165 | SN045166 | Letter from Morgan (DOE) to Stanford (Edison Electric Institute) re: working draft of Mission Plan | No Objection | 12/20/1983 |
| 0052 | CTR0421065 | CTR0421191 | U.S. DOE, OCRWM, Civilian Radioactive Waste Management Program Mission Plan, Volume 1, Overview and Current Program Plans, Draft, December 20, 1983 | No Objection | 12/20/1983 |
| 0053 | HQZ.19870615. 3986 | HQZ.19870615. 3986.00004 | Letter from Anttonen (DOE) to Bauer (DOE) re: MRS | No Objection | 12/30/1983 |
| 0054 | CTR0421693 | CTR0421696 | Memo from Burstein (WE) to Peer Reviewers, Monitored Retrievable Storage Program transmitting copy of letter to Craig (DOE) | No Objection | 1/9/1984 |
| 0055 | PNL0230176 | PNL0230196 | Memo from Fletcher (Battelle Pacific Northwest Laboratories) to Hall re: Revised Waste Acceptance Schedule from Draft Mission Plan | Relevance, Hearsay, Authenticity, Foundation | 1/24/1984 |
| 0056 | COF0030923 | COF0030923 | Letter from Fay (WE) to DOE re: Standard Remittance Advice for Nuclear Waste Fund Disposal Services, Contract DE-CR01-83NE44425 Point Beach Nuclear Plant, Units 1 and 2 | No Objection | 1/27/1984 |
| 0057 | KRGWE000953 | KRGWE000961 | Proceedings of the 1983 Civilian Radioactive Waste Management Information Meeting (Dec. 12-15, 1983) | Incomplete | 2/14/1984 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0058 | PNL1730225 | PNL1730264 | Statement of Michael J. Lawrence (DOE OCRWM) before the Subcommittee on Energy Conservation and Power, House Committee on Energy and Commerce (Feb. 22, 1984) | No Objection | 2/22/1984 |
| 0059 | WISC00125652 | WISC001252652 | U.S. DOE OCRWM, Mission Plan for the Civilian Radioactive Waste Management Program, Overview and Current Program Plans, Volumes I and II, DOE/RW-0005 DRAFT, reprinted July 1984 | No Objection | 4/1/1984 |
| 0060 | COF0030922 | COF0030922 | Letter from Fay (WE) to DOE re: Standard Remittance Advice for Nuclear Waste Fund Disposal Services, Contract DE-CR01-83NE44425 Point Beach Nuclear Plant, Units 1 and 2 | No Objection | 4/24/1984 |
| 0061 | PA105469 | PA105470 | Letter from (DOE) to the Honorable J. Bennett Johnson, U.S. Senate re: Implementation of Nuclear Waste Policy Act of 1982 | No Objection | 5/30/1984 |
| 0062 | | | Withdrawn | No Objection | |
| 0063 | SN044976 | SN044976 | Yancey, "Nuclear Waste," Associated Press | Relevance, Hearsay, Authenticity, Foundation | 6/13/1984 |
| 0064 | ZAB0011329 | ZAB0011329 | Petersen and Early, "Waste-Disposal Advances," The Washington Post | Relevance, Hearsay, Authenticity, Foundation | 6/15/1984 |
| 0065 | PA-105467 | PA-105468 | Letter from Sen. J. Bennett Johnston to Donald Paul Hodel, Sec. of Energy re: concern with nuclear waste program | Relevance, Hearsay, Authenticity, Foundation | 6/21/1984 |
| 0066 | HQR0421212 | HQR0421220 | U.S. DOE, Nuclear Waste Fund Fee Adequacy: An Assessment (July 1984) | No Objection | 7/1/1984 |
| 0067 | YMP0011997 | YMP0011998 | Letter from Fay (WE) to Head (DOE) re: Comments on Draft Mission Plan Civilian Radioactive Waste Management Program | No Objection | 7/6/1984 |

Wisconsin Electric Power Company v. United States, No. 00-697C
Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0068 | 01087 WE Opp to MSJ - Appx | 01090 WE Opp to MSJ - Appx | Letter from Lawrence (DOE) to B. Rusche (Director, Office of Civilian Radioactive Waste Management) re: Comments on the Draft Mission Plan | Relevance, Hearsay Authenticity (only regarding contractor documents and marginalia) | 7/23/1984 |
