Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0160 | HQX.881228.0005 | HQX.19881228.0005.00032 | Letter from Forsberg (DOE) | No Objection | 12/16/1988 |
| | 0161 | WISC00033239 | WISC00033239 | Letter from Pennington (Transnuclear) to Zabransky (WE) re: TN 24 Site Specific and Handling Information | No Objection | 1/19/1989 |
| | 0162 | WISC00034377 | WISC00034377 | Letter from Lee (NAC) to Zabransky (WE) re: Topical Safety Analysis Report (TSAR) for the NAC Storage/Transport (S/T) Cask | No Objection | 1/26/1989 |
| | 0163 | HQR3640239 | HQR3640295 | Nuclear Fuel Data Form RW-859 for Point Beach 1 and 2 with transmittal letter | No Objection | 2/3/1989 |
| | 0164 | WISC00033315 | WISC00033316 | Letter from Blackmon (Duke Engineering) to Zabransky (WE) re: Oconee Nuclear Station Independent Spent Fuel Storage Installation Licensing Documents CC-89-032 File: MTS-2026 | No Objection | 2/7/1989 |
| | 0165 | WISC00033317 | WISC00033317 | Letter from Anderson (General Nuclear Systems, Inc.) to Zabransky (WE) re: CASTOR X/28-33 | No Objection | 2/8/1989 |
| | 0166 | WISC00124202 | WISC00124204 | Letter from Berryman (Virginia Power) to Stein (DOE) re: program to develop dual purpose storage/transport casks | No Objection | 2/27/1989 |
| | 0167 | COF0030667 | COF0030672 | U.S. DOE, Amendment of Solicitation/Modification of Contract for Contract No. DE-CRO1-83NE44425 | No Objection | 3/24/1989 |
| | 0168 | MOL.19970929.0051 | MOL.19970929.0051.00038 | DOE/TWG Meeting Report | Authentication, Foundation, Hearsay | 4/25/1989 |
| | 0169 | PA177145 | PA177334 | U.S. DOE, OCRWM, Analysis of the Total System Life Cycle Cost for the Civilian Radioactive Waste Management Program, DOE/RW-0236, May 1989 | No Objection | 5/1/1989 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0170 | KRGWE002225 | KRGWE002226 | Wisconsin Electric, Project Requisition Summary, Budget Item 840330, Additional Spent Fuel Storage | No Objection | 5/3/1989 |
| | 0171 | WISC00000457 | WISC00000465 | Memo from Fay (WE) to Britt and McNeer re: Work Order Requisition - Design, Licensing, Construction and Operation of an Independent Spent Fuel Storage Installation (ISFSI) Point Beach Nuclear Plant | No Objection | 5/3/1989 |
| | 0172 | WISC00032032 | WISC00032041 | Memo from Nunez (Pacific Sierra Nuclear Associates) to distribution re: Revised Meeting Minutes, Ventilated Storage Cask (VSC) Demonstration Project Technical Management Committee Meeting, April 13, 1989 | No Objection | 5/15/1989 |
| | 0173 | HQR0061736 | HQR0061885 | DOE OCRWM, MRS System Study Summary Report, June 1989 | No Objection | 6/1/1989 |
| | 0174 | HQR0370409 | HQR0370440 | The DOE Position on the MRS Facility | No Objection | 6/1/1989 |
| | 0175 | EDB0010468 | EDB0010487 | Draft 1989 Annual Capacity Report | Authentication, Foundation, Hearsay | 6/1/1989 |
| | 0176 | | | Withdrawn | No Objection | |
| | 0177 | WISC00032042 | WISC00032060 | Letter from Nunez (Pacific Sierra Nuclear) to Creer (PNL) re: Review/Approval of Revised PSN Technical Project Plan for PSN/DOE Concrete Cask Cooperative Agreement with enclosure | Authentication, Foundation, Hearsay, Relevance | 6/23/1989 |
| | 0178 | MOV.19961031.0086 | MOV.19961031.0086.00007 | Statement by Shimon (WE) at Transportation Coordination Group Meeting | No Objection | 07/25-26 1989 |
| | 0179 | WISC00020357 | WISC00020457 | WE memo re: spent fuel pool inventory | No Objection | 8/4/1989 |
| | 0180 | WISC00124205 | WISC00124212 | Letter from Kraft (Edison Electric Institute) to Stein (DOE) re: dual purpose cask development program | Authentication, Foundation, Hearsay, Relevance | 9/20/1989 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0181 | HQR0363992 | HQR0364185 | Monitored Retrievable Storage Commission, Nuclear Waste: Is There a Need for Federal Interim Storage? Report of the Monitored Retrievable Storage Commission, Nov. 1, 1989 | Authentication, Foundation | 11/1/1989 |
| 0182 | | | Withdrawn | No Objection | |
| 0183 | YMP0020183 | YMP0020212 | U.S. DOE, Report to Congress on Reassessment of the Civilian Radioactive Waste Management Program, DOE/H W-0247, November 1989 | No Objection | 11/1/1989 |
| 0184 | WISC0184-0001 | WISC0184-0025 | Letter from Boyle (NRC) to Mroczka (Connecticut Yankee) re: Issuance of Amendment (TAC No. 68157) with enclosures | Document Not Produced - Reserve All Objections | 11/27/1989 |
| 0185 | MOV.19961021.0039 | MOV.19961021.0039.00073 | Letter from Kouts (DOE) with minutes of the Transportation Coordination Group meeting in Chicago | No Objection | 11/29/1989 |
