Wisconsin Electric Power Company v. United States, No. 00-697C
Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0367 | WISC00013261 | WISC00013297 | Letter from Cullen (Cullen Weston Pines & Bach) to Dorr (PSCW) transmitting Citizens Utility Board's Reply Brief | Relevance, Hearsay, Authentication, Foundation | 12/16/1994 |
| | 0368 | WISC00013217 | WISC00013238 | Reply Brief of Wisconsin Electric Power Company | No Objection | 12/16/1994 |
| | 0369 | SN174276 | SN174300 | U.S. DOE, Civilian Radioactive Waste Management Program Plan, Volume I, Program Overview, Dec. 19, 1994 | No Objection | 12/19/1994 |
| | 0370 | WISC00001229 | WISC00001284 | Nuclear Fuel Data Survey Form RW-859 with transmittal letter | No Objection | 1/1/1995 |
| | 0371 | WISC00008590 | WISC00008591 | Spreadsheet - WE MSA permanent transitions control report previous year 1995, summary of invoices Sargent & Lundy | Authenticity, Illegible | 1/1/1995 |
| | 0372 | WISC00009277 | WISC00009277 | ENSR invoice and contract revision forms | Authenticity | 1/1/1995 |
| | 0373 | WISC00027518 | WISC00027581 | Hi Tech Manufacturing letter to WE re: Procedure Submittals | Hearsay | 2/3/1995 |
| | 0374 | KRGWE002332 | KRGWE002366 | PSCW, Findings of Fact, Conclusions of Law, Certificate, Order, and interim Order, docket nos. 6630-CE197 and 6630-CE209 | No Objection | 2/9/1995 |
| | 0375 | HQR0571493 | HQR0571569 | Memorandum from Milner (DOE) to Director, OCRWM re: Total System Life Cycle Cost (TSLCC) 1995 Assumptions Package | No Objection | 2/16/1995 |
| | 0376 | WISC00055285 | WISC00055288 | Memo from Bronk (WE) to Cerovac re: Draft Training Roster for Dry Storage Project Training | No Objection | 2/16/1995 |
| | 0377 | HQR0102386 | HQR0102399 | "Spent Fuel Acceptance DOE's Process for Change," presentation by Alan Brownstein (DOE) to Decision Maker's Summit U.S. Radwaste Management | Hearsay, Authenticity | 2/23/1995 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0378 | WISC0000137 | WISC0000206 | U.S. DOE, OCRWM, Acceptance Priority Ranking and Annual Capacity Report, DOE/RW-0457, March 1995 | No Objection | 3/1/1995 |
| 0379 | | | Withdrawn | No Objection | |
| 0380 | EDB0010136 | EDB0010150 | Draft 1994 Acceptance Priority Ranking and Annual Capacity Report | No Objection | 3/1/1995 |
| 0381 | HQR3640804 | HQR3640870 | Nuclear Fuel Data Form RW-859 for Point Beach 1 with transmittal letter | No Objection | 3/7/1995 |
| 0382 | HQR3640871 | HQR3640913 | Nuclear Fuel Data Form RW-859 for Point Beach 2 with transmittal letter | No Objection | 3/7/1995 |
| 0383 | WISC00073639 | WISC00073641 | Email from Jessessky re: QAS-ISFSI Overview | Relevance, Hearsay, Authenticity | 4/3/1995 |
| 0384 | WISC00124521 | WISC00124638 | DOE OCRWM, Fiscal Year 1994 Annual Report to Congress, DOE/RW-0464 | No Objection | 5/1/1995 |
| 0385 | HQR0412796 | HQR0412806 | Department of Energy Final Interpretation of Nuclear Waste Acceptance Issues, 60 Fed. Reg. 21793 (May 3, 1995) | No Objection | 5/3/1995 |
| 0386 | WISC00012136 | WISC00012136 | Letter from Boeshaar (WE) to Hagman (PSCW) re: studies comparing continued operation of Point Beach | Incomplete | 5/3/1995 |
| 0387 | WISC00073619 | WISC00073619 | Email from Anundson re: WE labor hours | No Objection | 5/8/1995 |
| 0388 | WISC00009882 | WISC00009885 | Letter from Krieser (WE) to Northard (Northern States Power Co.) re: WE intent to participate in Step Three of the Mescalero Fuel Storage Project | No Objection | 5/12/1995 |
| 0389 | WISC00003313 | WISC00003342 | Wisconsin Electric, Proposal for a Nuclear Waste Repository | No Objection | 6/1/1995 |
| 0390 | WISC00030006 | WISC00030007 | Letter to Dell'Orfano from Krieser re: Storage Sleeve Base Metal Inspection | No Objection | 6/2/1995 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0391 | WISC00123960 | WISC00123969 | Wisconsin Electric Calculation N-94-144, Dry Cask Storage SFP Reanalysis | No Objection | 7/5/1995 |
| 0392 | WISC00049555 | WISC00049558 | Minutes of the August 10 - 11, 1995 WE Nuclear Oversight Committee Meeting | No Objection | 8/11/1995 |
| 0393 | HQR0255075 | HQR0255139 | U.S. DOE, OCRWM, Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program, DOE/RW-0479, September 1995 | No Objection | 9/1/1995 |
