Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0579 | WISC00063862 | WISC00063866 | Letter from Adams (WE) to Mason (Transnuclear) re: storage of TN-32 and ancillary equipment at PCC, attachments | No Objection | 5/31/2000 |
| 0580 | WISC00063857 | WISC00063859 | Letter from Mason (Transnuclear) to Hudak (Precision Components) re: TN-32 Storage Casks | Authentication, Foundation, Hearsay | 6/13/2000 |
| 0581 | WISC00063853 | WISC00063854 | Letter from Mason (Transnuclear) to Adams (WE) re: TN-32 Storage at PCC | Authentication, Foundation, Hearsay | 6/30/2000 |
| 0582 | WISC00063758 | WISC00063763 | Letter from Hudak (Precision Components) to Mason (Transnuclear) | No Objection | 8/10/2000 |
| 0583 | WISC00129312 | WISC00129314 | FY 2000 annual (fourth quarter) NRC license fee invoices, Point Beach Units 1 and 2, and record of wire transfer payment | No Objection | 8/14/2000 |
| 0584 | WISC00049589 | WISC00049592 | Minutes of the August 15, 2000 WE Nuclear Oversight Committee Meeting | No Objection | 8/15/2000 |
| 0585 | WISC00022083 | WISC00022262 | WE memo re: spent fuel pool inventory | No Objection | 8/21/2000 |
| 0586 | WISC00049593 | WISC00049595 | Minutes of the November 6, 2000 WE Nuclear Oversight Committee Meeting | No Objection | 11/6/2000 |
| 0587 | WISC00125061 | WISC00125081 | DOE OCRWM, Plan for Transportation Cask Fabrication and the Deployment of Waste Acceptance Capabilities, Consultation Draft, Report to the House Committee on Appropriations | Authentication, Foundation, Hearsay | 12/1/2000 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0588 | WISC00012602 | WISC00012621 | Hearing Transcript Before the Public Service Commission of Wisconsin, Volume 3 | No Objection | 12/20/2000 |
| 0589 | WISC00012680 | WISC00012683 | Baumann (WE) Direct Testimony before PSCW, Docket No. 6630-CE-275 | No Objection | 12/20/2000 |
| 0590 | NSP0001824 | NSP0001834 | DOE, Spent Fuel Management Alternatives Available to Northern States Power Co. and the Federal Government for the Prairie Island Nuclear Plant, Units 1 and 2 | No Objection | 1/1/2001 |
| 0591 | WISC00097672 | WISC00097881 | WE memo re: spent fuel pool inventory | No Objection | 2/8/2001 |
| 0592 | WISC00012209 | WISC00012225 | Final Decision before PSCW, Docket No. 6630-CE-275 | No Objection | 3/27/2001 |
| 0593 | CTR0450697 | CTR0450725 | Independent Cost Estimate Review of the Civilian Radioactive Waste Management Program 2000 Total Life Cycle Cost for DOE, OCRWM | Authentication, Foundation, Hearsay, Relevance | 4/1/2001 |
| 0594 | WISC00125096 | WISC00125097 | Letter from Zabransky (DOE) to Redeker (Sacramento Municipal Utility District) re: Loading at Rancho Seco ISFSI | No Objection | 4/6/2001 |
| 0595 | WISC00075328 | WISC00075328 | Email from Weaver (WE) re: potential sale of TN-32 casks | No Objection | 4/10/2001 |
| 0596 | WISC00018121 | WISC00018121 | Memo to Weaver and Farron from Draba re PBNP additional dry storage, docket no. 6630-CE-275 | No Objection | 4/18/2001 |
| 0597 | WISC00018122 | WISC00018246 | Transnuclear Proposal re: NUHOMS Dry Storage System | No Objection | 4/20/2001 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0598 | WISC00049596 | WISC00049600 | Minutes of the April 26, 2001 WE Nuclear Oversight Committee Meeting | No Objection | 4/26/2001 |
| 0599 | 01988 WE Opp to MSJ - Appx | 02004 WE Opp to MSJ - Appx | U.S. DOE, OCRWM, Nuclear Waste Fund Fee Adequacy: An Assessment, DOE/RW-0534, May 2001 | No Objection | 5/1/2001 |
| 0600 | KRGWE001175 | KRGWE001253 | U.S. DOE, OCRWM, Analysis of the Total System Life Cycle Cost of the Civilian Radioactive Waste Management Program, DOE/RW-0533, May 2001 | No Objection | 5/1/2001 |
| 0601 | WISC00124055 | WISC00124055 | US DOE, Yucca Mountain Science and Engineering Report, Technical Information Supporting Site Recommendation Consideration, DOE/RW-0539 | No Objection | 5/1/2001 |
| 0602 | WISC00010097 | WISC00010105 | Memo to Reddemann from Becka, Subject: Selection of Next Generation Dry Cask Storage Design | No Objection | 5/15/2001 |
| 0603 | WISC00055620 | WISC00055621 | Letter from Weaver (WE) to Hanson (Transnuclear) re: sale of TN-32 Cask | No Objection | 5/17/2001 |
