Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0780 | WISC00042313 | WISC00042336 | Transnuclear, Inc., Design Criteria for the TN-32 Spent Fuel Storage Cask with Single Failure Proof Trunnions for Wisconsin Electric, E-16189, Rev 0 | Authentication, Foundation, Hearsay | |
| 0781 | WISC00042337 | WISC00042390 | Procurement Specification for TN-32 Spent Fuel Storage Cask with Single Failure Proof Trunnions for Wisconsin Electric, E-16234, Rev 0 | Authentication, Foundation, Hearsay | |
| 0782 | WISC00042391 | WISC00042434 | Procurement Specification for Spent Fuel Storage Cask Baskets for Wisconsin Electric, E-16235 Draft | Authentication, Foundation, Hearsay | |
| 0783 | WISC00019415 | WISC00019441 | NUHOMS Dry Storage System DAEC and Point Beach Nuclear Plant | Authentication, Foundation, Hearsay | |
| 0784 | WISC00059456 | WISC00059456 | Cost to Unload One Cask | Authentication, Foundation, Hearsay, Relevance | |
| 0785 | WISC00079994 | WISC00079997 | Memo from Holzmann (WE) Re: July 27-August 7, 1998 Dry Run of the Dry Fuel Storage Loading Procedures | No Objection | |
| 0786 | WISC00124055 | WISC00124055 | US DOE, Draft Environmental Impact Statement for a Geologic Repository for Disposal of Spent Nuclear Fuel and High-Level Radioactive Waste at Yucca Mountain, Nye County, Nevada, DOE/EIS-0250D, Volume I | No Objection | |
| 0787 | | | Withdrawn | No Objection | |
| 0788 | WISC00131199 | WISC00131200 | WE brochure materials re: PBNP | Authentication, Foundation | |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0789 | WISC0789-0001 | WISC0789-0001 | National Academy of Engineering Member Directory, Sol Burstein, http://www.nae.edu/nae/naepub.nsf/Members+By+UNID/C3159B5182A47766852569370054 7906?opendocument | Document Not Produced - Reserve All Objections | |
| | 0790 | WISC00023574 | WISC00023577 | Memo from Wilson (WE) re: Spent Nuclear Fuel Storage Legislation | No Objection | |
| | 0791 | DX 001 (Supko) | | ERI Expert Report Regarding Spent Nuclear Fuel Acceptance Rates for Wisconsin Electric Power Company's Point Beach Units 1 and 2, ERI-2098-0501 | No Objection | 7/14/2005 |
| | 0792 | DX 002 (Supko) | | ERI Expert Report Regarding Determination of the U.S. Department of Energy's Overall Spent Nuclear Fuel Acceptance Rate, ERI-2098-0601 | No Objection | 5/8/2006 |
| | 0793 | DX 003 (Supko) | | ERI Expert Report Regarding The Development of Dual-Purpose Casks, ERI-2098-0602 | No Objection | 5/8/2006 |
| | 0794 | DX 356 (Sieracki) | | Revised Assessment of Damages Resulting from the Department of Energy's Failure to Perform Its Contractual Obligations Regarding Wisconsin Electric Power Company's Spent Nuclear Fuel, The Kenrich Group, Richard Sieracki and Kenneth Metcalfe | No Objection | 5/8/2006 |
| | 0795 | KRGWE003321 | KRGWE003341 | Kenrich Binder: AA - Revised Damages Model | Authentication, Foundation, Hearsay | 5/8/2006 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0796 | KRGWE002690 | KRGWE003263 | Kenrich Binder: BB - Revised Fuel Management | Authentication, Foundation, Hearsay | 5/8/2006 |
| | 0797 | KRGWE000747 | KRGWE000324 | Kenrich Binder: CC - Revised Cost Of Capital | Authentication, Foundation, Hearsay | 5/8/2006 |
| | 0798 | KRGWE001709 | KRGWE001844 | Kenrich Binder: E - Escalation | Authentication, Foundation, Hearsay | 7/14/2005 |
| | 0799 | KRGWE003267 | KRGWE003320 | Kenrich Binder: GG - Revised Past Costs [2 Binders] | Authentication, Foundation, Hearsay | 5/8/2006 |
| | 0800 | KRGWE001945 | KRGWE002092 | Kenrich Binder: II - Revised NRC Fees | Authentication, Foundation, Hearsay | 5/8/2006 |
| | 0801 | KRGWE000001 | KRGWE000398 | Kenrich Binder: J - Historical Financial Information | Authentication, Foundation, Relevance, Hearsay | 7/14/2005 |
| | 0802 | KRGWE000399 | KRGWE000744 | Kenrich Binder: K - Publicly Available Information | Authentication, Foundation, Hearsay | 7/14/2005 |
| | 0803 | KRGWE002095 | KRGWE002652 | Kenrich Binder: L - Other Support Documents | Authentication, Foundation, Hearsay | 7/14/2005 |
