# In the United States Court of Federal Claims

No. 00-697 C
(Filed September 5, 2007)

WISCONSIN ELECTRIC POWER COMPANY, Plaintiff,

v.

THE UNITED STATES, Defendant.

## ORDER

A final pretrial conference was held on August 29, 2007. In accord with the discussions and agreements reached at this pretrial conference, it is **ORDERED**:

1. Exhibits.

(a) Each exhibit listed on the parties' pretrial submissions, as of August 29, 2007, to which the opposing party expressed "no objection" is ADMITTED in evidence for all purposes.

(b) Exhibits, listed on each party's pretrial submission, thereby comprising duplicate exhibits, are ADMITTED in evidence for all purposes, subject to an appropriate motion should it develop that the document actually differs from its asserted duplicate.

(c) Plaintiff's exhibits that defendant initially addressed in its revised submission, filed August 31, 2007, and to which defendant then expressed "no objection" are ADMITTED in evidence for all purposes. (These documents comprise plaintiff's exhibit Nos. 184, 303, 444, 446, 452, 455, 481, 571, 610, 611, 625, 626, 634, 636, 669, 676, 682, 684, 719, 720, 721, 727.)

(d) Plaintiff's exhibits that comprise "excerpts" or "portions" or "without attachments" and to which defendant expressed an "incomplete" objection are ADMITTED in evidence for all purposes subject to the right of either party to substitute the complete document. (These documents comprise plaintiff's exhibits Nos. 550, 561, 562, 567 and 578. Plaintiff's exhibit 57 was withdrawn as defendant's exhibit No. 493 is a complete copy of the same document.)

(e) Plaintiff's exhibits, not previously admitted, to which defendant withdrew objections are ADMITTED in evidence for all purposes. (These documents comprise plaintiff's exhibit Nos. 614, 631, 632.)

(f) Rulings on the admission of other proposed exhibits are deferred for trial proceedings.

(g) The parties shall confer, agree on the exhibits admitted during the pretrial proceedings, prepare a Joint Exhibit 1, comprising a list(s) identifying the exhibits so admitted, and tender this Joint Exhibit 1 for admission prior to the commencement of trial testimony.

(h) Exhibits which are admitted in evidence but which are not thereafter substantively referenced during trial or in post-trial proceedings are subject to removal from the record and counsel will be requested to confer and prepare a list of such exhibits for removal action at the close of proceedings in this litigation.

(i) Counsel are requested, if feasible, to provide, at the earliest opportunity final exhibit lists in the form of an Excel spreadsheet which will be suitable for recording subsequent events such as admissions in evidence, withdrawal, etc.

(j) Counsel will ensure that the court reporter receives a legible record copy of each exhibit appropriately marked with the caption and docket number of this case, the exhibit number in figures, identified as for plaintiff, defendant, or joint.

2. Trial Proceedings.

(a) Trial will commence at 10:00 a.m. on Monday, September 10, 2007 and continue to completion which is not intended to exceed the close of business on October 16, 2007. October 9, 2007 is a federal holiday and, absent exceptional circumstances, the court will be closed on this day.

(b) Trial will usually adjourn each day by 6:00 p.m., but the time may be extended or adjusted to accommodate witnesses.

(c) The procedures proposed by counsel for making exhibits available to witnesses and the court during trial proceedings as discussed during the cited conference, are reasonable, adequate and acceptable.

(d) Both parties invoked Federal Rule of Evidence 615, with the result that witnesses, with the exception of experts and advisors, shall be so excluded in accordance with this Rule. Counsel shall be responsible for promptly informing the court in the event that a person is present in the courtroom who should be excluded pursuant to Rule 615.

(e) Counsel should provide opposing counsel with a list setting forth the order of witness testimony so that six calendar days notice in advance of testimony, is provided for each witness presented.

(f) Counsel shall provide demonstrative exhibits to opposing counsel at least forty-eight hours in advance of trial use. All demonstrative exhibits, unless admitted in evidence, shall accompany the record as in the nature of an offer of proof pursuant to Federal Rule of Evidence 103, and shall be identified by a demonstrative exhibit number. Counsel are responsible for providing the court reporter with copies of demonstratives to accompany the record, appropriately marked as provided above.

(g) An expert witness must be qualified and accepted by the court prior to presenting any substantive expert testimony. An expert's report will usually be admitted in evidence as a part of the expert's testimony, so as to expedite the presentation of evidence.

3. The cooperation of counsel in the pretrial proceedings and its continuation for ensuing trial proceedings is most appreciated.

s/ James F. Merow
James F. Merow
Senior Judge