**U.S. Department of Justice**

Civil Division

PDK:JED:HDL:SASnyder
D.J. No. 154-00-697

Telephone: (202) 616-0347
Facsimile: (202) 307-2503

*Washington, D.C. 20530*

September 5, 2007

**VIA FACSIMILE AND UNITED STATES MAIL**

Richard W. Oehler
Perkins Coie LLP
607 Fourteenth Street N.W.
Washington, D.C. 20005-2011

Re: Wisconsin Electric Power Co. v. United States, Fed. Cl. No. 00-697C

FILE

Dear Mr. Oehler:

After reviewing the objections that Wisconsin Electric Power Company ("WEPCO") has interposed to the exhibits on the Government's Exhibit List, we request that WEPCO consider withdrawing its objections to each identified exhibit in the following categories.

1. **Relevance Objections**. You have objected to many exhibits on relevance grounds. A review of these exhibits demonstrates that many of them were produced by WEPCO during the course of this litigation. Further, many of the exhibits, on their face, are relevant to some fact or facts at issue in this litigation. For example, DX 2, DX 19, DX 84, DX 84A, DX 129, DX 137, DX 193, DX 244, DX 251, DX 253, DX 257, DX 267, DX 283, DX 430, DX 433, DX 456 are all exhibits that relate to the Point Beach dry fuel storage project and are thus relevant to the issues in the trial. Other documents relate specifically to the use by WEPCO of the metal TN-32 casks, including Dx 157, DX 159, DX 203, DX 310, DX 315. Other documents relate to the Point Beach spent pool capacity, including DX 55, DX 73. We ask you to withdraw your objections to the foregoing exhibits.

2. **Hearsay Objections**. You have objected to the following exhibits on hearsay grounds: DX 8, DX 13, DX 170, DX 181, DX 182, DX 184, DX 490, DX 491, DX 492, DX 501, DX 501.01-501.85, DX 502, DX 503, DX 504, DX 505, DX 506, DX 507, DX 508, DX 509, DX 510, DX 511, DX 512, DX 513, DX 514, DX 515, DX 516, DX 518, DX 519, DX 520, DX 522, DX 524 - 530, DX 532, DX 535, DX 537, DX 544. Each of these exhibits meets the ancient document

exception to the hearsay rule, pursuant to FRE 803(16). In this sense, these documents are no different than those exhibits you proffered as ancient documents during the August 29, 2007 pretrial hearing in this case. WEPCO's hearsay objections as to those exhibits should therefore be withdrawn.

WEPCO has objected on hearsay grounds to exhibits that include admissions of a party opponent and therefore, pursuant to FRE 801(d)(2), do not constitute hearsay. Exhibits falling within this category are: DX18, DX19, DX31, DX55, DX75, DX84, DX84A, DX90, DX103, DX129, DX137, DX146, DX151, DX154, DX158, DX170, DX181, DX182, DX184, DX191, DX193, DX200, DX201, DX203, DX229, DX235, DX241, DX244, DX253, DX257, DX258; DX267, DX276, DX280, DX281, DX282, DX283, DX285, DX293, DX315, DX318, DX344, DX349, DX428, DX430, DX433, DX452, DX454, DX456, DX459, DX475-DX488; DX501.34, DX506, DX507, DX508, DX510, DX516, DX517, DX520, DX523, DX524, DX525, DX527, DX528, DX535, DX537, DX544, DX546, DX548, DX551, DX552, DX554, DX563, DX565, DX571, DX572, DX573, DX575. Consequently, we request that you withdraw your hearsay objection to these exhibits.

WEPCO has also objected on hearsay grounds to exhibits that are clearly business records, produced from WEPCO's own files, and thus subject to the business record exception to the hearsay rule, pursuant to FRE 830(6), including DX 2, DX 13, DX 18, DX 19, DX 31, DX 55, DX 73, DX 75,DX 90, DX 129, DX 135, DX 137, DX 154, DX 170, DX 182, DX 184, DX 235, DX 251, DX 253, DX 276, DX 280, DX 281, DX 282, DX 283, DX 285, DX 293, DX 315, DX 327, DX 328, DX 344, DX 475-488, WEPCO's objections to these business records should be withdrawn.

3. **<u>Authenticity Objections</u>.** You have objected to the following exhibits on authenticity grounds: DX 8; DX 19; DX 31; DX 46; DX 129; DX 459. Each of these documents was produced by WEPCO and was drafted by or received by a witness who will appear in the trial of this matter. Under the circumstances, the authenticity objections should be withdrawn.

Please let me know if you have any questions.

Very truly yours,

Sharon Snyder

Sharon A. Snyder
Trial Attorney
Commercial Litigation Branch

**U.S. Department of Justice**

Civil Division

PDK:JED:HDL:SASnyder
D.J. No. 154-00-697

Telephone: (202) 616-0347
Facsimile: (202) 307-2503

*Washington, D.C. 20530*

September 5, 2007

**VIA FACSIMILE AND FIRST CLASS MAIL**

Richard W. Oehler
Perkins Coie LLP
607 Fourteenth Street N.W.
Washington, D.C. 20005-2011

FILE

Re: Wisconsin Electric Power Co. v. United States,
Fed. Cl. No. 00-697C

Dear Mr. Oehler:

Earlier today we sent you correspondence requesting that you withdraw certain objections that you interposed to exhibits on the government's exhibit list. We inadvertently included the following exhibits under the hearsay category as admissions of a party opponent: DX501.34, DX506, DX507, DX508, DX510, DX516, DX517, DX520, DX523, DX524, DX525, DX527, DX528, DX535, DX537, DX544, DX546, DX548, DX551, DX552, DX554, DX563, DX565, DX571, DX572, DX573, DX575. Please remove those enumerated exhibits from your consideration.

Please let me know if you have any questions.

Very truly yours,

Sharon Snyder

Sharon A. Snyder
Trial Attorney
Commercial Litigation Branch