**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 00-697C<br>(Senior Judge Merow) |

**PLAINTIFF'S SECOND REVISED**
**APPENDIX A, ¶ 16 EXHIBIT LIST**

Wisconsin Electric Power Company ("WE") files this second revised Appendix A, ¶ 16 Exhibit List ("Second Revised Exhibit List") adding four exhibits to WE's exhibit list. WE's original Exhibit List reserved the right to amend its Appendix A, ¶ 16 Exhibit List, as appropriate and as may be permitted by this Court. WE respectfully submits that revision of its Exhibit List, limited to these four documents (numbers 1043-1046), is appropriate at this time.

Two of the documents are Government documents. One, Exhibit 1046, is a just-released May 2007 DOE study directly relevant to the testimony of one of WE's experts in this case. The other, Exhibit 1044, is merely the entirety of a Federal Register notice already included (in excerpted form) on WE's Exhibit List as part of the workpapers of WE's damages expert.

Exhibit 1043 is a document related to WE's damages claim that explains general and overhead expenses. Because such costs are included in WE's 2006/7 cost update, this exhibit should be allowed under the Court's June 7, 2007 Order.

Finally, Exhibit 1045 is an engineering calculation from Point Beach Nuclear Plant that only came to light after WE submitted its revised exhibit list on June 13, 2007.

The Second Revised Exhibit List is to be used at trial for WE's case-in-chief or for rebuttal purposes. The Revised Exhibit List does not contain exhibits that WE may choose to use for impeachment or to refresh the recollection of a witness.

WE reserves the right to use any exhibits on the Defendant's Exhibit List. WE also reserves the right to amend this list as the Rules of the Court of Federal Claims or the Court may allow. WE expects that the parties may stipulate to the accuracy of costs incurred by WE, but expressly reserves the right to amend this list to identify any such exhibits should they prove necessary.

Dated: September 7, 2007

Respectfully submitted,

s/Richard W. Oehler by s/Emily C.C. Poulin
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8419

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER COMPANY

Of Counsel:

Donald J. Carney
Mary Rose Hughes
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005
(202) 434-1675

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, on September 7, 2007, I caused a copy of the foregoing "Plaintiff's Second Revised Appendix A, ¶ 16 Exhibit List" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Emily C.C. Poulin
Emily C.C. Poulin