IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 00-697C<br>(Senior Judge Merow) |

DEFENDANT'S MOTION FOR AUTHORIZATION OF SERVICE OF A SUBPOENA, AND MOTION FOR EXPEDITED CONSIDERATION

Pursuant to Rules 45(b)(2) and 45(e) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court authorize the issuance of a subpoena to compel Mr. Roger Newton, a former employee of Wisconsin Electric Power Company ("WEPCO"), to travel more than 100 miles to testify at the trial in the above-captioned matter in Washington, D.C. Defendant's counsel has prepared a draft order, a copy of which is appended to this motion. Further, because the witness who is the subject of this motion will be scheduled to testify during the week of October 1, 2007, defendant respectfully requests that the Court expedite consideration of this motion.

The trial in this case began on Monday, September 10, 2007. The Government included Mr. Newton on its witness list filed on January 24, 2007. Mr. Newton possesses relevant information regarding the issues in this case. As the Government indicated in its witness list, Mr. Newton is expected to testify regarding

WEPCO's spent fuel storage needs subsequent to its second re-racking of its spent fuel pool, "the Newton project", and other relevant matters. Nevertheless, Mr. Newton resides in Hartland, Wisconsin, more that 100 miles from the place of trial. Accordingly, to ensure that service of a subpoena by the United States Marshals Service (or an alternative process server, should that method of service become necessary) is enforceable, we need to obtain an order from the Court authorizing us to require Mr. Newton to travel more than 100 miles to the place of trial. The Government expects to pay the costs of Mr. Newton's travel. Under these circumstances, good cause exists for the issuance of a subpoena.

Accordingly, defendant respectfully requests the Court to authorize the issuance of a subpoena to require Mr. Newton to travel more than 100 miles to the place of trial.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Sharon A. Snyder
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 616-0347
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

SONIA M. ORFIELD
RUSSELL A. SHULTIS
STEPHEN FINN
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

September 14, 2007

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WISCONSIN ELECTRIC POWER COMPANY,

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 00-697C
(Senior Judge Merow)

ORDER

Upon motion of defendant, the United States, this Court hereby authorizes defendant to issue a subpoena requiring attendance of Mr. Roger Newton, a former employee of Plaintiff, Wisconsin Electric Power Company, at trial in the above-captioned matter in Washington D.C., during the week of October 1, 2007, and continuing until completion of trial, notwithstanding distance of travel.

It is so ORDERED.

____________________________
JAMES F. MEROW
Judge

Dated September 14, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on September 14, 2007 a copy of this "DEFENDANT'S MOTION FOR AUTHORIZATION OF SERVICE OF A SUBPOENA, AND MOTION FOR EXPEDITED CONSIDERATION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sonia M. Orfield