# In the United States Court of Federal Claims

No. 00-697 C

(Filed September 14, 2007)

| | |
|---|---|
| WISCONSIN ELECTRIC | ) |
| POWER COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

Upon motion of defendant, the United States, this court hereby authorizes defendant to issue a subpoena requiring attendance of Mr. Roger Newton, a former employee of plaintiff, Wisconsin Electric Power Company, at trial in the above-captioned matter in Washington, D.C., during the week of October 1, 2007, and continuing until completion of trial, notwithstanding distance of travel.

It is so **ORDERED**.

s/ James F. Merow

James F. Merow

Senior Judge