# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 00-697C<br><br>(Senior Judge Merow) |

## JOINT STIPULATION REGARDING ACCURACY OF PLAINTIFF'S COSTS

The parties have worked together through the audit verification process envisioned by this Court regarding the costs through February 28, 2007 that are included in the claim filed by Wisconsin Electric Power Company ("WE"). In the interest of resolving the relative certainty of costs through February 28, 2007 included in WE's claim, the parties offer this joint stipulation.

1. The parties agree, with the two exceptions noted below, that all costs through February 28, 2007 that are included in WE's claim were incurred by WE and are traceable to and supported by WE's accounting records. These costs include (1) outside services and materials costs, (2) the NRC Power Reactors' Annual Fees, (3) employee expenses, (4) the Pension and Benefits Labor Adder, and (5) labor costs. In addition, the Government does not deny the accuracy of the budgeted Administrative and General cost rates used by WE in its claim. The Government, however, contests whether WE legally is entitled to recover these claimed monies in this action.

2. The Government contests the accuracy of the weighted average cost of capital contained in WE's claim.

3. The Government contests the accuracy of the calculated offset from WE's claim for the procurement and installation of a temporary storage rack.

4. This stipulation is without waiver of or prejudice to the parties' rights.

Dated: September 21, 2007

Respectfully submitted,

s/Richard W. Oehler by s/ Emily C.C. Poulin
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8419

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER COMPANY

Of Counsel:

Donald J. Carney
Mary Rose Hughes
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005
(202) 434-1675

s/Sharon A. Snyder
Sharon A. Snyder
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530

Attorney for Defendant
UNITED STATES

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, on September 21, 2007, I caused a copy of the foregoing "Joint Stipulation Regarding Accuracy of Plaintiff's Costs" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Emily C.C. Poulin
Emily C.C. Poulin