# In the United States Court of Federal Claims

No. 00-697 C
(Filed September 27, 2007)

WISCONSIN ELECTRIC )
POWER COMPANY, )
Plaintiff, )
v. )
)
THE UNITED STATES, )
Defendant. )

## ORDER

On September 27, 2007, Defendant's Unopposed Motion to Designate Deposition Testimony Of Mr. Billy Cole was filed.

Accordingly, it is **ORDERED** that defendant's motion is **GRANTED** and the testimony is so designated for use in this proceeding.

s/ James F. Merow
James F. Merow
Senior Judge