EXHIBIT A

# Expert Report of Warren K. Brewer Summary of Opinions

1. WEPCO's damage claim for NRC annual fees relating to its operating reactors is unsupported
2. WEPCO's proposed use of a temporary cask pit rack in the but-for world fails to adequately address inherent technical problems
3. WEPCO's efforts related to off-site dry storage activities would have resulted in greater fuel storage costs
4. Long-lead materials purchased for three TN-32B metal casks were not needed for storage of spent fuel at PBNP
5. WEPCO's switch to the use of NUHOMS casks after 2003 was unnecessary
6. The costs WEPCO would have incurred for fuel transfer to DOE in the but-for world can be estimated

Brewer DDX 2-1

# WEPCO's damage claim for NRC annual fees relating to its operating reactors is unsupported

Brewer DDX 2-2

# NRC Annual Fees

- WEPCO's contention is that the change in annual fee structure that occurred in FY 1999 would not have occurred had DOE started accepting spent fuel
- There is no evidence that WEPCO paid any annual fee specific to the ISFSI after FY 1998
- There is no evidence that this change would not have occurred in the but-for-world

Brewer DDX 2-3

# NRC Annual License Fee Structure




*Fee is the same for facilities with or without an ISFSI

Brewer DDX 2-4

# Post FY1999 Fees Have Not Consistently Increased With Increasing Number of ISFSIs Even Though Number Of Payers Has Remained Constant

| Fiscal Year | Operating Reactor Fee | Spent Fuel Storage/ Decommissioning Fee |
|---|---|---|
| 1999 | $2,776,000 | $206,000 |
| 2000 | $2,815,000 | $206,000 |
| 2001 | $2,753,000 | $266,000 |
| 2002 | $2,849,000 | $239,000 |
| 2003 | $3,251,000 | $319,000 |
| 2004 | $3,283,000 | $203,000 |
| 2005 | $3,155,000 | $159,000 |
| 2006 | $3,704,000 | $173,000 |
| 2007 | $4,043,000 | $159,000 |

Brewer DDX 2-5

# WEPCO's proposed use of a temporary cask pit rack in the but-for world fails to adequately address inherent technical problems

Brewer DDX 2-6

# Use of Cask Pit Rack in But-For World

- Not based on analysis of contemporaneous data
- Cask pit rack would have to be removed to load casks, and therefore could only provide full core reserve capacity, not long term storage capacity
- Did not offer sufficient capacity to address 1991 projections of fuel storage requirements
- Use of a temporary cask pit rack would add more weight to the pool than the load assumed in the pool expansion analysis
- Ignores concerns, considerations and conclusions expressed in the early 1990's
  - Pool expansion dismissed due to conclusion that some structural limits would be exceeded by 7%*

* DX 351

Brewer DDX 2-7

# Use of Cask Pit Rack in But-For World

- Would require the removal of the "anti-tipping frame" and re-licensing of the existing racks
  - Irregular geometry creates removal challenges
  - Frame segmentation in the pool poses significant radiological hurdles
- Licensing timelines present a high degree of risk that the steam generator replacement project would be delayed
  - First of-a-kind project
- Need to repeatedly install and remove temporary rack to accommodate both FCR and DOE cask loading would create additional risk and cost
- Proposed rack would be a Region II rack, thus requiring significant extra fuel movements to use the rack

Brewer DDX 2-8

# Extra Fuel Movement Needed For Use of Region 2 Temporary Cask Pit Rack

(Pool Nearly Full)




Brewer DDX 2-9

# Extra Fuel Movement Needed For Use of Region 2 Temporary Cask Pit Rack

(Install Temporary Rack)




Brewer DDX 2-10

# Extra Fuel Movement Needed For Use of Region 2 Temporary Cask Pit Rack

(Move Assemblies From Pool To Temporary Rack)




Brewer DDX 2-11

# Extra Fuel Movement Needed For Use of Region 2 Temporary Cask Pit Rack

(Move Assemblies From Reactor To Racks)




Brewer DDX 2-12

# Extra Fuel Movement Needed For Use of Region 2 Temporary Cask Pit Rack

(Move Assemblies From Racks Back To Reactor)




Brewer DDX 2-13

# Extra Fuel Movement Needed For Use of Region 2 Temporary Cask Pit Rack

(Move Assemblies From Temporary Rack)




Brewer DDX 2-14

# Extra Fuel Movement Needed For Use of Region 2 Temporary Cask Pit Rack

(Remove Temporary Rack - Pool Nearly Full)




Brewer DDX 2-15