# WEPCO's efforts related to off-site dry storage activities would have resulted in greater fuel storage costs

Brewer DDX 2-16

# Off-Site Dry Fuel Storage

- Activities took place between 1994 through 1997 with an expected operational date of 2003
- Private Fuel Storage (PFS) would not have eliminated the need for and cost of design, licensing and construction of the WEPCO ISFSI
- Assuming a PBNP ISFSI, cost to store fuel at PFS would be greater than to store the fuel at PBNP
  - Transport to PFS (casks and conveyance)
  - Transfer to PFS storage casks
  - O&M (paying for share of separate dedicated staff vs. in-house)
  - Potential additional PBNP plant modifications

# Long-lead materials purchased for three metal TN-32B metal casks were not needed for storage of spent fuel at PBNP

# Long-Lead Materials for TN-32B Metal Casks

- Three TN-32B metal casks were procured as contingency for concerns associated with VSC-24 casks
  - NRC CAL issued June 3, 1996 prohibiting VSC-24 loading
  - Second NRC CAL issued May 16, 1997
  - First CAL closed on September 12, 1997
  - PSCW authorization to load 6 TN-32 casks **if** VSCs not available to support outage in 2000 (Requested on May 20, 1998 and granted on August 11, 1998)
  - Second NRC CAL lifted August 13, 1998

# Long-Lead Materials for TN-32B Metal Casks

- Long-lead materials were purchased at a time when uncertainties with VSC-24 casks had already been addressed
  - Signed contract with Transnuclear on May 8, 1998
  - In July 1998, released Transnuclear to order long-lead materials
  - Delivery of materials expected January 1999
  - In August 1998, after second CAL was lifted, WEPCO negotiated with Virginia Power to receive Virginia Power's long-lead materials, thereby allowing late 1998, early 1999 cask fabrication
- Long-lead materials were common to TN-32B customers and could have been transferred (sold)
- Therefore, TN-32B metal casks, and the materials to construct them, were not needed for PBNP storage of spent fuel
- The milestone payment for procurement of the long lead materials should be used as a proxy for the recovered value

# WEPCO's switch to the use of NUHOMS casks after 2003 was unnecessary

Brewer DDX 2-21

# Switch to NUHOMS was Unnecessary

- WEPCO applied for PSCW authorization to load additional casks and use dual-purpose casks based on*:
  - More flexible fuel technical parameters
  - Longer operating lifetimes
  - Avoidance of repackaging spent fuel for transport
- At the time of WEPCO's application (May 2000), PBNP had sufficient spent fuel assemblies that could be loaded in VSC-24 casks to provide storage for at least 5 additional years
- The VSC-24 Certificate of Compliance amendment approved by the NRC in 2003, could have provided 24 years of additional storage capacity

* DX 136

Brewer DDX 2-22

# Switch to NUHOMS was Unnecessary

- Design life of VSC-24 cask is comparable to several dual-purpose casks, including the NUHOMS 32PT
- Licensed life of VSC-24 cask is the same as several dual-purpose casks, including the NUHOMS 32PT
- It is speculative that DOE will bring a transport cask that can accommodate the NUHOMS 32PT canister
  - NUHOMS 32PT is a large rail cask
  - There is no operational rail or barge facility at Point Beach
- It is speculative that the NUHOMS 32PT canister can be transported off-site
  - Ability to transport large rail cask uncertain
  - No currently licensed transport cask can accommodate the NUHOMS 32PT canister
  - No certainty that a transportation license would still be in effect when needed

Brewer DDX 2-23

# Switch to NUHOMS was Unnecessary




Brewer DDX 2-24

# Switch to NUHOMS was Unnecessary

- No radiation exposure savings if fuel is repackaged
- Continued use of VSC-24 casks reasonable
  - 58 loaded in the industry
  - License must be maintained to support existing casks
  - WEPCO manufactured its own casks
  - Loading effort comparable to welded dual purpose casks
- I conclude that WEPCO could have continued to use the VSC-24 cask to meet its spent fuel storage needs as the VSC-24 cask was:
  - Safe
  - Suitable for continued use at the PBNP site
  - Capable of accommodating a sufficient number of PBNP spent fuel assemblies

Brewer DDX 2-25

# The costs WEPCO would have incurred for fuel transfer to DOE in the but-for world can be estimated

Brewer DDX 2-26

# But-For World Cask Loading Costs

- Most recent claim includes costs for loading spent fuel to ISFSI casks, and recognizes, but provides no offset for the but-for world costs of loading spent fuel to DOE
- To establish but-for world fuel transfer costs, the following must be estimated:
  - Costs per campaign
  - Costs per cask
  - Number of casks loaded
- I considered a range of cask types and sizes that might have been provided by DOE
- Loading effort, challenges and difficulties would be the same (but not necessarily identical) in both worlds

# But-For World Cask Loading Costs

- 2005 WEPCO claim presented loading costs from 2004
  - Per campaign costs
    - Mobilization - $179,253
    - Demobilization - $47,851
  - Per cask costs (based on a 24 assembly bolted cask)
    - WEPCO excludes $17,000 related to welding and leak testing
    - WEPCO also applies 5/6 multiplier based on assumption that loading a bolted cask would take one fewer day than loading a welded cask (five vs. six days)
- I'm not in agreement with either of the per cask costs adjustments made by WEPCO, but correct for only the 5/6 multiplier, and therefore conclude the proper per cask cost is $119,206 for a large rail-type cask

DX 248

Brewer DDX 2-28

# But-For World Cask Loading Costs

- Assume use of legal-weight truck casks
- PBNP has no rail or barge service
- Largest currently licensed legal-weight truck cask is GA-4, which has capacity of 4 PWR assemblies
- Consistent with WEPCO Final Delivery Schedules (FDS) and RW-859s data submitted in 1995
- I assume time to load cask is one day, conservatively based on actual data of 1-2 days
- Therefore, cost to load four-assembly truck cask is 1/6 the cost of loading a large cask, i.e., $119,206 / 6 or $19,868 per cask

DX 74, 452

Brewer DDX 2-29

# But-For World Cask Loading Costs

Number of Truck Casks Loaded Based on 1991 Annual Capacity Report*

| Year | Allocation (MTUs) | Assemblies | Casks |
|---|---|---|---|
| 1998 | 16.28 | 41 | 11 |
| 1999 | 43.01 | 110 | 28 |
| 2000 | 19.77 | 50 | 13 |
| 2001 | 27.07 | 69 | 18 |
| 2002 | 36.74 | 92 | 23 |
| 2003 | 24.83 | 62 | 16 |
| 2004 | 9.7 | 24** | 6 |
| 2005 | 12.84 | 32 | 8 |

* DX 566

** DX 584, Reflects one reinserted assembly

Brewer DDX 2-30

# But-For World Cask Loading Costs

- WEPCO submitted an amended claim in 2007
- This claim included updated loading costs for the 2006 ISFSI loading campaign
- WEPCO's allocation for 2006 in the 1991 ACR is for 40 assemblies*
- The updated costs should be used together with WEPCO's 2006 allocation to calculate the but-for world cask loading costs for 2006

* DX 566

Brewer DDX 2-31