EXHIBIT B

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---------------------------------------x

WISCONSIN ELECTRIC POWER COMPANY, :

Plaintiffs, :

vs. :NO. 00-697C

THE UNITED STATES, :

Defendant. :

---------------------------------------x

Courtroom 6

National Courts Building

715 Madison Place, N.W.

Washington, D.C.

Monday, September 10, 2007

VOLUME 1

The parties met, pursuant to the notice of the Judge at 10:02 a.m.

BEFORE THE HONORABLE JAMES MEROW

APPEARANCES:

ON BEHALF OF PLAINTIFFS:

RICHARD OEHLER, ESQ.
JAY GRIFFITHS, ESQ.
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
(206) 359-8000
and
EMILY POULIN, ESQ.
DONALD CARNEY, ESQ.
MARY ROSE HUGHES, ESQ.
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005
(202) 628-6600

A. It was.
Q. Can you please pull the binder that has Exhibit 381?
A. I have it.
Q. Do you recognize this document?
A. Yes, I do.
Q. And what is it?
A. It is the RW-859 nuclear fuel data form. This one is for Point Beach I.
Q. Can we please turn to the next page which is Bates HQR364-0805?
A. I'm on that page.
Q. Do you see item three, "authorized signature/certification"?
A. Yes, I do.
Q. Is that your signature on the line?
A. It is my signature.
Q. What was your role in this document?
A. As you note on the document, under item two, Mr. Smith Moore was the individual who prepared the document, and then I reviewed and signed it before it was transmitted to the Department of Energy.
Q. Did you agree with the contents in this document?

A. Yes, I did.
Q. Can you please turn to Bates number page HQR364-0809? It's page II.b.2-1 of the document?
A. I'm on that page.
Q. Can we please highlight -- zoom in on part two through letter G? Do you see item 2.1a, current license capacity?
A. Yes, I do.
Q. Okay. What did that mean?
A. That was the number of spaces in the spent fuel pool that were licensed by the Nuclear Regulatory Commission.
Q. And what is the number on that entry?
A. 1502.
Q. Do you see item B, current capacity?
A. Yes, I do.
Q. What did that title mean?
A. It was the number of spaces in the spent fuel pool that were accessible at that point in time.
Q. And what's that number?
A. 1468.
Q. Do you see item C, number of slots that will never be used for spent nuclear fuel?

EXHIBIT C

In the United States Court of Federal Claims

```
-----------------------------x
                             :
WISCONSIN ELECTRIC POWER     :
COMPANY,                     :
                             :
         Plaintiff,          :
                             : No. 00-697C
               v.            : Senior Judge Merow
                             :
THE UNITED STATES OF AMERICA,:
                             :
         Defendant.          :
                             : Volume II
-----------------------------x
```

Wednesday, August 23, 2006

Washington, D.C.

The continued deposition of WARREN K. BREWER, called for examination by counsel for Plaintiff in the above-entitled matter, pursuant to notice, commencing at 9:00 a.m., which was taken at Perkins, Coie, 607 Fourteenth Street N.W., Eighth floor, Washington, D.C., before Michael Feuer, a notary public in and for the District of Columbia, when were present on behalf of the parties:

Q. Isn't it true that Wisconsin Electric also for a number of years refueled without unloading the core?

MR. CRAWFORD: Objection to the vagueness of that.

THE WITNESS: I believe they have conducted refuelings without that. Like most utilities, I think that's not the preferred way.

Given the fact that as I said yesterday, there is a desire on most people's part at nuclear plants to not handle the fuel more than you need to, the reason that people do full core offloads refueling is because there is a perceived benefit to do so.

At some point in time WEPCO may have reassessed all that, concluded they didn't do to do it. It's my understanding in the recent past that's not the way they've done it but it may be different now. They may have concluded that the right way is without offloading the fuel core.

BY MR. OEHLER:

Q. You indicated that Wisconsin Electric

certain could insert the temporary rack, remove it, insert it, remove it.

There's nothing that precludes them from taking that activity, correct?

A. Time and money, that's all.

Q. What kind of time and money are we talking about?

MR. CRAWFORD: Objection to the extent it calls for speculation.

THE WITNESS: I've not really analyzed that but it depends on what state they leave it in.

As I pointed out before, the cask pit rack by definition or by I think Dr. Singh's agreement as well would be a region two rack.

I probably could not simply offload the entire core to that rack. To the extent that I'm limited on space elsewhere in the pool what I would end up having to do is move some of the fuel that's in the pool already into this rack to make room for some of the higher enrichment or lower burn-up assemblies I'm going to remove from the core.

Now, if at the end of the process I put