# Methodology of Damages Analysis

*General Methodology to Assess Damages*

- Review the accounting records;
- Determine if costs were incurred;
- Determine if costs were caused by the breach.

Kiraly DDX 5-1

# Methodology of Damages Analysis

## *General Methodology for a Damages Model*

- The appropriate damage model quantifies the difference between the actual costs incurred and the costs that would have been incurred even absent a breach.
- The standard methodology for computing breach-related damages is to exclude any costs that would have been incurred even absent a breach.

Kiraly DDX 5-2

# Methodology of Damages Analysis

*Damages Analysis Performed on WEPCO's Claim*

- Determine if the costs claimed by WEPCO were actually incurred and traceable to accounting records.
  - Exceptions of costs incurred and traceable to accounting records are Weighted Average Cost of Capital, Temporary Cask Pit Rack cost estimate, A&G costs claimed and Costs Parsed from NRC Annual Reactor License Fees
- Determined if the costs included in the claim were incurred as a result of the DOE partial breach.
- Monetized the adjustments to WEPCO's claim based upon assumptions the Government experts and counsel provided.

Kiraly DDX 5-3

# Methodology of Damages Analysis

*Shortcomings of Damage Claim Prepared by Plaintiff's Expert*

- Kenrich alleges to agree with this methodology, but did not follow it. /1
- The Kenrich report is primarily a series of summary schedules memorializing the plaintiff's costs and some basic testing to verify that the costs were incurred, offering no critical analysis.
- Kenrich did not fully consider the costs that would have been spent even absent a breach, therefore, failed to implement the methodology recommended within their expert report.

Note: /1 ***Overall Approach to Assessing Damages***, Kenrich Report p. 12, PX 0794

**Kiraly DDX 5-4**

# Methodology of Damages Analysis

## *Exclusion of Fixed Costs Does Not Cause Increased Spending*

- Unnecessarily spending more money for capabilities that already exist at WEPCO is needlessly excessive.
- To use internal resources which have excess capacity has a positive net income impact since WEPCO would recover costs it would otherwise have incurred, but not received any additional revenue.
- To use external resources in hopes of recovering those costs in a claim has a net zero effect to income.
  - If the costs are not recovered in litigation, than the company needlessly increased costs.

Kiraly DDX 5-5

# Methodology of Damages Analysis

## *No Beneficiary Relationship from Dry Fuel Storage Project to DOE*

- No contract between DOE and WEPCO to build an ISFSI
- Therefore, the concept of equitable adjustment does not apply to the damages in this case
- The concept of benefit is misplaced in a breach of contract because the issue is of increased costs to WEPCO

Kiraly DDX 5-6

# Analysis of WEPCO's Damages Claim

## *Summary of WEPCO's Claim*

| Description | WEPCO Claim Amount | Prejudgment Interest Applied | Total Claimed Damages |
|---|---|---|---|
| **On-Site Storage** | | | |
| ISFSI, Licensing, Engineering, Construction & Maintenance | $ 20,682,871 | $ 28,406,129 | $ 49,089,000 |
| Dry Casks | 31,535,692 | 17,242,308 | 48,778,000 |
| Handling DOE Containers | 0 | 0 | 0 |
| Temporary Cask Pit Rack | (2,047,641) | (3,817,359) | (5,865,000) |
| **Total On-Site Storage** | **$ 50,170,922** | **$ 41,831,078** | **$ 92,002,000** |
| **Other Cost Types** | | | |
| Private Fuel Storage | $ 883,503 | $ 1,337,497 | $ 2,221,000 |
| Spent Fuel Management | 1,282,054 | 1,035,946 | 2,318,000 |
| **Total Other** | **$ 2,165,556** | **$ 2,373,444** | **$ 4,539,000** |
| **Total WEPCO Claim** | **$ 52,336,479** | **$ 44,204,521** | **$ 96,541,000** |

Source: Amounts from Kenrich Trial Damages Model produced September 24, 2007.

