# Non-Incremental Salaried Internal Labor

*Accounting System Traceability With Respect to Labor*

- The ledger reports WEPCO provided to support portions of its salaried labor did not contain detailed hours and amounts per employee
  - The support did not indicate the actual services provided by the salaried staff
  - The evidence did not disclose the extent to which most of the employees were committed to the dry storage project

# Non-Incremental Salaried Internal Labor

## *Accounting Records Provided in Support of MSA Salaried Labor*

G8908-2 WISCONSIN ELECTRIC POWER COMPANY PAGE 1
DOLLARS
MSA PERMANENT TRANSACTIONS-CONTROL REPORT 11/15/05

| COSTC | REF | JANUARY<br>MAY<br>SEPTEMBER | FEBRUARY<br>JUNE<br>OCTOBER | MARCH<br>JULY<br>NOVEMBER | APRIL<br>AUGUST<br>DECEMBER |
|---|---|---|---|---|---|
| 41 | 702 | .00<br>.00<br>2,932.70 | .00<br>7,127.73<br>3,636.54 | .00<br>2,772.74<br>3,528.65 | .00<br>2,723.22<br>3,349.23<br>26,070.81 |
| COSTC | | .00<br>.00<br>2,932.70 | .00<br>7,127.73<br>3,636.54 | .00<br>2,772.74<br>3,528.65 | .00<br>2,723.22<br>3,349.23<br>26,070.81 |

| | | | | | |
|---|---|---|---|---|---|
| | | .00<br>1,870.99 | .00<br>705.01 | 983.23<br>.00 | .00<br>.00<br>.00<br>3,559.23 |
| COSTC | | .00<br>.00<br>1,870.99 | .00<br>.00<br>705.01 | .00<br>983.23<br>.00 | .00<br>.00<br>.00<br>3,559.23 |
| 50 | 701 | 4,146.26<br>8,902.08<br>6,550.06 | 8,210.85<br>10,026.35<br>8,006.81 | 8,758.56<br>10,050.39<br>5,208.08 | 11,926.73<br>4,907.46<br>6,610.27<br>93,303.92 |
| 50 | 720 | .00<br>.00<br>.00 | .00<br>.00<br>.00 | 214.34<br>.00<br>.00 | .00<br>.00<br>.00<br>214.34 |
| COSTC | | 4,146.26<br>8,902.08<br>6,550.06 | 8,210.85<br>10,026.35<br>8,006.81 | 8,972.90<br>10,050.39<br>5,208.08 | 11,926.73<br>4,907.46<br>6,610.27<br>93,518.26 |
| 51 | 701 | 1,894.38<br>4,408.10<br>7,427.25 | .00<br>3,720.26<br>3,927.89 | 8,636.23<br>1,638.69<br>1,671.94 | 11,679.74<br>6,785.32<br>.00<br>51,799.10 |
| 51 | 718 | .00<br>481.63<br>.00 | .00<br>319.33<br>.00 | .00<br>170.60<br>.00 | .00<br>58.82<br>.00<br>1,030.38 |
| COSTC | | 1,894.38<br>4,889.73<br>7,427.25 | .00<br>4,040.59<br>3,927.89 | 8,636.23<br>1,809.59<br>1,671.94 | 11,679.74<br>6,844.14<br>.00<br>52,829.48 |
| 52 | 701 | .00<br>1,936.51<br>4,031.47 | 276.77<br>806.40<br>4,457.86 | 2,027.13<br>3,430.17<br>665.26 | 1,513.55<br>[illegible]<br>[illegible]<br>28,158.23 |
| 52 | 720 | .00<br>702.96<br>335.18 | .00<br>1,409.88<br>.00 | .00<br>41.94<br>.00 | .00<br>115.82<br>3,219.50<br>3,825.28 |

WISC 00070315

Protected Material to be Disclosed Only in Accordance with U.S. Court of Federal Claims Protective Order

