# Non-Incremental A&G Overhead

## *Sample of Types of Wisconsin Gas Overhead in A&G Rates*

Wis Gas Overhead Calculation for ATC Billing -Return OF

| Plant Acct | Cost | Depr Res | 12/31/2002 YTD Depr Exp | Net Book | Depr Amt In Vehicles | Depr Amt In Stores | Depr Amt In Telecom | Depr Amt In Tools | Software not In Corp Ctr | Depr Remain for Overhead | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 0.000% |
| 389 Land/Esmt | | | - | - | | | | | | - | 0.000% |
| 390 Structure | | | 643,368 | - | | | | | | 643,368 | 0.135% |
| 391 Off Furn &Equip | | | 744,375 | - | | | | | | 744,375 | 0.157% |
| 391 Computer | | | 1,437,900 | - | | | | | | 1,437,900 | 0.303% |
| 391 Off Equip | | | 17,932 | - | | | | | | 17,932 | 0.004% |
| 303 Software | | | 696,825 | - | | | | | 696,825 | - | 0.000% |
| 392 Vehicles | | | 731,602 | - | 731,602 | - | | | | - | 0.000% |
| 393 Stores Equip | | | 6,488 | - | | | | | | 6,488 | 0.001% |
| 394 Tools, Shop Garage | | | 463,660 | - | | | | | | 463,660 | 0.098% |
| 395 Lab Equip | | | 14,677 | - | | | | | | 14,677 | 0.003% |
| 396 Power OpEquip | | | 161,029 | - | 161,029 | | | | | - | 0.000% |
| 397 Comm | | | 4,113,539 | - | | | | | | 4,113,539 | 0.865% |
| 398 Misc | | | 57,966 | - | | | | | | 57,966 | 0.012% |
| | | | | | | | | | | - | 0.000% |
| | - | - | 9,089,360 | - | 892,631 | - | - | - | 696,825 | 7,499,905 | 1.578% |

| | | | | | | |
|---|---|---|---|---|---|---|
| 394 Tools, Shop Garage | 463,660 | - | | | 463,660 | 0.098% |
| 395 Lab Equip | 14,677 | - | | | 14,677 | 0.003% |
| 396 Power OpEquip | 161,029 | - | 161,029 | | - | 0.000% |
| 397 Comm | 4,113,539 | - | | | 4,113,539 | 0.865% |
| 398 Misc | 57,966 | - | | | 57,966 | 0.012% |
| | | | | | - | 0.000% |
| - - | 9,089,360 | - | 892,631 - - - | 696,825 | 7,499,905 | 1.578% |

| | WE | WG | Total | |
|---|---|---|---|---|
| 12 month Return Of | 24,696,879 | 7,499,905 | 32,196,783 | 6.774% |
| Denom | 475,328,633 | 475,328,633 | 475,328,633 | |
| Rate-return OF | 5.20% | 1.58% | [illegible] | |

3/14/2003

WISC 00065111
Protected Material to be Disclosed Only in Accordance with U.S. Court of Federal Claims Protective Order

Source: DX 338

Kiraly DDX 5-31

# Non-Incremental A&G Overhead

## *Demonstration of Fixed Nature of A&G Cost Pool*

Actual World




Plaintiff's Contention
Spent Fuel Project
Not Performed




***The total G&A costs at WEPCO did not change as a result of the performance of the Dry Fuel Storage project.***

**Kiraly DDX 5-32**

# Non-Incremental A&G Overhead

## *Cross-Reference to Entitlement Adjustment Reasoning*

| Reason for Adjustment | Activity Adjustment ISFSI | TN-32B | Dual-Purpose | Other Costs | Total |
|---|---|---|---|---|---|
| Non-Incremental G&A Overhead | $ 157,368 | $ 0 | $ 0 | $ 517,896 | $ **675,264** ① |
| Dual Adjustment for Both Non-Incremental G&A Overhead and Entitlement | 957,486 | 13,302 | 87,221 | 0 | **1,058,009** ② |
| Entitlement for Activity Adjustment | 0 | 0 | 0 | 0 | **0** ③ |
| **Total** | **$ 1,114,854** | **$ 13,302** | **$ 87,221** | **$ 517,896** | **$ 1,733,273** |

