# TN-32B Metal Casks

## *Categories of Claim Adjustments*

| Description | WEPCO Claim Amount | Claim Adjustment | Adjusted Claim Amount |
|---|---|---|---|
| Licensing Costs | $ 84,979 | $ (46,634) | $ 38,345 |
| Fabrication Costs | 4,251,518 | (3,105,368) | 1,146,150 |
| Tri-Cor Info. Management Costs | 282,939 | (204,352) | 78,588 |
| Engineering Services Costs | 347,117 | (347,117) | 0 |
| Labor Costs | 77,868 | (73,538) | 4,331 |
| Other Costs | 14,311 | (35,683) | (21,372) |
| **Total TN-32B Costs** | **$ 5,058,733** | **$ (3,812,692)** | **$ 1,246,041** |
| Other Adjustments | | | |
| Long Lead Materials | $ 0 | $ (849,000) | $ (849,000) |
| Failed Mitigation | 0 | (392,710) | (392,710) |
| Total Other Adjustments | 0 | (1,241,710) | (1,241,710) |
| **Total TN-32B Costs in Trial Presentation** | **$ 5,058,733** | **$ (5,054,402)** | **$ 4,331** |
| **Less: Adjustments Already in Report Presentation** | | | |
| Salaried Labor | (77,868) | 73,538 | (4,331) |
| Employee Expenses | (52,449) | 52,449 | 0 |
| Non-Incremental A&G Overhead | (13,302) | 13,302 | 0 |
| **Total Adjustments Already in Report Presentation** | **$ (143,620)** | **$ 139,289** | **$ (4,331)** |
| **Net Amount Referenced in Report Presentation** | **$ 4,915,113** | **$ (4,915,113)** | **$ 0** |

Source: Kiraly Report Attachment 9.

**Kiraly DDX 5-46**

# TN-32B Metal Casks

## *Cross-Reference to Accounting Adjustment Reasoning*

| | Type of Cost | | | | |
|---|---|---|---|---|---|
| Reason for Adjustment | Labor | Employee Expenses | G&A | Activity | Total |
| Accounting Basis Only | $ 4,331 | $ 0 | $ 0 | $ 0 | $ 4,331 ① |
| Dual Adjustment for Accounting and TN-32B Metal Casks | 73,136 | 739 | 13,302 | 0 | 87,176 ② |
| TN-32B Metal Casks | 402 | 51,711 | 0 | 4,915,113 | 4,967,226 ③ |
| **Total** | **$ 77,868** | **$ 52,449** | **$ 13,302** | **$ 4,915,113** | **$ 5,058,733** |

