IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 00-697C |
| | ) | (Senior Judge Merow) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION SEEKING LEAVE TO FILE
OBJECTIONS TO PLAINTIFF'S TESTIMONY DESIGNATIONS FOR
MR. THOMAS POLLOG AND DEFENDANT'S COUNTER-DESIGNATIONS

Defendant, the United States, respectfully seeks leave to file its objections to the testimony designated by plaintiff, Wisconsin Electric Power Company ("WEPCO"), for Mr. Thomas Pollog and its counter-designations of testimony for Mr. Pollog. By motion filed February 9, 2007, the Government asked the Court to strike the testimony designated by WEPCO for Mr. Pollog and others, in part, because Mr. Pollog was expected to testify at trial. In the alternative, we sought leave to file our objections to WEPCO's designations at a later date. In response to our motion, the Court ruled that WEPCO could not seek to designate the testimony of individuals scheduled to testify. Order, Wisconsin Electric Power Co. v. United States, No. 00-697C (Fed. Cl.), Aug. 16, 2007, at 23.

As the Court is aware, Mr. Pollog did not testify at trial. For this reason, we expect that WEPCO will seek admission of the prior testimony it has designated for Mr. Pollog. We request that the Court consider the Government's objections to the testimony designated and, if the testimony is admitted, consider also the testimony that the Government has counter-designated. The Government's objections and counter-designations are attached.

For the foregoing reasons, the Government requests that it be allowed to file its objections to the testimony designated by WEPCO for Mr. Pollog and its counter-designations.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 305-9640
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

October 15, 2007

# ATTACHMENT

**THOMAS POLLOG**

**Objections**:

| **Designation** | **Objection** |
|---|---|
| **April 11, 2002** | |
| 96:5-97:17 | Foundation, vague |
| 8:12-15:11 | Hearsay, vague |
| 27:10-28:9 | Foundation, best evidence |
| 44:20-45:25 | Best evidence, vague |
| 49:25-51:2 | Legal conclusion, vague |
| 54:11-56:16 | Legal conclusion, vague |
| 71:17-71:21 | Best evidence, vague |
| 74:12-78:15 | Best evidence |
| 93:10-96:25 | Best evidence |
| 99:6-100:19 | Vague |
| 102:19-103:12 | Best evidence |
| 104:25-105:6 | Best evidence |
| 110:5-16 | Best evidence |
| 110:24-111:12 | Vague, completeness |
| 113:21-115:15 | Best evidence, vague |
| 117:3-119:4 | Best evidence, vague |
| 121:13-20 | Foundation, vague, completeness |
| 122:25-123:2 | Best evidence, vague |
| 124:21-125:8 | Best evidence, vague |
| 126:1-15 | Best evidence, vague |
| 132:1-17 | Best evidence, vague |

| | |
|---|---|
| 138:23-139:2 | Best evidence, vague |
| 139:3-25 | Best evidence, vague |
| 143:21-145:15 | Best evidence, vague |
| 160:14-161:9 | Foundation (beyond scope of RCFC 30(b)(6)), best evidence, vague |
| 161:15-162:22 | Best evidence, vague |
| 181:4-182:20 | Foundation (beyond scope of RCFC 30(b)(6)) |
| 185:1-186:7 | Best evidence, vague |
| 194:21-195:17 | Foundation (beyond scope of RCFC 30(b)(6)), legal conclusion, best evidence |
| 202:23-204:2 | Best evidence, vague |
| 204:20-205:11 | Legal conclusion, vague |
| **April 12, 2002** | |
| 11:15-13:4 | Best evidence, vague |
| 31:7-32:5 | Legal conclusion |
| 42:1-22 | Foundation (beyond scope of RCFC 30(b)(6)), best evidence, vague |
| 43:13-22 | Foundation (beyond scope of RCFC 30(b)(6)), best evidence, vague |
| 46:19-47:1 | Foundation (beyond scope of RCFC 30(b)(6)), best evidence, vague |
| 51:14-52:8 | Best evidence |
| 54:13-55:6 | Foundation (beyond scope of RCFC 30(b)(6)) |
| 56:2-22 | Best evidence, vague |
| 60:20-62:8 | Best evidence |
| 62:17-63:13 | Best evidence |
| 72:22-73:2 | Vague |
| 91:12-93:13 | Legal conclusion, best evidence |

| | |
|---|---|
| 120:4-121:9 | Foundation (beyond scope of RCFC 30(b)(6)), best evidence, relevance |
| 134:6-135:10 | Legal conclusion, foundation (beyond scope of RCFC 30(b)(6)) |
| 136:8-24 | Legal conclusion, best evidence |
| 138:9-139:9 | Legal conclusion, best evidence |
| 145:6-16 | Best evidence, vague |
| **May 15, 2002** | |
| 71:7-72:19 | Foundation, relevance |
| 78:7-79:20 | Foundation, relevance |
| 86:1-86:15 | Foundation, relevance |
| 87:16-88:15 | Foundation, relevance, completeness (answer ends at 88:16) |
| 148:1-11 | Foundation, relevance |
| 153:13-154:18 | Foundation, relevance |
| 180:15-182:23 | Legal conclusion, best evidence |
| 242:4-18 | Vague, relevance |
| 270:13-22 | Vague |
| **May 16, 2002** | |
| 296:18-297:17 | Foundation, vague |
| 390:13-25 | Best evidence |
| 393:10-15 | Relevance |
| **May 22, 2002** | |
| 645:13-647:18 | Foundation, speculation, best evidence, vague, relevance |
| 648:19-649:15 | Foundation, speculation, vague, relevance |
| 680:3-681:22 | Foundation, speculation, vague, relevance |

| | |
|---|---|
| **October 12, 2006** | |
| 22:2-24:2 | Foundation, best evidence, speculation, relevance |
| 54:2-59:20 | Best evidence, vague, relevance |
| 78:8-78:16 | Relevance |
| **August 4, 2004** | |
| 3954:12-3957:13 | Hearsay |
| 3963:1-3964:24 | Hearsay |
| 3968:4-3969:12 | Hearsay |
| 3971:15-22 | Hearsay |
| 4037:13-4039:21 | Vague |
| **June 24, 2005** | |
| 907:23-918:6 | Foundation, relevance |

**Counter-designations**:

**April 11, 2002**

16:11-14
31:1-34:5
41:5:-44:15
60:1-63:18
64:22-67:13
74:10-19
92:12-93:9
107:1-108:2
123:15-124:10
144:3-145:15
151:14-154:16
155:18-156:13
158:16-172:12
174:1-22
183:4-184:2

185:2-186:22
191:8-192:23
206:16-208:6
210:24-211:22
212:3-213:19

**April 12, 2002**

9:25-16:17
21:17-24:21
37:15-41:8
43:24-45:3
49:14-25
91:4-92:10
100:22-110:1
115:11-116:20
117:11-118:18
160:12-162:19
163:5-19

**May 16, 2002**

320:15-321:7
322:20-323:17
381:1-25
409:1-25
414:1-25
417:1-418:13

**May 22, 2002**

575:5-25
599:9-600-11

**August 4, 2005**

3902:19-3944:25
4065:25-4076:10

CERTIFICATE OF FILING

I hereby certify that on this 15th day of October, 2007, a copy of foregoing "DEFENDANT'S MOTION SEEKING LEAVE TO FILE OBJECTIONS TO PLAINTIFF'S TESTIMONY DESIGNATIONS FOR MR. THOMAS POLLOG AND DEFENDANT'S COUNTER-DESIGNATIONS," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Marian E. Sullivan