# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 00-697C<br><br>(Senior Judge Merow) |

## JOINT STIPULATION REGARDING POST-TRIAL BRIEFING SCHEDULE

The parties offer the following joint stipulation with regard to post-trial briefing in this matter:

1. December 21, 2007: Wisconsin Electric Power Company ("WE") files Plaintiff's Proposed Findings of Fact and Plaintiff's Post-trial brief;

2. February 8, 2008: The Government files Defendant's Proposed Findings of Fact, Defendant's Objections to Plaintiff's Proposed Findings of Fact, and Defendant's Post-trial brief; and

3. March 28, 2008: WE files Plaintiff's Objections to Defendant's Proposed Findings of Fact and Plaintiff's Post-trial Reply brief.

In addition, the parties respectfully propose for the Court's consideration conducting the post-trial oral argument during the following period of time: The week of May 5, 2008 or the week of May 12, 2008.

Dated: October 26, 2007

Respectfully submitted,

s/ Richard W. Oehler by s/ Jay L. Griffiths
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8419

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER COMPANY

Of Counsel:

Donald J. Carney
Mary Rose Hughes
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005
(202) 434-1675

PETER D. KEISLER
Assistant Attorney General

JEANNE M. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530

Tele: (202) 616-0347
Fax: (202) 307-2503

Attorneys for Defendant
UNITED STATES

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on October 26, 2007, I caused a copy of the foregoing "Joint Stipulation Regarding Post-Trial Briefing Schedule" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jay L. Griffiths
Jay L. Griffiths