# In the United States Court of Federal Claims

No. 00-697 C
(Filed October 29, 2007)

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, Defendant. | ) |

## ORDER

As discussed at the conclusion of trial proceedings, counsel have conferred and submitted a proposed schedule for post-trial submissions.

The scheduled proposed in the Joint Stipulation, filed October 26, 2007, is accepted and it is **ORDERED**:

(1) The parties shall comply with the schedule set forth in the Joint Stipulation, filed October 26, 2007;

(2) By a subsequent order, oral argument will be scheduled for a date and time convenient to all concerned during the period of May 5 - 16, 2008, and by April 21, 2008, counsel should confer and notify Ms. Eddins (202-357-6613), as to their availability for a specific date(s) in this respect; and

(3) Each proposed finding of fact should be supported by citation to record evidence and counsel are requested to incorporate an overall chronological discussion or listing of all relevant events in either their proposed findings of fact or brief(s).

s/ James F. Merow
James F. Merow
Senior Judge