**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 00-697C<br>(Senior Judge Merow) |

**PLAINTIFF'S NOTICE OF COUNTER-DESIGNATIONS TO DEFENDANT'S DESIGNATIONS OF DEPOSITION TESTIMONY OF MR. BILLY COLE**

Plaintiff, Wisconsin Electric Power Company ("WE") respectfully files this notice of counter-designations of deposition testimony of Mr. Billy Cole. In a September 27, 2007 Order, the Court granted the Government leave to designate deposition testimony of Mr. Cole to preclude the need for Mr. Cole to testify at trial. During trial proceedings, the Court granted WE leave to file counter-designations of Mr. Cole's testimony to respond to the Government's Cole designations. Tr. 3554:8-22 (October 1, 2007, attached as Attachment A). WE's counter-designations are attached hereto as Attachment B.

Dated: November 5, 2007

Respectfully submitted,

s/Richard W. Oehler by s/Emily C.C. Poulin
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8419

Of Counsel:

Donald J. Carney
Mary Rose Hughes
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005
(202) 434-1675

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER COMPANY

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, on November 5, 2007, I caused a copy of the foregoing "Plaintiff's Notice of Counter-Designations to Defendant's Designations of Deposition Testimony of Mr. Billy Cole" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Emily C.C. Poulin
Emily C.C. Poulin