# ATTACHMENT A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

-------------------------------------x

WISCONSIN ELECTRIC POWER COMPANY, :

Plaintiffs, :

vs. :NO. 00-697C

THE UNITED STATES, :

Defendant. :

-------------------------------------x

Courtroom 5

National Courts Building

717 Madison Place NW

Washington, D.C.

Monday, October 1, 2007

Volume 16

The parties met, pursuant to the notice of the Judge at 10:04 a.m.

BEFORE THE HONORABLE JAMES MEROW

P R O C E E D I N G S

(10:04 a.m.)

MR. OEHLER: Good morning, Your Honor.

THE COURT: Good morning.

MR. OEHLER: Before we continue with the cross-examination of Ms. Supko, I had a few housekeeping issues to address with the Court, if I may.

THE COURT: Certainly.

MR. OEHLER: Although I'm certain that the Court has seen this, we never actually got back to the Court in the trial itself and advised the Court that the parties were able to reach agreement on a joint stipulation regarding the accuracy of Wisconsin Electric's costs.

THE COURT: Yes. That's great for both sides.

MR. OEHLER: That was filed September 21st. I mention it now because, hopefully, we'll be able to continue the testimony later today of one of our expert witnesses, Mr. Richard Sieracki, on damages, so I wanted the Court to be aware of that.

Secondly, as you may recall, we did

advise the Court that we agreed to submit the testimony of Mr. Billy Cole on deposition, rather than live testimony. And the government had filed a motion to, for leave to file its designations, two points in connection with that, and we don't oppose that motion.

THE COURT: Right.

MR. OEHLER: But with regard to our designations, there were two points I wanted to make, number one, we had already designated some testimony of Billy Cole with our -- remember, we had did a group of designations? So those should now come in, since he won't be testifying live at trial.

And then we will also reserve the right to counterdesignate additional portions of his deposition based on the designation of the government, and my discussions with Ms. Snyder indicated we could do that at the end of trial at the same time the government does its designations.

THE COURT: Yes, fine.

MR. OEHLER: And then the next point, I don't know if this was mentioned or not, both the testimony of Loring Mills and Robert Morgan