IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, Plaintiff, | ) | |
| v. | ) | No. 00-697C (Senior Judge Merow) |
| UNITED STATES, Defendant. | ) | |

DEFENDANT'S TESTIMONY DESIGNATIONS

Pursuant to the Court's August 16, 2007 order, defendant, the United States, respectfully designates the attached testimony to become part of the record of the trial in this case. The parties have agreed that testimony to include Mr. Robert Morgan's trial testimony in Northern States Power Company v. United States, No. 98-484C (Fed. Cl.) in its entirety as well as Wisconsin Electric Power Company's ("WEPCO") deposition and trial testimony designations and the Government's counter-designations of Mr. Morgan's testimony. The parties have also agreed that Mr. Loring Mills's trial testimony in Northern States, Yankee Atomic Power Company v. United States, No. 98-126C (Fed. Cl.), Pacific Gas & Electric v. United States, Nos. 04-0074, -0075C (Fed. Cl.), and System Fuels, Inc/Entergy Arkansas v. United States, No. 03-2623C (Fed. Cl.), would be submitted in its entirety as well. Further, the Government submits the counter-designations to Mr. Thomas Pollog's testimony as requested in our motion filed on October 15, 2007. In its response filed on October 29, 2007, WEPCO did not object to our submission of those counter-designations.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Sharon A. Snyder by s/ Russell A. Shultis
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 305-9640
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

November 9, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that, on November 9, 2007, a copy of "DEFENDANT'S TESTIMONY DESIGNATIONS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Russell A. Shultis