# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 00-697C<br><br>(Senior Judge Merow) |

## JOINT STIPULATION REGARDING PLAINTIFF'S CLAIM FOR LEGAL COSTS

The parties stipulate as follows with regard to the legal costs claimed by Wisconsin Electric Power Company ("WE") in this action:

1. WE claims a total of $1,222,393 for legal costs incurred as a result of DOE's partial breach of contract.

2. Of the $1,222,393 that WE claims for legal costs, the sum of $880,138 relates to legal activities in connection with WE's on-site dry fuel storage program.

3. Of the $1,222,393 that WE claims for legal costs, the sum of $342,255 relates to legal activities in connection with alternative off-site storage projects, including but not limited to the Newton project and Private Fuel Storage.

Dated: November 20, 2007

Respectfully submitted,

s/ Richard W. Oehler by s/Emily C.C. Poulin
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8419

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER COMPANY

Of Counsel:

Donald J. Carney
Mary Rose Hughes
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005
(202) 434-1675

PETER D. KEISLER
Assistant Attorney General

JEANNE M. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

Attorneys for Defendant
UNITED STATES

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on November 20, 2007, I caused a copy of the foregoing "Joint Stipulation Regarding Plaintiff's Claim for Legal Costs" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Emily C.C. Poulin
Emily C.C. Poulin