**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 00-697C<br>(Senior Judge Merow) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiff Wisconsin Electric Power Company ("WE") respectfully requests an enlargement of twenty-two days from November 29, 2007 until December 21, 2007 in which to submit counter-designations of deposition or trial testimony, and any potential objections, in response to the Government's November 9, 2007 submission of designated testimony. WE's counter-designations and objections then would be due on the same day as WE's Proposed Findings of Fact ("PFF") and Post-Trial Brief. This is the first enlargement that WE has sought for this filing. Government counsel has indicated that the Government does not oppose this motion.

The Government filed its deposition and trial testimony designations on November 9, 2007. The Court previously permitted WE to file objections and counter-designations to the Government's designated testimony. *See, e.g.,* Tr. 6406:20-6408:3 (October 16, 2007, attached as Attachment A).

WE believes that it would be more efficient to file any counter-designations of testimony at the same time that WE files its Post-Trial Brief and PFFs, namely, on December 21, 2007. An enlargement also will permit WE to continue to focus on preparation of its Post-Trial Brief and PFFs without interruption at this time.

WE is working with the Government to resolve a WE objection to the Government's November 9 pleading. WE expects this objection to be resolved before December 21, 2007.

WE continues to reserve the right to raise specific evidentiary objections to specific testimony designated by the Government in WE's post-trial briefing, as appropriate.

For the foregoing reasons, WE respectfully requests that the Court grant Plaintiff's Unopposed Motion for an Enlargement of Time.

Dated: November 28, 2007

Respectfully submitted,

s/ Richard W. Oehler by s/Emily C.C. Poulin
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8419

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER COMPANY

Of Counsel:

Donald J. Carney
Mary Rose Hughes
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005
(202) 434-1675

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on November 28, 2007, I caused a copy of the foregoing "Plaintiff's Unopposed Motion for An Enlargement of Time" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Emily C.C. Poulin
Emily C.C. Poulin

# ATTACHMENT A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

-------------------------------------x
WISCONSIN ELECTRIC POWER COMPANY, :
Plaintiffs, :
vs. :NO. 00-697C
THE UNITED STATES, :
Defendant. :
-------------------------------------x

Courtroom 5
National Courts Building
717 Madison Place NW
Washington, D.C.

Tuesday, October 16, 2007
Volume 26

The parties met, pursuant to the notice of the Judge at 10:03 a.m.

BEFORE THE HONORABLE JAMES MEROW

notice, and I think we've done that with the deposition of Mr. Pollog within the last couple of days.

THE COURT: Right.

MS. SNYDER: It may be necessary for us to counterdesignate with respect to these particular designations, and what I propose to do is take a look at them and submit any counterdesignations by way of notice or motion to the Court, if that meets with your approval.

THE COURT: That would be very satisfactory, and you have the right to counterdesignate --

MS. SNYDER: Great.

THE COURT: -- in that regard. So Plaintiff's Exhibit 1052 is admitted in evidence.

(Plaintiff Exhibit Number PX-1052 was received in evidence.)

MR. OEHLER: And just to clarify one point, Your Honor, just to be clear, that if the government has further counterdesignations, we would reserve the right to object to any individual designation and to counterdesignate to their counterdesignation.

THE COURT: Of course, we want to get a complete -- everyone gets as much testimony as they wish in that regard.

MS. POULIN: And, Your Honor, we can pass them out in a little bit, but we actually have a box for the Court that's Exhibit 1052 and a box as well for the government.

MS. SNYDER: Thank you.

MS. POULIN: And the last, Your Honor, has to do with demonstrative exhibits, and we have a request and a question. Our request has to do with the foam core demonstratives and poster-sized demonstratives that have been created and used in this trial, and we're curious if the Court would like us to leave copies of those when we move out of the Court today.

We're prepared to do so, but we note that Ms. Strandell has taken photos of these as the trial has progressed, and we're not sure of Your Honor's preference.

THE COURT: What do you think, Ms. Strandell?

THE CLERK: Those foam cores were huge, and I'm presuming you're not referring to