# In the United States Court of Federal Claims

No. 00-697 C
(Filed November 29, 2007)

| | |
|---|---|
| WISCONSIN ELECTRIC | ) |
| POWER COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

On November 28, 2007, Plaintiff's Unopposed Motion for an Enlargement of Time was filed. Plaintiff requests an enlargement of time to and including December 21, 2007, in which to submit counter-designations of deposition or trial testimony, and any potential objections in response to defendant's submission of designated testimony filed November 9, 2007.

Accordingly, it is **ORDERED** that plaintiff's unopposed motion, filed November 28, 2007, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge