# In the United States Court of Federal Claims

No. 00-697 C
(Filed December 26, 2007)

WISCONSIN ELECTRIC )
POWER COMPANY, )
Plaintiff, )
v. )
)
THE UNITED STATES, )
Defendant. )

## ORDER

On December 21, 2007, Plaintiff's Unopposed Motion for an Enlargement of Time was filed. Plaintiff requests an enlargement of time to and including March 28, 2008, in which to submit counter-designations of deposition or trial testimony, and any potential objections, in response to defendant's Testimony Designations filed November 9, 2007.

Accordingly, it is **ORDERED** that plaintiff's unopposed motion, filed December 21, 2007, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge