E X H I B I T S

| PLAINTIFF EXHIBITS | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 35 | -- | 6392 | Standard Contract for disposal of spent Nuclear fuel |
| 38 | -- | 1253 | Letter from Burstein (WE) to Keefe (DOE) |
| 65 | -- | 3557 | Letter from Sen. J. Bennett Johnson |
| 68 | -- | 3557 | Letter from Lawrence (DOE) to B. Rusche |
| 121 | -- | 3181 | US DOE OCRWM, Preliminary Analysis |
| 131 | -- | 3187 | US DOE OCRWM, 1987 Annual review |
| 153 | -- | 4420 | Memo from Mroczka |
| 158 | -- | 4295 | Letter from Bruce E. Hunt |
| 159 | -- | 4288 | Letter from Bruce Hunt, Manager, Nuclear Fuel |
| 175 | -- | 5094 | 1989 Annual Capacity |
| 177 | -- | 5786 | Letter from Nunez |
| 180 | -- | 3243 | Letter from Kraft |
| 181 | -- | 3557 | Monitored Retrievable Storage Commission |
| 197 | -- | 3557 | Facility Interface Capability Assessment |
| 203 | -- | 6393 | Memo from Bronk |
| 208 | -- | 1321 | Midwestern High level |
| 209 | -- | 1325 | Statement of Shimon |
| 210 | -- | 5789 | Letter from Chechilinitsky |
| 215 | -- | 2348 | Pacific NW Laboratory under DOE |
| 223 | -- | 2339 | Memo from McDuffie |

EXHIBITS

| PLAINTIFF EXHIBITS (cont'd) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 225 | -- | 663 | Letter from Moore |
| 230 | -- | 3557 | Martin Marietta Energy Systems |
| 246 | -- | 704 | Letter from M. Detmer |
| 248 | -- | 5793 | Letter to Anundson from SNC |
| 273 | -- | 3263 | Edison Elec. Institute |
| 274 | -- | 380 | Letter from Blythe |
| 298 | -- | 5794 | Zabransky presentation (03/05/1993) |
| 330 | -- | 4272 | Presentation: Interim Storage Options |
| 341 | -- | 3256 | TRW Environ. Safety Systems Inc. |
| 349 | -- | 372 | Memo from Merritt |
| 350 | -- | 389 | Memo from Evans |
| 366 | -- | 1541 | Letter P. Peterson |
| 367 | -- | 386 | Letter from Cullen |
| 377 | -- | 4305 | Spent Fuel Acceptance |
| 383 | -- | 2743 | Email from Jessessky |
| 386 | -- | 6400 | Letter from Boeshaar |
| 420 | -- | 3299 | DOE Status of Standard Canister Definition |
| 469 | -- | 4311 | Draft 1996 Acceptance |
| 475 | -- | 2048 | NRC presentation |
| 476 | -- | 2581 | Fax from Wachter |
| 488 | -- | 2050 | WE Senior Team Meeting |
| 497 | -- | 2596 | Letter from Swayne to Dixon |
| 498 | -- | 6403 | NRC, DFI, Review of Design |

E X H I B I T S

| PLAINTIFF EXHIBITS (cont'd) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 506 | -- | 2054 | Implications of May 1, 1998 |
| 531 | -- | 1944 | Dry cask load |
| 556 | -- | 1782 | Letter from Fuller |
| 563 | -- | 2397 | Excerpts from Letter to NRC from WE re: Application for Transfer |
| 587 | -- | 3312 | DOE OCRWM, Plan for Transportation Cask fabrication |
| 607 | -- | 5018 | Letter from Hanson (Transnuclear) to Weaver (WE) |
| 615 | -- | 1746 | Memo from Johnsen (NMC) to Becka |
| 618 | -- | 3193 | Bechtel SAIC Company |
| 639 | -- | 1836 | Letter from Srinvasan |
| 641 | -- | 4414 | Letter from Jernigan |
| 649 | -- | 3377 | Presentation by Brach |
| 662 | -- | 3196 | Indiana Michigan v. US |
| 664 | -- | 3379 | Brach (NRC) presentation |
| 667 | -- | 5022 | Letter from Mason (transnuclear) to Meils |
| 668 | -- | 6397 | Point Beach Nuclear Plant Refueling Procedure |
| 671 | -- | 4417 | Letter from Jury (AmerGen Energy) |
| 680 | -- | 4419 | Letter from Oatley (Pacific Gas Co.) |
| 681 | -- | 5469 | Letter from Brown (NRC) to Stall |
| 695 | -- | 3389 | Presentation by Brach (NRC), Spent Fuel Storage |