| | 0069 | COF0030920 | COF0030920 | Letter from Fay (WE) to DOE re: Standard Remittance Advice for Nuclear Waste Fund Disposal Services, Contract DE-CR01-83NE44425 Point Beach Nuclear Plant, Units 1 and 2 | No Objection | 7/26/1984 |
| | 0070 | PNL0290003 | PNL0290080 | DOE, 1984 Annual Review of the 1.0 Mill per kWh Waste Disposal Fee (PNL-5241), prepared by Pacific Northwest Laboratory, Sept. 1984 | Relevance, Hearsay, Authenticity (regarding contractor created doc) | 9/1/1984 |
| | 0071 | HQR0430204 | HQR0430205 | Letter from Hodel (Secretary of Energy) to the Honorable J. Bennett Johnston, U.S. Senate re: disposal of spent nuclear fuel | No Objection | 9/7/1984 |
| | 0072 | PA178614 | YPA178643 | Transportation Business Plan: Strategy Options Document, DOE/RW-0007 | No Objection | 10/1/1984 |
| | 0073 | COF0231375 | COF0231375 | Letter from Fay (WE) to DOE re: Standard Remittance Advice for Nuclear Waste Fund Disposal Services, Contract DE-CR01-83NE44425 Point Beach Nuclear Plant, Units 1 and 2 | No Objection | 10/10/1984 |
| | 0074 | WISC00059915 | WISC00059919 | Memo from Zabransky (WE) to Burstein (WE) re: Review of Draft GAO Report DOE Implementation of NWPA | No Objection | 11/9/1984 |
| | 0075 | COF0030916 | COF0030916 | Letter from Fay (WE) to DOE re: Standard Remittance Advice for Nuclear Waste Fund Disposal Services, Contract DE-CR01-83NE44425 Point Beach Nuclear Plant, Units 1 and 2 | No Objection | 1/24/1985 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0076 | HQR0421221 | HQR0421234 | DOE, Nuclear Waste Fund Fee Adequacy: An Assessment, Feb. 1985 | No Objection | 2/1/1985 |
| | 0077 | MOV.19970714. 0058.00001 | MOV.19970714. 0058.0077 | RW-859 - PB2 with transmittal letter | No Objection | 2/12/1985 |
| | 0078 | NNA.19870418. 003 | NNA.19870418. 023 | Letter from Hall (Utility Nuclear Waste Management Group) to Sharma (DOE) re: visit to DOE | Relevance, Hearsay | 3/1/1985 |
| | 0079 | HQP.19870601. 9493.00302 | HQP.19870601. 9493.00305 | Letter from Burstein (WE) to Rusche (DOE) transmitting copy of letter to Schutt re: Monitored Retrievable Storage | Incomplete | 3/1/1985 |
| | 0080 | CTR0421853 | CTR0421854 | Letter to Paul F. Schutt (NAC) from Ben C. Rusche (DOE) re: monitored retrievable storage facility | No Objection | 3/11/1985 |
| | 0081 | CTR0421800 | CTR0421812 | Comments by Sol Burstein, A Utility Perspective on DOE's Implementation of the NWPA | No Objection | 3/14/1985 |
| | 0082 | HQO. 19890419. 0134 | HQO.19890419. 0134 | Letter from Schutt (Nuclear Assurance Corp.) to Burstein (WE) re: MRS | No Objection | 3/21/1985 |
| | 0083 | HQR0361385 | HQR0361457 | U.S. DOE, The Need for and Feasibility of Monitored Retrievable Storage - A Preliminary Analysis, Apr. 1985 | No Objection | 4/1/1985 |
| | 0084 | PA176450 | PA176675 | U.S. DOE, OCRWM, Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program, DOE/RW-0024, Apr. 1985 | No Objection | 4/1/1985 |
| | 0085 | HQR0390848 | HQR0390849 | Letter from Fay (WE) to Gibbard (DOE) re: Transmittal of Additional Information, Nuclear Fuel Data Form (EIA Form RW-859) Point Beach Nuclear Plant, Units 1 and 2 | Relevance | 4/22/1985 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0086 | COF0030906 | COF0030907 | Letter from Fay (WE) to Jedry (DOE) re: Request for Relief from Spent Fuel Disposal Fee, Point Beach Nuclear Plant | Relevance | 5/8/1985 |