| 0186 | ERINSP02126 WISC00131072 | ERINSP02147 WISC00131072 | DOE MRS System Studies, Summary Report and Additional Analyses, INMM Spent Fuel Seminar VII | No Objection | 1/1/1990 |
| 0187 | HQR3640348 | HQR3640374 | Nuclear Fuel Data Form RW-859 for Point Beach 1 with transmittal letter | No Objection | 1/26/1990 |
| 0188 | HQR3640375 | HQR3640401 | Nuclear Fuel Data Form RW-859 for Point Beach 2 with transmittal letter | No Objection | 1/26/1990 |
| 0189 | MOL.19971023.0003 | MOLI9971023.0003.00015 | Transportation Coordination Group Meeting Minutes | No Objection | 2/21/1990 |
| 0190 | PNL0261631 | PNL0261675 | U.S. DOE, OCRWM, Waste Management System Description Document, DOE/RW-0270P, March 1990 | No Objection | 3/1/1990 |

Wisconsin Electric Power Company v. United States, No. 00-697C
Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0191 | MOL.19980529.0009 | MOL.19980529.0009.00011 | Statement by Shimon (WE) at Western Interstate Energy Board High-Level Waste Committee Meeting | No Objection | 3/6/1990 |
| 0192 | WISC00034671 | WISC00034671 | Letter from Massey (Pacific Sierra Nuclear) to Collantes (DOE) re: Notice of DOE-ID's Default on Contract DE-FC06-88RLI1394 | Authentication, Foundation, Hearsay, Relevance | 4/3/1990 |
| 0193 | WISC00034672 | WISC00034672 | Massey letter to DOE | Authentication, Foundation, Hearsay, Relevance | 4/4/1990 |
| 0194 | ERINSP02148 WISC00131072 | ERINSP02159 WISC0131072 | Memo from Stein to Isaacs re: Review of Predecisional Draft, Nuclear Waste Negotiator (NWN) Support Information Book | Authentication, Foundation, Hearsay | 4/19/1990 |
| 0195 | COF0030798 | COF0030798 | Letter from Rueter (DOE) to Fay (WE) re: non-issuance of ACR for 1989 | No Objection | 4/27/1990 |
| 0196 | WISC00032439 | WISC00032489 | Commercial Spent Fuel Management and Concrete Cask Testing Programs Monthly Progress Report | Authentication, Foundation, Hearsay, Relevance | 05/1990 |
| 0197 | HQR0442620 | HQR0442631 | Facility Interface Capability Assessment (FICA) Project, Cask-Handling Assessment Point Beach Units 1 and 2 | Authentication, Foundation, Hearsay | 5/1/1990 |
| 0198 | WISC00040419 | WISC00040436 | Letter from Carr (Pacific Sierra Nuclear) to Zabransky (WE) re: Calculation of Fuel Temperature Limits for the VSC-24 | No Objection | 5/10/1990 |
| 0199 | WISC00009444 | WISC00009451 | Contract No. 170564 between WE and Sierra Nuclear Corporation for ISFSI work | No Objection | 7/25/1990 |
| 0200 | WISC00028159 | WISC00028159 | Letter from Parker (WE) to Jenkins (Public Service Commission of Wisconsin) re: PBNP ISFSI Environmental Assessment by the NRC | No Objection | 8/27/1990 |
| 0201 | MOV.19961021.0044 | MOV.19961021.0044.00025 | Letter from Kouts (DOE) with Minutes of the Transportation Coordination Group Meeting | No Objection | 9/19/1990 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0202 | WISC00020459 | WISC00020459 | Memo to Maxfield from Bronk re Annual Inventory of Fuel Assemblies and Other Devices | No Objection | 10/16/1990 |
| 0203 | WISC00020459 | WISC00020565 | WE memo re: spent fuel pool inventory | | 10/16/1990 |
| 0204 | WISC00040252 | WISC00040275 | Letter from Schwartz (ERI) to Shimon (WE), et al. transmitting DOE justification for preliminary cask design selection | Relevance, Hearsay | 10/19/1990 |
| 0205 | HQR0362077 | HQR0362188 | U.S. DOE, OCRWM, Comment Response Document for the Secretary of Energy's "Report to Congress on Reassessment of the Civilian Radioactive Waste Management Program," Nov. 1990 | No Objection | 11/1/1990 |
| 0206 | IDF0022292 | IDF0022317 | U.S. DOE, OCRWM, Nuclear Waste Fund Fee Adequacy: An Assessment, DOE/RW-0291P | No Objection | 11/1/1990 |
| 0207 | WISC00129789 | WISC00129824 | Letter from Schwartz (ERI) to Shimon (WE), et al. transmitting comments on transportation cask preliminary design reports | Relevance, Hearsay, Authentication, Foundation | 11/8/1990 |
| 0208 | HQO.19991119.0012 | HQO.19991119.0012.00011 | Midwestern High-Level Radioactive Waste Committee Summary of Proceedings | Relevance, Hearsay, Authentication, Foundation | 11/15/1990 |
| 0209 | HQX.19910125.0008 | HQX.19910125.0008.00009 | Statement of Shimon (WE) to Nuclear Waste Technical Review Board | Relevance, Hearsay, Authenticity and Foundation | 11/19/1990 |
| 0210 | WISC00040447 | WISC00040472 | Letter from Chechilnitsky (Sierra Nuclear) to Zabransky (WE) transmitting design and fabrication specification and review and evaluation documents | Relevance, Hearsay, Authentication, Foundation | 11/26/1990 |
| 0211 | HQR0020576 | HQR0020699 | U.S. DOE, OCRWM, Annual Capacity Report, DOE/RW-0294P, December 1990 | No Objection | 12/1/1990 |