| 0394 | WISC00021171 | WISC00021367 | WE memo re: spent fuel pool inventory | No Objection | 10/11/1995 |
| 0395 | WISC00009830 | WISC00009844 | Memo re: Point Beach Nuclear Plant Manager's Supervisory Staff Meeting Held on October 3, 1995 | No Objection | 10/23/1995 |
| 0396 | CTR0010362 | CTR0010363 | Blumford (TRW) letter to Rousso (DOE) re: DE-AC01-91RW-00134; Waste Acceptance Support: DCS Monthly Status Report - October 1995 | Relevance, Hearsay, Authenticity | 10/25/1995 |
| 0397 | | | Withdrawn | Relevance, Hearsay, Authenticity | |
| 0398 | WISC00004593 | WISC00004597 | Tri-Cor Contract Award No. 267364 | No Objection | 11/9/1995 |
| 0399 | WISC00073814 | WISC00073814 | Email from Baumann (WE) to Fieldhack re: Broken, but Fixable Spaces in SFP | No Objection | 11/10/1995 |
| 0400 | WXE0080463 | WXE0080550 | State of Wisconsin, Supplemental Environmental Impact Statement, Point Beach Nuclear Power Plant Project Unit 2 Steam Generator Replacement, December 1995 | No Objection | 12/1/1995 |
| 0401 | WISC000560005 | WISC000560010 | Memo from Sizemore (WE) to Anundson re: Dry Storage Qualifications, attachment | No Objection | 12/8/1995 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0402 | WISC00010075 | WISC00010075 | Email from Bronk (WE) to NP-Dept re: Dry Cask Loading Update | No Objection | 12/12/1995 |
| 0403 | WISC00073780 | WISC00073780 | Email from Bronk (WE) to NP-Dept re: Dry Cask Loading Update | No Objection | 12/13/1995 |
| 0404 | WISC00073775 | WISC00073775 | Email from Bronk (WE) to NP-Dept re: Dry Cask Loading Update | No Objection | 12/14/1995 |
| 0405 | WISC00073772 | WISC00073772 | Email from Bronk (WE) to NP-Dept re: Dry Cask Loading Update | No Objection | 12/15/1995 |
| 0406 | WISC00073771 | WISC00073771 | Email from Krieser (WE) to NP-Dept. | No Objection | 12/19/1995 |
| 0407 | WISC00049559 | WISC00049560 | Minutes of the December 27, 1995 WE Nuclear Oversight Committee Meeting | No Objection | 12/27/1995 |
| 0408 | WISC04080001 | WISC04080059 | State of Wisconsin, Second Supplemental Environmental Impact Statement, Point Beach Nuclear Power Plant Projects, Temporary Storage of Spent Nuclear Fuel in Dry Casks, Unit 2 Steam Generator Replacement, January 1996 | No Objection | 1/1/1996 |
| 0409 | KRGWE002373 | KRGWE002373 | Nucleonics Weekly, "State Court Action Stalls Cask Loading At Point Beach" | Authenticity, Hearsay, Relevance | 1/11/1996 |
| 0410 | DX 178 (Porter) | | PSCW Notice | No Objection | 1/12/1996 |
| 0411 | WISC00032011 | WISC00032012 | UST&D letter re: Storage Sleeve Assembly Project | No Objection | 1/23/1996 |
| 0412 | WISC00049633 | WISC00049643 | Minutes of the WE Board of Directors Meeting | No Objection | 1/31/1996 |
| 0413 | HQO.19969416.007 | HQO.19969416.007 | Link (WE) letter to Canton (DOE) re: progress at Yucca Mountain | No Objection | 4/4/1996 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0414 | WISC00001228 | WISC00001284 | Baumann (WE) letter to DOE transmitting EIA Nuclear Fuel<br>Data Form (RW-859) Point Beach Nuclear Plant, Units 1 and 2 | No Objection | 4/4/1996 |
| | 0415 | WISC00077612 | WISC00077639 | Point Beach Nuclear Plant Refueling Procedures | No Objection | 4/20/1996 |
| | 0416 | WISC00124639 | WISC00124736 | DOE OCRWM, Fiscal Year 1995 Annual Report to Congress,<br>DOE/RW-0487 | No Objection | 5/1/1996 |
| | 0417 | KRGWE002375 | KRGWE002377 | The Business Journal of Milwaukee, "Point Beach Project To<br>Move Ahead Despite Planned Legal Challenge" | Authentication, Foundation, Hearsay | 5/18/1996 |
| | 0418 | WISC00049803 | WISC00049809 | Minutes of the May 22, 1996 WE Board of Directors Meeting | No Objection | 5/22/1996 |
| | 0419 | WISC00066330 | WISC00066340 | "WE's 100-year history" Synergy, June/July 1996 | Authentication, Foundation, Hearsay, Relevance | 6/1/1996 |
| | 0420 | WISC00124832 | WISC00124837 | DOE, Status of Standard Canister Definition and RSA Canister<br>Procurement Requirements, ALC.20040610.1683 | Authentication, Foundation, Hearsay | 6/10/1996 |
| | 0421 | WISC00049561 | WISC00049564 | Minutes of the June 25, 1996 WE Nuclear Oversight Committee Meeting | No Objection | 6/25/1996 |
| | 0422 | WISC00027680 | WISC00027750 | Hi Tech Manufacturing letter | No Objection | 6/25/1996 |