| 0604 | KRGWE002413 | KRGWE002415 | Memo from Weaver (WE) to Grigg (WE) and email from Weaver to Becka (WE) re: dry fuel storage cask design/vendor | No Objection | 5/21/2001 |
| 0605 | WISC00075326 | WISC00075326 | Email from E. Meils | No Objection | 6/4/2001 |
| 0606 | WISC00054803 | WISC00054804 | Letter from Draba (WE) to Dorr (PSCW) | No Objection | 6/4/2001 |
| 0607 | WISC00075325 | WISC00075325 | Letter from Hanson (Transnuclear) to Weaver (WE) re: sale of three TN-32B casks | Authentication, Foundation, Hearsay | 6/18/2001 |
| 0608 | DX 190 (Becka) | | NMC value contracts with Transnuclear | No Objection | 7/5/2001 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0609 | WISC00055976 | WISC00055979 | Letter from Reddemann (NMC) to Karas (NRC) | No Objection | 8/24/2001 |
| 0610 | WISC0610-0001 | WISC0610-0052 | Utility Plaintiffs' Joint First Set of Requests for Production of Documents and Defendant's Responses thereto | Document Not Produced - Reserve All Objections | 9/4/2001 |
| 0611 | WISC0611-0001 | WISC0611-0147 | Utility Plaintiffs' Joint First Set of Interrogatories and Defendant's Responses thereto | Document Not Produced - Reserve All Objections | 9/4/2001 |
| 0612 | WISC00049723 | WISC00049727 | WE Minutes of the October 30, 2001 WE Nuclear Oversight Committee Meeting | No Objection | 10/30/2001 |
| 0613 | WISC00075322 | WISC00075322 | Memo to Stratton from Weaver re: Current completion plan for TN-32 dry fuel storage casks | No Objection | 10/31/2001 |
| 0614 | 02019 WE Opp to MSJ - Appx | 02025 WE Opp to MSJ - Appx | Defendant's Proposed Findings of Uncontroverted Fact Regarding the Rate of Spent Nuclear Fuel Acceptance in Yankee Atomic Electric Company v. The United States, Fed, Cl. Cause No. 98-126C (Nov. 8, 2001) | Incomplete - Not a Proper Exhibit | 11/8/2001 |
| 0615 | WISC00010106 | WISC00010112 | Memo from Johnsen (NMC) to Becka attaching qualification matrix | No Objection | 11/26/2001 |
| 0616 | CTR0242807 | CTR0242894 | DOE, OCRWM, Civilian Radioactive Waste Management System Waste Acceptance System Requirements Document, Revision 4, DOE/RW-0351, January 2002 | No Objection | 1/1/2002 |
| 0617 | WISC0617-0001 | WISC0617-0002 | "Burstein Was A Nuclear Power Leader," Milwaukee Journal Sentinel | Document Not Produced - Reserve All Objections | 1/29/2002 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0618 | WISC0618-0001 | WISC0618-0064 | Bechtel SAIC Company, LLC, Calculation Method for the Projection of Future Spent Nuclear Fuel Discharges, TDR-WAT-NU-000002 Rev 1, February 2002 | Document Not Produced - Reserve All Objections | 2/1/2002 |
| | 0619 | WISC00124055 | WISC00124055 | Electronic versions of Yucca Mountain Draft Environmental Impact Statement, Final Environmental Impact Statement and Engineering Report [CD] | No Objection | 2/2/2002 |
| | 0620 | WISC00075318 | WISC00075319 | Email from Weaver (WE) to Farron re: Action plan for sale of TN-32 casks | No Objection | 2/11/2002 |
| | 0621 | 02039 WE Opp to MSJ - Appx | 02094 WE Opp to MSJ - Appx | Abraham (DOE) letter to the President re: recommendation for approval of Yucca Mountain site for development of a nuclear waste repository | No Objection | 2/14/2002 |
| | 0622 | WISC00019079 | WISC00019086 | NMC Value Contract with Transnuclear (Revision) | No Objection | 2/15/2002 |
| | 0623 | 02092 WE Opp to MSJ - Appx | 02094 WE Opp to MSJ - Appx | Defendant's Proposed Stipulation of Facts in Yankee Atomic Electric Company v. The United States, Fed. Cl. Cause No. 98-126C (Mar. 1, 2002) | Relevance, Incomplete - Not a Proper Exhibit | 3/1/2002 |
| | 0624 | WISC00075233 | WISC00075249 | Email from Becka (WE) to Weaver re: Project Scope Proposal, attaching same | No Objection | 3/4/2002 |
| | 0625 | WISC0625-0001 | WISC0625-0036 | Utility Plaintiffs' Joint Supplemental Interrogatories and Defendant's Responses thereto | Document Not Produced - Reserve All Objections | 3/8/2002 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0626 | WISC0626-0001 | WISC0626-0079 | Utility Plaintiffs' Requests for Admissions and Defendant's responses thereto | Document Not Produced - Reserve All Objections | 3/8/2002 |