| | 0804 | KRGWE000801 | KRGWE001477 | Kenrich Binder: M - U.S. Department Of Energy Documents | Authentication, Foundation, Hearsay | 7/14/2005 |
| | 0805 | KRGWE003342 | KRGWE003387 | Kenrich Binder: N - Would-Have-Been-Costs - Temporary Cask Pit Rack | Authentication, Foundation, Hearsay | 5/8/2006 |
| | 0806 | WISC00128249 | WISC00128644 | Revised Expert Report Reference Binder | Authentication, Foundation, Hearsay | 5/8/2006 |
| | 0807 | WISC00129063 | WISC00129309 | October - December 2004 Cost Support 3.0182 | Authentication, Foundation, Hearsay | 6/29/2006 |
| | 0808 | WISC00128768 | WISC00129062 | October - December 2004 Cost Support 3.0001-67-0055, 3.5055 | Authentication, Foundation, Hearsay | 6/29/2006 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0809 | WISC00004243 | WISC00004533 | Initial Damages Disclosures - Costs thru 9/04: N9600018 - VSC 24 Casks 1-8 | Authentication, Foundation, Hearsay | 2/1/2005 |
| 0810 | WISC00006350 | WISC00006519 | Initial Damages Disclosures - Costs thru 9/04: N9600009 - VSC 24 Casks 9-12 | Authentication, Foundation, Hearsay | 2/1/2005 |
| 0811 | WISC00006520 | WISC00006663 | Initial Damages Disclosures - Costs thru 9/04: 3.0009 - VSC-24 Casks 13-16 | Authentication, Foundation, Hearsay | 2/1/2005 |
| 0812 | WISC00006791 | WISC00007977 | Initial Damages Disclosures - Costs thru 9/04: 3.0182 - TN 32 PT Casks 17-30 | Authentication, Foundation, Hearsay | 2/1/2005 |
| 0813 | WISC00008395 | WISC00009598 | Initial Damages Disclosures - Costs thru 9/04: 33664/N9500203 -Additional Spent Fuel Storage | Authentication, Foundation, Hearsay | 2/1/2005 |
| 0814 | WISC00004698 | WISC00004905 | Initial Damages Disclosures - Costs thru 9/04: 1203402 - Dry Cask Storage - Loading Of Casks | Authentication, Foundation, Hearsay | 2/1/2005 |
| 0815 | WISC00005600 | WISC00005951 | Initial Damages Disclosures - Costs through 9/04: 1203430 - Dry Cask Storage - O&M Activities | Authentication, Foundation, Hearsay | 2/1/2005 |
| 0816 | WISC00004092 | WISC00004149 | Initial Damages Disclosures - Costs thru 9/04: 3.5027 Tri-Lifter Truck/1200038 - Nuclear Waste Program | Authentication, Foundation, Hearsay | 2/1/2005 |
| 0817 | WISC00004906 | WISC00005132 | Initial Damages Disclosures - Costs through 9/04: 120583, 120586, 120587 - Modifications for Metal Dry Fuel Storage, Purchase of Metal Dry Fuel System, PM & Licensing Support for TN32 System | Authentication, Foundation, Hearsay | 2/1/2005 |
| 0818 | WISC00005133 | WISC00005599 | Initial Damages Disclosures - Costs thru 9/04: N9600002/46752 Dry Cask Storage Recovery | Authentication, Foundation, Hearsay | 2/1/2005 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0819 | WISC00008172 | WISC00008207 | Initial Damages Disclosures - Costs thru 9/04: 1200033 - NRC Inspection and Application Fees | Authentication, Foundation, Hearsay | 2/1/2005 |
| | 0820 | WISC00004609 | WISC00004697 | Initial Damages Disclosures - Costs thru 9/04: 3.0019 - TN-32 Metal Dry Cask Storage | Authentication, Foundation, Hearsay | 2/1/2005 |
| | 0821 | WISC00005952 | WISC00006349 | Initial Damages Disclosures - Costs thru 9/04: 3.5051 - NUHOMS Mod Design Work | Authentication, Foundation, Hearsay | 2/1/2005 |
| | 0822 | WISC00004534 | WISC00004608 | Initial Damages Disclosures - Costs thru 9/04: 46082/1200036 - High Level Waste Solutions | Authentication, Foundation, Hearsay | 2/1/2005 |
| | 0823 | WISC00007978 | WISC00008171 | Initial Damages Disclosures - Costs thru 9/04: 3.0001-67-0055 - Manage High Level Waste | Authentication, Foundation, Hearsay | 2/1/2005 |
| | 0824 | WISC00006664 | WISC00006790 | Initial Damages Disclosures - Costs thru 9/04: 120039 - Strategic Issues Administration | Authentication, Foundation, Hearsay | 2/1/2005 |
| | 0825 | WISC00004150 | WISC00004242 | Initial Damages Disclosures - Costs thru 9/04: 3.5055 - Trans License for VSC-24 | Authentication, Foundation, Hearsay | 2/1/2005 |