**Kiraly DDX 5-7**

# Analysis of WEPCO's Damages Claim

## *Summary of Adjustments to WEPCO's Claim*

| Description | Total WEPCO Claim | Claim Adjustments | WEPCO Claim After Adjustments |
|---|---|---|---|
| ISFSI | $ 20,682,871 | $ (20,127,278) | $ 555,594 |
| Dry Casks | 31,535,692 | (18,821,798) | 12,713,894 |
| Private Fuel Storage | 883,503 | (883,503) | 0 |
| Spent Fuel Management | 1,282,054 | (604,372) | 677,682 |
| **WEPCO Claim for Recorded Costs** | **$ 54,384,120** | **$ (40,436,950)** | **$ 13,947,170** |
| Temporary Cask Pit Rack | (2,047,641) | 2,047,641 | 0 |
| Handling DOE Containers | 0 | (3,688,166) | (3,688,166) |
| **WEPCO Claim Before Interest** | **$ 52,336,479** | **$ (42,077,475)** | **$ 10,259,004** |
| Prejudgment Interest Applied | 44,204,521 | (44,204,521) | 0 |
| **Total Claimed Damages** | **$ 96,541,000** | **$ (86,281,996)** | **$ 10,259,004** |

Source: Kiraly Report Attachment 1 and Attachment 1-a.

**Kiraly DDX 5-8**

# Analysis of WEPCO's Damages Claim

## *Government Adjustments as Presented in Report*

| Description | WEPCO Claim Amount | Claim Adjustments | Adjusted Claim Amount |
|---|---|---|---|
| Labor | $ 9,231,311 | $ (6,650,322) | $ **2,580,989** |
| Employee Expenses | 617,135 | (523,782) | **93,353** |
| Payroll Adjustments | 536,444 | (536,444) | **0** |
| G & A Adjustments | 1,733,273 | (1,733,273) | **0** |
| Private Fuel Storage | 883,503 | (883,503) | **0** |
| Annual NRC License Fees | 2,283,333 | (2,283,333) | **0** |
| ISFSI and VSC-24 Costs | 18,571,441 | (14,370,678) | **4,200,763** |
| TN-32 Cancellation | 4,915,113 | (4,915,113) | **0** |
| Pursuit of Dual-Purpose Cask | 15,044,948 | (8,540,503) | **6,504,446** |
| Other Spent Fuel Costs | 567,619 | 0 | **567,619** |
| **WEPCO Claim for Past Costs** | **$ 54,384,120** | **$ (40,436,950)** | **$ 13,947,170** |
| Temporary Cask Pit Rack | (2,047,641) | 2,047,641 | **0** |
| **Net Claim Amount** | **$ 52,336,479** | **$ (38,389,309)** | **$ 13,947,170** |
| Avoided Costs to Load to DOE | 0 | (3,688,166) | **(3,688,166)** |
| **Net Claim Amount** | **$ 52,336,479** | **$ (42,077,475)** | **$ 10,259,004** |
| Interest | 44,204,521 | (44,204,521) | **0** |
| **Claim Amount Including Interest** | **$ 96,541,000** | **$ (86,281,996)** | **$ 10,259,004** |

Source: Kiraly Report Attachment 1.

**Kiraly DDX 5-9**

# Analysis of WEPCO's Damages Claim

*Claim Adjustments Can be Based Upon Multiple Reasons*

**Total Adjustments to Recorded Costs: $40,436,950**




Source: Kiraly Report Attachment 1-a-4.4.

**Kiraly DDX 5-10**

# Analysis of WEPCO's Damages Claim

## *Government Adjustments as Presented in Opening Statement*

| Description | Amount | |
|---|---|---|
| **WEPCO Claim Amount** | | $ **96,541,000** |
| Prejudgment Interest | | (44,204,521) |
| **WEPCO Claim for Nominal Costs** | | $ **52,336,479** |
| Temporary Cask Pit Rack | | 2,047,641 |
| **Costs Included in WEPCO Claim** | | $ **54,384,120** |
| **Adjustments to Costs in WEPCO Claim** | | |
| Non-Entitlement Adjustments to Claimed Costs | | |
| Non-Incremental Salaried Internal Labor | $ (2,146,185) | |
| Employee Expenses | (65,217) | |
| Non-Incremental A&G Overhead | (675,263) | |
| Total Non-Entitlement Adjustments | | (2,886,666) |
| Entitlement Adjustments to Claimed Costs | | |
| Private Fuel Storage | $ (883,503) | |
| Annual NRC License Fees | (2,283,333) | |
| ISFSI and VSC-24 Casks 1-5 | (20,550,207) | |
| TN-32B Metal Cask Costs | (5,054,402) | |
| Pursuit of Dual-Purpose Casks | (8,778,839) | |
| Total Entitlement Adjustments | | $ (37,550,284) |
| **Total Adjustments to Costs in WEPCO Claim** | | **(40,436,950)** |
| **WEPCO Claim Net of Cost Adjustments** | | $ **13,947,170** |
| But-For Loading | | (3,688,166) |
| **Net WEPCO Claim After All Adjustments** | | $ **10,259,004** |