Source: DX 337

Kiraly DDX 5-17

# Non-Incremental Salaried Internal Labor

*Accounting Systems Used to Record Labor Detail*

| | MSA Accounting System | SAP Accounting System | CATS Labor Recording System |
|---|---|---|---|
| **Time Period** | Nov 88 - Jul 96 | Aug 96 - Mar 99 | Apr 99 - Present |
| **Salaried Labor in Claim** | $1,499,059 | $1,995,936 | $3,131,977 |
| **Non-Salaried Labor in Claim** | $478,920 | $598,610 | $1,526,809 |
| **Detailed Hours and Amounts per Employee** | No | No | Yes |
| **Salaried Labor Questioned Based upon Lack of Detail** | $1,499,059 ① | $1,995,936 ② | $0 |

Total Adjustment for Salaried Labor With no Detailed Hours and Amounts per Employee : ① $1,499,059 + ② $1,995,936 = $3,494,995

Source: Kiraly Report Attachment 2-c and electronic data support.

Kiraly DDX 5-18

# Non-Incremental Salaried Internal Labor

*Salary Labor Costs Were Not Incremental*

- Documentation does **NOT** exist to establish:
  - Salaried personnel were hired to fill positions vacated by personnel working on the SNF project.
  - Salaried personnel were moved from one project to another to backfill for SNF
  - Individuals were hired for a given project
  - Requests for personnel from one department to assist another department in covering a shortfall of work allegedly caused by the SNF project
  - Employees were precluded from accomplishing other work
  - Other projects were deferred or delayed by SNF

Kiraly DDX 5-19

# Non-Incremental Salaried Internal Labor

## *Minimal Charges to the Dry Fuel Storage Project*

| Personnel Name | Claimed Project Number | Hours by Year \1 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | Hours | Pct Claimed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Berger, Wade A | Claimed | | | | | 8 | | | | | 8 | |
| | Not Claimed | | | 2,243 | 2,245 | 2,178 | 2,221 | | | | 8,886 | |
| Berger, Wade A Total | | | | 2,243 | 2,245 | 2,186 | 2,221 | | | | 8,894 | 0.1% |
| Bowe, Steven D | Claimed | | | | | | | | 30 | | 30 | |
| | Not Claimed | | | | | | | | 2,575 | | 2,575 | |
| Bowe, Steven D Total | | | | | | | | | 2,605 | | 2,605 | 1.2% |
| Bowker, Ronald A | Claimed | | | | 8 | | | | | | 8 | |
| | Not Claimed | | | 2,212 | 2,230 | 2,297 | 2,282 | 2,195 | | | 11,215 | |
| Bowker, Ronald A Total | | | | 2,212 | 2,237 | 2,297 | 2,282 | 2,195 | | | 11,222 | 0.1% |
| Carter, Steven W | Claimed | | | | | 26 | | | | | 26 | |
| | Not Claimed | | | 1,198 | 2,327 | 2,298 | 2,630 | | | | 8,452 | |
| Carter, Steven W Total | | | | 1,198 | 2,327 | 2,324 | 2,630 | | | | 8,478 | 0.3% |
| Deuel, Rebecca A | Claimed | | | | 11 | | 21 | | | | 32 | |
| | Not Claimed | | | | 1,425 | 2,428 | 2,472 | | | | 6,325 | |
| Deuel, Rebecca A Total | | | | | 1,436 | 2,428 | 2,493 | | | | 6,356 | 0.5% |
| Farrand, Terry L | Claimed | | | | | | | | 4 | | 4 | |
| | Not Claimed | | | | | | | | 2,361 | | 2,361 | |
| Farrand, Terry L Total | | | | | | | | | 2,365 | | 2,365 | 0.2% |
| Jeffers, Dale | Claimed | | | 24 | | | | | | | 24 | |
| | Not Claimed | | | 2,437 | 2,449 | 2,425 | 184 | | | | 7,494 | |
| Jeffers, Dale Total | | | | 2,461 | 2,449 | 2,425 | 184 | | | | 7,518 | 0.3% |
| Krause, Kevin L | Claimed | | | | | | 52 | | | | 52 | |
| | Not Claimed | | | 813 | 2,289 | 2,328 | 2,240 | | | | 7,668 | |
| Krause, Kevin L Total | | | | 813 | 2,289 | 2,328 | 2,292 | | | | 7,720 | 0.7% |
| Lange, Edward J | Claimed | | | | | | | | 2 | | 2 | |
| | Not Claimed | | | | | | | | 2,557 | | 2,557 | |
| Lange, Edward J Total | | | | | | | | | 2,559 | | 2,559 | 0.1% |
| Smith-Torp, Shirley I | Claimed | | | | | | 5 | 81 | | | 86 | |
| | Not Claimed | | | | | 994 | 2,108 | 2,047 | | | 5,149 | |
| Smith-Torp, Shirley I Total | | | | | | 994 | 2,113 | 2,128 | | | 5,235 | 1.6% |