**Claim Adjustments Attributable to Non-Incremental A&G Overhead: $675,264 ① + $1,058,009 ② = $1,733,273**

**Claim Adjustments Attributable to Entitlement for Activity Adjustment: $1,058,009 ② + $0 ③ = $1,058,009**

Source: Kiraly Report Attachment 1-a-4.4

**Kiraly DDX 5-33**

# Analysis of WEPCO's Damages Claim

## *Government Claim Adjustments*

| Description | As Presented in Report | As Presented in Trial |
|---|---|---|
| **WEPCO Claim Amount** | **$ 96,541,000** | **$ 96,541,000** |
| Prejudgment Interest | (44,204,521) | (44,204,521) |
| **WEPCO Claim for Nominal Costs** | **$ 52,336,479** | **$ 52,336,479** |
| Temporary Cask Pit Rack | 2,047,641 | 2,047,641 |
| **Costs Included in WEPCO Claim** | **$ 54,384,120** | **$ 54,384,120** |
| **Adjustments to Costs in WEPCO Claim** | | |
| Cost Type Adjustments to Claimed Costs | | |
| Non-Incremental Salaried Internal Labor | $ (6,650,322) | $ (2,146,185) |
| Employee Expenses | (523,782) | (65,217) |
| Payroll Adjustments | (536,444) | 0 |
| Non-Incremental A&G Overhead | (1,733,273) | (675,263) |
| Total Cost Type Adjustments | (9,443,820) | (2,886,666) |
| Entitlement Adjustments to Claimed Costs | | |
| Private Fuel Storage | $ (883,503) | $ (883,503) |
| Annual NRC License Fees | (2,283,333) | (2,283,333) |
| ISFSI and VSC-24 Casks 1-5 | (14,370,678) | (20,550,207) |
| TN-32B Metal Cask Costs | (4,915,113) | (5,054,402) |
| Pursuit of Dual-Purpose Casks | (8,540,503) | (8,778,839) |
| Other Spent Fuel Costs | 0 | 0 |
| Total Entitlement Adjustments | $ (30,993,130) | $ (37,550,284) |
| **Total Adjustments to Costs in WEPCO Claim** | **(40,436,950)** | **(40,436,950)** |
| **WEPCO Claim Net of Cost Adjustments** | **$ 13,947,170** | **$ 13,947,170** |
| But-For Loading | (3,688,166) | (3,688,166) |
| **Net WEPCO Claim After All Adjustments** | **$ 10,259,004** | **$ 10,259,004** |

Source: Kiraly Report Attachments Reflecting Plaintiff's Claim Update at Trial.
Many of the claim adjustments can be included under multiple categories.

**Kiraly DDX 5-34**

# Private Fuel Storage (PFS)

*Methodology used to Identify PFS Costs*

- Costs were interspersed through various project codes included in WEPCO's claim
- Kenrich separately identified costs for PFS
- I verified the invoices provided to support the PFS costs
  - Identified vendor Purchase Orders and Invoices relating to PFS
  - Quantified the costs contained within the electronic files provided to support the WEPCO claim
  - Ensured the PFS costs were not being removed from the claim for other reasons.

Kiraly DDX 5-35

# Analysis of WEPCO's Damages Claim

## *Government Claim Adjustments*

| Description | As Presented in Report | As Presented in Trial |
|---|---|---|
| **WEPCO Claim Amount** | **$ 96,541,000** | **$ 96,541,000** |
| Prejudgment Interest | (44,204,521) | (44,204,521) |
| **WEPCO Claim for Nominal Costs** | **$ 52,336,479** | **$ 52,336,479** |
| Temporary Cask Pit Rack | 2,047,641 | 2,047,641 |
| **Costs Included in WEPCO Claim** | **$ 54,384,120** | **$ 54,384,120** |
| **Adjustments to Costs in WEPCO Claim** | | |
| Cost Type Adjustments to Claimed Costs | | |
| Non-Incremental Salaried Internal Labor | $ (6,650,322) | $ (2,146,185) |
| Employee Expenses | (523,782) | (65,217) |
| Payroll Adjustments | (536,444) | 0 |
| Non-Incremental A&G Overhead | (1,733,273) | (675,263) |
| Total Cost Type Adjustments | (9,443,820) | (2,886,666) |
| Entitlement Adjustments to Claimed Costs | | |
| Private Fuel Storage | $ (883,503) | $ (883,503) |
| Annual NRC License Fees | (2,283,333) | (2,283,333) |
| ISFSI and VSC-24 Casks 1-5 | (14,370,678) | (20,550,207) |
| TN-32B Metal Cask Costs | (4,915,113) | (5,054,402) |
| Pursuit of Dual-Purpose Casks | (8,540,503) | (8,778,839) |
| Other Spent Fuel Costs | 0 | 0 |
| Total Entitlement Adjustments | $ (30,993,130) | $ (37,550,284) |
| **Total Adjustments to Costs in WEPCO Claim** | **(40,436,950)** | **(40,436,950)** |
| **WEPCO Claim Net of Cost Adjustments** | **$ 13,947,170** | **$ 13,947,170** |
| But-For Loading | (3,688,166) | (3,688,166) |
| **Net WEPCO Claim After All Adjustments** | **$ 10,259,004** | **$ 10,259,004** |