**Claim Adjustments Attributable to Accounting Reasons: $4,331 ① + $87,176 ② = $91,507**

**Claim Adjustments Attributable to TN-32B Metal Casks: $87,176 ② + $4,967,226 ③ = $5,054,402**

Source: Kiraly Report Attachment 1-a-4.4

**Kiraly DDX 5-47**

# Analysis of WEPCO's Damages Claim

## *Government Claim Adjustments*

| Description | As Presented in Report | As Presented in Trial |
|---|---|---|
| **WEPCO Claim Amount** | **$ 96,541,000** | **$ 96,541,000** |
| Prejudgment Interest | (44,204,521) | (44,204,521) |
| **WEPCO Claim for Nominal Costs** | **$ 52,336,479** | **$ 52,336,479** |
| Temporary Cask Pit Rack | 2,047,641 | 2,047,641 |
| **Costs Included in WEPCO Claim** | **$ 54,384,120** | **$ 54,384,120** |
| **Adjustments to Costs in WEPCO Claim** | | |
| Cost Type Adjustments to Claimed Costs | | |
| Non-Incremental Salaried Internal Labor | $ (6,650,322) | $ (2,146,185) |
| Employee Expenses | (523,782) | (65,217) |
| Payroll Adjustments | (536,444) | 0 |
| Non-Incremental A&G Overhead | (1,733,273) | (675,263) |
| Total Cost Type Adjustments | (9,443,820) | (2,886,666) |
| Entitlement Adjustments to Claimed Costs | | |
| Private Fuel Storage | $ (883,503) | $ (883,503) |
| Annual NRC License Fees | (2,283,333) | (2,283,333) |
| ISFSI and VSC-24 Casks 1-5 | (14,370,678) | (20,550,207) |
| TN-32B Metal Cask Costs | (4,915,113) | (5,054,402) |
| Pursuit of Dual-Purpose Casks | (8,540,503) | (8,778,839) |
| Other Spent Fuel Costs | 0 | 0 |
| Total Entitlement Adjustments | $ (30,993,130) | $ (37,550,284) |
| **Total Adjustments to Costs in WEPCO Claim** | **(40,436,950)** | **(40,436,950)** |
| **WEPCO Claim Net of Cost Adjustments** | **$ 13,947,170** | **$ 13,947,170** |
| But-For Loading | (3,688,166) | (3,688,166) |
| **Net WEPCO Claim After All Adjustments** | **$ 10,259,004** | **$ 10,259,004** |

Source: Kiraly Report Attachments Reflecting Plaintiff's Claim Update at Trial.
Many of the claim adjustments can be included under multiple categories.

**Kiraly DDX 5-48**

# Pursuit of Dual-Purpose Casks

*Reasoning for Adjustment for Dual-Purpose Casks*

- I have been asked to assume that WEPCO should not have pursued the dual-purpose casks.
- Per Warren Brewer, WEPCO could have continued to utilize the VSC-24 cask system. The switch to the NUHOMS system was not needed.
- WEPCO claimed the following costs relating to dual-purpose capabilities:
  - WEPCO is seeking a transportation license for the existing storage only VSC-24 canisters.
  - WEPCO changed from the VSC-24 system, to the more expensive NUHOMS system, resulting in additional costs to use the dual-purpose system in lieu of the VSC-24 system.

Kiraly DDX 5-49

# Pursuit of Dual-Purpose Casks

## *Methodology to Identify Relevant Costs*

- I reviewed the costs included in the claim relating to the VSC-24 transportation licensing and the NUHOMS acquisition costs.
- By using the descriptions contained on the vendor contracts, purchase orders, and invoices, I identified the various types of costs incurred by WEPCO to pursue dual-purpose capabilities.
  - I also relied upon the recorded accounting data for those costs where vendor documentation was not provided to identify costs.
- Although all NUHOMS costs should be removed from the claim, a replacement cost was required to price the additional VSC-24s in lieu of the NUHOMS actually purchased.
  - I reviewed similar vendor documents to identify a unit cost for the VSC-24 casks.

Kiraly DDX 5-50

# Pursuit of Dual-Purpose Casks

*Equivalent Number of NUHOMS and VSC-24s*

## 14 NUHOMS = 19 VSCs




($14.7 million)




($6.3 million)

Source: Number of Units (Kiraly Attachment 10-b-4). Cost of units is non-labor costs as reflected on Kiraly Attachment 10-b-1,2&3.

**Kiraly DDX 5-51**

# Pursuit of Dual-Purpose Casks

## *NUHOMS Fabrication / Acquisition Costs*

| Project Description (Project Number) | Recorded Costs | NUHOMS Related Costs: Costs Not Related to Fabrication / Acquisition | NUHOMS Related Costs: Net Costs to Fabricate / Acquire NUHOMS |
|---|---|---|---|
| NUHOMS Cask Costs (3.0182) | $ 15,325,865 | $ (1,681,781) | $ 13,644,084 |
| Tri-Lifter Truck Costs (3.5027) | 278,044 | 0 | 278,044 |
| NUHOMS Modification Design Work (3.5051) | 772,999 | 0 | 772,999 |
| **Total Costs to Pursue Transportable Casks** | **$ 16,376,908** | **$ (1,681,781)** \1 | **$ 14,695,127** |

**Notes:**
Source: Kiraly Report Attachment 10.
\1 Internal labor and loading related costs were removed in order to isolate the fabrication and acquisition costs of the NUHOMS casks.