EXHIBITS

| PLAINTIFF EXHIBITS (cont'd) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 696 | -- | 3394 | Presentation by Craun (DOE) |
| 707 | -- | 3396 | Presentation by Supko |
| 728.1 | -- | 149 | Drawing of Point Beach Nuclear Plant Spent Fuel Pool (WISC0012822) |
| 728.27 | -- | 4397 | Drawing of anti-tip frame |
| 728.28 | -- | 828 | Drawing of Point Beach Nuclear Plant Spent Fuel Pool (WISC00128248) |
| 728.9 | -- | 824 | Drawing of Point Beach Nuclear Plant Spent Fuel Pool (WISC00128230) |
| 730 | -- | 3141 | ERI 2005 BaseCase Additional Storage Requirements |
| 731 | -- | 3141 | ERI 2005 Intra Utility |
| 740.009 | -- | 208 | Point Beach Nuclear (WISC00131085) |
| 740.034 | -- | 143 | Point Beach Nuclear (WISC0013112) |
| 740.040 | -- | 146 | Point Beach Nuclear (WISC00131118) |
| 740.047 | -- | 147 | Point Beach Nuclear (WISC00131126) |
| 740.12 | -- | 190 | Point Beach Nuclear (WISC00131088) |
| 740.20 | -- | 199 | Point Beach Nuclear (WISC00131097) |
| 740.41 | -- | 1825 | Point Beach Nuclear (WISC00131119) |
| 740.49 | -- | 846 | Point Beach Nuclear (WISC00131128) |
| 740.58 | -- | 833 | Point Beach Nuclear (WISC00131138) |

E X H I B I T S

| PLAINTIFF EXHIBITS (cont'd) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 740.64 | -- | 848 | Point Beach Nuclear (WISC00131144) |
| 740.084 | -- | 114 | Point Beach Nuclear (WISC00131166) |
| 740.107 | -- | 1866 | Point Beach Nuclear (WISC00131175) |
| 740.108 | -- | 1867 | Point Beach Nuclear (WISC00131190) |
| 740.109 | -- | 1832 | Point Beach Nuclear (WISC00131191) |
| 740.111 | -- | 193 | Point Beach Nuclear (WISC00131193) |
| 740.113 | -- | 1862 | Point Beach Nuclear (WISC00131176) |
| 740.114 | -- | 1853 | Point Beach Nuclear (WISC00131177) |
| 740.115 | -- | 1857 | Point Beach Nuclear (WISC00131181) |
| 740.116 | -- | 1860 | Point Beach Nuclear (WISC00131178) |
| 740.117 | -- | 1861 | Point Beach Nuclear (WISC00131179) |
| 740.118 | -- | 1858 | Point Beach Nuclear (WISC00131182) |
| 740.119 | -- | 1864 | Point Beach Nuclear (WISC00131183) |
| 740.121 | -- | 1863 | Point Beach Nuclear (WISC00131195) |
| 740.123 | -- | 112 | Point Beach Nuclear (WISC00131186) |
| 749 | -- | -- | PBNP Operation and Reload **(withdrawn from record pg 3557)** |