| 0087 | PA140163 | PA141779 | U.S. DOE, OCRWM, Mission Plan for the Civilian Radioactive Waste Management Program, DOE/RW-0005, June 1985 | No Objection | 6/1/1985 |
| 0088 | KRGWE002608 | KRGWE002652 | Excerpts from Mission Plan For The Civilian Radioactive Waste Management Program, Vol. 1 | No Objection | 6/1/1985 |
| 0089 | YMP0011395 | YMP0012123 | Public Comments on the Draft Mission Plan for the Civilian Radioactive Waste Management Program, DOE/RW-0005 | No Objection | 6/1/1985 |
| 0090 | COF0030880 | COF0030883 | Letter from Fay (WE) to DOE re: Standard Remittance Advice for Nuclear Waste Fund Disposal Services, Contract DE-CR01-83NE44425 Point Beach Nuclear Plant, Units 1 and 2 | No Objection | 6/26/1985 |
| 0091 | COF0030878 | COF0030878 | Letter from Fay (WE) to DOE re: Standard Remittance Advice for Nuclear Waste Fund Disposal Services, Contract DE-CR01-83NE44425 Point Beach Nuclear Plant, Units 1 and 2 | No Objection | 7/22/1985 |
| 0092 | HQR0364193 | HQR0364252 | U.S. DOE, OCRWM, The Need for and Feasibility of Monitored Retrievable Storage -- A Preliminary Analysis | No Objection | 8/1/1985 |
| 0093 | COF0030871 | COF0030871 | Letter from Fay (WE) to DOE re: Standard Remittance Advice for Nuclear Waste Fund Disposal Services, Contract DE-CR01-83NE44425 Point Beach Nuclear Plant, Units 1 and 2 | No Objection | 10/10/1985 |
| 0094 | HQR0370258 | HQR0370311 | U.S. DOE, OCRWM, Transportation Business Plan, DOE/RW-0046 | No Objection | 1/1/1986 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0095 | COF0231329 | COF0231329 | Letter from Fay (WE) to DOE re: Standard Remittance Advice for Nuclear Waste Fund Disposal Services, Contract DE-CR01-83NE44425 Point Beach Nuclear Plant, Units 1 and 2 | No Objection | 1/23/1986 |
| 0096 | HQR0421235 | HQR0421251 | U.S. DOE, OCRWM, Nuclear Waste Fund Fee Adequacy: An Assessment, March 1986 | No Objection | 3/1/1986 |
| 0097 | WISC00060015 | WISC00060015 | Letter from Fay (WE) to DOE re: Transmittal of EIA Nuclear Fuel Data Forms (RW-859) Point Beach Nuclear Plant, Units 1 and 2 | No Objection | 3/5/1986 |
| 0098 | WISC00060016 | WISC00060046 | Nuclear Fuel Data Form, RW-859 for Point Beach 1 and 2 with transmittal letter | No Objection | 3/6/1986 |
| 0099 | 01201<br>WE Opp to MSJ - Appx | 01232<br>WE Opp to MSJ - Appx | U.S. DOE, OCRWM, Analysis of Total System Life Cycle Cost of the Commercial High-Level Radioactive Waste Disposal Program, Vol. I, DOE/RW-0047, April 1986 | No Objection | 4/1/1986 |
| 0100 | COF0231328 | COF0231328 | Letter from Fay (WE) to DOE re: Standard Remittance Advice for Nuclear Waste Fund Disposal Services, Contract DE-CR01-83NE44425 Point Beach Nuclear Plant, Units 1 and 2 | No Objection | 4/21/1986 |
| 0101 | PNL1072117 | PNL1072223 | 1986 Annual Review of the Adequacy of the 1.0 mill per kWh Waste Disposal Fee | Authentication, Foundation, Hearsay, Relevance | 5/1/1986 |
| 0102 | HQR-008-0178 | HQR-008-0178 | Memo from A. Brownstein (DOE) to File re: discussion with Steve Kraft (UMNWG) on June 26, 1989 of April 28, 1987 letter re: interpretation of standard contract and handwritten notes confirming July 07, 1987 discussion with S. Kraft | No Objection | 6/29/1986 |