| 0212 | | | Withdrawn | No Objection | |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0213 | PNL1071603 | PNL1071705 | U.S. DOE, OCRWM, Preliminary estimates of the total-system cost for the restructured program: an addendum to the May 1989 analysis of the total system life cycle cost for civilian radioactive waste management program, DOE/RW-0295P, December 1990 | No Objection | 12/1/1990 |
| 0214 | PA102761 | PA102884 | U.S. DOE OCRWM, Annual Capacity Report, December 1990 | Authentication, Foundation | 12/1/1990 |
| 0215 | PNL0412110 | PNL0412119 | Pacific Northwest Laboratory under DOE Contract No. DE-AC06-76RLO 1830, "Determination of Cost Effective Waste Management System Receipt Rates," presented at Second Annual High-Level Radioactive Waste Management conference, January 1991 | Relevance, Hearsay, Authenticity | 1/1/1991 |
| 0216 | WISC00124198 | WISC00124201 | U.S. House of Representative Report 101-536, Conference Report for Energy and Water Development Appropriations Bill, 1991 | No Objection | 1/1/1991 |
| 0217 | HQX.19910313.0012 | HQX.19910313.0012.00104 | Midwestern High-Level Radioactive Waste Transportation Primer (Draft) | Relevance, Hearsay, Authenticity | 2/1/1991 |
| 0218 | HQR03640431 | HQR03640450 | Nuclear Fuel Data Form RW-859 for Point Beach 2 with transmittal letter | No Objection | 2/14/1991 |
| 0219 | HQR3640402 | HQR3640430 | Nuclear Fuel Data Form RW-859 for Point Beach 1 with transmittal letter | No Objection | 2/14/1991 |
| 0220 | WISC00060672 | WISC00060686 | Memo from Zabransky (WE) to Goetsch re: transmitting executed General Service Agreement with Sierra Nuclear Corporation | No Objection | 4/23/1991 |
| 0221 | WISC00059938 | WISC00059973 | Letter to Fay from DOE re The Standard Contract for Disposal of Spent Nuclear Fuel and / or High - Level Radioactive Waste | No Objection | 5/15/1991 |
| 0222 | WISC00000210 | WISC00000210 | Memo to Boston from Lipke re: DOE Acceptance Priority Ranking | No Objection | 5/31/1991 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0223 | NET0010715 | NET0010725 | Memo from McDuffie to Langstaff Re: Recommended DOE Positions on 18 Contract Implementation Issues | Relevance, Hearsay, Authenticity | 6/28/1991 |
| 0224 | WISC00060048 | WISC00060048 | Letter from Fay (WE) to Reuter (DOE) re: Review of Draft Acceptance Priority Ranking | No Objection | 7/8/1991 |
| 0225 | WISC00023045 | WISC00023049 | Spent Fuel Storage / Transport / Disposal Containers | Relevance, Hearsay, Authentication, Foundation | 7/8/1991 |
| 0226 | WISC00023083 | WISC00023083 | Canisters in the Spent Fuel Pit | No Objection | 7/17/1991 |
| 0227 | WISC00028342 | WISC00028398 | Isaacs (DOE) letter, forwarding discussion notes from the Third Strategic Principles Workshop, which was held in Denver, Colorado, on April 3-4, 1991 | No Objection | 8/1/1991 |
| 0228 | WISC00129825 | WISC0129829 | Letter from Willington J. Lee (SNC) to D. Zabransky (WE) re: Proposal to Develop a Preliminary Cask Design for the Transportation of Multi-Element Sealed Containers (SNC-ATL-91-045) | No Objection | 8/7/1991 |
| 0229 | WISC00003080 | WISC00003134 | General Accounting Office, Nuclear Waste: Operation of Monitored Retrievable Storage Facility is Unlikely by 1998, Sept. 1991 | No Objection | 9/1/1991 |
| 0230 | HQX19910918.0011.00001 | HQX19910918.0011.00059 | Martin Marietta Energy Systems, Inc., Site and Facility Waste Transportation Services Planning Document, Point Beach Nuclear Plant Unit 1, Wisconsin Electric Power Company, Draft, Revision 0 | Hearsay, Authentication, Foundation | 9/1/1991 |
| 0231 | WISC00055844 | WISC00055915 | Memo from Zabransky (WE) re: Draft Environmental Screening Report Independent Spent Fuel Storage Installation Point Beach Nuclear Plant with attachment | No Objection | 9/4/1991 |
| 0232 | WISC00040883 | WISC00040977 | Memo from Anundson (WE) re: Boraflex Surveillance Program, attachments | No Objection | 10/14/1991 |

Wisconsin Electric Power Company v. United States, No. 00-697C
Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0233 | WISC00020355 WISC0 | WISC00020355 WISC0 | Memo from Nickels (WE) re: Annual Inventory of Fuel Assemblies and Other Devices, attachments | No Objection | 10/17/1991 |
| | 0234 | WISC00020567 | WISC00020691 | Memo to Maxfield from Bronk re Annual Inventory of Fuel Assemblies and Other Devices w/attachments | No Objection | 10/17/1991 |
| | 0235 | | | Withdrawn | No Objection | |
| | 0236 | WISC00014727 | WISC00014825 | Letter from Porter (WE) to Reynolds (PSCW) re: application for authority to construct and place in utility operation an ISFSI at Point Beach | No Objection | 11/15/1991 |