| | 0423 | WISC00023637 | WISC00023637 | Memo from Hennessy re: SFP Spaces Inspection | No Objection | 7/3/1996 |
| | 0424 | WISC00010137 | WISC00010151 | Memo from Pridgeon (WE) re: Charter for ISFSI Phase II<br>Recovery Team | No Objection | 7/9/1996 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0425 | WISC00049810 | WISC00049817 | Minutes of the July 18, 1996 WE Board of Directors Meeting | No Objection | 7/18/1996 |
| 0426 | WISC00010293 | WISC00010305 | Memo from Butschli (WE) to Krieser re: Citizens Utility Board Data Requests - TY97 Rate Case | No Objection | 7/19/1996 |
| 0427 | | | Withdrawn | No Objection | |
| 0428 | WISC00049565 | WISC00049567 | Minutes of the July 20, 1996 WE Nuclear Oversight Committee Meeting | No Objection | 7/20/1996 |
| 0429 | WXE0080392 | WXE0080393 | Utilities Worried Feds Won't Take Nuke Fuel," Madison Capital Times | Authentication, Foundation, Hearsay, Relevance | 7/26/1996 |
| 0430 | WISC00077729 | WISC00077730 | Letter to NRC from Link (WE) | Authentication, Foundation, Hearsay, Relevance | 8/16/1996 |
| 0431 | WISC00000392 | WISC00000399 | Letter to DOE from Link re DOE waste acceptance, storage and transportation services | No Objection | 8/19/1996 |
| 0432 | WISC00020119 | WISC00020170 | WE memo re: spent fuel pool inventory, attachments | No Objection | 8/25/1996 |
| 0433 | WISC00001219 | WISC00001219 | Letter from Baumann (WE) to DOE re: Nuclear Fuel Data Form RW-859, Point Beach 1 and 2 | No Objection | 9/5/1996 |
| 0434 | WISC00098635 | WLSC00098707 | RW-859 - PB 1 and 2 with transmittal letter | No Objection | 9/5/1996 |
| 0435 | WISC00077731 | WISC00077739 | Letter to NRC from Link re: response to NRC request for additional information NRC bulletin 96-04, attachment | Authentication, Foundation, Hearsay, Relevance | 9/6/1996 |
| 0436 | | | Withdrawn | No Objection | |
| 0437 | WISC00021369 | WISC00021565 | WE memo re: spent fuel pool inventory | No Objection | 9/12/1996 |

Wisconsin Electric Power Company v. United States, No. 00-697C
Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0438 | HQO1996100 30006 | HQO1996100 30006 | Letter from Barrett (DOE) to Link (WE) re: spent fuel transportation and interim storage | No Objection | 9/13/1996 |
| 0439 | WISC00049568 | WISC00049573 | Minutes of the September 17, 1996 WE Nuclear Oversight Committee Meeting | No Objection | 9/17/1996 |
| 0440 | WISC00077740 | WISC00077743 | Letter from Link (WE) to NRC re: Response to NRC Request for Additional Information | Authentication, Foundation, Hearsay, Relevance | 9/20/1996 |
| 0441 | HQR0410282 | HQR0410294 | U.S. DOE, OCRWM, Nuclear Waste Fund Fee Adequacy: An Assessment, DOE/RW-0490, October 1996 | No Objection | 10/1/1996 |
| 0442 | WISC00041020 | WISC00041021 | Memo to Patulski from Hennessy, Subject: SFP Issues | No Objection | 10/9/1996 |
| 0443 | WISC00125411 | WISC00125427 | Wisconsin Electric Circulation 96-0225, Minimum SW Flowrate to One SFP Heat Exchanger for Maintenance | No Objection | 10/10/1996 |
| 0444 | WISC0444-0001 | WISC0444-0003 | Letter from Miraglia (NRC) to Dums (Citizens' Utility Board) re: September 30, 1996 petition | Document Not Produced - Reserve All Objections | 10/11/1996 |
| 0445 | WISC00049821 | WISC00049826 | Minutes of the October 30, 1996 WE Board of Directors Meeting | No Objection | 10/30/1996 |
| 0446 | WISC0446-0001 | WISC0446-0133 | NRC, Information Handbook on Independent Spent Fuel Storage Installations, NUREG-1571 | Document Not Produced - Reserve All Objections | 12/1/1996 |
| 0447 | HQR0390789 | HQR0390789 | Department of Energy Press Release, "Department of Energy Notifies Utilities of Anticipated Delays In Accepting Commercial Spent Nuclear Fuel" | No Objection | 12/17/1996 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0448 | WISC00124737 | WISC00124831 | DOE, Office of Management Support, Headquarters Procurement Operations, Acquisition of Waste Acceptance and Transportation Services for the Office of Civilian Radioactive Waste Management, Draft RFP Number DE-RPOI-97RW00320 | No Objection | 12/27/1996 |
| 0449 | WISC00049574 | WISC00049578 | Minutes of the February 25, 1997 WE Nuclear Oversight Committee Meeting | No Objection | 1997/02/25 |
| 0450 | PA197854 | PA197865 | OCRWM, Spent Nuclear Fuel Verification Plan, Revision 0, March 1997 | No Objection | 3/4/1997 |