| | 0627 | WISC00063746 | WISC00063746 | Letter from Weaver (WE) to Hanson (Transnuclear) re: Revision to Notice of Suspension | No Objection | 3/18/2002 |
| | 0628 | WISC00018957 | WISC00018984 | NMC Procedures re: Procurement - General | No Objection | 3/20/2002 |
| | 0629 | WISC00063745 | WISC00063745 | Letter from Mason (Transnuclear) to Taylor (Precision Components) re: TN project suspension of work | Authentication, Foundation, Hearsay | 3/22/2002 |
| | 0630 | WISC00075320 | WISC00075320 | Letter from Hanson (Transnuclear) to Weaver (WE) re: Notice of Suspension | Authentication, Foundation, Hearsay | 3/25/2002 |
| | 0631 | 02095 WE Opp to MSJ - Appx | 02100 WE Opp to MSJ - Appx | Notice of Deposition of Tom Pollog in Yankee Atomic Electric Co., et al., v. The United States, Fed. Cl. (Apr. 2002) | Incomplete - Not a Proper Exhibit | 4/3/2002 |
| | 0632 | 02101 WE Opp to MSJ - Appx | 02106 WE Opp to MSJ - Appx | Notice of Deposition of Susan Klein in Yankee Atomic Electric Co., et all, 1,. The United States, Fed. Cl. (Apt. 18, 2002) | Incomplete - Not a Proper Exhibit | 4/18/2002 |
| | 0633 | WDM0013646 | WDM0013725 | Defendant's Response to Utility Plaintiffs Requests for Admissions in Yankee Atomic Electric Co., et al., v. United States, Fed. Cl. Cause Nos. 98-126C (Apr. 18, 2002) | Relevance | 4/18/2002 |
| | 0634 | WISC0634-0001 | WISC0634-0006 | Defendant's Amended Response to Interrogatory Number 97 of the Utility Plaintiffs' Joint Supplemental Interrogatories | Document Not Produced - Reserve All Objections | 4/19/2002 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0635 | HQR1450001 | HQR1450056 | Civilian Radioactive Waste Management System Requirements Document, DOE/RW-0406, Revision 5 | No Objection | 5/1/2002 |
| | 0636 | WISC0636-0001 | WISC0636-0163 | U.S. NRC, Information Digest 2002 Edition, NUREG-1350, Volume 14, June 2002 | Document Not Produced - Reserve All Objections | 6/1/2002 |
| | 0637 | 02112 WE Opp to MSJ - Appx | 02112 WE Opp to MSJ - Appx | Zabransky (DOE) letter to Levin (Exelon Generation Co.) re: non-Issuance of Annual Capacity Report | No Objection | 8/14/2002 |
| | 0638 | WISC00097673 | WISC00097686 | Memo from Nickles (NMC) to Taylor re: annual inventory of fuel assemblies and other devices | No Objection | 8/20/2002 |
| | 0639 | WISC00055156 | WISC00055159 | Letter from Srinivasan (BNFL) to Becka (WE) | Authentication, Foundation, Hearsay | 9/18/2002 |
| | 0640 | WISC00060229 | WISC00060428 | Point Beach Nuclear Plant, DBD-05 Fuel Handling System Design Basis Document, Rev. 2 | No Objection | 10/8/2002 |
| | 0641 | WISC0641-0001 | WISC0641-0157 | Letter from Jernigan (FPL) to NRC transmitting proposed License Amendments St. Lucie Units 1 and 2 with attachments | Document Not Produced - Reserve All Objections | 10/23/2002 |
| | 0642 | WXE0015549 | WXE0015596 | Letter from McElwain (FPL) to NRC re: Proposed License Amendments Turkey Point Units 3 and 4 with attachments | No Objection | 11/26/2002 |
| | 0643 | WISC00126932 | WISC00126932 | NRC, Printout of document found at Electronic Docket for NAC S/T, Docket 72-1002 | No Objection | 11/30/2002 |
| | 0644 | WISC00054918 | WISC00055011 | Nuclear Documentation Manual | No Objection | 12/16/2002 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0645 | WISC00130032 | WISC00130258 | Point Beach Nuclear Plant Refueling Procedure, RP 7, Dry Cask Loading and Storage | No Objection | 12/16/2002 |
| 0646 | WISC00075314 | WISC00075314 | Letter from Weaver (WE) to Hunter (Transnuclear) re: authorization for modification | No Objection | 3/20/2003 |
| 0647 | WISC00019068 | WISC00019069 | Letter from McDonald (Transnuclear) to Leblang (NMC) re: Modification to TN32 Lift Beam for Use at PBNP | Authentication, Foundation, Hearsay | 4/3/2003 |
| 0648 | WISC00125164 | WISC00125170 | NRC, Fact Sheet, Dry Cask Storage of Spent Nuclear Fuel | No Objection | 5/1/2003 |
| 0649 | WISC00125154 | WISC00125163 | Presentation by Brach (NRC), Spent Fuel Project Office Activities and Challenges, NEI Dry Storage information Forum | Authentication, Foundation, Hearsay Relevance. | 5/5/2003 |