| | 0826 | WISC00008208 | WISC00008394 | Initial Damages Disclosures - Costs thru 9/04: 31644/General Spent Fuel Storage Attorneys Fees | Authentication, Foundation, Hearsay | 2/1/2005 |
| | 0827 | WEP0790001 | WEP0790045 | Revised Written Testimony of Krishna P. Singh, including Attachments | No Objection | 6/13/2006 |
| | 0828 | WXE0004001 | WXE0004081 | Expert Report of Cliff Hamal and appendices/attachments | No Objection | 6/29/2006 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0829 | WXE0150106 | WXE0150264 | Presentation by Hamal and Harvey, "Market-based pricing of ancillary services: market design choices, consequences and performances" Atlanta, Georgia | Relevance, Hearsay, Authentication, Foundation | 9/27/2002 |
| 0830 | WXE0150517 | WXE0150522 | Article by Hamal and Tyler, "Shifting Regulatory Oversight of Utility Mergers" | Relevance, Hearsay, Authentication, Foundation | |
| 0831 | WXE0070001 | WXE0070003 | LECG engagement letter for services | Relevance, Hearsay | 6/28/2005 |
| 0832 | WXE0070004 | WXE0070017 | US Dept. of Justice contract/purchase order and invoices | Relevance, Hearsay, Authentication, Foundation | 7/5/2006 |
| 0833 | WXE0070018 | WXE0070226 | LECG Invoices and supporting documentation | Relevance, Hearsay, Authentication, Foundation | |
| 0834 | WXE0080001 | WXE0080085 | Hamal handwritten notes | Hearsay | |
| 0835 | WXE0080086 | WXE0080220 | Hamal Deposition summaries of various deponents | Hearsay | |
| 0836 | WXE0090001 | WXE0090001 | Spreadsheet - diff between RW-859 and Supko reactor assembly discharges | Authentication, Foundation, Hearsay | |
| 0837 | WXE0090001 | WXE0090001 | Spreadsheet - Available spent fuel pool capacity | Authentication, Foundation, Hearsay | |
| 0838 | WXE0090001 | WXE0090001 | Spreadsheet - WEPCO dry storage cask loading plans | Authentication, Foundation, Hearsay | |
| 0839 | WXE0090001 | WXE0090001 | Spreadsheet - Costs to complete MSB's 5-8 | Authentication, Foundation, Hearsay | |
| 0840 | WXE0090001 | WXE0090001 | Spreadsheet - Point Beach operating history chronology of events and anecdotal information | Authentication, Foundation, Hearsay | |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0841 | WXE0090001 | WXE0090001 | Commercial workpapers | Authentication, Foundation, Hearsay | |
| | 0842 | WXE0090001 | WXE0090001 | Spreadsheet - Consolidated yearly data for damages model | Authentication, Foundation, Hearsay | |
| | 0843 | WXE0090001 | WXE0090001 | Spreadsheet - Summary of damaged pool locations over time | Authentication, Foundation, Hearsay | |
| | 0844 | WXE0090001 | WXE0090001 | Spreadsheet - Deponent references to full core reserve policy | Authentication, Foundation, Hearsay | |
| | 0845 | WXE0090001 | WXE0090001 | Spreadsheet - DOE pickup projections - industry | Authentication, Foundation, Hearsay | |
| | 0846 | WXE0090001 | WXE0090001 | Spreadsheet - DOE acceptance queue based on 1991<br>acceptance priority ranking | Authentication, Foundation, Hearsay | |
| | 0847 | WXE0090001 | WXE0090001 | Spreadsheets - Interest as damages Navigant | Authentication, Foundation, Hearsay | |
| | 0848 | WXE0090001 | WXE0090001 | Spreadsheet - Point Beach general chronology of events | Authentication, Foundation, Hearsay | |
| | 0849 | WXE0090001 | WXE0090001 | Spreadsheet - Key people job descriptions | Authentication, Foundation, Hearsay | |
| | 0850 | WXE0090001 | WXE0090001 | Spreadsheet - Dry storage project completion as reported in<br>reports to PSCW | Authentication, Foundation, Hearsay | |
| | 0851 | WXE0090001 | WXE0090001 | Spreadsheet Point Beach Unit 1 yearly energy production | Authentication, Foundation, Hearsay | |
| | 0852 | WXE0090001 | WXE0090001 | Spreadsheets - misc. spent fuel pool status, etc | Authentication, Foundation, Hearsay | |
| | 0853 | WXE0090001 | WXE0090001 | Spreadsheets - PBNP predicted storage needs | Authentication, Foundation, Hearsay | |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0854 | WXE0090001 | WXE0090001 | Spreadsheet - Refueling outage and fuel discharge projections | Authentication, Foundation, Hearsay | |