Source: In its opening statement, and reflected here, the Government presented the claim adjustments in a different priority order than the Kiraly report. This demonstrative updates the values included on DDX 1-7 to reflect plaintiff's claim update at trial.

**Kiraly DDX 5-11**

**Appendix 11**

# Analysis of WEPCO's Damages Claim

## *Government Claim Adjustments to WEPCO Claim Categories*

| | WEPCO Claim Category | | | | |
|---|---|---|---|---|---|
| **Description** | **ISFSI** | **Dry Casks** | **Private Fuel Storage** | **Spent Fuel Mgt** | **Total** |
| Past Costs in Claim | $ 20,682,871 | $ 31,535,692 | $ 883,503 | $ 1,282,054 | $ 54,384,120 |
| Government Claim Adjustment Categories | | | | | |
| Non-Incremental Salaried Internal Labor | $ (423,435) | $ (1,592,402) | $ 0 | $ (130,349) | $ (2,146,185) |
| Employee Expenses | (23,909) | (35,818) | 0 | (5,490) | (65,217) |
| Non-Incremental A&G Overhead | (121,628) | (553,067) | 0 | (568) | (675,263) |
| NRC Annual Fees | (2,283,333) | 0 | 0 | 0 | (2,283,333) |
| Private Fuel Storage | 0 | 0 | (883,503) | 0 | (883,503) |
| ISFSI & VSC-24 Casks 1-5 | (16,223,930) | (3,858,313) | 0 | (467,964) | (20,550,207) |
| TN-32B Metal Casks | 0 | (5,054,402) | 0 | 0 | (5,054,402) |
| Pursuit of Dual Purpose Casks | (1,051,043) | (7,727,796) | 0 | 0 | (8,778,839) |
| Total Adjustments to Past Costs | $ (20,127,278) | $ (18,821,798) | $ (883,503) | $ (604,372) | $ (40,436,950) |
| **WEPCO Claim After Adjustments** | **$ 555,594** | **$ 12,713,894** | **$ 0** | **$ 677,682** | **$ 13,947,170** |
| But-For Loading | | | | | (3,688,166) |
| **Net WEPCO Claim** | | | | | **$ 10,259,004** |

Source: Kiraly Report Attachments.

Note: Reflects nominal costs included in WEPCO's claim. Does not include prejudgment interest or the offset for the temporary rack. The adjustments are sorted to reflect the presentation at trial.

**Kiraly DDX 5-12**

# Analysis of WEPCO's Damages Claim

## *Comparison of Government Adjustments Presentations*

| Description | As Presented in Report | As Presented in Trial |
|---|---|---|
| **WEPCO Claim Amount** | **$ 96,541,000** | **$ 96,541,000** |
| Prejudgment Interest | (44,204,521) | (44,204,521) |
| **WEPCO Claim for Nominal Costs** | **$ 52,336,479** | **$ 52,336,479** |
| Temporary Cask Pit Rack | 2,047,641 | 2,047,641 |
| **Costs Included in WEPCO Claim** | **$ 54,384,120** | **$ 54,384,120** |
| **Adjustments to Costs in WEPCO Claim** | | |
| Cost Type Adjustments to Claimed Costs | | |
| Non-Incremental Salaried Internal Labor | $ (6,650,322) | $ (2,146,185) |
| Employee Expenses | (523,782) | (65,217) |
| Payroll Adjustments | (536,444) | 0 |
| Non-Incremental A&G Overhead | (1,733,273) | (675,263) |
| Total Cost Type Adjustments | (9,443,820) | (2,886,666) |
| Entitlement Adjustments to Claimed Costs | | |
| Private Fuel Storage | $ (883,503) | $ (883,503) |
| Annual NRC License Fees | (2,283,333) | (2,283,333) |
| ISFSI and VSC-24 Casks 1-5 | (14,370,678) | (20,550,207) |
| TN-32B Metal Cask Costs | (4,915,113) | (5,054,402) |
| Pursuit of Dual-Purpose Casks | (8,540,503) | (8,778,839) |
| Other Spent Fuel Costs | 0 | 0 |
| Total Entitlement Adjustments | $ (30,993,130) | $ (37,550,284) |
| **Total Adjustments to Costs in WEPCO Claim** | **(40,436,950)** | **(40,436,950)** |
| **WEPCO Claim Net of Cost Adjustments** | **$ 13,947,170** | **$ 13,947,170** |
| But-For Loading | (3,688,166) | (3,688,166) |
| **Net WEPCO Claim After All Adjustments** | **$ 10,259,004** | **$ 10,259,004** |