Source: Kiraly Report Attachment 2-a-3.1.

Note: \1 Prior to the initiation of the CATS labor recording system in April 1999, WEPCO's accounting ledgers did not contain detailed hours and amounts per employee. Therefore, the analysis of employees and hours could only be completed for the time period after April 1999.

Kiraly DDX 5-20

# Non-Incremental Salaried Internal Labor

## *Comparison of Hours Claimed for Salaried Personnel*

Average Hours for Personnel in
Adjustment Classification Categories
*(Apr 1999 - Feb 2007)* \1




Source: Kiraly Report Attachment 2-a-3.1.
Note: \1 Prior to the initiation of the CATS labor recording system in April 1999, WEPCO's accounting ledgers did not contain detailed hours and amounts per employee. Therefore, the analysis of employees and hours could only be completed for the 7 years, 10 month time period after April 1999.

Kiraly DDX 5-21

# Non-Incremental Salaried Internal Labor

## *Graphical Representation of Salaried Personnel*

### Incremental Salaried Personnel







### Non-Incremental Salaried Personnel







□ Claimed ▩ Not Claimed

Source: Kiraly Report Attachment 2-a-3.1.

**Kiraly DDX 5-22**

# Non-Incremental Salaried Internal Labor

## *Adjustments to Salaried Labor*

| Description | Claimed Amount | Adjustment Amount | Net Claim Amount |
|---|---|---|---|
| Salaried Labor Recorded to MSA Accounting System | $ 1,499,059 | $ (1,499,059) | $ 0 |
| Salaried Labor Recorded to SAP Prior to CATS | 1,995,936 | (1,995,936) | 0 |
| Salaried Labor Recorded to SAP with CATS | 3,131,977 | (2,077,641) | 1,054,336 \1 |
| **Total Salaried Labor** | **$ 6,626,972** | **$ (5,572,636)** | **$ 1,054,336** |

Source: Kiraly Report Attachment 2-a.
Note: \1 The salaried labor costs not questioned relate to the James Becka and Lynn Rogers who are considered incremental to the breach.

**Kiraly DDX 5-23**

# Non-Incremental Salaried Internal Labor

## *Cross-Reference to Entitlement Adjustment Reasoning*

| Reason for Adjustment | Activity Adjustment ISFSI | TN-32B | Dual-Purpose | Other Costs | Total |
|---|---|---|---|---|---|
| Non-Incremental Salaried Labor | $ 631,771 | $ 4,331 | $ 894,973 | $ 615,110 | $ 2,146,185 ① |
| Dual Adjustment for Both Non-Incremental Salaried Labor and Entitlement | 3,350,451 | 73,136 | 2,864 | 0 | 3,426,451 ② |
| Entitlement for Activity Adjustment | 1,074,299 | 402 | 2,985 | 0 | 1,077,686 ③ |
| **Total** | $ 5,056,521 | $ 77,869 | $ 900,822 | $ 615,110 | $ 6,650,322 |