Source: Kiraly Report Attachments Reflecting Plaintiff's Claim Update at Trial.
Many of the claim adjustments can be included under multiple categories.

**Kiraly DDX 5-36**

# Annual NRC License Fees

## *Reason for Post-Regulation Change Adjustment*

- Costs for the post-regulation change NRC annual license fees being claimed **were not recorded** on the books and records at WEPCO in the same form as they appear in the claim.
- I have removed all post-regulation NRC annual fees based upon Warren Brewer's opinions.
- Furthermore, the NRC Fees relating to the ISFSI are not incremental since the ISFSI itself is not incremental per Mr. Hamal.

Kiraly DDX 5-37

# Analysis of WEPCO's Damages Claim

## *Government Claim Adjustments*

| Description | As Presented in Report | As Presented in Trial |
|---|---|---|
| **WEPCO Claim Amount** | **$ 96,541,000** | **$ 96,541,000** |
| Prejudgment Interest | (44,204,521) | (44,204,521) |
| **WEPCO Claim for Nominal Costs** | **$ 52,336,479** | **$ 52,336,479** |
| Temporary Cask Pit Rack | 2,047,641 | 2,047,641 |
| **Costs Included in WEPCO Claim** | **$ 54,384,120** | **$ 54,384,120** |
| **Adjustments to Costs in WEPCO Claim** | | |
| Cost Type Adjustments to Claimed Costs | | |
| Non-Incremental Salaried Internal Labor | $ (6,650,322) | $ (2,146,185) |
| Employee Expenses | (523,782) | (65,217) |
| Payroll Adjustments | (536,444) | 0 |
| Non-Incremental A&G Overhead | (1,733,273) | (675,263) |
| Total Cost Type Adjustments | (9,443,820) | (2,886,666) |
| Entitlement Adjustments to Claimed Costs | | |
| Private Fuel Storage | $ (883,503) | $ (883,503) |
| Annual NRC License Fees | (2,283,333) | (2,283,333) |
| ISFSI and VSC-24 Casks 1-5 | (14,370,678) | (20,550,207) |
| TN-32B Metal Cask Costs | (4,915,113) | (5,054,402) |
| Pursuit of Dual-Purpose Casks | (8,540,503) | (8,778,839) |
| Other Spent Fuel Costs | 0 | 0 |
| Total Entitlement Adjustments | $ (30,993,130) | $ (37,550,284) |
| **Total Adjustments to Costs in WEPCO Claim** | **(40,436,950)** | **(40,436,950)** |
| **WEPCO Claim Net of Cost Adjustments** | **$ 13,947,170** | **$ 13,947,170** |
| But-For Loading | (3,688,166) | (3,688,166) |
| **Net WEPCO Claim After All Adjustments** | **$ 10,259,004** | **$ 10,259,004** |

Source: Kiraly Report Attachments Reflecting Plaintiff's Claim Update at Trial.
Many of the claim adjustments can be included under multiple categories.

**Kiraly DDX 5-38**

# ISFSI and VSC-24 Casks 1-5

*Reasoning for Adjustment for ISFSI and VSC-24 Casks 1-5*

- I have been asked to assume that WEPCO would have constructed an ISFSI even if DOE had begun performance under the Standard Contract.
- Per Cliff Hamal, WEPCO would have loaded five VSC-24 casks if DOE had performed.