Kiraly DDX 5-52

# Pursuit of Dual-Purpose Casks

## *Calculation of VSC-24 Units Required as Replacements for NUHOMS*

| | a | b = a * 32 | | c = b/24 | d | f = c * d |
|---|---|---|---|---|---|---|
| Claimed NUHOMS Units | Number of NUHOMS Units | Number of Assemblies | VSC-24 Unit | Number of VSC-24 Units Required | Replacement Cost per Unit | Total Replacement Cost |
| DSCs 1-3 | 3 | 96 | MSB | 4 | $ 282,747 | $ 1,130,990 |
| DSCs 4-6 | 3 | 96 | MSB | 4 | 282,747 | 1,130,990 |
| DSCs 7-8 | 2 | 64 | MSB | 3 | 282,747 | 848,242 |
| DSCs 9-11 | 3 | 96 | MSB | 4 | 282,747 | 1,130,990 |
| DSCs 12-14 | 3 | 96 | MSB | 4 | 282,747 | 1,130,990 |
| HSMs 1-8 | 8 | 256 | VCC | 11 | 48,796 | 536,756 |
| HSMs 9-14 | 6 | 192 | VCC | 8 | 48,796 | 390,368 |
| **Total VSC-24 Replacement Costs** | | | | | | **$ 6,299,325** |

Source: Kiraly Report Attachment 10-b-4.

**Kiraly DDX 5-53**

# Pursuit of Dual-Purpose Casks

## *Calculation of VSC-24 Unit Cost*

| Description | Amount |
|---|---|
| Costs Recorded to WBS 3.0009-67-0055 (VSC-24 Cask Components - Units 13-16) | $ 1,365,246 |
| Costs Not Related to Fabrication / Acquisition | (39,072) |
| **Net Costs to Fabricate / Acquire VSC-24 Casks 13 - 16** | **$ 1,326,174** |

| Description | VCC Portion | MSB Portion |
|---|---|---|
| Recorded Costs | $ 195,184 | $ 1,130,990 |
| Number of Units | 4 | 4 |
| **Unit Cost** | **$ 48,796** | **$ 282,747** |

Source: Kiraly Report Attachment 10-b-4.1.

Kiraly DDX 5-54

# Pursuit of Dual-Purpose Casks

*Plaintiff's Trial Assertions of VSC-24 Loading are not Supportable*

- Plaintiff witnesses testified at trial that part of the reason to switch from VSC-24s to the NUHOMS was because the VSC-24s were more time consuming to load.
  - The VSC-24 loading evolution lasted approximately nine (9) days. Tr. 1725:20-22 (Becka)
  - The NUHOMS loading evolution lasts approximately four and a half (4.5) days. Tr. 1726:1-4 (Becka)
- The duration of the loading evolution assertions are unsupported by labor records in the accounting system.
  - The accounting system does not support the notion that the VSC-24 loading evolutions were more labor intensive than the NUHOMS loading evolutions.
  - The accounting system does not support the notion that the NUHOMS loading evolutions took 4.5 days.