E X H I B I T S

| PLAINTIFF EXHIBITS (cont'd) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 750 | -- | -- | PBNP Operation and Reload Assumptions (WISC00059431) **(withdrawn from record pg 3557)** |
| 751 | -- | -- | Dry Storage Requirements **(withdrawn from record pg 3557)** |
| 752 | -- | -- | PBNP Operation and Reload Assumptions (WISC00059441) **(withdrawn from record pg 3557)** |
| 753 | -- | -- | PBNP Operation and Reload Assumptions (WISC00059446) **(withdrawn from record pg 3557)** |
| 758 | -- | 2077 | Dry fuel Loading Organizational Chart |
| 774 | -- | 3557 | Memo from Smithson |
| 776 | -- | 2085 | Dry Storage Procedures |
| 777 | -- | 2086 | Slides re: Point Beach Nuclear Plant |
| 778 | -- | 3392 | Presentation by Brach (NRC) |
| 796 | -- | 3759 | KRG Binder EB (volume 58) |
| 796.1 | -- | 1693 | Kenrich binder: BB- Revised Damages Model |
| 797 | -- | 4594 | Kenrich binder: CC Revised Cost of Capital |
| 799.1 | 2993 | 2993 | Kenrich: GG- Revised Past Costs |
| 800.1 | -- | 2405 | Kenrich binder: II- Revised NRC Fees |
| 801 | -- | 4536 | Kenrich binder: J- Historical Financial Info. |
| 805 | -- | 3830 | Kenrich Binder: N- Would have been Costs (pgs 3342-3369) |

E X H I B I T S

| PLAINTIFF EXHIBITS (cont'd) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 907 | -- | 528 | Excerpts from testimony of Robert Link |
| 907A | 528 | 565 | Index Witness examination |
| 907B | 528 | 565 | Index witness examination (continued) |
| 915 | -- | 4307 | Letter from R.G. Cocherell |
| 919 | -- | 4313 | Annual Capacity report briefing for OCRWM Executive Committee |
| 928 | -- | 2341 | Memo from P.A. McDuffie /S.A. Vance to D.C. Langstaff |
| 931 | -- | 2342 | Memo from P.N. McDuffie/S.A. Vance to A.B. Brownstein |
| 939 | -- | 4277 | Memorandum from R.A. Milner to D.A. Dreyfus, Dir. OCRWM re: Termination of OCRWM |
| 941 | -- | 2390 | I. Selin (Chair, NRC) "Timely topics on fuel storage" (pages 35 to 37) |
| 950 | -- | 4282 | Barrett (Acting Dir. OCRWM) Memorandum re: Approval: Implementation Plan for Acceptance of civilian spent nuclear fuel |
| 957 | -- | 4170 | Letter from Taylor (southern Carolina Electric & Gas) |
| 958 | -- | 4191 | Letter from Atkins (Yankee Atomic Elec. Co.) |
| 959 | -- | 4198 | Letter from Mellor (Connecticut Yankee Atomic Elec. Co) |
| 969 | -- | 4292 | Civilian radioactive waste mgt. system mgt. and operating contractor |
| 972 | -- | 5796 | Letter from Tomasoni (DOE) to Buchiet (Yankee) |

E X H I B I T S

| PLAINTIFF EXHIBITS (cont'd) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 978 | -- | 3557 | Letter from Thomas to Tomasoni |
| 1008 | -- | 3810 | Kenrich binder: P- Revised Spent Fuel Storage |
| 1017 | -- | 4892 | Remarks by Ivan Selin, Chairman US Nuclear Regulatory Commission |
| 1018 | -- | 4893 | Remarks by Ivan Selin, Chairman US Nuclear Regulatory Commission before the International High level waste mgt. Conference |
| 1029 | -- | 3766 | April 2007 errata (volume 101) |
| 1029.1 | -- | 2872 | Revised Work Papers from Kenrich Group Binders for April 10th, 2007 Errata for Kenrich Group Expert report (KRGWE003849) |
| 1029.2 | -- | 2874 | Two pages of the KRGWE003849 -- before Public Service Commission of Wisconsin regarding latest rate |
| 1043.1 | 2890 | 2891 | Public record issued by Wisconsin Public Service Commission |
| 1043.2 | 2890 | 2891 | Document issued by WE Energies |
| 1044 | -- | 2409 | Federal Register Notice |
| 1045 | -- | 837 | Cask loading area calculation |
| 1046 | -- | 3349 | Civilian Radioactive Waste Management System waste acceptance system requirements document |
| 1047 | -- | 4516 | Revised damage analysis |
| 1047.1 | 2983 | 2984 | One page of the KRGWE003917 Kenrich report |