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0103 | COF0231318 | COF0231321 | Letter from Fay (WE) to Jedrey (DOE) re: Transmittal of Certified Historical Data, Point Beach Nuclear Plant, Units 1 and 2 | No Objection | 7/21/1986 |
| 0104 | COF0231322 | COF0231327 | Letter from Fay (WE) to DOE re: Standard Remittance Advice for Nuclear Waste Fund Disposal Services, Contract DE-CR01-83NE44425 Point Beach Nuclear Plant, Units I and 2 | No Objection | 7/25/1986 |
| 0105 | WISC00124100 | WISC00124101 | U.S. DOE, Idaho Operations Office, Request for Proposal (RFP) No. DE-RP07-861D12625 for Development of From-Reactor Casks, To Prospective Offerors, July 31, 1986 | No Objection | 7/31/1986 |
| 0106 | 01214 WE Opp to MSJ - Appx | 01222 WE Opp to MSJ - Appx | S. Hearing Rpt. No. 100-230, pt. 2 (1987) | No Objection | 1987 |
| 0107 | 00223 WE Opp to MSJ - Appx | 002259 WE Opp to MSJ - Appx | S. Rep. No. 100-152 (1987) | No Objection | 1987 |
| 0108 | 00260 WE Opp to MSJ - Appx | 00290 WE Opp to MSJ - Appx | H.R. Rep. No. 100-425, pt. 1 (1987) | No Objection | 1987 |
| 0109 | HQR0255140 | HQR0255200 | U.S. DOE, OCRWM, Draft Mission Plan Amendment, DOE/RW-0128, January, 1987 | No Objection | 1/1/1987 |
| 0110 | | | Withdrawn | No Objection | |
| 0111 | COF0030845 | COF0030845 | Letter from Fay (WE) to DOE re: Standard Remittance Advice for Nuclear Waste Fund Disposal Services, Contract DE-CR01-83NE44425 Point Beach Nuclear Plant, Units 1 and 2 | No Objection | 1/19/1987 |
| 0112 | WISC00129787 | WISC00129788 | Letter to WE from EDE Inc. re: Storage Tanks | Authentication, Foundation, Hearsay, Relevance | 1/27/1987 |

Wisconsin Electric Power Company v. United States, No. 00-697C
Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0113 | HQR3460041 | HQR3460056 | Nuclear Fuel Data Form RW-859 for Point Beach 1 with transmittal letter | No Objection | 2/9/1987 |
| 0114 | HQR3460057 | HQR3460070 | Nuclear Fuel Data Form RW-859 for Point Beach 2 with transmittal letter | No Objection | 2/9/1987 |
| 0115 | PA171880 | PA171922 | U.S. DOE, OCRWM, Monitored Retrievable Storage Submission to Congress, Volume I: The Proposal, March 1987 | No Objection | 3/1/1987 |
| 0116 | EDB0030434 | EDB0030442 | Statement of Sol Burstein, Vice Chairman, Wisconsin Electric Power Co., on Behalf of Edison Electric Institute, American Nuclear Energy Council, Utility Nuclear Waste Management Group, Electric Utility Companies' Nuclear Transportation Group, Atomic Indus | No Objection | 3/19/1987 |
| 0117 | SN000228 | SN000235 | Meeting Notes of The Utility Nuclear Waste Management Group High-Level Waste/Spent Fuel Storage Working Group | No Objection | 3/25/1987 |
| 0118 | PA142473 | PA142480 | Letter from Kearney (Edison Electric Institute) to Rusche (OCRWM) re: Draft Mission Plan Amendment | No Objection | 4/3/1987 |
| 0119 | | | Withdrawn | No Objection | |
| 0120 | COF0030838 | COF0030838 | Letter from Fay (WE) to DOE re: Standard Remittance Advice for Nuclear Waste Fund Disposal Services, Contract DE-CR01-83NE44425 Point Beach Nuclear Plant, Units 1 and 2 | No Objection | 4/16/1987 |
| 0121 | PNL0201491 | PNL0201657 | U.S. DOE, OCRWM, Preliminary Analysis of Total System Life Cycle Cost of the Civilian High-Level Radioactive Waste Disposal Program, Final Draft, April 27, 1984 | Authentication, Foundation, Hearsay, Relevance | 4/27/1987 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0122 | HQR0080179 | HQR0080192 | Letter from Kraft (Utility Nuclear Waste Management Group) to Jedrey (DOE) re: ruling interpreting Standard Contract | No Objection | 4/28/1987 |