| | 0237 | HQR0040354 | HQR0040417 | U.S. DOE, OCRWM, Annual Capacity Report, DOE-RW-0331P, December 1991 | No Objection | 12/1/1991 |
| | 0238 | HQR0040426 | HQR0040461 | U.S. DOE, OCRWM, 1991 Acceptance Priority Ranking, Dec. 1991 | No Objection | 12/1/1991 |
| | 0239 | HQ0002356 | HQ0002372 | U.S. DOE OCRWM, Annual Capacity Report, December 1991 | Incomplete | 12/1/1991 |
| | 0240 | WISC00054812 | WISC00054917 | Nuclear Power Department Project Administrator's Manual | No Objection | 12/26/1991 |
| | 0241 | HQR0030314 | HQR0030315 | ACR Issues Status Report, Dec. 31, 1991 | Hearsay, Authenticity | 12/31/1991 |
| | 0242 | HQR3640460 | HQR3640532 | Nuclear Fuel Data Form RW-859 for Point Beach 1 with transmittal letter | No Objection | 2/14/1992 |
| | 0243 | HQR3640533 | HQR3640565 | Nuclear Fuel Data Form RW-859 for Point Beach 2 with transmittal letter | No Objection | 2/14/1992 |
| | 0244 | CTR0031081 | CTR0031081 | Letter from Sanda (Minnesota Dept. of Public Service) to John Bartlett (DOE) re: Minnesota's Petition for Rulemaking on Nuclear Waste Fee Assessments | Relevance, Hearsay, Incomplete, Authentication and Foundation | 2/26/1992 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0245 | WISC00000924 | WISC00000980 | Letter from Porter (WE) to Dums (Citizens Utility Board) re: PBNP ISFSI Docket No. 6630-CE-197 CUB Data Request #1 | No Objection | 2/28/1992 |
| 0246 | HQR0012066<br>HQR0012045 | HQR0012067<br>HQR0012051 | Letter from M. Detmer, Contracting Officer, Department of Energy, to R.G. Cocherell, Manager, Nuclear Fuel Services, Southern Nuclear Operating Company re: DCSs with attachment of DCS instruction | Relevance | 3/4/1992 |
| 0247 | HQR0012168 | HQR0012169 | Letter from Detmer (DOE) to Fay (WE) re: Standard Contract for Disposal of Spent Nuclear Fuel | No Objection | 3/4/1992 |
| 0248 | WISC00040978 | WISC00040981 | Letter to Anundson from SNC re Cost and Schedule Estimate for Clean-Up of the Point Beach 1/2 Spent Fuel Pool | Relevance, Hearsay, Authentication, Foundation | 3/24/1992 |
| 0249 | HQR3730426 | HQR3730594 | "Performance Testing and Analyses of the VSC-17 Ventilated Concrete Cask, Final Report," prepared for Wisconsin Electric and DOE, May 1992 | Hearsay, Authentication, Foundation | 5/1/1992 |
| 0250 | WISC00033407 | WISC00033415 | Memo from Palmer (WE) to Zach re: PBNP Spent Fuel Storage Facility w/attachments | No Objection | 5/6/1992 |
| 0251 | WISC00003431 | WISC00003438 | Letter from Porter (WE) to Dums (Citizens Utility Board) re: PBNP ISFSI Docket No. 6630-CE-197 CUB Data Request #2 | No Objection | 5/21/1992 |
| 0252 | | | Withdrawn | No Objection | |
| 0253 | WISC000040982 | WISC000041008 | Letter from Weydert (WE) to Creighton (Westinghouse Electric) re: Spent Fuel Pool Inventory Point Beach Unit 1 Cycle 21 Plans for Fuel Assembly Reinsertion | No Objection | 5/27/1992 |
| 0254 | WISC00056027 | WISC00056028 | Memo from Link re Spent Fuel Dry Storage Point Beach Nuclear Plant | No Objection | 5/29/1992 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0255 | WISC00040326 | WISC00040327 | Letter from Massey (Sierra Nuclear) to Zabransky (WE) re: WE-SNC Licensing Agreement | No Objection | 7/1/1992 |
| 0256 | WISC00011131 | WISC00011134 | PSCW Notice | No Objection | 7/16/1992 |
| 0257 | WISC00085906 | WISC00087026 | Point Beach Nuclear Plant Modification Request 92-120 | No Objection | 7/20/1992 |
| 0258 | WISC00056029 | WISC00056030 | Link (WE) memo re: Construction of Dry Storage Facility | No Objection | 8/20/1992 |
| 0259 | WISC00125871 | WISC00125881 | Letter to DOE Contracting Officer from Link (WE) attaching Delivery Commitment Schedules (DCS) for ten spent nuclear fuel deliveries to DOE beginning in 1998 | No Objection | 9/21/1992 |
| 0260 | WISC00020693 | WISC00020839 | WE memo re: spent fuel pool inventory | No Objection | 9/28/1992 |
| 0261 | WISC00014672 | WISC00014687 | Letter to Jenkins (PSCW) from Porter (WE) re: application for authority to replace the Unit 2 steam generators at the Point Beach Nuclear Plant | No Objection | 9/30/1992 |
| 0262 | ERINSP-01398<br>WISC00131072 | ERINSP-011461<br>WISC00131072 | Supko (ERI) letter to Alissi (Edison Electric) transmitting Spent Fuel Acceptance Rates and its Affect [sic] on Utility Spent Fuel Storage and Decommissioning Costs, prepared by ERI, ERI-0439 DRAFT, October 1992 | Hearsay, Authentication, Foundation | 10/6/1992 |
| 0263 | WISC00043124 | WISC00043134 | Massey (Sierra Nuclear) letter to Zabransky (WE) with attached invoice | No Objection | 10/9/1992 |