| 0451 | WISC00126932 | WISC00126932 | NRC, Printout of document found at Electronic Docket for NAC S/T, Docket 72-1002 | No Objection | 3/18/1997 |
| 0452 | WISC0452-0001 | WISC0452-0012 | Opinion, Citizens' Utility Board v Public Service Commission of Wisconsin, 565 N.W.2d 554, May 1, 1997 | Document Not Produced - Reserve All Objections | 5/1/1997 |
| 0453 | DX 194 (Holzmann) | | Letter to Grigg from Knapp re Confirmatory Action Letter | No Objection | 5/16/1997 |
| 0454 | KRGWE002606 | KRGWE002606 | Letter from Grigg (WE) to Parkyn (Private Fuel Storage, LLC) re: PFS | No Objection | 5/19/1997 |
| 0455 | WISC0455-0001 | WISC0455-0028 | Memorandum Decision and Order, Citizens' Utility Board, et al. v Public Service Commission of Wisconsin, et al., Circuit Court for Dane County Cause No. 96-CV-1839 | Document Not Produced - Reserve All Objections | 5/27/1997 |
| 0456 | | | Withdrawn | No Objection | |

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0457 | 01824 WE Opp to MSJ - Appx | 01840 WE Opp to MSJ - Appx | Department of Energy's Response to Petitions for a Writ of Mandamus in Northern States Power Company v. The United States, D.C. Cir., Cause No. 97-1064 | No Objection | 6/1/1997 |
| 0458 | WXE0080408 | WXE0080409 | "Point Beach not Ready, Feds Say," The Business Journal of Milwaukee | Hearsay | 6/2/1997 |
| 0459 | WISC00095319 | WISC00095348 | "Activated Metals Packaging and Disposal Point Beach Nuclear Plant," report prepared by WMG, June 1997 | No Objection | 6/6/1997 |
| 0460 | WISC00076001 | WISC00076020 | VSC Weld Cracking Evaluation in Response to NRC CAL 97-7-01, draft, prepared by Sierra Nuclear Corp. | No Objection | 6/30/1997 |
| 0461 | WISC00114712 | WISC00114764 | WE Design Change Package | No Objection | 7/8/1997 |
| 0462 | WISC00010152 | WISC00010161 | Memo from Krieser (WE) to Cartwright re: Strategic Issues Group Roles and Responsibilities | No Objection | 7/11/1997 |
| 0463 | WISC00114765 | WISC00114817 | Fax from Schumel (PCI Energy Services) to Le Greve (WE) transmitting hardness report for Westinghouse project | No Objection | 7/16/1997 |
| 0464 | WISC00129374 | WISC00129786 | Spent Fuel Pool Cleanout Project Reference Material | No Objection | 08/1997 |
| 0465 | WXE0080415 | WXE0080416 | "Court Ruling Clears the Way for Point Beach Dry Storage," Nucleonic Week, Vol. 38, No. 32, p.5 | Hearsay | 8/7/1997 |
| 0466 | WISC00004598 | WISC00004600 | WE purchase order to Aikens & Tombras | No Objection | 8/11/1997 |
| 0467 | WISC00026223 | WISC00026224 | WE letter to High Tech Mfg. re: Welding Issues Update | No Objection | 8/12/1997 |
| 0468 | WISC00021567 | WISC00021754 | WE memo re: spent fuel pool inventory | No Objection | 8/25/1997 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0469 | CTR0270001 | CTR0270085 | Draft 1996 Acceptance Priority Ranking and Annual Capacity Report | Authentication, Foundation, Hearsay, Relevance | 9/1/1997 |
| | 0470 | 01841 WE Opp to MSJ - Appx | 01850 WE Opp to MSJ - Appx | United States Petition for a Writ of Certiorari in Northern States Power Company v. The United States, U.S., Cause No. 99-5096 | Incomplete | 10/1/1997 |
| | 0471 | WISC00055728 | WISC00055731 | Letter from Meils to Hobbs (Sierra Nuclear) re: Request for Expression of Interest - dry cask storage at PBNP | No Objection | 10/20/1997 |
| | 0472 | WISC00055968 | WISC00055973 | Memo from Krukowski (WE) to Mohr, et al. re: Dry Storage Qualifications | No Objection | 10/28/1997 |
| | 0473 | PA199855 | PA200082 | U.S. DOE, OCRWM, Acquisition of Waste Acceptance and Transportation Services for the Office of Civilian Radioactive Waste Management, Draft RFP Number DE-RPO1-98RW00320, November 1997 | Authentication, Foundation, Hearsay, Relevance | 11/1/1997 |
| | 0474 | WISC00079862 | WISC00079863 | Issue Brief, Wisconsin Electric Proposal: Assistance to BNFL for the Recovery of Sierra Nuclear Corporation | No Objection | 11/11/1997 |
| | 0475 | WISC00079284 | WISC00079316 | NRC presentation, "VSC Owners Group Status Update" | Authentication, Foundation | 12/4/1997 |