| 0650 | WISC00130259 | WISC00130271 | Selected pages from PBNP FSAR (06/03), Fuel handling system | No Objection | 6/1/2003 |
| 0651 | DX 324 (Baumann 30(b)(6)) | | Selected pages from PBNP FSAR (06/03), Design basis | No Objection | 6/1/2003 |
| 0652 | WXE0010001 | WXE0011915 | Point Beach Nuclear Plant Units 1 & 2 Final Safety Analysis Report, PBNP FSAR | No Objection | 6/1/2003 |
| 0653 | WISC00097882 | WISC00098071 | WE memo re: spent fuel pool inventory | No Objection | 6/6/2003 |
| 0654 | WISC00098804 | WISC00098902 | Nuclear Fuel Data Form RW-859 Point Beach Units 1 and 2 with transmittal letter | No Objection | 8/13/2003 |
| 0655 | WXE0012660 | WXE0012667 | NRC, Certificate of Compliance for Radioactive Material Packages, Docket No. 71-9255 | No Objection | 10/14/2003 |

Wisconsin Electric Power Company v. United States, No. 00-697C
Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0656 | WXE0012668 | WXE0012673 | NRC Safety Evaluation Report re: NUHOMS MP187 | No Objection | 10/14/2003 |
| 0657 | WISC00098072 | WISC00098299 | WE memo re: spent fuel pool inventory | No Objection | 10/31/2003 |
| 0658 | WXE0012150 | WXE0012588 | NRC, Certificate of Compliance for Spent Fuel Storage Casks, Docket No. 72-1004, including technical specifications (Attachment A) | No Objection | 1/7/2004 |
| 0659 | WISC00075203 | WISC00075205 | Email from Weaver (WE) to Klein (WE) re: Scope of work | No Objection | 1/19/2004 |
| 0661 | WISC00045572 | WISC00045637 | NRC Safety Evaluation Report | No Objection | 2/4/2004 |
| 0662 | WISC00125195 | WISC00125198 | Indiana Michigan v. United States, Fed. Cl. 98-486C, Joint Stipulation Regarding Testimony On Spent Fuel Discharges and Cask Loading Costs | Relevance | 3/1/2004 |
| 0663 | | | Withdrawn | Relevance | |
| 0664 | WISC00125141 | WISC00125150 | Brach (NRC) presentation, Challenges to Both NRC and Industry, NEI Dry Storage Information Forum | Relevance, Hearsay, Authentication, Foundation | 5/3/2004 |
| 0665 | KRGWE001254 | KRGWE001335 | U.S. DOE, OCRWM, Acceptance Priority Ranking and Annual Capacity Report, DOE/RW-0567, July 2004 | No Objection | 7/1/2004 |
| 0666 | WISC00081107<br>WISC00081131<br>WISC000 | WISC00081108<br>WISC00081132<br>WISC000 | Weekly Exception Timesheets and Work Schedule Set-Up, Semi-Monthly Time Report - Management Employees | No Objection | 7/1/2004 |
| 0667 | WISC00063927 | WISC00064084 | Letter from Mason (Transnuclear) to Meils re: completion of TN-32 casks, with attachments | Hearsay, Authentication, Foundation | 7/9/2004 |

Wisconsin Electric Power Company v. United States, No. 00-697C
Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0668 | WISC00130272 | WISC00130390 | Point Beach Nuclear Plant Refueling Procedure, RP 18, NUHOMS Dry Cask Unloading, Parts 1 - 5 | Objection reserved - Exhibit not produced | 7/22/2004 |
| | 0669 | WISC0669-0001 | WISC0669-0009 | Letter from Zabransky (DOE) to Kuester (WE) re: resumption of DCS process | Document Not Produced - Reserve All Objections | 7/28/2004 |
| | 0670 | WISC00125082 | WISC00125095 | Settlement Agreement between United States and Exelon Generation Co. LLC, et al. | Relevance | 8/5/2004 |
| | 0671 | WISC0671-0001 | WISC0671-0285 | Letter from Jury (AmerGen Energy) to NRC re: Request for Technical Specification Change, Clinton Power Station, Unit 1 with attachments | Document Not Produced - Reserve All Objections | 8/18/2004 |
| | 0672 | WISC0012058 | WISC00124099 | U.S. DOE, OCRWM, Civilian Radioactive Waste Management System Requirements Document, Revision 06, DOE/RW-0406, September 2004 | No Objection | 9/1/2004 |
| | 0673 | | | Withdrawn | Relevance, Hearsay | |
| | 0674 | WISC00130391 | WISC00130401 | Point Beach Nuclear Plant Operating Instructions, Offset Spent Fuel Handling Tool, OI 4A Safety Related, Revision 2 | No Objection | 9/9/2004 |
| | 0675 | WISC00130402 | WISC00130563 | Point Beach Nuclear Plant Refueling Procedure, RP 8, Unloading the Multi-Assembly Sealed Basket, Parts 1 - 5 | No Objection | 9/23/2004 |