| | 0855 | WXE0090001 | WXE0090001 | Spreadsheet - Steam generator replacement chronology of events and anecdotal information | Authentication, Foundation, Hearsay | |
| | 0856 | WXE0090001 | WXE0090001 | Spreadsheet - WEPCO v US damages summary | Authentication, Foundation, Hearsay | 7/14/2006 |
| | 0857 | WXE0090001 | WXE0090001 | Spreadsheet - WEPCO v US past would have been costs | Authentication, Foundation, Hearsay | 7/14/2006 |
| | 0858 | WXE0090001 | WXE0090001 | Spreadsheet - WEPCO v US Past actual and future actual costs | Authentication, Foundation, Hearsay | 7/14/2006 |
| | 0859 | WXE0090001 | WXE0090001 | Spreadsheet - TN-32 Chronology of events | Authentication, Foundation, Hearsay | |
| | 0860 | WXE0090001 | WXE0090001 | Spreadsheet - WEPCO v US Interest on WEPCO's Damages Claim | Authentication, Foundation, Hearsay | |
| | 0861 | WISC00052526 | WISC00052533 | Wilson memo re: PBNP spent fuel storage (draft) | No Objection | 7/22/1977 |
| | 0862 | WXE0100001 | WXE0100205 | Expert Report of Stephen Kiraly and appendices/attachments | No Objection | 6/30/2006 |
| | 0863 | WXE0100049 | WXE0100050 | Matrix of WEPCO claim adjustments, Attachment I-a-4.1 to Kiraly Report | Authentication, Foundation, Hearsay | |
| | 0864 | PX 097 (Kiraly) | | Letter from DOE to Perkins Coie attaching replacement pages for attachment 1 of Kiraly Report | No Objection | 8/11/2006 |
| | 0865 | WXE0060001 | WXE0060050 | DOE forms and invoices re: purchase order 2W-CIV01-0254 dated May 2002 - June 2006 | Relevance | |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0866 | WXE0060051 | WXE0060108 | Navigant Consulting invoices dated June 2005 - July 2006 | Authentication, Foundation, Hearsay, Relevance | |
| 0867 | WXE0020001 | WXE0020003 | List of documents Kiraly relied upon for his report | Authentication, Foundation, Hearsay | |
| 0868 | WISC00065050 | WISC00065118 | Memo from Rappl (WEPCO) to Pilitz and Fish (WEPCO) re: 1989 fourth quarter billing overhead study with attachments | No Objection | 10/30/1989 |
| 0869 | WISC00070115 | WISC00070123 | Spreadsheet -WE Energies project/audit number list | Authentication, Foundation | 11/15/2005 |
| 0870 | WISC00005739 | WISC00005741 | WEPCO request for accounts payable to NAC International | Authentication, Foundation | 8/29/1997 |
| 0871 | WXE0080841 | WXE0080870 | Spreadsheets re: interest on WEPCO's damages claim | Authentication, Foundation, Hearsay | |
| 0872 | WXE0080871 | WXE0080911 | Spreadsheets re: borrowing cost on Navigant damages | Authentication, Foundation, Hearsay | |
| 0873 | WXE0120001 | WXE0120001 | Kiraly Report - electronic files [CD] | Authentication, Foundation, Hearsay | 8/15/2006 |
| 0874 | WXE0170010 | WXE0170013 | Invoice from The Lance Group to Navigant Consulting | Authentication, Foundation, Hearsay, Relevance | 5/1/2006 |
| 0875 | WXE0170014 | WXE0170018 | Invoice from The Lance Group to Navigant Consulting | Authentication, Foundation, Hearsay, Relevance | 7/5/2006 |
| 0876 | WXE0170001 | WXE0170009 | Independent Contractor Agreement between Navigant Consulting and Stephen Kiraly | Authentication, Foundation, Hearsay, Relevance | 4/7/2006 |
| 0877 | WXE0170024 | WXE0170029 | Navigant Consulting details of fees dated June 2006 - July 2006 | Authentication, Foundation, Hearsay, Relevance | |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0878 | WXE0170019 | WXE0170023 | Invoice from The Lance Group to Navigant Consulting | Authentication, Foundation, Hearsay, Relevance | 6/1/2006 |
| 0879 | WXE0180001 (letter not bates numbe | WXE0180012 | DOJ letter to WE counsel re: Lance and Navigant billings with Lance and Navigant invoices | Authentication, Foundation, Hearsay, Relevance | 9/15/2006 |
| 0880 | WXE0110001 | WXE0110060 | Expert Report of Warren K. Brewer and appendices and attachments | No Objection | 6/30/2006 |
| 0881 | WXE0050006 | WXE0050017 | DOJ Contract Purchase Order Form No. 5W-CIV01-0699 | No Objection | 6/17/2005 |