Includes all costs that could be adjusted for accounting reasons as well as entitlement cost adjustments by cost type (labor, A&G, etc).

Includes only accounting related adjustments and no entitlement cost adjustments.

Note: In the opening statement, the Government presented the adjustments categorized by the entitlement reasons. The total adjustments to the claim are the same, just the way in which they were presented varied between the report and the opening.

**Kiraly DDX 5-13**

# Analysis of WEPCO's Damages Claim

## *Government Claim Adjustments*

| Description | As Presented in Report | As Presented in Trial |
|---|---|---|
| **WEPCO Claim Amount** | **$ 96,541,000** | **$ 96,541,000** |
| Prejudgment Interest | (44,204,521) | (44,204,521) |
| **WEPCO Claim for Nominal Costs** | **$ 52,336,479** | **$ 52,336,479** |
| Temporary Cask Pit Rack | 2,047,641 | 2,047,641 |
| **Costs Included in WEPCO Claim** | **$ 54,384,120** | **$ 54,384,120** |
| **Adjustments to Costs in WEPCO Claim** | | |
| Cost Type Adjustments to Claimed Costs | | |
| Non-Incremental Salaried Internal Labor | $ (6,650,322) | $ (2,146,185) |
| Employee Expenses | (523,782) | (65,217) |
| Payroll Adjustments | (536,444) | 0 |
| Non-Incremental A&G Overhead | (1,733,273) | (675,263) |
| Total Cost Type Adjustments | (9,443,820) | (2,886,666) |
| Entitlement Adjustments to Claimed Costs | | |
| Private Fuel Storage | $ (883,503) | $ (883,503) |
| Annual NRC License Fees | (2,283,333) | (2,283,333) |
| ISFSI and VSC-24 Casks 1-5 | (14,370,678) | (20,550,207) |
| TN-32B Metal Cask Costs | (4,915,113) | (5,054,402) |
| Pursuit of Dual-Purpose Casks | (8,540,503) | (8,778,839) |
| Other Spent Fuel Costs | 0 | 0 |
| Total Entitlement Adjustments | $ (30,993,130) | $ (37,550,284) |
| **Total Adjustments to Costs in WEPCO Claim** | **(40,436,950)** | **(40,436,950)** |
| **WEPCO Claim Net of Cost Adjustments** | **$ 13,947,170** | **$ 13,947,170** |
| But-For Loading | (3,688,166) | (3,688,166) |
| **Net WEPCO Claim After All Adjustments** | **$ 10,259,004** | **$ 10,259,004** |

Source: Kiraly Report Attachments Reflecting Plaintiff's Claim Update at Trial.
Many of the claim adjustments can be included under multiple categories.

**Kiraly DDX 5-14**

# Non-Incremental Salaried Internal Labor

## *Types of Labor Addressed in Claim*

- Craft labor was not categorically questioned for accounting reasons, but much of it was questioned for entitlement reasons including:
  - Construction of the ISFSI and work related to the first five (5) VSC-24 casks
  - TN-32B metal cask system
  - WEPCO's switch to the NUHOMS dual-purpose cask
- Salaried labor was further analyzed to determine if adjustments were required for:
  - Lack of support for detailed hours and amounts per employee
  - Non-Incremental nature of some of the salaried costs

Kiraly DDX 5-15