**Claim Adjustments Attributable to Non-Incremental Salaried Labor: $2,146,185 ① + $3,426,451 ② = $5,572,636**

**Claim Adjustments Attributable to Entitlement for Activity Adjustment: $3,426,451 ② + $1,077,686 ③ = $4,504,137**

Source: Kiraly Report Attachment 1-a-4.4

**Kiraly DDX 5-24**

# Analysis of WEPCO's Damages Claim

## *Government Claim Adjustments*

| Description | As Presented in Report | As Presented in Trial |
|---|---|---|
| **WEPCO Claim Amount** | **$ 96,541,000** | **$ 96,541,000** |
| Prejudgment Interest | (44,204,521) | (44,204,521) |
| **WEPCO Claim for Nominal Costs** | **$ 52,336,479** | **$ 52,336,479** |
| Temporary Cask Pit Rack | 2,047,641 | 2,047,641 |
| **Costs Included in WEPCO Claim** | **$ 54,384,120** | **$ 54,384,120** |
| **Adjustments to Costs in WEPCO Claim** | | |
| Cost Type Adjustments to Claimed Costs | | |
| Non-Incremental Salaried Internal Labor | $ (6,650,322) | $ (2,146,185) |
| Employee Expenses | (523,782) | (65,217) |
| Payroll Adjustments | (536,444) | 0 |
| Non-Incremental A&G Overhead | (1,733,273) | (675,263) |
| Total Cost Type Adjustments | (9,443,820) | (2,886,666) |
| Entitlement Adjustments to Claimed Costs | | |
| Private Fuel Storage | $ (883,503) | $ (883,503) |
| Annual NRC License Fees | (2,283,333) | (2,283,333) |
| ISFSI and VSC-24 Casks 1-5 | (14,370,678) | (20,550,207) |
| TN-32B Metal Cask Costs | (4,915,113) | (5,054,402) |
| Pursuit of Dual-Purpose Casks | (8,540,503) | (8,778,839) |
| Other Spent Fuel Costs | 0 | 0 |
| Total Entitlement Adjustments | $ (30,993,130) | $ (37,550,284) |
| **Total Adjustments to Costs in WEPCO Claim** | **(40,436,950)** | **(40,436,950)** |
| **WEPCO Claim Net of Cost Adjustments** | **$ 13,947,170** | **$ 13,947,170** |
| But-For Loading | (3,688,166) | (3,688,166) |
| **Net WEPCO Claim After All Adjustments** | **$ 10,259,004** | **$ 10,259,004** |

Source: Kiraly Report Attachments Reflecting Plaintiff's Claim Update at Trial.
Many of the claim adjustments can be included under multiple categories.

**Kiraly DDX 5-25**

# Employee Expenses

*Analysis of Employee Expenses*

- Employee expenses were reviewed to ensure they were incurred and as a result of the breach
- Where available, the employee's name was identified in the accounting records and used to determine if that employee performed work on claim related accounts
- If an employee charged employee expenses, but did not have recorded hours, an adjustment was made for those employee expenses.

# Employee Expenses

## *Cross-Reference to Entitlement Adjustment Reasoning*

| | Activity Adjustment | | | | | |
|---|---|---|---|---|---|---|
| Reason for Adjustment | ISFSI | TN-32B | Dual-Purpose | Other Costs | Total | |
| Employee Expenses | $ 52,767 | $ 0 | $ 0 | $ 12,450 | $ **65,217** | ① |
| Dual Adjustment for Both Employee Expenses and Entitlement | 0 | 739 | 18,171 | 0 | **18,910** | ② |
| Entitlement for Activity Adjustment | 260,848 | 51,711 | 127,096 | 0 | **439,655** | ③ |
| **Total** | **$ 313,615** | **$ 52,450** | **$ 145,267** | **$ 12,450** | **$ 523,782** | |

Claim Adjustments Attributable to Employee Expenses: $65,217 ① + $18,910 ② = $84,127