Kiraly DDX 5-39

# ISFSI and VSC-24 Casks 1-5

## *Methodology to Identify Relevant Costs*

- I reviewed the costs included in the claim beginning in 1988 and running through the loading of the fifth cask to the ISFSI pad at the end of 1998.
  - These costs include upfront costs that would have been incurred regardless of the number of casks.
- By using the descriptions contained on the vendor contracts, purchase orders, and invoices, I identified the various types of costs incurred by WEPCO to evaluate its spent fuel storage options, and then to design, implement, construct, and load spent nuclear fuel to the ISFSI.
  - I also relied upon the recorded accounting data for those costs where vendor documentation was not provided to identify the costs relating to the ISFSI and VSC-24 casks 1-5.
  - Warren Brewer reviewed a similar set of invoices relating to the ISFSI and VSC-24 casks 1-5 and found no discrepancies with the classification I performed.

**Kiraly DDX 5-40**

# ISFSI and VSC-24 Casks 1-5

## *Removal of PFS Costs in ISFSI Project Codes*

| Description | Amount |
|---|---|
| Total Adjustment to WEPCO's Claim for the ISFSI and VSC-24 Casks 1-5 | $ 21,433,710 \1 |
| Less: PFS Costs Recorded to the Same Project Numbers as the ISFSI and VSC-24 Casks 1-5 | (883,503) \2 |
| **Adjustment to WEPCO's Claim for Costs Relating to ISFSI and VSC-24 Casks 1-5** | **$ 20,550,207** |

Notes:
\1 Source: Kiraly Report Attachment 8.
\2 Source: Kiraly Report Attachment 6.

Kiraly DDX 5-41

# ISFSI and VSC-24 Casks 1-5

## *Categories of Claim Adjustments*

| Description | WEPCO Claim Amount | Claim Adjustment | Adjusted Claim Amount |
|---|---|---|---|
| Engineering Costs | $ 1,376,664 | $ (1,376,664) | $ 0 |
| ISFSI Construction Costs | 2,785,422 | (2,785,422) | 0 |
| Casks 1-8 Fabrication Costs | 3,979,300 | (2,793,639) | 1,185,661 |
| Casks 1-8 Loading Costs | 1,160,281 | (1,105,082) | 55,199 |
| Legal Expenses | 1,222,393 | (1,222,393) | 0 |
| Labor Charges | 5,059,564 | (4,424,750) | 634,814 |
| NRC Fees | 1,084,772 | (1,084,772) | 0 |
| PSCW Fees | 415,656 | (415,656) | 0 |
| Casks 9-12 Costs | 1,162,503 | 0 | 1,162,503 |
| Casks 13-16 Costs | 1,365,246 | 0 | 1,365,246 |
| Other Costs | 7,121,180 | (6,225,331) | 895,849 |
| **Total Claimed Costs** | **$ 26,732,980** | **$ (21,433,710)** | **$ 5,299,270** |
| PFS Costs in Work Orders | (883,503) | 883,503 | 0 |
| **Total ISFSI & VSC-24 Costs in Trial Presentation** | **$ 25,849,477** | **$ (20,550,207)** | **$ 5,299,270** |
| **Less: Adjustments Already in Report Presentation** | | | |
| Salaried Labor | (5,256,552) | 4,424,750 | (831,802) |
| Employee Expenses | (370,185) | 260,848 | (109,337) |
| Payroll Adjustment | (536,444) | 536,444 | - |
| Non-Incremental A&G Overhead | (1,114,854) | 957,486 | (157,368) |
| **Total Adjustments Already in Report Presentation** | **(7,278,036)** | **6,179,529** | **(1,098,507)** |
| **Net Amount Referenced in Report Presentation** | **$ 18,571,441** | **$ (14,370,678)** | **$ 4,200,763** |

Includes legal fees from Shaw, Pittman, Potts & Trowbridge relating to the Newton project, which are not separately identifiable due to redacted documents provided in support of the legal fees.