Kiraly DDX 5-55

# Pursuit of Dual-Purpose Casks

## *Hours Recorded to Accounting System During Loading Evolutions*

| | Hours Recorded to Accounting System | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **VSCs 13-16** | **Day 1** | **Day 2** | **Day 3** | **Day 4** | **Day 5** | **Day 6** | **Day 7** | **Day 8** | **Day 9** | **Day 10** | **Total** |
| VSC-24-13 (11/26/01 - 12/05/01) | 65 | 84 | 77 | 85 | 128 | 111 | 106 | 121 | 107 | 84 | 966 |
| VSC-24-14 (01/02/02 - 01/09/02) | 103 | 203 | 175 | 209 | 187 | 165 | 163 | 201 | | | 1,406 |
| VSC-24-15 (12/09/02 - 12/18/02) | 206 | 227 | 220 | 217 | 161 | 44 | 58 | 95 | 64 | | 1,292 |
| VSC-24-16 (01/09/03 - 01/20/03) | 62 | 36 | 157 | 147 | 168 | 142 | 102 | 78 | 12 | 141 | 1,045 |
| VSC Average | 109 | 137 | 157 | 164 | 161 | 115 | 107 | 124 | 61 | 113 | 1,249 |
| Cum of Average | 109 | 246 | 404 | 568 | 729 | 844 | 952 | 1,075 | 1,136 | 1,249 | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Full-Time Equivalents (12 Hr Shifts) | 9.1 | 11.4 | 13.1 | 13.7 | 13.4 | 9.6 | 8.9 | 10.3 | 5.1 | 9.4 | 10.4 |

| | Hours Recorded to Accounting System | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NUHOMS 5-9** | **Day 1** | **Day 2** | **Day 3** | **Day 4** | **Day 5** | **Day 6** | **Day 7** | **Day 8** | **Day 9** | **Day 10** | **Total** |
| NUHOMS-05 (04/21/06 - 04/24/06) | 424 | 240 | 140 | 500 | | | | | | | 1,303 |
| NUHOMS-06 (05/10/06 - 05/13/06) | 329 | 340 | 336 | 188 | | | | | | | 1,192 |
| NUHOMS-07 (05/15/06 - 05/18/06) | 443 | 439 | 441 | 424 | | | | | | | 1,747 |
| NUHOMS-08 (05/22/06 - 05/25/06) | 446 | 456 | 440 | 419 | | | | | | | 1,761 |
| NUHOMS-09 (06/05/06 - 06/08/06) | 453 | 402 | 359 | 335 | | | | | | | 1,549 |
| NUHOMS Average | 419 | 375 | 343 | 373 | | | | | | | 1,510 |
| Cum of Average | 419 | 794 | 1,137 | 1,510 | 1,510 | 1,510 | 1,510 | 1,510 | 1,510 | 1,510 | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Full-Time Equivalents (12 Hr Shifts) | 34.9 | 31.3 | 28.6 | 31.1 | | | | | | | 31.5 |

Source: Electronic accounting data provided as support of WEPCO and NMC costs included in the claim for WBS codes 3.0001-10-0055, 3.0001-21-0055, 3.0001-22-0055, 3.0001-23-0055, 3.0001-24-0055, 3.0001-25-0055, 3.0001-67-0055, 3.0182-67-0055, 3.0264-77-0055, 3.4999-64-0055, 3.4999-81-0055 with identifiable personnel.
Full-Time Equivalents calculation was based upon trial testimony that, during loading campaigns, WEPCO worked two 12 hour shifts. Tr. 1725:22-25 (Becka)

**Kiraly DDX 5-56**

# Pursuit of Dual-Purpose Casks

*NUHOMS Loading Evolutions Include more than 4.5 Days of Labor*




Source: Man hour data from electronic accounting data. Cask loading period determined from WEPCO loading procedures during loading evolutions (WISC 00136548-137994). This chart denotes the timeframe from the day the DSC was placed into the pool until the cask was in service on the ISFSI (DX 616).

Kiraly DDX 5-57

# Pursuit of Dual-Purpose Casks

## *Categories of Claim Adjustments*

| Description | WEPCO Claim Amount | Claim Adjustment | Adjusted Claim Amount |
|---|---|---|---|
| VSC-24 Transportation Licensing Costs | $ 383,037 | $ (383,037) | $ 0 |
| NUHOMS Transportation Costs | 16,376,908 | (8,395,802) | 7,981,106 |
| **Total Dual-Purpose Costs in Trial Presentation** | **$ 16,759,945** | **$ (8,778,839)** | **$ 7,981,106** |
| **Less: Adjustments Already in Report Presentation** | | | |
| Salaried Labor | $ (1,482,509) | $ 5,849 | $ (1,476,660) |
| Employee Expenses | (145,267) | 145,267 | 0 |
| Non-Incremental A&G Overhead | (87,221) | 87,221 | 0 |
| **Total Adjustments Already in Report Presentation** | **$ (1,714,997)** | **$ 238,337** | **$ (1,476,660)** |
| **Net Amount Referenced in Report Presentation** | **$ 15,044,948** | **$ (8,540,503)** | **$ 6,504,446** |

Source: Kiraly Report Attachment 10.