EXHIBITS

| PLAINTIFF EXHIBITS (cont'd) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 1048 | -- | 6388 | Excerpts from Peter Rabideau deposition |
| 1049 | -- | 6391 | Public document regarding 6/30/77 amendment to Palisades operating license |
| 1050 | 6309 | 6310 | Working paper copy of trial damage model |
| 1052 | -- | 6406 | Wisconsin Electric's deposition and trial testimony designations |

| PLAINTIFF DEMONSTRATIVE EXHIBITS | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 7 | 209 | -- | Michael Baumann sheet |
| 9 | 911 | -- | Running total of discharges |
| 10 | 911 | -- | Tally of recovered spaces |
| 11 | 911 | -- | Map of spent fuel pool (with description of fieldhack memo) |

E X H I B I T S

| DEFENDANT'S EXHIBITS: | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 2 | -- | 2838 | Testimony of Martin K Conry (Doc Date 10/11/94) |
| 8 | -- | 1385 | Memo from Howard S. Shimon to Sol Burstein |
| 13 | -- | 1386 | Statement of T.R. Wilson on behalf of Wisc. Elec. |
| 18 | -- | 1009 | Letter from Fay, Vice President, Nuclear Power |
| 19 | -- | 1015 | WEPCO Internal Corresp. from D.K. Zabransky |
| 28 | -- | 2764 | Letter from Roderick Knight, Cost Estimator, NES, Inc |
| 31 | -- | 1118 | Ltr Parker WEPCO, to Dums CUB |
| 32 | -- | 2683 | Letter from William Gallo, VP, Transnuclear |
| 73 | -- | 245 | Letter from Krieser, Mngr WEPCO to Hagman |
| 75 | -- | 1620 | Memo from Mike Holzmann to Jim Schweitzer |
| 78 | -- | 2120 | Letter signed by Caldwell for Beach, Reg. Admin. |
| 79 | -- | 6283 | Letter from Suzanne Stratton of PSC to Fawn Shillinglaw |
| 84 | -- | 6255 | Letter from Martin, Quarles & Brady |
| 90 | -- | 4978 | Email from Dave Weaver |
| 93 | -- | 3557 | Letter from Snedeker, Projects, BNFL |
| 98 | -- | 4985 | Letter from Rod Knight |
| 103 | -- | 6256 | Letter from Reddemann, Nuclear Management Co. |

E X H I B I T S

DEFENDANT'S (CONT'D)

| EXHIBITS: | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 106 | -- | 3566 | Chart with pages titled PBNP Operation |
| 129 | -- | 1013 | WEPCO Internal Corresp. from D.K. Zabransky |
| 133 | -- | 1128 | Letter from Porter, WEPCO to Dorr |
| 135 | -- | 2251 | Letter from Parker WEPCO to Jablonski, Atty |
| 137 | -- | 1011 | WEPCO Internal Corresp. from D.K. Zabransky to G.J. Maxfield |
| 146 | -- | 782 | CD created on 8/19/05 |
| 151 | -- | 1639 | Letter from Martin |
| 154 | -- | 1643 | Letter from Patulski, WEPCO, to Doc. Control Desk |
| 158 | -- | 6256 | Email from Glenn Adams |
| 170 | -- | 2215 | Letter from Fay, Dir. Nuclear Power Depart |
| 181 | -- | 1357 | Memo from R.A. Newton Approved by T.R. Wilson |
| 182 | -- | 1361 | Memo from R.A. Newton approved by T.R. Wilson, Projects Admin. |
| 184 | -- | 1365 | WEPCO Internal Corres. with marginalia from N.L. Pitterle |
| 191 | -- | 2102 | Doc. titled Fabrication Schedule |
| 193 | -- | 2112 | Dry Fuel storage update |
| 200 | -- | 2122 | Outline pages of various dates from 12/19/97 |
| 201 | -- | 2129 | Memo to identify the issues currently existing |
| 227 | -- | 3007 | Letter from Parrino to Shillinglaw |