| 0123 | HQR0012705 | HQR0012792 | U.S. DOE, OCRWM, Annual Capacity Report, June 1987 | Authentication, Foundation, Hearsay, Relevance | 6/1/1987 |
| 0124 | HQR0031621 | HQR0032142 | U.S. DOE, OCRWM, OCRWM Mission Plan Amendment, DOE/RW-0128, June 1987 | No Objection | 6/1/1987 |
| 0125 | HQR0421252 | HQR0421268 | U.S. DOE, OCRWM, Nuclear Waste Fund Fee Adequacy: An Assessment, June 1987 | No Objection | 6/1/1987 |
| 0126 | PA176850 | PA176998 | U.S. DOE, OCRWM, Analysis of the Total Life Cycle Cost for the Civilian Radioactive Waste Management Program, Vol. II, DOE/RW-0047, June 1987 | No Objection | 6/1/1987 |
| 0127 | PA176705 | PA176849 | U.S. DOE, OCRWM, Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program, Vol. I, DOE/RW-0047, June 1987 | No Objection | 6/1/1987 |
| 0128 | PA103152 | PA103171 | U.S. DOE, OCRWM Annual Capacity Report, June 1987 | No Objection | 6/1/1987 |
| 0129 | PA142069 | PA142137 | U.S. DOE, OCRWM Mission Plan Amendment with Comments on the Draft Amendment and Responses to the Comments, June 1987 | No Objection | 6/1/1987 |
| 0130 | COF0030815 | COF0030835 | Letter from Fay (WE) to Jedrey (DOE) re: Revision to Standard Remittance Advice for Nuclear Waste Fund Disposal Services, Contract DE-CR01-83NE44425 Point Beach Nuclear Plant, Units 1 and 2 | No Objection | 6/11/1987 |

Wisconsin Electric Power Company v. United States, No. 00-697C
Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0131 | PNL1071901 | PNL1072003 | U.S. DOE, OCRWM, 1987 Annual Review of the Adequacy of the 1.0 mill per kWh Waste Disposal Fee, PNL-6288, Prepared by Pacific Northwest Laboratory, July 1987 | Authentication, Foundation, Hearsay, Relevance | 7/1/1987 |
| 0132 | WISC00000584 | WISC00000584 | Memo from Burstein (WE) to Britt (WE) and McNeer (WE) re: Nuclear Waste Fund Appropriations | No Objection | 7/6/1987 |
| 0133 | HQR0100804 | HQR0100853 | Post Hearing Questions and Answers Relating to the July 16, 1987 Hearing Before the Senate Sub-Committee on Energy and Natural Resources - United States Senate (Witness: Ben Rusche), 07/16/87 | No Objection | 7/16/1987 |
| 0134 | MOV.19990212. 0040.00001 | MOV.19920212. 0040.00008 | Testimony of Sol Burstein, Vice Chairman Wisconsin Electric Power Company, on behalf of Edison Electric Institute American Nuclear Energy Council, etc. on the Nuclear Waste Program and Proposed Legislation before the Committee on Energy and Natural Resour | No Objection | 7/17/1987 |
| 0135 | PNL1020359 | PNL1020377 | Memo from Milner (DOE) to Barrett re: Proposed Assumptions and Case List for 1988 TSLCC with attachments | No Objection | 9/9/1987 |
| 0136 | WISC00020172 | WISC00020295 | WE memo re: spent fuel pool inventory | No Objection | 9/11/1987 |
| 0137 | PNL0460251 | PNL0460255 | Letter from Jedrey (DOE) to Kraft (Utility Nuclear Waste Management Group) re: request for clarification of Standard Contract | No Objection | 10/2/1987 |
| 0138 | WISC00060964 | WISC00060964 | Wisconsin Electric Revised Budget Status Report | No Objection | 12/30/1987 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0139 | COF0030810 | COF0030810 | Letter from Fay (WE) to DOE re: Standard Remittance Advice for Nuclear Waste Fund Disposal Services, Contract DE-CR01-83NE44425 Point Beach Nuclear Plant, Units 1 and 2 | No Objection | 1/21/1988 |