| 0264 | WISC00011159 | WISC00011159 | Email from Zabransky (WE) to Link (forwarded to Yakich and Knitter) re: Dry Cask EIS Meeting | No Objection | 10/13/1992 |
| 0265 | WISC00008830 | WISC00008830 | Sierra Nuclear Corp. invoice for receipt of equipment at Point Beach | No Objection | 10/22/1992 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0266 | WISC00011088 | WISC00011090 | Letter from Martin (Quarles & Brady) to Dorr (PSCW) re: Citizens Utility Board Intervenor Compensation Request | No Objection | 10/26/1992 |
| 0267 | WISC00043090 | WISC00043100 | Contract For Delivery of The Ventilated Storage Cask to the Point Beach Nuclear Plant Between Sierra Nuclear Corporation and Wisconsin Electric Power Company | No Objection | 11/9/1992 |
| 0268 | WISC00040518 | WISC00040553 | Memo from Zabransky (WE) to Boston re: Comment Letters on Proposed Rulemaking VSC-24 Ventilated Storage Cask | No Objection | 11/11/1992 |
| 0269 | WISC00010676 | WISC00010694 | Letter from Parker (WE) to Jenkins (PSCW) re: Point Beach Nuclear Plant - Independent Fuel Storage Installation PSCW File No. 6630-CE-197 | No Objection | 11/19/1992 |
| 0270 | WISC00043140 | WISC00043199 | Letter to VSC owners group members from Lee re Ventilated Storage Cask Owners Group Meeting, October 26 and 27, 1992 w/attachments | No Objection | 11/19/1992 |
| 0271 | WISC00012137 | WISC00012144 | Letter from Parker (WE) to Hagman (PSCW) re: Point Beach Nuclear Plant - Independent Spent Fuel Storage Facility Project Information for Economic Analyses PSCW No. 6630-CE-197, with enclosure | No Objection | 11/20/1992 |
| 0272 | HQR3690001 | HQR3690002 | Letter to Link (WE) from Strand (DOE Contracting Officer) | No Objection | 12/1992 |
| 0273 | WISC00124249 | WISC00124283 | Edison Electric Institute, Utility Nuclear Waste and Transportation Program, Universal Container System Concept Paper, prepared for the Universal Container System Task Force, prepared by Energy Resources International, Inc., December 1992 | Authentication, Foundation, Hearsay, Relevance | 12/1/1992 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0274 | WISC00010697 | WISC00010724 | Letter from Blythe (Citizens' Utility Board) to Dorr (PSCW) re: Application for Construction Approval of a New Spent Fuel Storage Facility at the Point Beach Nuclear Plant | Relevance | 12/6/1992 |
| 0275 | WISC00010668 | WISC00010671 | Letter from Parker (WE) to Jenkins (PSCW) re: Point Beach Nuclear Plant - Independent Fuel Storage Installation PSCW File No. 6630-CE-197 | No Objection | 12/17/1992 |
| 0276 | WISC00124245 | WISC00124248 | Letter from Watkins (Sec. of Energy) to Johnston, Chairman, Committee on Energy and Natural Resources, U.S. Senate, December 17,1992 | No Objection | 12/17/1992 |
| 0277 | DX 123 (Bronk) | | Letter to Dums from Martin re WE ISFSI docket no. 6630-CE-197 w/attachments | No Objection | 1/18/1993 |
| 0278 | WISC00126711 | WISC00126751 | Energy Information Administration, Spent Nuclear Fuel Dischargers from US Reactors, 1993 | No Objection | 2/1/1993 |
| 0279 | WISC00000713 | WISC00000722 | Letter to Strand (DOE Contracting Officer) from Link (WE) attaching nine Delivery Commitment Schedules (DCS) | No Objection | 2/1/1993 |
| 0280 | WISC00098938 | WISC00099056 | Letter from Link (WE) to DOE re: transmittal of EIA nuclear fuel data form (RW-859) PBNP 1 & 2 | No Objection | 2/3/1993 |
| 0281 | HQR3640566 | HQR3640682 | Nuclear Fuel Data Form RW-859 for Point Beach 1 and 2 | No Objection | 2/5/1993 |
| 0282 | WISC00003415 | WISC00003430 | Letter to Singh from Martin re Docket No. 6630-CE-197 | No Objection | 2/18/1993 |
| 0283 | HQR0643900 | HQR0643904 | Memo from Milner (DOE) to Kouts re: Back-up Material for New RW Initiatives | No Objection | 2/23/1993 |
| 0284 | HQR0381918 | HQR0381926 | U.S. DOE, OCRWM, 1992 Annual Capacity Report, DOE/RW-0412, March 1993 | No Objection | 3/1/1993 |

Wisconsin Electric Power Company v. United States, No. 00-697C
Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0285 | PA102522 | PA102591 | 1995 Acceptance Priority Ranking and Annual Capacity Report | No Objection | 3/1/1993 |
| 0286 | WISC00055958 | WISC00055959 | Memo from Zabransky (WE) to Link re: Preliminary projection of spent fuel acceptance rate PBNP w/attachment | No Objection | 3/8/1993 |
| 0287 | WISC00011065 | WISC00011073 | Letter to Singh from Martin re WE ISFSI docket no. 6630-CE-197 w/attachments | No Objection | 3/10/1993 |
| 0288 | WISC00000910 | WISC00000919 | Tomasoni (DOE) letter to Link (WE) | No Objection | 3/10/1993 |