| | 0476 | WISC00049442 | WISC00049445 | Fax from Wachter (Laurel Ent.) to Farron (WE) transmitting paper entitled "Increased Spent Fuel Capacity by Means of Dyna-Canister Storage" | Authentication, Foundation, Hearsay, Relevance | 12/12/1997 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0477 | DX 078 (Krieser) | | Letter to Grigg from Beach re Closure of Point Beach<br>Confirmatory Action Letter (Cal)<br>R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 and The<br>Supplement Cal 3-96-005A | No Objection | 12/12/1997 |
| | 0478 | WISC00003439<br>WISC00003441 | WISC00003439<br>WISC00003460 | Letter from Grigg (WE) to DOE transmitting Final Delivery Schedules | No Objection | 12/18/1997 |
| | 0479 | WISC00003440 | WISC00003440 | Letter NPL 97-0821 from Grigg (WE) to Tomasoni (DOE) | No Objection | 12/18/1997 |
| | 0480 | WISC00044879 | WISC00044882 | Letter from Cunningham (DOE) | No Objection | 12/20/1997 |
| | 0481 | WISC0481-0001 | WISC0481-0037 | Memorandum Decision and Order, Citizens' Utility Board, et al.<br>v Public Service Commission of Wisconsin, et al., Circuit Court<br>for Dane County Cause No. 95-CV-676 and 95-CV-127 | Document Not Produced - Reserve All Objections | 12/22/1997 |
| | 0482 | HQR0041573 | HQR0041573 | Memorandum from Baptist (DOE) to Zabransky, forwarding<br>Wisconsin Electric's Final Delivery Commitment Schedules | No Objection | 1/5/1998 |
| | 0483 | HQR0641724 | HQR0641729 | Memorandum from Carlson (DOE) to Barrett re: Market-Based<br>MPC Development | No Objection | 1/8/1998 |
| | 0484 | WISC00035567 | WISC00035578 | Letter to Holzmann from Bingaman (Precision Components Corp.) re: WEPCO purchase order | No Objection | 1/9/1998 |
| | 0485 | WISC00064553 | WISC00064558 | Letter from Smith (Bechtel) to Meils re: PBNP Bechtel job spent<br>fuel storage feasibility assessment | Authentication, Foundation, Hearsay | 1/19/1998 |
| | 0486 | WISC00055012 | WISC00055106 | Impact Costing Manual Version 1.0 | No Objection | 2/17/1998 |
| | 0487 | WISC00064510 | WISC00064519 | Letter from Gallo (Transnuclear) to Meils | No Objection | 2/23/1998 |

Wisconsin Electric Power Company v. United States, No. 00-697C
Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0488 | WISC00079434 | WISC00079449 | WE Senior Team Meeting Dry Storage Update March 5, 1998 | Authentication, Foundation | 3/5/1998 |
| | 0489 | WXE0080434 | WXE0080434 | "BNFL Set to Purchase Sierra Nuclear," Nuclear Fuel, Vol. 23, No. 5. p. 14 | Authentication, Foundation, Hearsay, Relevance | 3/9/1998 |
| | 0490 | WISC00049579 | WISC00049583 | Minutes of the March 24, 1998 WE Nuclear Oversight Committee Meeting | No Objection | 3/24/1998 |
| | 0491 | WISC00063912 | WISC00063926 | Wisconsin Electric Purchase Order Revision to Transnuclear | No Objection | 3/24/1998 |
| | 0492 | WISC00055752 | WISC00055753 | Letter from Sellman (WE) to Virginia Power | No Objection | 3/25/1998 |
| | 0493 | WISC00055351 | WISC00055399 | Letter from Gallo (Transnuclear) to Meils re: proposal to supply TN-32, attachment | Authentication, Foundation, Hearsay, Incomplete | 3/26/1998 |
| | 0494 | WISC00055754 | WISC00055756 | Letter from Sellman (WE) to NRC re: Docket 72.005 Request for Exemption to the Fabrication Requirements in 10 CAR 72.234(C) Point Beach Nuclear Plant | No Objection | 4/9/1998 |
| | 0495 | WISC00073566 | WISC00073568 | 495 Letter from Neider (Transnuclear) to Leeds (NRC) re: request for exemption to fabrication requirements | Authentication, Foundation, Hearsay | 4/9/1998 |
| | 0496 | WISC00055757 | WISC00055758 | Letter from Sellman (WE) to NRC re: Transnuclear Request for Exemption | No Objection | 4/20/1998 |
| | 0497 | WISC00078702 | WISC00078702.57 | Letter from Swayne to Dixon (Sierra Nuclear) re: VSC-24 | Authentication, Foundation, Hearsay | 4/24/1998 |
| | 0498 | WISC00043376 | WISC00043438 | NRC DFI, Review of Design and Fabrication of VSC-24 Ventilated Storage Casks | Authentication, Foundation, Hearsay | 4/24/1998 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0499 | WXE0080439 | WXE0080439 | "BNFL Completes Purchase of Sierra Nuclear," Gale Group Newsletter, 1987-2006/Jun 15 | Authentication, Foundation, Hearsay, Relevance | 4/27/1998 |
| 0500 | WISC00064124 | WISC00064131 | Letter from Neider (Transnuclear) to Meils | Authentication, Foundation, Hearsay | 5/1/1998 |
| 0501 | WXE0080440 | WXE0080441 | After Buyout, BNFL Main Focus Resolving NRC Concern with Sierra Nuclear," Nuclear Fuel, Vol. 23, No. 9, p.8 | Hearsay, Authentication, Foundation, Relevance | 5/4/1998 |