| | 0676 | WISC06476-0001 | WISC0676-0011 | Letter from Kuester (WE) to Zabransky (DOE) re: Point Beach Nuclear Plant Delivery Commitment Schedules 2010-2019 | Document Not Produced - Reserve All Objections | 9/29/2004 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0677 | WISC00056711 | WISC00056718 | Memo from Deuel (NMC) to Becka re: NUHOMS Dry Fuel Storage Qualification Matrix | No Objection | 10/1/2004 |
| 0678 | WISC00060429 | WISC00060573 | Point Beach DBD-13 Spent Fuel Cooling and Filtration Design Basis Document, Rev. 3 | No Objection | 10/20/2004 |
| 0679 | WISC00070131 | WISC00070143 | Sub Process Narrative, Commodity Resources, Wisconsin Electric | No Objection | 11/1/2004 |
| 0680 | WISC06800001 | WISC06800318 | Letter from Oatley (Pacific Gas and Electric) to NRC transmitting amendment to Facility Operating License for Units 1 and 2 of Diablo Canyon Power Plant | Document Not Produced - Reserve All Objections | 11/3/2004 |
| 0681 | WISC06810001 | WISC06810033 | Letter from Brown (NRC) to Stall (FPL) issuing amendments re: temporary spent fuel pool cask racks at Turkey Point Units 3 and 4 | Document Not Produced - Reserve All Objections | 11/24/2004 |
| 0682 | WISC0682-0001 | WISC0682-0009 | Letter from Zabransky (DOE) to Kuester (WE) re: resumption of DCS process premature | Document Not Produced - Reserve All Objections | 12/1/2004 |
| 0683 | WISC00049601 | WISC00049603 | Minutes of the December 2, 2004 WE Nuclear Oversight Committee Meeting | No Objection | 12/2/2004 |
| 0684 | WISC0684-0001 | WISC0684-0003 | PSCW memorandum | Document Not Produced - Reserve All Objections | 12/28/2004 |
| 0685 | WISC00125223 | WISC00125224 | U.S. nuclear operating reactor historical capacity factors through 2003 | Authentication, Foundation, Hearsay | 1/10/2005 |

Wisconsin Electric Power Company v. United States, No. 00-697C
Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0686 | WISC00123295 | WISC00123296 | Accounting Order to Defer the Revenue Requirement Impacts Resulting from any Net Recoveries from the U.S. Department of Energy of Spent Nuclear Fuel Disposal Fees, PSC Ref No. 26913 before the PSCW, docket no. 05-GF-145 | No Objection | 1/18/2005 |
| | 0687 | WISC00130567 | WISC00130872 | Letter from Sparby (Xcel Energy) to Haar (Minnesota Public Utilities Commission) transmitting Xcel Energy's Application to the Minnesota Public Utilities Commission for a Certificate of Need - Monticello Spent Nuclear Fuel Storage | Authentication, Foundation, Hearsay | 1/18/2005 |
| | 0688 | WISC00098300 | WISC00098504 | WE memo re: spent fuel pool inventory | No Objection | 1/21/2005 |
| | 0689 | WXE0015543 | WXE0015548 | S. Sisely (BNFLFS), "Transportation Licensing of Storage Canisters - Update and Lessons Learned," Journal of Nuclear Materials Management, Spring 2005 | Authentication, Foundation, Hearsay | 3/1/2005 |
| | 0690 | WISC00075219 | WISC00075232 | NMC email with photos of Point Beach Nuclear Plant ISFSI | Authentication, Foundation | 4/20/2005 |
| | 0691 | WISC00075218 | WISC00075232 | Email from Becka (WE) to Kitsembel re: Point Beach Dry Cask Photos | Authentication, Foundation | 4/20/2005 |
| | 0692 | WISC00019209 | WISC00019240 | NMC purchase order with Transnuclear (revision No. 11) | No Objection | 5/4/2005 |
| | 0693 | WISC00125116 | WISC00125127 | Presentation by Neider (Transnuclear Inc.), The Transnuclear Future Licensing Objectives and New Project Overview, NEI Dry Storage Forum | Authentication, Foundation, Hearsay | 5/10/2005 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0694 | WISC00125128 | WISC00125140 | Presentation by Pennington (NAC International), NAC's MAGNATOR System Licensing Objective: A Framework for Improved Solutions with Safety and Efficiency, NEI Dry Storage Forum | Authentication, Foundation, Hearsay | 5/10/2005 |
| 0695 | WISC00125171 | WISC00125185 | Presentation by Brach (NRC), Spent Fuel Project Office Perspective, NEI Dry Storage Information Forum | Authentication, Foundation | 5/10/2005 |
| 0696 | WISC00125098 | WISC00125113 | Presentation by Craun (DOE), Preclosure and Repository Design Update, DOE/NRC Quarterly Management Meeting | Authentication, Foundation | 6/6/2005 |