| 0882 | WXE0050001 | WXE0050005 | Email from Abbott to Shultis attaching WEPCO estimate | No Objection | 6/14/2005 |
| 0883 | WXE0050018 | WXE0050084 | Cost accrual Report for ABZ, Inc., contract number 5W-CIV01-0699 (2005 - 2006) | Authentication, Foundation, Hearsay, Relevance | |
| 0884 | WXE00016145 | WXE0016145 | Brewer Report -- Supporting documents [CD] | Hearsay, Authenticity, Foundation | 6/30/2006 |
| 0885 | WXE0016146 | WXE0016146 | Brewer Report -- Supporting documents/Access database [CD] | Hearsay, Authenticity, Foundation | 6/30/2006 |
| 0886 | WISC00025246 | WISC00025362 | WEPCO Point Beach Nuclear Plant Units 1 and 2, spent fuel storage expansion | No Objection | 4/6/1978 |
| 0887 | WISC00051676 | WISC00051684 | Letter from Linder (Wachter Associates, Inc.) to Dill (WEPCO) re PBNP north pool installation report and notes | Hearsay, Authenticity, Foundation | 1/7/1980 |
| 0888 | WISC00051685 | WISC00051692 | Memo from Kurtz and Zach to Reed re: comments to SMP #345, phase 8 north pool rack installation 12/4/79 to 12/14/79 | No Objection | 1/2/1980 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0889 | WISC00128232 | WISC00128232 | Oversized Drawing - WEPCO PBNP, poison design cask area containment assembly | Authenticity, Foundation | 11/28/1978 |
| | 0890 | WXE0016108 | WXE0016145 | Letter from Shukla (ONRR) to Oatley (PG&E) re: Diablo Canyon Power Plants issuance of amendments for revisions to cask pit storage rack, attachments | No Objection | 11/21/2005 |
| | 0891 | WXE0013228 | WXE0013251 | Letter from Jabbour (ONRR) to Crane (AmerGen Energy) re: Clinton Power Station unit issuance of amendment for onsite spent fuel storage expansion, attachments | No Objection | 10/31/2005 |
| | 0892 | WXE0015549 | WXE0015596 | Letter frown McElwain (FPL) to NRC re: Turkey Point units 3 and 4 proposed license amendments for addition of cask area spent fuel storage tanks, attachments | No Objection | 11/26/2002 |
| | 0893 | WXE0015517 | WXE0015542 | Letter from Arroyo (ONRR) to Stall (Florida Power and Light) re: St. Lucie units I and 2, issuance of amendments for addition of cask pit storage racks and spent fuel capacity, attachments | No Objection | 7/9/2004 |
| | 0894 | WXE0016075 | WXE0016107 | Letter from Patel (ONRR) to Dugger (Entergy) re: issuance of amendment to facility operating license for Waterford Steam Electric station unit 3, attachments | No Objection | 7/10/1998 |
| | 0895 | WXE0013252 | WXE0013289 | Letter from Pickett (ONRR) to Campbell (FirstEnergy) re: issuance of amendment for Davis-Besse Nuclear Power Station Unit 1, attachments | No Objection | 2/29/2000 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0896 | WISC00059354 | WISC00059419 | Letter from Monninger (NRC) to Quinn (BNFL) re: amendment to certificate of compliance for ventilated storage cask (VSC-24) system, attachments | No Objection | 1/22/2003 |
| 0897 | PDX 134 (Brewer) | | Brewer Report -- Access database printouts from CD containing 2002 RW859 data for Point Beach Nuclear Plant Unit 1 | Hearsay, Authenticity, Foundation | |
| 0898 | PDX 135 (Brewer) | | Brewer Report -- Access database printouts from CD containing 2002 RW859 data for Point Beach Nuclear Plant Unit 2 | Hearsay, Authenticity, Foundation | |
| 0899 | PDX 136 (Brewer) | | Letter from Pulsifer (ONRR) to Liu (IES Utilities) re: amendment to facility operating license, attachments | No Objection | 2/2/1994 |
| 0900 | PDX 136 (Brewer) | | Letter from Clark (ORB) to Mayer (Northern States Power Company) re: amendments to facility operating license | No Objection | 5/18/1981 |
| 0901 | WXE0015110 | WXE0015125 | Letter from Dilanni (ORB) to Musolf (Northern States Power Company) enclosing amendments and safety evaluation | Hearsay, Authenticity, Foundation | 6/26/1985 |
| 0902 | WXE0015126 | WXE0015152 | Letter from Dilanni (ORB) to Parker (Northern States Power Company) re: amendments for increasing enrichment of the fuel assemblies, attachments | No Objection | 8/28/1989 |