**Claim Adjustments Attributable to Entitlement for Activity Adjustment: $18,910 ② + $439,655 ③ = $458,565**

Source: Kiraly Report Attachment 1-a-4.4

**Kiraly DDX 5-27**

# Analysis of WEPCO's Damages Claim

## *Government Claim Adjustments*

| Description | As Presented in Report | As Presented in Trial |
|---|---|---|
| **WEPCO Claim Amount** | **$ 96,541,000** | **$ 96,541,000** |
| Prejudgment Interest | (44,204,521) | (44,204,521) |
| **WEPCO Claim for Nominal Costs** | **$ 52,336,479** | **$ 52,336,479** |
| Temporary Cask Pit Rack | 2,047,641 | 2,047,641 |
| **Costs Included in WEPCO Claim** | **$ 54,384,120** | **$ 54,384,120** |
| **Adjustments to Costs in WEPCO Claim** | | |
| Cost Type Adjustments to Claimed Costs | | |
| Non-Incremental Salaried Internal Labor | $ (6,650,322) | $ (2,146,185) |
| Employee Expenses | (523,782) | (65,217) |
| Payroll Adjustments | (536,444) | 0 |
| Non-Incremental A&G Overhead | (1,733,273) | (675,263) |
| Total Cost Type Adjustments | (9,443,820) | (2,886,666) |
| Entitlement Adjustments to Claimed Costs | | |
| Private Fuel Storage | $ (883,503) | $ (883,503) |
| Annual NRC License Fees | (2,283,333) | (2,283,333) |
| ISFSI and VSC-24 Casks 1-5 | (14,370,678) | (20,550,207) |
| TN-32B Metal Cask Costs | (4,915,113) | (5,054,402) |
| Pursuit of Dual-Purpose Casks | (8,540,503) | (8,778,839) |
| Other Spent Fuel Costs | 0 | 0 |
| Total Entitlement Adjustments | $ (30,993,130) | $ (37,550,284) |
| **Total Adjustments to Costs in WEPCO Claim** | **(40,436,950)** | **(40,436,950)** |
| **WEPCO Claim Net of Cost Adjustments** | **$ 13,947,170** | **$ 13,947,170** |
| But-For Loading | (3,688,166) | (3,688,166) |
| **Net WEPCO Claim After All Adjustments** | **$ 10,259,004** | **$ 10,259,004** |

Source: Kiraly Report Attachments Reflecting Plaintiff's Claim Update at Trial.
Many of the claim adjustments can be included under multiple categories.

**Kiraly DDX 5-28**

# Non-Incremental A&G Overhead

*A&G Costs are Non-Incremental to the Breach*

- Charges include costs for corporate level expenses.
- Costs NOT allocated to project level on WEPCO's books and records.
- WEPCO would incur the same overhead costs regardless of spent fuel storage
  - Examples exist demonstrating the A&G pool did not change as a result of DOE not performing in 1998.
- If the Dry Fuel Storage project did not exist, the existing WEPCO overhead cost pools would be distributed to other projects.

**Kiraly DDX 5-29**

# Non-Incremental A&G Overhead

## *Sample of Types of WEPCO Overhead in A&G Rates*

10/89

SCHEDULE 2

PROPOSED BILLING OVERHEAD RATES

| | Utility Affiliates (Normal Billing Overheads) | | Nonutility Affiliates (Per Transitional Period Service Agreement) (A) | |
|---|---|---|---|---|
| | Proposed | Current | Proposed(B) | Current |
| Payroll Taxes | 7.7% | 7.7% | 7.5% | 7.4% |
| Pensions | .8 | .8 | .8 | .8 |
| Employee Benefits | 11.1 | 10.9 | 10.7 | 10.6 |
| Use of Facilities | 7.2(A) | 7.7(A) | 7.0(C) | 7.4(C) |
| Injuries and Damages | 2.4 | 2.7 | 2.3 | 2.6 |
| General | 1.1 | 1.2 | 1.0 | 1.2 |
| Office Supplies | N/A | N/A | .9 | .9 |
| Office Space | N/A | N/A | 10.6(D) | 10.5(D) |
| Office Furniture | [illegible] | N/A | 1.0 | 1.0 |

(C) Includes O & M expenses of buildings.

(D) Includes the return of and the return on the PSB and Annex.

(B) The [illegible] verses the proposed rates to be billed to the utility affiliates versus the proposed rates to be billed to the nonutility affiliates is that the administrative overhead of 3.4% is not applied to the proposed rates to be billed to the nonutility affiliates.

(C) Includes O & M expenses of buildings.

(D) Includes the return of and the return on the PSB and Annex.

WISC 00065053

Protected Material to be Disclosed Only in Accordance with U.S. Court of Federal Claims Protective Order

Source: DX 338

Kiraly DDX 5-30