Source: Kiraly Report Attachment 8

**Kiraly DDX 5-42**

# ISFSI and VSC-24 Casks 1-5

## *Cross-Reference to Accounting Adjustment Reasoning*

| | Type of Cost | | | | | |
|---|---|---|---|---|---|---|
| **Reason for Adjustment** | **Labor** | **Employee Expenses** | **Payroll Adjustment** | **G&A** | **Activity** | **Total** |
| Accounting Basis Only | $ 631,771 | $ 52,767 | $ 0 | $ 157,368 | $ 0 | $ **841,906** ① |
| Dual Adjustment for Accounting and ISFSI and VSC-24 Casks 1-5 | 3,350,451 | 0 | $ 536,444 | 957,486 | 0 | **4,844,381** ② |
| ISFSI and VSC-24 Casks 1-5 | 1,074,299 | 260,848 | 0 | 0 | 14,370,678 | **15,705,826** ③ |
| **Total** | **$ 5,056,521** | **$ 313,615** | **$ 536,444** | **$ 1,114,854** | **$ 14,370,678** | **$ 21,392,113** |

Claim Adjustments Attributable to Accounting Reasons: $841,906 ① + $4,844,381 ② = $5,686,287

**Claim Adjustments Attributable to ISFSI and VSC-24 Casks 1-5: $4,844,381 ② + $15,705,826 ③ = $20,550,207**

Source: Kiraly Report Attachment 1-a-4.4

**Kiraly DDX 5-43**

# Analysis of WEPCO's Damages Claim

## *Government Claim Adjustments*

| Description | As Presented in Report | As Presented in Trial |
|---|---|---|
| **WEPCO Claim Amount** | **$ 96,541,000** | **$ 96,541,000** |
| Prejudgment Interest | (44,204,521) | (44,204,521) |
| **WEPCO Claim for Nominal Costs** | **$ 52,336,479** | **$ 52,336,479** |
| Temporary Cask Pit Rack | 2,047,641 | 2,047,641 |
| **Costs Included in WEPCO Claim** | **$ 54,384,120** | **$ 54,384,120** |
| **Adjustments to Costs in WEPCO Claim** | | |
| Cost Type Adjustments to Claimed Costs | | |
| Non-Incremental Salaried Internal Labor | $ (6,650,322) | $ (2,146,185) |
| Employee Expenses | (523,782) | (65,217) |
| Payroll Adjustments | (536,444) | 0 |
| Non-Incremental A&G Overhead | (1,733,273) | (675,263) |
| Total Cost Type Adjustments | (9,443,820) | (2,886,666) |
| Entitlement Adjustments to Claimed Costs | | |
| Private Fuel Storage | $ (883,503) | $ (883,503) |
| Annual NRC License Fees | (2,283,333) | (2,283,333) |
| ISFSI and VSC-24 Casks 1-5 | (14,370,678) | (20,550,207) |
| TN-32B Metal Cask Costs | (4,915,113) | (5,054,402) |
| Pursuit of Dual-Purpose Casks | (8,540,503) | (8,778,839) |
| Other Spent Fuel Costs | 0 | 0 |
| Total Entitlement Adjustments | $ (30,993,130) | $ (37,550,284) |
| **Total Adjustments to Costs in WEPCO Claim** | **(40,436,950)** | **(40,436,950)** |
| **WEPCO Claim Net of Cost Adjustments** | **$ 13,947,170** | **$ 13,947,170** |
| But-For Loading | (3,688,166) | (3,688,166) |
| **Net WEPCO Claim After All Adjustments** | **$ 10,259,004** | **$ 10,259,004** |

Source: Kiraly Report Attachments Reflecting Plaintiff's Claim Update at Trial.
Many of the claim adjustments can be included under multiple categories.

**Kiraly DDX 5-44**

# TN-32B Metal Casks

## *Methodology to Identify Relevant Costs*

- Review Methodology
  - Reviewed the costs included in the claim relating to the TN-32B metal cask dry fuel storage system.
  - Identified TN-32B costs incurred by WEPCO by using the descriptions contained on the vendor contracts, purchase orders and invoices.
  - Relied upon the recorded accounting data to identify those costs where vendor documentation was not provided.
- Exclusion Methodology
  - All costs after September 1998 were excluded from the claim based upon Mr. Hamal's opinions that the project should have been put on hold then canceled.
  - Based upon Mr. Brewer's opinion that the long-lead materials could have been sold, I removed the costs for the long-lead materials.
  - All other costs were removed per instruction of counsel.

**Kiraly DDX 5-45**