**Kiraly DDX 5-58**

# Pursuit of Dual-Purpose Casks

## *Cross-Reference to Accounting Adjustment Reasoning*

| | Type of Cost | | | | |
|---|---|---|---|---|---|
| **Reason for Adjustment** | **Labor** | **Employee Expenses** | **G&A** | **Activity** | **Total** |
| Accounting Basis Only | $ 894,973 | $ 0 | $ 0 | $ 0 | $ **894,973** ① |
| Dual Adjustment for Accounting and Pursuit of Dual-Purpose | 2,864 | 18,171 | 87,221 | 0 | **108,256** ② |
| Pursuit of Dual-Purpose Basis Only | 2,985 | 127,096 | 0 | 8,540,503 | **8,670,584** ③ |
| **Total** | **$ 900,822** | **$ 145,267** | **$ 87,221** | **$ 8,540,503** | **$ 9,673,813** |

Claim Adjustments Attributable to Accounting Reasons: $894,973 ① + $108,256 ② = $1,003,229

**Claim Adjustments Attributable to Pursuit of Dual Purpose Reason: $108,256 ② + $8,670,584 ③ = $8,778,840**

Source: Kiraly Report Attachment 1-a-4.4

**Kiraly DDX 5-59**

# Analysis of WEPCO's Damages Claim

## *Government Claim Adjustments*

| Description | As Presented in Report | As Presented in Trial |
|---|---|---|
| **WEPCO Claim Amount** | **$ 96,541,000** | **$ 96,541,000** |
| Prejudgment Interest | (44,204,521) | (44,204,521) |
| **WEPCO Claim for Nominal Costs** | **$ 52,336,479** | **$ 52,336,479** |
| Temporary Cask Pit Rack | 2,047,641 | 2,047,641 |
| **Costs Included in WEPCO Claim** | **$ 54,384,120** | **$ 54,384,120** |
| **Adjustments to Costs in WEPCO Claim** | | |
| Cost Type Adjustments to Claimed Costs | | |
| Non-Incremental Salaried Internal Labor | $ (6,650,322) | $ (2,146,185) |
| Employee Expenses | (523,782) | (65,217) |
| Payroll Adjustments | (536,444) | 0 |
| Non-Incremental A&G Overhead | (1,733,273) | (675,263) |
| Total Cost Type Adjustments | (9,443,820) | (2,886,666) |
| Entitlement Adjustments to Claimed Costs | | |
| Private Fuel Storage | $ (883,503) | $ (883,503) |
| Annual NRC License Fees | (2,283,333) | (2,283,333) |
| ISFSI and VSC-24 Casks 1-5 | (14,370,678) | (20,550,207) |
| TN-32B Metal Cask Costs | (4,915,113) | (5,054,402) |
| Pursuit of Dual-Purpose Casks | (8,540,503) | (8,778,839) |
| Other Spent Fuel Costs | 0 | 0 |
| Total Entitlement Adjustments | $ (30,993,130) | $ (37,550,284) |
| **Total Adjustments to Costs in WEPCO Claim** | **(40,436,950)** | **(40,436,950)** |
| **WEPCO Claim Net of Cost Adjustments** | **$ 13,947,170** | **$ 13,947,170** |
| But-For Loading | (3,688,166) | (3,688,166) |
| **Net WEPCO Claim After All Adjustments** | **$ 10,259,004** | **$ 10,259,004** |

Source: Kiraly Report Attachments Reflecting Plaintiff's Claim Update at Trial.
Many of the claim adjustments can be included under multiple categories.

**Kiraly DDX 5-60**

**Appendix 60**