E X H I B I T S

DEFENDANT'S (CONT'D)

| EXHIBITS: | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 235 | -- | 6258 | Faxed letter from Grigg, Pres. & COO, WEPCO |
| 248 | -- | 1885 | WEPCO v. United States Spent Nuclear Fuel Damages |
| 249.1 | -- | 2947 | Excerpt of Wisc. Elec. Power |
| 251 | -- | 5010 | Email from Reddemann, NMCCO, to Weaver |
| 253 | -- | 1928 | Email from Jim Becka |
| 255 | -- | 1968 | Letter from Christopher Leach |
| 258 | -- | 2125 | Dry Fuel Storage |
| 267 | -- | 2116 | Presentation entitled Dry Fuel Storage |
| 276 | -- | 496 | Letter from Richard A. Abdoo |
| 283 | -- | 1083 | Wisc. Elec. article from Synergy |
| 283A | 1082 | 1083 | Wisc. Elec. article from Synergy titled Spent Fuel |
| 315 | -- | 4996 | Email from Eric Meils to Dave Weaver |
| 332 | -- | 2936 | Two pages of printout of computer screen (Under Seal) |
| 406 | -- | 5501 | Certificate of Compliance for VSC-24 Amend 1 |
| 430 | -- | 1631 | Memo from Krieser to WEPCO Nuclear Power Dept. |
| 456 | -- | 1079 | WEPCO Answers to your questions |
| 463 | -- | 2254 | WEPCO's brief in opposition to petition |
| 479 | -- | 2669 | Wisc. Elec. Co. Form 10-K |

E X H I B I T S

DEFENDANT'S (CONT'D)

| EXHIBITS: | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 493 | -- | 1269 | Proceedings of the 1983 Civilian Radioactive Waste Mgt. |
| 496 | -- | 3449 | Letter from Eileen Supko, ERI, to Michael Alissi |
| 498 | -- | 4653 | Assessment of Damages Prepared by the Kenrich Grp. |
| 501 | -- | 1407 | Admin. Record-Standard |
| 527 | -- | 1418 | Memo from S.P. Kraft, EEI, to Members, Task Group |
| 528 | -- | 1425 | Ltrs Kraft, EEI, to Members, Task Force |
| 544 | -- | 742 | Letter from Utility Nuclear Waste Management (YDK 38291 - 38302) |
| 614 | -- | 2330 | The Delivery Commitment Schedule Process |
| 615 | -- | 2322 | The Standard Contract's Delivery |
| 617 | -- | 3506 | 2002 Nuclear Fuel Cycle Supply and Price Report |
| 619 | -- | 5422 | Supplement to Expert Witness Report of Warren K. Brewer |
| 621 | -- | 4064 | Federal Register Vol. 64, No. 62 |
| 623 | -- | 5535 | BNFL Letter from E.D. Fuller to the Dir. of the Office of Nuclear Material |
| 624 | -- | 5539 | NRC Letter from William Brach to Paul Gunter |
| 625 | -- | 6098 | Point Beach Nuclear Plant |

E X H I B I T S

| DEFENDANT'S (CONT'D) EXHIBITS: | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| Kouts Demo1 | -- | 5250 | Chart titled: Nuclear Waste Fund and Defense (1983-2005) |
| Kouts Demo2 | -- | 5250 | Chart titled: Nuclear Waste Fund (1983-1998) |

E X H I B I T S

| DEFENDANT'S DEMONSTRATIVE EXHIBITS: | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 0001-17 | 5054 | -- | Utility Five pursuant to 1990 ACR |
| 1-0012 | 3665 | -- | Picture of 3000 rate opinion chart |
| 1-9A | 4028 | -- | Adjunct to Robert Sieracki previous testimony regarding administrative issue |
| 1 | 2472 | -- | Electronic photograph demonstratives |
| 2 | 2472 | -- | Electronic photograph demonstratives |
| 3 | 2472 | -- | Electronic photograph demonstratives |
| 4 | 2472 | -- | Electronic photograph demonstratives |
| 5 | 2472 | -- | Electronic photograph demonstratives |
| 6 | 2472 | -- | Electronic photograph demonstratives |
| 7 | 2472 | -- | Electronic photograph demonstratives |
| 8 | 2472 | -- | Electronic photograph demonstratives |
| 9 | 2472 | -- | Electronic photograph demonstratives |
| 10 | 2472 | -- | Electronic photograph demonstratives |

E X H I B I T S

| JOINT EXHIBITS: | MARKED | RECEIVED | DESCRIPTION |
| --- | --- | --- | --- |
| 1 | -- | 7 | PDF file of admitted exhibits |