| 0140 | PNL1080507 | PNL1080529 | Memo from Samuel Rousso (DOE) re: Assumptions for 1988 TSLCC with attached revised assumptions | No Objection | 1/28/1988 |
| 0141 | HQR3640071 | HQR3640099 | Nuclear Fuel Data Form RW-859 for Point Beach 1 with transmittal letter | No Objection | 2/8/1988 |
| 0142 | HQR3640100 | HQR3640126 | Nuclear Fuel Data Form RW-859 for Point Beach 2 with transmittal letter | No Objection | 2/8/1988 |
| 0143 | HQX8804070008 | HQX8804070008 | Letter from Kraft (Utility Nuclear Waste Management Group (DOE) to Rousso (DOE) re: review of Nuclear Waste Fund Fee Adequacy: An Assessment | No Objection | 4/5/1988 |
| 0144 | HQX.19880711. 0115 | HQX.19880711. 0115.00012 | Annual Report of the Nuclear Transportation Group, 1988-1989 Program | No Objection | 5/1/1998 |
| 0145 | WISC00061014 | WISC00061026 | Memo from Bratcher (WE) to Fay, Boucher, Boston, and Britt re: RD&D Project Authorization - Spent Fuel Storage | No Objection | 5/6/1988 |
| 0146 | WISC00061027 | WISC00061029 | Letter from Fay (WE) to Lambert (Electric Power Research Institute) re: Project Proposal - Spent Fuel Storage Demonstration Project | No Objection | 5/12/1988 |
| 0147 | HQO8805230013 | HQO8805230013 | Letter from Rousso (DOE) to Kraft (Utility Nuclear Waste Management Group) re: disposal fee adequacy | No Objection | 5/23/1988 |
| 0148 | | | Withdrawn | No Objection | |
| 0149 | PA102885 | PA102975 | U.S. DOE, OCRWM, Annual Capacity Report, DOE/RW-0191, 1988 | No Objection | 6/1/1988 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0150 | HQR0255201 | HQR0255309 | U.S. DOE, Draft 1988 Mission Plan Amendment | No Objection | 6/1/1988 |
| 0151 | | | Withdrawn | No Objection | |
| 0152 | WISC00060697 | WISC00060709 | Appendix C, EPRI RP3073-I, General Services Agreement between Wisconsin Electric Power Company and Pacific Sierra Nuclear Associates | No Objection | 6/24/1988 |
| 0153 | WISC01530001 | WISC01530212 | Memo from Mroczka (Northeast Nuclear Energy Co.) to NRC re: Millstone Nuclear Power Station, Unit No. 1 Proposed Change to Technical Specifications Spent Fuel Pool Capacity Expansion with attachments | Document Not Produced - Reserve All Objections | 6/24/1988 |
| 0154 | WISC00020297 | WISC00020348 | WE memo re: spent fuel pool inventory | No Objection | 8/8/1988 |
| 0155 | COF0231271 | COF0231271 | U.S. DOE Document Route Slip re: WE Over/Under-Payment of One-Time Fee | No Objection | 8/21/1988 |
| 0156 | WISC00001217 | WISC00001218 | Letter from Fay to Kay (DOE) re: 1988 Draft Mission Plan Amendment (53 Fed. Reg. 22482) | No Objection | 8/26/1988 |
| 0157 | HQR0061154 | HQR0061156 | Letter from Kearney (Edison Electric Institute) to Kay (DOE) re: 1988 Draft Mission Plan Amendment | No Objection | 8/29/1988 |
| 0158 | HQR0080228 | HQR0080231 | Letter from Bruce E. Hunt, Manager, Nuclear Fuel, Southern Company Services, Inc., to Robert Woytko, Contracting Officer, Department of Energy re: impact draft mission plan | Authentication, Foundation, Hearsay, Relevance | 9/23/1988 |
| 0159 | PNL1721935 | PNL1721938 | Letter from Bruce E. Hunt, Manager, Nuclear Fuel, Southern Company Services, Inc., to Charles Head, Department of Energy re: comments on use of dry cask storage | Authentication, Foundation, Hearsay, Relevance | 10/26/1988 |