| 0289 | WISC00040621 | WISC00040624 | Letter from Flamenbaum (NUS) to Anundson (WE) re: Project Drawing and Specification Package PBNP ISFSI Security Project | No Objection | 3/12/1993 |
| 0290 | WISC00014725 | WISC00014726 | Letter to Dorr from Porter re PBNP ISFSI Docket no. 6630-CE-197 | No Objection | 3/16/1993 |
| 0291 | WISC00054806 | WISC00054811 | Letter from Parker (WE) to Jenkins (PSCW) re: PBNP ISFSI Docket no. 6630-CE-197 | No Objection | 3/17/1993 |
| 0292 | WISC00129830 | WISC00129836 | Letter from Parker (WE) to Jenkins (PSCW) re: ISFSI | No Objection | 3/17/1993 |
| 0293 | WISC00124284 | WISC00124317 | Letter from Isaacs and Blanchard (DOE) to Barrett (OCRWM), attaching A Proposed Alternative Strategy for the Department of Energy's Civilian Radioactive Waste Management System, prepared by the Task Force on an Alternative Program Strategy, March 31, 1993 | No Objection | 3/31/1993 |
| 0294 | WISC00040626 | WISC00040706 | Letter from Zabransky (WE) to PSCW re: Independent Spent Fuel Storage Installation - PSCW File No. 6630-CE-197 | No Objection | 4/5/1993 |
| 0295 | WISC00028267 | WISC00028272 | Citizens Utility Board letter to Radioactive Waste Review Board | Authentication, Foundation, Hearsay, Relevance | 4/13/1993 |

Wisconsin Electric Power Company v. United States, No. 00-697C
Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0296 | WISC00040788 | WISC00040792 | Letter from Conlon (NUS) to Anundson (WE) re: Scope and Cost for Drawing and Specification Revisions | Authentication, Foundation, Hearsay, Relevance | 4/21/1993 |
| 0297 | PA102592 | PA102629 | U.S. DOE, OCRWM, 1992 Annual Capacity Report, Revision 1, May 1993 | No Objection | 5/1/1993 |
| 0298 | HQR0641971 | HQR0641978 | Zabransky (WE) presentation, Update on Multi-Purpose Canister (Universal Container) Systems Utility Perspective | Authentication, Foundation, Relevance | 5/3/1993 |
| 0299 | HQR0361109 | HQR0361114 | Letter from Barrett (DOE) to Cantlon (Nuclear Waste Technical Review Board) re: attached DOE response to Nuclear Waste Technical Review Board's recommendations | No Objection | 5/13/1993 |
| 0300 | | | Withdrawn | Authentication, Foundation, Hearsay, Relevance | |
| 0301 | WISC00000849 | WISC00000849 | Letter to Dums from Martin re WE responses to Citizens Utility Board's 4th data request | Incomplete | 6/18/1993 |
| 0302 | WISC00000850 | WISC00000854 | Point Beach Nuclear Plant - Independent Spent Fuel Storage Installation PSCW Docket No. 6630-CE-197 CUB Data Request #4 | No Objection | 6/18/1993 |
| 0303 | WISC0303-0001 | WISC0303-0001 | Tomasoni (DOE) letter to Link (WE) voiding DCS No. 04-5401-4425 -01 | Document Not Produced - Reserve All Objections | 7/2/1993 |
| 0304 | WISC00040793 | WISC00040796 | Memo from Anundson (WE) to Maxfield re: Dry Fuel Storage Project Milestones | No Objection | 7/8/1993 |
| 0305 | WISC00000875 | WISC00000876 | Letter to DOE Contracting Officer from Link (WE) transmitting revised DCS | No Objection | 7/16/1993 |
| 0306 | HQR0101635 | HQR0101636 | Questions from Representative Hastert re: High Level Waste - Q&A prepared by Alan Brownstein | Authentication, Foundation, Relevance, Hearsay | 7/29/1993 |
| 0307 | WISC00008462 | WISC00008492 | Wisconsin Electric, MSA Permanent Transactions - Control Report | No Objection | 8/15/1993 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0308 | WISC00124318 | WISC00124319 | Letter from Barrett (OCRWM) to Shetler (SMUD) re: DOE acceptance of SNF | No Objection | 9/2/1993 |
| 0309 | HQO.19931005.0010.00001 | HQO.19931005.0010.00005 | Tomasoni (DOE) letter to Link (WE) approving revised DCS | No Objection | 9/22/1993 |
| 0310 | WISC00012161 | WISC00012162 | Letter from Boeshaar (WE) to Hagman (PSCW) re: Point Beach Steam Generator/ISFSI Docket 6630-CE-197, attaching forecast | No Objection | 9/24/1993 |
| 0311 | WISC00020841 | WISC00021014 | WE memo re: spent fuel pool inventory | No Objection | 9/30/1993 |
| 0312 | WISC00124320 | WISC00124321 | Letter from Barrett (OCRWM) to Dicks (U.S. House of Representatives) re: DOE acceptance of SNF | No Objection | 10/4/1993 |
| 0313 | WISC00061058 | WISC00061059 | Memo from Kohrt (WE) re: 24 Feed Feasibility Team Meeting Minutes - October 5, 1993 | No Objection | 10/11/1993 |
| 0314 | | | Withdrawn | No Objection | |
| 0315 | HQR0601810 | HQR0601826 | "DOE Management Strategy and Plan for the Interim Storage of Spent Fuel," presentation by Lake Barrett (DOE) before the Nuclear Waste Technical Review Board Engineered Barrier System, Transportation and Systems Joint Panel Meeting | Authentication, Foundation, Relevance | 11/1/1993 |