| 0502 | WISC00055764 | WISC00055765 | Letter from Sellman (WE) to NRC re: Docket 72.005 request for exemption | No Objection | 5/7/1998 |
| 0503 | WISC00064001 | WISC00064084 | WE Purchase order to Transnuclear, Inc. | No Objection | 5/7/1998 |
| 0504 | WXE0080442 | WXE0080443 | "Storage Issue Jeopardizes Point Beach's Life Span New Container Sought to Store Spent Fuel, But Opponents May Want Hearing," Milwaukee Journal Sentinal | Hearsay, Authentication, Foundation, Relevance | 5/7/1998 |
| 0505 | WISC00129916 | WISC00129923 | Nuclear Power Business Unit REPC 49.6 DECAY Reactor Engineering Personal Computer Manual | No Objection | 5/7/1998 |
| 0506 | WISC00043460 | WISC00043461 | Implications of May 1, 1998 SNC DFI Response Letter to NRC | Hearsay, Authentication, Foundation | 5/12/1998 |
| 0507 | WISC00066875 | WISC00066878 | Currently | Relevance, Hearsay, Authentication, Foundation | 5/18/1998 |
| 0508 | COF0030618 | COF0030618 | Letter from Grigg (WE) to Tomasoni (DOE) re: RW-859 for CY 1997 | No Objection | 5/20/1998 |
| 0509 | COF0030619 | COF0030619 | Letter from Grigg (WE) to Tomasoni (DOE) re: Standard Contract remittance | No Objection | 5/20/1998 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0510 | WISC00073451 | WISC00073454 | Letter from Martin (Quarles & Brady) to Dorr (PSCW) re: Wisconsin Electric's Application for ISFSI, Docket No. 6630-CE-197 | No Objection | 5/20/1998 |
| | 0511 | WISC00041054 | WISC00041058 | Memo from Sherwood (WE) re: dry cask personnel staffing | No Objection | 5/20/1998 |
| | 0512 | WISC00041059 | WISC00041060 | Memo from Sherwood (WE) to Ducat, et al. re: Dry Cask Personnel Qualifications | No Objection | 5/21/1998 |
| | 0513 | WISC00042534 | WISC00042554 | Memo from Meils re: TN-32 Project Summary and Charter | No Objection | 6/2/1998 |
| | 0514 | WISC00073553 | WISC00073558 | Letter from Kane (NRC) to Neider (Transnuclear) re: exemption to 10 CFR 72.234 for TN-32 cask | No Objection | 6/2/1998 |
| | 0515 | WXE008044 | WXE008045 | "Sierra Nuclear Vows Action Will Back up Promises of Improvements," Nuclear Fuel, Vol 23, No. 12, p.16 | Hearsay, Authentication, Foundation, Relevance | 6/15/1998 |
| | 0516 | WXE0080446 | WXE0080447 | "WE Seeks Approval for New Nuclear Storage Casks," Milwaukee Business Journal, | Hearsay, Authentication, Foundation | 6/19/1998 |
| | 0517 | WISC00049454 | WISC00049483 | PBNP Spent Fuel Storage Recommendation on dry fuel storage strategy, prepared by Eric Meils | No Objection | 6/23/1998 |
| | 0518 | WISC00073450 | WISC00073450 | Letter from Zuelsdorff (PSCW) to Martin (Quarles & Brady) re: Wisconsin Electric's application for authority to construct ISFSI | No Objection | 7/6/1998 |
| | 0519 | WISC00073447 | WISC00073449 | Letter from Krieser (WE) to Zuelsdorff (PSCW) | No Objection | 7/14/1998 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0520 | WISC00064117 | WISC00064123 | Letter from Gallo (Transnuclear) to Makowski (WE) re: comments to purchase order | Hearsay, Authentication, Foundation | 7/16/1998 |
| 0521 | WISC00073197 | WISC00073198 | Letter to Taylor from Neider re release for PCC to procure materials for the containment vessel | No Objection | 7/20/1998 |
| 0522 | WISC00010163 | WISC00010166 | Email from Marcec (WE) to NP-PBNP re: Wisconsin Electric Realignment | No Objection | 7/23/1998 |
| 0523 | WISC00073504 | WISC00073506 | Letter from Ross-Lee (NRC) to Neider (Transnuclear) re: review schedule for TN-32 and TN-68 applications | No Objection | 7/24/1998 |
| 0524 | KRGWE002384 | KRGWE002388 | PSCW, Findings of Fact, Conclusions of Law, Certificate, and Supplemental Order, Docket No. 6630-CE-197 | No Objection | 8/11/1998 |
| 0525 | WISC00002312 | WISC00002313 | Letter to Sellman (WE) from Paperiello (NRC) re: closeout of confirmatory action letter 97-7-004A | No Objection | 8/13/1998 |
| 0526 | WISC00041078 | WISC00041080 | Memo from Holzmann (WE) re: Readiness Review in Preparation for Loading the VSC-24 | No Objection | 8/14/1998 |
| 0527 | WISC00045242 | WISC00045263 | Memo from Krieser (WE) re: TN-32 Project Summary and Charter | No Objection | 8/18/1998 |
| 0528 | WISC00125057 | WISC00125058 | Letter from Shelor (DOE) to Lanning (Nebraska Public Power District) re: Multi-Purpose Canister | No Objection | 8/18/1998 |