| 0697 | WISC00085099 | WISC00085106 | Plaintiff's Second Supplemental Disclosures and Damages Schedules; FY 2005 Annual (Fourth Quarter) NRC license fee invoices, Point Beach Units 1 and 2 and FY 2005 NRC fee schedule | No Objection | 7/25/2005 |
| 0698 | WISC00060077 | WISC00060082 | Point Beach SFP, current as of August 2, 2005 | Authentication, Foundation | 8/2/2005 |
| 0699 | WISC0699-0001 | WISC0699-0025 | Plaintiff's Third Set of Interrogatories and Defendant's Responses thereto | No Objection | 8/24/2005 |
| 0700 | WISC0700-0001 | WISC0700-0039 | Plaintiff's Second Set of Requests for Production of Documents and Defendant's Responses thereto | No Objection | 9/30/2005 |
| 0701 | WISC00070315 | WISC00070320 | Printout Wisconsin Electric MSA permanent transaction-control report | Authentication, Foundation | 11/15/2005 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0702 | WISC00112914 | WISC00112919 | Wisconsin Electric and Nuclear Management Renewed Facility Operating License, DPR-27 | No Objection | 12/22/2005 |
| 0703 | WISC00112920 | WISC00112925 | Wisconsin Electric and Nuclear Management Renewed Facility Operating License, DPR-24 | No Objection | 12/22/2005 |
| 0704 | WISC00084759 | WISC00085098 | Plaintiff's Second Supplemental Disclosures and Damages Schedules: 2005 Cost Update: 3.0182 | Authentication, Foundation, Hearsay | 2/1/2006 |
| 0705 | WISC00084543 | WISC00084758 | Plaintiff's Second Supplemental Disclosures and Damages Schedules: Additional Labor and Expenses Costs | Authentication, Foundation, Hearsay | 2/1/2006 |
| 0706 | WISC00084301 | WISC00084542 | Plaintiff's Second Supplemental Disclosures and Damages Schedules: 2005 Cost Update: 3.0001-67-0055, 3.5055 | Authentication, Foundation, Hearsay | 2/1/2006 |
| 0707 | WISC00125186 | WISC00125190 | Presentation by Supko (ERI), U.S. Nuclear Power: Waste Management Implications, Presented to the John Hopkins University | Authentication, Foundation, Hearsay | 2/22/2006 |
| 0708 | WISC00130873 | WISC0131047 | Point Beach Nuclear Plant Refueling Procedure, RP 17, NUHOMS Dry Cask Loading and Storage, Parts 1 - 6 | No Objection | 3/9/2006 |
| 0709 | WISC00125114 | WISC00125115 | NRC, Dry Spent Fuel Storage Designs, NRC Approved for General Use | No Objection | 4/27/2006 |
| 0710 | WISC0710-0001 | WISC0710-0011 | Plaintiff's Third Set of Requests for Production of Documents and Defendant's Responses thereto | No Objection | 5/2/2006 |

Case 1:00-cv-00697-JFM Document 273 Filed 01/26/2007 Page 74 of 102

Wisconsin Electric Power Company v. United States, No. 00-697C
Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0711 | WISC0711-0001 | WISC0711-0037 | U.S. DOE, OCRWM, Civilian Radioactive Waste Management System Requirements Document, Revision 07, May 2006 | No Objection | 5/10/2006 |
| 0712 | | | Withdrawn | No Objection | |
| 0713 | WISC00126914 | WISC00126914 | U.S. NRC, Printout of Electronic Docket for GNSI Caster V-21, Docket 72-1000 | No Objection | 5/25/2006 |
| 0714 | WISC00126932 | WISC00126932 | U.S. NRC, Printout of Electronic Docket for NAC S/T, Docket 72-1002 | No Objection | 5/25/2006 |
| 0715 | WISC00126935 | WISC00126935 | U.S. NRC, Printout of Electronic Docket for NAC-C-28 S/T, Docket 72-1003 | No Objection | 5/25/2006 |
| 0716 | WISC00126952 | WISC00126952 | U.S. NRC, Printout of Electronic Docket for TN-24, Docket 72-1005 | No Objection | 5/25/2006 |
| 0717 | WISC00126953 | WISC00126957 | U.S. NRC, Printout of Electronic Docket for VSC-24, Docket 72-1007 | No Objection | 5/25/2006 |
| 0718 | WISC0718-0001 | WISC0718-0013 | Settlement Agreement in Omaha Public Power District v. United States | Relevance | 6/7/2006 |
| 0719 | WISC0719-0001 | WISC0719-0008 | Statement of Edward F. Sproat III, Director, Office of Civilian Radioactive Waste Management, U.S. Department of Energy, before the Subcommittee on Energy and Air Quality, July 19, 2006 | Document Not Produced - Reserve All Objections | 7/19/2006 |