| 0903 | | | WE reserves the right to identify as trial exhibits any subsequent analyses or demonstrative exhibits that WE's fact or expert witnesses may prepare | No Objection | |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0904 | | | WE reserves the right to identify as trial exhibits any documents that it may receive from the Government through discovery or Freedom of Information Act requests | Contrary to the Rules of the Court of Federal Claims | |
| | 0905 | | | WE reserves the right to identify as trial exhibits any documents that concern, reflect or identify costs incurred by either WE or the Nuclear Management Company to the extent that the parties cannot stipulate that these costs were incurred by either WE | Contrary to the Rules of the Court of Federal Claims | |
| | 0906 | WISC00049484 | WISC00049513 | PBNP Spent Fuel Storage Recommendation on dry fuel storage strategy, prepared by Eric Meils | No Objection | 03/30/1998 |
| | 0907 | WISC00125979 | WISC00126009 | Testimony of Robert Link before the PSCW | Incomplete | 10/12/1994 |
| | 0908 | WISC09080001 | WISC09080006 | Wisconsin Electric Power Company Controller's Accounting Order No. 156 | No Objection | 09/17/1990 |
| | 0909 | EDB0020890 | EDB0020901 | Statement of Ben C. Rusche, Director OCRWM DOE, before the Committee on Energy and Natural Resources, U.S. Senate | Authentication, Foundation, Hearsay, Relevance | 04/29/1987 |
| | 0910 | PNL1732668 | PNL173227040 | Statement by Ben C. Rusche, Director OCRWM DOE, before the Committee on Science and Technology, U.S. House of Representatives | No Objection | 02/26/1985 |
| | 0911 | ZAB0010893 | ZAB0010902 | Robert L. Morgan memo to The Secretary re: Final Rulemaking on Standard Contract for Nuclear Waste Disposal with attachments | No Objection | 04/08/1983 |

Wisconsin Electric Power Company v. United States, No. 00-697C
Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0912 | PNL1173151 | PNL1173154 | Overcast and Carney memo to Emmett Moore re: MRS Institutional Report | Authentication, Foundation, Hearsay, Relevance | 02/26/1984 |
| 0913 | EDB0010127 | EDB0010128 | Draft transmittal letter from S. Rousso to Director re: approval for publication 1994 Acceptance Priority Ranking and Annual Capacity Report | No Objection | 00/00/0000 |
| 0914 | CTR0011696 | CTR0011711 | Letter from Zabransky as Chairman of EEI/UWASTE High-Leval Waste Management Working Group to Brownstein, Acting Chief OCRWM DOE, re: Annual Capacity Report Issue Resolution Process with enclosures | No Objection | 04/01/1994 |
| 0915 | SN119904 | SN119907 | Letter from R.G. Cocherell, Southern Nuclear, to D. Baptist, DOE Contracting Officer, re: Delivery Commitment Schedule Notice with attachments | Authentication, Foundation, Hearsay, Relevance | 09/30/1996 |
| 0916 | SN120329 | SN120329 | Letter from Tomasoni, DOE Contracting Officer, to Cocherell (Southern Nuclear) stating that DOE is not able to approve DCS | No Objection | 03/13/1997 |
| 0917 | CTR0060139 | CTR0060174 | Index to Tables of Issues Related to the Standard Contract | Authentication, Foundation, Hearsay, Relevance | 00/00/0000 |
| 0918 | HQR0360182 | HQR0360202 | Basis for the VA and TSLCC Cost Estimate Operational Waste Stream | Authentication, Foundation, Hearsay, Relevance | 06/11/1988 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0919 | HQR0020105 | HQR0020145 | Annual Capacity Report Briefing for OCRWM Executive Committee | Authentication, Foundation, Hearsay, Relevance | 11/00/1986 |
| 0920 | | | DOE, Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed Hight-Leval Radioactive Waste , DOE/S-0020, June 1983 | No Objection | 06/00/1983 |
| 0921 | CTR0400568 | CTR0400583 | Review of Administrator Policy for Interim Storage of Radioactive Waste | No Objection | 04/26/1995 |
| 0922 | EDB0012423 | EDB0012425 | Letter from E.F. Benz to A. Brownstein, OCRWM DOE, re: Review of Draft Annual Capactiy Report | Authentication, Foundation, Hearsay, Relevance | 10/19/1990 |