| 0316 | WISC00012150 | WISC00012152 | Letter from Parker (WE) to Hagman (PSCW) re: Point Beach Nuclear Plant - Independent Spent Fuel Storage Installation Project Economic Analyses - Undepreciated Balance | No Objection | 11/4/1993 |
| 0317 | WISC00129837 | WISC00129849 | Draft Public Service Commission staff economic analysis, re: cost effective operation of the Point Beach Nuclear Plant | No Objection | 11/19/1993 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0318 | HQV199402280021 .00001 | HQV199402280021 .00033 | The Transportation Operations Project Office, Point Beach Nuclear Station Units 1 and 2, Wisconsin Electric Power Company: Site and Facility Waste Transportation Services Planning Document | No Objection | 12/1/1993 |
| | 0319 | HQR0101604 | HQR0101605 | Memorandum from Dreyfus (DOE) to Sec. of Energy re: Information: Policy Issues Regarding the Civilian Radioactive Waste Management Program | No Objection | 12/6/1993 |
| | 0320 | HQR0060562 | HQR0060562 | Note from Zabransky to Brownstein re: UWASTE MEETING | No Objection | 12/9/1993 |
| | 0321 | WISC00041016 | WISC00041017 | Memo from Fieldhack(WE) re: Spent Fuel Pool Summary, attachment | No Objection | 12/16/1993 |
| | 0322 | HQR0431095 | HQR0431096 | Letter from Dreyfus (DOE) to Clark (Florida Public Service Commission) re: responsibilities of the Department of Energy in implementing the radioactive waste management program | No Objection | 12/23/1993 |
| | 0323 | HQR0644315 | HQR0644349 | "Nuclear Waste Technical Review Board Full Board Meeting - Subject: Update on the Multipurpose Canister Concept," presentation by Milner (DOE) | Authentication, Foundation, Hearsay | 1/11/1994 |
| | 0324 | WISC00010062 | WISC00010065 | Wisconsin Electric Power Company, Nuclear Power Department 1994-1998 Business Plan | No Objection | 1/14/1994 |
| | 0325 | HQR0361057 | HQ-0361066 | Statement of Ronald A. Milner, Associate Director of Storage and Transportation, OCRWM, DOE, before the Minnesota State Legislature Committee on Jobs, Energy, and Community Development | No Objection | 1/27/1994 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0326 | WISC00003840 | WISC0004091 | State of Wisconsin, Draft Environmental Impact Statement, Point Beach Nuclear Power Plant Projects Proposed by Wisconsin Electric Power Company | No Objection | 2/1/1994 |
| | 0327 | HQR3640683 | HQR3640760 | Nuclear Fuel Data Form RW-859 for Point Beach 1 with transmittal letter | No Objection | 2/10/1994 |
| | 0328 | HQR3640761 | HQR3640803 | Nuclear Fuel Data Form RW-859 for Point Beach 2 with transmittal letter | No Objection | 2/10/1994 |
| | 0329 | HQR0290592 | HQR0290595 | Memorandum from O'Leary (Secretary of Energy) to Dreyfus (DOE) re: program guidance | No Objection | 2/18/1994 |
| | 0330 | HQR0644524 | HQR0644591 | Presentation: "Interim Storage Options" - Briefing to Dan Dreyfus, presented on February 8, 1994; revised March 8, 1994 and presented by R.A. Milner, Associate Director, Office of Storage and Transportation | Authentication, Foundation, Hearsay | 3/8/1994 |
| | 0331 | HQR0282747 | HQR0282749 | Memorandum from Milner (DOE) re: Modification of the CRWMS Program Baseline to a Multipurpose Canister-Based System with attachment | No Objection | 3/8/1994 |
| | 0332 | WISC00011558 | WISC00011561 | Point Beach Nuclear Plant - Comments on Draft Environmental Impact Statement. Independent Spent fuel Storage Installation, PSCW Docket 6630-CE-197. Unit 2 Steam Generator Replacement, PSCW Docket 6630-CE-209 | No Objection | 4/15/1994 |
| | 0333 | WISC00129850 | WISC00129854 | Memo from Allers (WE) to Dry Storage Project Team re: Contact Phone List | No Objection | 4/25/1994 |
| | 0334 | WISC00040802 | WISC00040803 | Memo to Rauh (WE), Subject: Mescalero/Utility Private Spent Fuel Storage Facility Communications Committee Meeting -- April 27, 1994 | No Objection | 4/28/1994 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0335 | WISC00040806 | WISC00040809 | Memorandum from Supko (ERI) to Zabransky (WE) | No Objection | 5/5/1994 |
| | 0336 | | | Withdrawn | No Objection | |
| | 0337 | WISC00040810 | WISC00040810 | Email from Landgren (WE) to Zabransky, et al. re: Stratton on Pt. Beach | No Objection | 5/12/1994 |
| | 0338 | WISC00012153 | WISC00012155 | Letter to Hagman (PSCW) from Parker (WE) re Point Beach Nuclear Plant - Independent Spent Fuel Strange Installation PSCW File No. 6630-CE-197, attaching ISFSI operating and maintenance cost estimates | No Objection | 5/24/1994 |
| | 0339 | WISC00125905 | WISC00125910 | Notice of Inquiry On Waste Acceptance Issues, 59 Fed. Reg. 27007 (May 25, 1994) | No Objection | 5/25/1994 |
| | 0340 | | | Withdrawn | No Objection | |