| 0529 | WISC00021756 | WISC00021901 | WE memo re: spent fuel pool inventory | No Objection | 8/21/1998 |
| 0530 | WISC00073502 | WISC00073503 | Letter from Neider (Transnuclear) to Ross-Lee (NRC) re: fabrication of the TN-32 for Wisconsin Electric | No Objection | 8/24/1998 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0531 | WISC00080003 | WISC00080005 | Dry cask load WMSB-04: August 30-September 9, 1998 and associated WE memorandum | No Objection | 8/30/1998 |
| 0532 | WISC00041084 | WISC00041088 | Series of emails from Vander Velde (WE) to NP-Dept re: Dry Cask Load Update, August - September 1998 | No Objection | 8/31/1998 |
| 0533 | PA199632 | PA199854 | U.S. DOE, OCRWM, Acquisition of Waste Acceptance and Transportation Services for the Office of Civilian Radioactive Waste Management, Draft RFP Number DE-RP01-98RW00320, September 1998 | No Objection | 9/1/1998 |
| 0534 | WISC00041089 | WISC00041170 | Memo from Holzmann (WE) re: Readiness Review in Preparation for Loading the VSC-24, August 28, 1996 | No Objection | 9/2/1998 |
| 0535 | WISC00041171 | WISC00041176 | Series of emails from Vander Velde and Schultz (WE) to NP-Dept re: Dry Cask Load Update, September 1998 | No Objection | 9/5/1998 |
| 0536 | WISC00045333 | WISC00045334 | Transnuclear press release | Hearsay, Authentication, Foundation | 9/10/1998 |
| 0537 | WISC00124838 | WISC00125056 | Letter from Barrett (DOE) to Potential Offerors and Other Interested Parties, enclosing Draft RFP Number DE-RPO1-98RW00320 | No Objection | 9/11/1998 |
| 0538 | WISC00002009 | WISC00002123 | 1998 Decommissioning Study of the Point Beach Nuclear Plant, prepared by NES, Inc. | No Objection | 10/1/1998 |
| 0539 | WISC00043695 | WISC00043698 | Fuller (Sierra Nuclear) letter to NRC | No Objection | 10/8/1998 |
| 0540 | WISC00073078 | WISC00073079 | Letter from Mangusi (Transnuclear) to Neils [sic] | No Objection | 10/19/1998 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0541 | MOV.19991201.0042 | MOV.19991201.0042.00002 | Memo from Barrett (DOE), Recommendation for the Secretary to Accept Meeting | No Objection | 10/29/1998 |
| 0542 | WISC00023646 | WISC00023649 | Holtec report re: Blackness Testing | No Objection | 11/10/1998 |
| 0543 | WISC00073465 | WISC00073465 | Letter from Giantelli (Transnuclear) to Ross-Lee (NRC) | No Objection | 11/13/1998 |
| 0544 | HQR0360005 | HQR0360086 | U.S. DOE, OCRWM, Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program, DOE/RW-0510, December 1998 | No Objection | 12/1/1998 |
| 0545 | HQR0433755 | HQR0433795 | U.S. DOE, OCRWM, Nuclear Waste Fund Fee Adequacy: An Assessment, DOE/RW-0509, December 1998 | No Objection | 12/1/1998 |
| 0546 | PA196254 | PA196580 | U.S. DOE, OCRWM, Viability Assessment of a Repository at Yucca Mountain, Preliminary Design Concept for the Repository and Waste Package, DOE/RW-0508, Volume 2, December 1998 | No Objection | 12/1/1998 |
| 0547 | CTR0361049 | CTR0361075 | U.S. DOE, RW-859 Data, Fort St. Vrain | Relevance | 12/31/1998 |
| 0548 | EDB-004-0189 | EDB-004-0229 | Civilian Radioactive Waste Management System Requirements Document, Revision 5 | No Objection | 1/1/1999 |
| 0549 | WISC00078579 | WISC00078581 | Memo from Hendricks (NEI) to NEI Administrative Points of Contact re: Dry Storage Workshop, March 2-3, 1999; Holzmann registration for same | Hearsay, Authentication, Foundation, Relevance | 1/11/1999 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0550 | WDM0010152 | WDM0010192 | The United States' Responses to Yankee Atomic's Second Set of Interrogatories in Yankee Atomic Electric Co. v. The United States, Fed. Cl. Cause No. 98-126C (Jan. 28, 1999) | Incomplete | 1/28/1999 |
| 0551 | WISC00009931 | WISC00009932 | Memo from Schultz re: VCC 9-12 Proposals | No Objection | 3/5/1999 |
| 0552 | DX 155 (Schultz) | | Letter from Mettner (PSCW) to Shillinglaw | No Objection | 3/17/1999 |
| 0553 | WISC00044115 | WISC00044131 | Letter from Redley (Sierra Nuclear) to NRC re: DFI Corrective Actions | No Objection | 3/18/1999 |
| 0554 | WISC00098708 | WISC00098803 | Nuclear Fuel Data Survey Form RW-859 for Point Beach 1 and 2 with transmittal letter | No Objection | 4/13/1999 |