| 0720 | WISC0720-0001 | WISC0720-0004 | NRC Backgrounder, Dry Cask Storage of Spent Nuclear Fuel, August 2006 | Document Not Produced - Reserve All Objections | 8/1/2006 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0721 | WISC0721-0001 | WISC0721-0002 | NRC website download, Locations of Independent Spent Fuel Storage Installations | Document Not Produced - Reserve All Objections | 9/8/2006 |
| | 0722 | WISC00125225 | WISC00125246 | U.S. nuclear power plant power uprates through 2004 | No Objection | various |
| | 0723 | PX037 (Zabransky) | | Delivery Commitment Schedules 1992-2001 | No Objection | various |
| | 0724 | DX 254 (Becka) | | NMC purchase order with Transnuclear | No Objection | various |
| | 0725 | WISC00124053 | | NRC Transport Documents [CD] | Authentication, Foundation, Hearsay | various |
| | 0726 | WISC00126958 | WISC00126958 | Electronic versions of Portions of NRC E-Dockets for VSC-24 (Docket 72-1007), HI-STAR 100 (Docket 72-1008), TN-32 (Docket 72-1021), NAC-MPC (Docket 72-1025), Fuel Solutions (Docket 72-1026) and TN-68 (Docket 72-1027) [CD] | Authentication, Foundation, Hearsay | various |
| | 0727 | WISC0727-0001 | WISC0727-0001 | Drawing 128-57, Point Beach Nuclear Plant Spent Fuel Pool | Document Not Produced - Reserve All Objections | |
| | 0728 | WISC00128222 | WISC00128248 | Drawings of Point Beach Nuclear Plant Spent Fuel Pool | Authentication, Foundation | |
| | 0729 | WISC00131072 | WISC00131072 | ERI 2005 1998 BaseCase & Intrautility PostShutdown Comparison.xls [CD] | Authentication, Foundation, Hearsay | |
| | 0730 | WISC00131072 | WISC00131072 | ER12005 BaseCase Additional Storage Requirements Calc.xls [CD] | Authentication, Foundation, Hearsay | |
| | 0731 | WISC00131072 | WISC00131072 | ERI 2005 Intra Utility Cases Additional Storage.xls [CD] | Authentication, Foundation, Hearsay | |
| | 0732 | WISC00131072 | WISC00131072 | ERI 2005 1998 RampUp Sensitivity PostShutdown Comparison.xls [CD] | Authentication, Foundation, Hearsay | |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0733 | WISC00131072 | WISC00131072 | ERI 2005 RampUp Comparison Additional Storage.xls [CD] | Authentication, Foundation, Hearsay | |
| 0734 | WISC00131072 | WISC00131072 | ERI 112805 1998 LE104 BaseCase Post Shutdown Comparison.xls [CD] | Authentication, Foundation, Hearsay | |
| 0735 | WISC00131072 | WISC00131072 | ERI 112805 Base Case Additional Storage Requirements Calc.xls [CD] | Authentication, Foundation, Hearsay | |
| 0736 | WISC00131072 | WISC00131072 | ERI 112805 LE104 IntraUtility Cases Additional Storage.xls [CD] | Authentication, Foundation, Hearsay | |
| 0737 | WISC00131072 | WISC00131072 | ERI 101405 Sensitivity Additional Req 900 2100 Calc.xls [CD] | Authentication, Foundation, Hearsay | |
| 0738 | WISC00124054 | WISC00124054 | NRC Viability Assessment [CD] | Authentication, Foundation, Hearsay | |
| 0739 | WISC00131051 | WISC00131071 | Point Beach Nuclear Plant Spent Fuel Pool Heat Load Calculation | No Objection | |
| 0740 | WISC00131073 | WISC00131198 | Point Beach Nuclear Plant Photos, Drawings, and Graphics [CD] | Authentication, Foundation | |
| 0741 | WISC00126912 | WISC00126912 | Spreadsheet WE-PWR Fabrication Cost Estimate/Holtec | Authentication, Foundation | |
| 0742 | WISC00128645 | WISC00128646 | Holtec rack weight calculation | Authentication, Foundation | |
| 0743 | WISC00129311 | WISC00129311 | Holtec Drawings re: racks | Authentication, Foundation | |
| 0744 | CTR0320001 | CTR0320014 | McLeod, Barrie, JAI Corporation, and Pollog, Thomas, DOE, Methodology for the Projection of Spent Nuclear Fuel Discharges, conference paper | No Objection | |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0745 | HQR-043-0592 | HQR-043-0595 | Paper entitled: "Utility and DOE Efforts to improve the Standard Disposal Contract - experiment in cooperation," by A. Brownstein and B. Cole (ER Johnson) | No Objection | |
| 0746 | HQO8805230014 | HQO8805230014 | Draft of letter from Rousso (DOE) to Kraft (Utility Nuclear Waste Management Group) re: disposal fee adequacy | Authentication, Foundation, Hearsay | |
| 0747 | KRGWE002409 | KRGWE002411 | Testimony Of Michael F. Baumann In Response To Lake Michigan Coalition Testimony | No Objection | |