| 0923 | PNL0300063 | PNL0300070 | Spent Fuel Acceptance Rate | Authentication, Foundation, Hearsay, Relevance | 00/00/0000 |
| 0924 | EDB0011487 | EDB0011515 | Memo from A. Brownstein (DOE) to Distribution re: Preliminary Draft of the 1990 Annual Capacity Report (ACR), attachment | No Objection | 10/05/1990 |
| 0925 | HQR0011538 | HQR0011539 | Memo from R.A. Milner (DOE) to Director, OCRWM, re: Approval for Issuance of a Comment Draft of the Annual Acceptance Priority Ranking | No Objection | 04/15/1991 |
| 0926 | HQR0010339 | HQR0010340 | Memo from D. Dreyfus, Director OCRWM, to The Secretary re: Approval Notice of Inquiry Regarding Waste Acceptance Issues | No Objection | 00/00/0000 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0927DX | HQR0010311 | HQR0010312 | Memo from D. Dreyfus, Director OCRWM, to The Secretary re: Approval Notice of Inquiry Regarding Waste Acceptance Issues | No Objection | 00/00/0000 |
| | 0928 | | | Memo from P.A. McDuffie/S.A. Vance to D.C. Langstaff/A.B. Brownstein re: Recommended DOE Positions on 17 Contract Implementation Issues | Authentication, Foundation, Hearsay, Relevance | 06/28/1991 |
| | 0929 | CTR0240150 | CTR0240152 | Letter from E.F. Benz to A. Brownstein, OCRWM DOE, re: Review of Draft Delivery Commitment Schedule Instructions | Authentication, Foundation, Hearsay Relevance | 08/22/1991 |
| | 0930 | HQR1020140 | HQR1020143 | Letter from James Watkins (Secretary of Energy) to James Howard (Northern States Power Co.) | No Objection | 05/29/1992 |
| | 0931 | | | Memo from P.N. McDuffie/S.A.Vance to A.B. Brownstein/D.C. Langstaff re: Commentrs on EEI/UWASTE Positions on Eleven Issues | Authentication, Foundation, Hearsay, Relevance | 05/22/1991 |
| | 0932 | | | Origin of 3000 MTU/YR Receipt Rate | No Objection | 00/00/0000 |
| | 0933 | | | Appendix C, Organization Chart, OCRWM | No Objection | 00/00/0000 |
| | 0934 | | | OCRWM Organization Charts 1983 - 1999 | No Objection | 00/00/1983 |
| | 0935 | HQR0020703 | HQR0020704 | Memo from R.A. Milner (DOE) to Director, OCRWM, re: Approval for Publication of the 1991 Annual Capacity Report | No Objection | 12/20/1991 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0936 | CTR0451035 | CTR0451041 | ORCRWM Document Change Proposal for Waste Management System Requirements, Vol. 1, DOE/RW-0264 | Authentication, Foundation, Hearsay, Relevance | 00/00/0000 |
| | 0937 | | | 1984 Annual Review of the Adequacy of the 1-Mill/KWH Waste Disposal Fee, PNL-5241 | Authentication, Foundation, Hearsay, Relevance | 09/00/1984 |
| | 0938 | HQR0282750 | HQR0282762 | CRWMS Program Baseline Change -- Justification for Changing to a Multipurpose Canister-Based System | Authentication, Foundation, Hearsay, Relevance | 00/00/0000 |
| | 0939 | HQR0580330 | HQR0580331 | Memorandum fro R.A. Milner to D.A. Dreyfus, Director OCRWM, re: Termination of OCRWM direct financial suppport to canister technology development efforts | Authentication, Foundation, Relevance | 00/00/0000 |
| | 0940 | PNL1500157 | PNL1500161 | Memorandum from R. Liikala (Battelle) to Distribution re: Waste Management Program Strategy, attachment | Authentication, Foundation, Hearsay, Relevance | 03/12/1984 |
| | 0941 | CTR0130282 | CTR0130320 | I. Selin (Chair, NRC), "Timely Topics on Spent Fuel Storage," appearing in Journal of Nuclear Materials Management , October, 1994 | Authentication, Foundation, Hearsay, Relevance | 07/19/1994 |
| | 0942 | ARC0010533 | ARC0010559 | Contract for Disposal of Spent Nuclear Fuel and/or High-Leval Radioactive Wast: Comments on Nuclear Waste Policy Act of 1982 (Act) | No Objection | 00/00/0000 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|
| 0943 | MOV.1990831.0022 | MOV.1990831.0022 | Lawrence (Acting Director, OCRWM) memorandum to R. Williamson, et al. re: Mission Plan for the Civilian Radioactive Waste Management Program | No Objection | 03/28/1984 |
| 0944 | NRC0440001 | NRC0440066 | Calculation of Annual Fee for Spent Fuel Storage/Reactor Decommissioning Fee Class, FY 2006 and related documents | No Objection | 00/00/0000 |