| | 0341 | WISC00124473 | WISC00124520 | TRW Environmental Safety Systems Inc., Request for Proposal for the Multi-Purpose Canister (MPG) System, No. VA.CS.WLS.6/94.015 | Authentication, Foundation, Hearsay | 6/3/1994 |
| | 0342 | WISC00011520 | WISC00011526 | Letter to Hagman from Parker re Point Beach Nuclear Plant - Independent Spent Fuel Storage Installation and Unit 2 Steam Generators Replacement, PSCW File Nos.6630-CE-197 and 6630-CE-209, responding to request of April 29, 1994 | No Objection | 6/7/1994 |
| | 0343 | DX 124 (Bronk) | | Letter to Jenkins from Zabransky re: PBNP ISFSI Docket no. 6630-CE-197 | No Objection | 6/20/1994 |
| | 0344 | WISC00001293 | WISC0001295 | Letter from Abdoo (WE) and other utilities to The President re: obligation of DOE to begin accepting spent fuel in 1998 | No Objection | 6/20/1994 |
| | 0345 | WISC00049751 | WISC00049759 | Minutes of the July 27, 1994 WE Board of Directors Meeting | No Objection | 7/27/1994 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0346 | WISC00016841 | WISC00017150 | State of Wisconsin, Final Environmental Impact Statement, Point Beach Nuclear Power Plant Projects | No Objection | 8/1/1994 |
| 0347 | WISC00040814 | WISC00040815 | Letter to Eliason at Northern States Power from Link re Mescalero spent fuel storage | No Objection | 8/25/1994 |
| 0348 | WISC00124322 | WISC00124472 | U.S. DOE, Multi-Purpose Canister System Evaluation, A Systems Engineering Approach, DOE/RW-0445 | No Objection | 9/1/1994 |
| 0349 | WISC00129855 | WISC00129856 | Memo from Merritt (Citizens Utility Board) to Milwaukee Community Leaders re: Milwaukee Clean Energy Campaign and Proposed Nuclear Waste Dump at Point Beach | Authentication, Foundation, Hearsay, Relevance | 9/8/1994 |
| 0350 | WISC00014476 | WISC00014521 | Memo from Evans (University of Wisconsin) re: Docket Nos. 6630-CE-197 and 6630-CE-209, transmitting Direct testimony of James Kleinhans and Thomas Evans | Authentication, Foundation, Hearsay, Relevance | 9/12/1994 |
| 0351 | WISC00028400 | WISC00028405 | Letter re: DOE Notice of Inquiry Regarding Waste Acceptance Issues. | No Objection | 9/22/1994 |
| 0352 | | | Withdrawn | Relevance, Hearsay | |
| 0353 | WISC00014826 | WISC00014831 | Letter to Dums from Martin re: Point Beach Steam Generator / ISFSI Projects - Dkt. No. 6630-CE-197 and Dkt. No. 6630-CE-209 | No Objection | 10/7/1994 |
| 0354 | WISC00010227 | WISC00010257 | Keller (WE) Testimony on behalf of WE before PSCW | No Objection | 10/11/1994 |
| 0355 | WISC00010176 | WISC00010199 | Testimony of Robert Link before the PSCW | No Objection | 10/11/1994 |
| 0356 | WISC00010200 | WISC00010226 | Docket No. 6630-CE-197 & 209, Before the Public Service Commission of Wisconsin, Testimony of Gary M. Krieser on Behalf of Wisconsin Electric Power Co. | No Objection | 10/11/1994 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0357 | WISC00013671 | WISC00013688 | Rebuttal testimony of Robert Link on behalf of Wisconsin Electric Power Company before the PSCW | No Objection | 10/11/1994 |
| | 0358 | WISC00013720 | WISC00013734 | Rebuttal Testimony of Gary M. Krieser on behalf of Wisconsin Electric Power Company | No Objection | 10/11/1994 |
| | 0359 | WISC00001210 | WISC00001216 | Letter to Link (WE) from Tomasoni (DOE) attaching revised DCS form and instructions | No Objection | 10/12/1994 |
| | 0360 | WISC00009827 | WISC00009827 | WE memo re: spent fuel pool inventory | No Objection | 10/31/1994 |
| | 0361 | MOL.19970623.0415 | MOL.19970623.0415 | TRW Clearance Request, attaching Williamson, "Lessons Learned from the DCS Process" | Relevance, Hearsay, Authenticity | 11/11/1994 |
| | 0362 | WISC00010630 | WISC00010635 | WE email transmitting Bob Link's remarks before the NARUC Business Program, "The Next Decade for Nuclear Power: The View from Point Beach Nuclear Plant" | No Objection | 11/14/1994 |
| | 0363 | HQR0571467 | HQR0571492 | DOE Memo from Ronald Milner re: Draft TSLCC 1995 Assumption Package with attached Draft TSLCC 1995 Assumptions Package | No Objection | 11/28/1994 |
| | 0364 | WISC00013324 | WISC00013358 | Initial Brief of Wisconsin Electric Power Company | No Objection | 11/30/1994 |
| | 0365 | WISC00124102 | WISC00124197 | DOE, Notice of Assistance Award, 102-104, Demonstration of a Spent Fuel Dry Transfer System Using Transportable Storage Systems | No Objection | 12/12/1994 |
| | 0366 | WISC00013322 | WISC00013322 | Letter from P. Peterson (Department of Justice) to D. Paske (Public Service Commission of Wisconsin) re: WE's Point Beach ISFSI Application | Relevance, Hearsay, Authentication, Foundation | 12/16/1994 |