| 0555 | WISC00064115 | WISC00064116 | Letter from Giantelli (Transnuclear) to Makowski (WE) | Hearsay, Authentication, Foundation | 4/26/1999 |
| 0556 | WISC00044174 | WISC00044175 | Letter from Fuller (Sierra Nuclear) to NRC re: Completion Status of DFI Corrective Actions | Hearsay, Authentication, Foundation | 7/7/1999 |
| 0557 | WISC00129925 | WISC00129932 | Letter from Hudak (PCC) to Giantelli (Transnuclear) | Hearsay, Authentication, Foundation | 7/16/1999 |
| 0558 | WISC00129933 | WISC0129981 | VSC-15 Cask Vent Flaming incident - Response Team Report | No Objection | 7/23/1999 |
| 0559 | WISC00021903 | WISC00022081 | WE memo re: spent fuel pool inventory | No Objection | 8/20/1999 |
| 0560 | WISC00049697 | WISC00049705 | WE Minutes of the October 28, 1999 WE Board of Directors Meeting | No Objection | 10/28/1999 |
| 0561 | 01929 WE Opp to MSJ - Appx | 01988 WE Opp to MSJ - Appx | Department of Energy's Opposition Brief in Northern States Power Company v. The United States, Fed. Cir. Cause No. 99-5096 (Oct. 29, 1999) | Incomplete | 10/29/1999 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0562 | 01939 WE Opp to MSJ - Appx | 01950 WE Opp to MSJ - Appx | Department of Energy's Brief in Maine Yankee Atomic Power Company, et al., v. The United States, Fed. Cir. Cause Nos. 99-5138, 99-5139, and 99-5140 (Nov. 8, 1999) | Incomplete - Not a Proper Exhibit | 11/8/1999 |
| | 0563 | DX 094 (Weaver) | | Letter to NRC from WE re: Application for Transfer of Operating Authority | Incomplete - Page 1 of Attachment 5 and Exhibit D are Missing | 11/24/1999 |
| | 0564 | HQR-078-0402 | HQR-078-0473 | DOE, OCRWM, Report to Update Total System Life Cycle Cost Estimate for Site Recommendation/License Application, TDR-CRWE-Selma, AL 36701-000001 Rev 1 | Hearsay, Authentication, Foundation | 12/1/1999 |
| | 0565 | WISC00041061 | WISC00041061 | Email from Schweitzer (WE) to NP-Dept. re: Dry Storage | No Objection | 6/5/1998 |
| | 0566 | 01951 WE Opp to MSJ - Appx | 01958 WE Opp to MSJ - Appx | Excerpts from FY2000 Department of Energy Financial Statements | Incomplete | 2000 |
| | 0567 | 01959 WE Opp to MSJ - Appx | 01964 WE Opp to MSJ - Appx | Department of Energy's Reply Brief in Maine Yankee Atomic Power Company, et al., v. The United States, Fed. Cir. Cause Nos. 99-5138, 99-5139, and 99-5140 (Jan. 19, 2000) | Incomplete - Not a Proper Exhibit | 1/19/2000 |
| | 0568 | WISC00063896 | WISC00063896 | Letter to Mason from Adams re Project Manager Changes | No Objection | 1/24/2000 |
| | 0569 | WISC00064603 | WISC00064603 | Email from Sellman (WE) re: TN-32 | No Objection | 2/21/2000 |
| | 0570 | WISC00055414 | WISC00055414 | Letter from Makowski (WE) to Hanson (Transnuclear) re: Notice of Suspension | No Objection | 3/16/2000 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0571 | WISC0571-0001 | WISC0571-0050 | Order Approving Services Agreement between Wisconsin Electric Power Company, Wisconsin Public Service Corporation and Nuclear Management Company, LLC, PSCW docket no. 05-AE-101 | Document Not Produced - Reserve All Objections | 3/20/2000 |
| 0572 | WISC00055415 | WISC00055555 | Letter from Brach (NRC) to Neider (Transnuclear) re: certificate of compliance for TN-32 | No Objection | 3/28/2000 |
| 0573 | WISC00049584 | WISC00049588 | Minutes of the April 25, 2000 WE Nuclear Oversight Committee Meeting | No Objection | 4/25/2000 |
| 0574 | HQR-058-0749 | HQR-058-0806 | Civilian Radioactive Waste Management System Requirements Document. Revision 5, DOE/RAW-0406 | No Objection | 5/1/2000 |
| 0575 | WISC00012457 | WISC00012464 | Letter from Salustro (WE) to Dorr (PSCW) re: Application for Additional Dry Fuel Storage Casks | No Objection | 5/2/2000 |
| 0576 | WISC0012454 | WISC00012456 | Letter from Salustro (WE) to Dorr (PSCW) re: Correction to May 2, 2000 Application for Additional Dry Fuel Storage Casks | No Objection | 5/10/2000 |
| 0577 | WISC00063574 | WISC00063574 | Email from Adams (WE) to Baumann, et al. re: TN-32 Status - May | No Objection | 5/16/2000 |
| 0578 | 02005 WE Opp to MSJ - Appx | 02008 WE Opp to MSJ - Appx | Department of Energy's Final Brief on Petition for Review of Action of DOE and for a Writ of Mandamus in Wisconsin Electric Power Co. v. DOE, D.C. Cir. Cause No. 99-1342 (May 18, 2000) | Incomplete - Not a Proper Exhibit | 5/18/2000 |