| 0748 | WISC00000459 | WISC00000465 | Additional Spent Fuel Storage Capacity Point Beach Nuclear Plant | Authentication, Foundation, Hearsay, Relevance. | |
| 0749 | WISC00059424 | WISC00059430 | PBNP Operation and Reload Assumptions | Authentication, Foundation | |
| 0750 | WISC00059431 | WISC00059436 | PBNP Operation and Reload Assumptions | Authentication, Foundation | |
| 0751 | WISC00059437 | WISC00059440 | Dry Storage Requirements | Authentication, Foundation | |
| 0752 | WISC00059441 | WISC00059445 | PBNP Operation and Reload Assumptions | Authentication, Foundation | |
| 0753 | WISC00059446 | WISC00059450 | PBNP Operation and Reload Assumptions | Authentication, Foundation | |
| 0754 | WISC00065050 | WISC00065118 | WE Memos re: Fourth quarter billing overhead study 1989-1995, payroll loading rates, labor loads for ATC | No Objection | |
| 0755 | WISC00070150 | WISC00070158 | Printouts re: controlling area 1000, has employee names, etc | Authentication, Foundation | |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0756 | WISC00070159 | WISC00070189 | Chart - Series, Series Title, Notes, Retention Period in Years, General | Authentication, Foundation | |
| | 0757 | WISC00079451 | WISC00079458 | MSB Fabrication Project Work Plan, VCC Fabrication Project Work Plan | No Objection | |
| | 0758 | WISC00080006 | WISC00080006 | Dry Fuel Loading Organizational Chart | Authentication, Foundation | |
| | 0759 | WISC00080102 | WISC00080105 | Projected Hours Loading Preparations and Loading | Authentication, Foundation | |
| | 0760 | WISC00080106 | WISC00080108 | Dry Fuel Storage Budgets | Authentication, Foundation | |
| | 0761 | WISC00080109 | WISC00080118 | MSB Loading Activities | Authentication, Foundation | |
| | 0762 | WISC00085107<br>WISC00085141 | WISC00085107<br>WISC00085141 | NMC count of personnel number | Authentication, Foundation | |
| | 0763 | WISC00085108 | WISC00085136 | Printouts Current Estimate labor NPBU 1996-2003 | Authentication, Foundation | |
| | 0764 | WISC00085605 | WISC00085605 | Printout of PBNP functional areas | Authentication, Foundation | |
| | 0765 | WISC00085606 | WISC00085624 | Work Activity Definitions | Authentication, Foundation | |
| | 0766 | WISC00085625 | WISC00085625 | Chart - Settlement rules | Authentication, Foundation | |
| | 0767 | WISC00124008 | WISC00124008 | Drawing - Phase 1 spent fuel assemblies, 599 storage spaces | Authentication, Foundation | |
| | 0768 | WISC00126915 | WISC00126931 | NRC, Certificate of Compliance for GNSI Caster V-21, Docket 72-1000 | Authentication, Foundation, Hearsay, Relevance | |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0769 | WISC00126936 | WISC00126951 | NRC, Certificate of Compliance for NAC-C-28 S/T, Docket 72-1003 | Authentication, Foundation, Hearsay, Relevance | |
| | 0770 | DX 342 (Straub) | | Printout WE labor records | No Objection | |
| | 0771 | WISC00128647 | WISC00128739 | Generic Wet Storage Specification | Authentication, Foundation, Hearsay, Relevance | |
| | 0772 | WISC00006496 | WISC00006504 | Notes re: The Selmer Company | Authentication, Foundation, Hearsay, Relevance | |
| | 0773 | CTR0012010 | CTR0012060 | Guidebook for Standard Contract Disposal | Authentication, Foundation, Hearsay, Relevance | |
| | 0774 | DER0062120 | DER0062131 | Pacific Northwest Nuclear Labs memo re: Need for Maintenance of Full Core Reserve | Authentication, Foundation, Hearsay, Relevance | |
| | 0775 | WISC00078710 | WISC00078720 | Dry Cask Storage photos and diagrams | No Objection | |
| | 0776 | WISC00078791 | WISC00078797 | Dry Storage Procedures | Authentication, Foundation | |
| | 0777 | WISC00079080 | WISC00079111 | Photos/slides | Authentication, Foundation | |
| | 0778 | WISC00125151 | WISC00125153 | Presentation by Brach (NRC), Spent Fuel Storage: Status and Future Regulatory Initiatives, NEI/WNA World Nuclear Fuel Cycle 2005 | Authentication, Foundation, Relevance | |
| | 0779 | WXE0012589 | WXE0012659 | Transnuclear, Inc., "Preliminary Safety Evaluation Report NUHOMS HD Horizontal Modular Storage System for Irradiated Nuclear Fuel," Docket No. 72-1030 | Authentication, Foundation, Hearsay | |