| 0945 | KRGWE002044 WISC00085101 | KRGWE002085 WISC00085106 | 10 CFR various Parts re: fee schedules | No Objection | 00/00/1998 |
| 0946 | | | Letter from D. Carney (Perkins Coie) to NRC FOIA/PA Officer re: Freedom of Information Act Request 2006/07/25 | No Objection | 00/00/0000 |
| 0947 | | | Responses of NRC to D. Carney Freedom of Information/Privacy Act Request | No Objection | 00/00/0000 |
| 0948 | | | Findings of Fact, Conclusion of Law and Order in docket no. 2-U-7623 before the Public Service Commission of Wisconsin, including Concurring Opinion of Commissioner Charles J. Cicchetti | No Objection | 02/14/1980 |
| 0949 | SN010806 | SN010810 | OCRWM Organization Charts | Authentication, Foundation, Hearsay | 00/00/0000 |
| 0950 | HQR0643925 | HQR0643930 | Barrett (Acting Director, OCRWM) Memorandum re: Approval: Implementation Plan for Acceptance of Civilian Spent Nuclear Fuel by the Federal Government in January, 1998 | Authentication, Foundation, Hearsay | 01/25/1993 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0951 | PA189585 | PA189589 | Letter from D.H. Peterson (Northern States Power) to Morgan (DOE) re: comments on draft waste disposal contract | Authentication, Foundation, Hearsay | 03/03/1983 |
| | 0952 | HQR0381488 | HQR0381490 | Document entitled Commercial Spent Nuclear Fuel Additional Storage Installations, Plans and Requirements | Authentication, Foundation, Relevance | 05/25/2000 |
| | 0953 | HQR0364611 | HQR0364635 | Barrett (Acting Director, OCRWM) presentation, Civilian Radioactive Waste Management System Approaches to the Office of Management and Budget | Authentication, Foundation, Relevance | 03/19/1998 |
| | 0954 | HQR0360414 | HQR0360422 | Barrett (Acting Director, OCRWM) presentation, Civilian Radioactive Waste Management System Alternatives to the Office of Management and Budget | Authentication, Foundation, Relevance | 12/22/1997 |
| | 0955 | HQR0452612 | HQR0452612 | Memorandum of Agreement re: Multipurpose Canister Program | No Objection | 04/30/1996 |
| | 0956 | NRC0450020 | NRC0450076 | SECY-98-260 NRC CFO Policy Paper to NRC Commissioners on FY 1999 Fee Rulemaking (includes October 1998 "Spent Fuel Storage and Decommissioning Study" as attachment 2) | No Objection | 11/05/1998 |
| | 0957 | | | Letter from Taylor (South Carolina Electric & Gas) to NRC re: Comments on Proposed FY 1999 Fee Rule | Hearsay | 05/03/1999 |

Wisconsin Electric Power Company v. United States, No. 00-697C

Defendant's Objections to Plaintiff's Exhibits

| | Wepco Plt. Exh # | Bates - Begin | Bates - End | Full Name | Government Objections | Doc Date |
|---|---|---|---|---|---|---|
| | 0958 | | | Letter from Atkins (Yankee Atomic Electric Company) to NRC re: Comments on Proposed FY 1999 Fee Rule | Hearsay | 05/10/1999 |
| | 0959 | | | Letter from Mellor (Connecticut Yankee Atomic Power Company) to NRC re: Comments on Proposed FY 1999 Fee Rule | Hearsay | 06/03/1999 |
| | 0960 | | | FY 1995 Fees Summary -- Final Rule Spreadsheet | No Objection | 00/00/0000 |
| | 0961 | | | FY 1999 Fees Summary -- Final Rule Spreadsheet | No Objection | 00/00/0000 |
| | 0962 | | | FY 2001 Direct Resources Spreadsheet | No Objection | 00/00/0000 |
| | 0963 | | | FY 2002 Direct Resources Spreadsheet | No Objection | 00/00/0000 |
| | 0964 | | | FY 2003 Direct Resources Spreadsheet | No Objection | 00/00/0000 |
| | 0965 | | | FY 2004 Direct Resources Spreadsheet | No Objection | 00/00/0000 |
| | 0966 | | | FY 2005 Direct Resources Spreadsheet | No Objection | 00/00/0000 |
| | 0967 | | | NRC Commissioner Merrifield Notation Vote & Comments on SECY-98-260 - FY 1999 Fee Rulemaking | No Objection | 12/04/1998 |
| | 0968 | | | NRC Commissioner McGaffigan Notation Vote & Comments on SECY-98-260 - FY 1999 Fee Rulemaking | No Objection | 12/04/1998 |
| | 0969 | | | TSLCC rec. ltr report 2002/02 | Authentication, Foundation, Hearsay, Relevance | 02/00/2002 |
| | 0970 | | | Yankee ex PTX 254 Gov Ex STX 664 | No Objection | 00/00/0000 |