**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 00-697C<br>(Senior Judge Merow) |

**PLAINTIFF'S MOTION TO AMEND THE CUMULATIVE INDEX**

Plaintiff Wisconsin Electric Power Company ("WE") respectfully moves to amend the January 25, 2008 Cumulative Index by Heritage Reporting because it contains material inaccuracies. Specifically, the Cumulative Index does not contain a full list of Plaintiff's Demonstrative Exhibits ("PDXs").

WE further notes that the Cumulative Index does not contain a full and accurate list of Defendant's Demonstrative Exhibits ("DDX"), but defers to the Government regarding the DDXs. WE has no objection to modifying the Cumulative Index to contain a complete and accurate index of DDXs.

The Cumulative Index does not include all PDXs. The Court, however, indicated at the conclusion of trial that all demonstratives were to accompany the record in this case. Tr. 6410: 4-7 (October 16, 2007). Thereafter, on October 24, 2007, WE's counsel sent to Heritage Reporting Corporation a complete set of the PDXs. Counsel's transmittal letter to Heritage and an index of the PDXs are attached at Appendix ("Appx.") 1-4.

For the Court's and the Government's information, we also attach WE's index of the DDXs. We believe that many DDXs are missing from the Cumulative Index or are inaccurately described. Compare Appx. at 5 with Cumulative Index.

As to Plaintiff's Exhibits admitted by the Court ("PXs"), the Cumulative Index appears to include all PXs in the sense that page 15 in the Cumulative Index lists Joint

Exhibit 1. Joint Exhibit 1, in turn, identifies numerous PXs and Defendant's Exhibits that were admitted into evidence by the Court prior to trial. If the Court reads the Cumulative Index to include all of the exhibits listed on Joint Exhibit 1, WE does not object to that aspect of the Cumulative Index. However, if the Court desires that the Cumulative Index separately list all PXs and DXs, WE would be happy to provide the Court with a complete list of PXs.

For the foregoing reasons, WE respectfully requests that the Court grant Plaintiff's motion to amend the Cumulative Index to add a complete listing of all PDXs. WE has no objection to modifying the Cumulative Index to include a complete and accurate list of DDXs as well and to include an index that separately identifies all PXs and DXs.

Dated: February 1, 2008

Respectfully submitted,

s/ Richard W. Oehler by s/Emily C.C. Poulin
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8419

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER COMPANY

Of Counsel:

Donald J. Carney
Mary Rose Hughes
Emily C.C. Poulin
Jay L. Griffiths
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005
(202) 434-1675

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on February 1, 2008, I caused a copy of the foregoing "Plaintiff's Motion to Amend the Cumulative Index" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Emily C.C. Poulin
Emily C.C. Poulin

# APPENDIX

Perkins Coie

Emily C.C. Poulin
PHONE: (202) 434-1634
FAX: (202) 654-9107
EMAIL: EPoulin@perkinscoie.com

607 Fourteenth Street N.W.
Washington, D.C. 20005-2011
PHONE: 202.628.6600
FAX: 202.434.1690
www.perkinscoie.com

October 24, 2007

**BY EXPRESS COURIER**

LaShonne Robinson
Heritage Reporting Corporation
1220 L Street, NW
Suite 600
Washington, DC 20005-4018

**Re: Wisconsin Electric v. United States, No. 00-697C**

Dear LaShonne:

Attached is a binder of Plaintiff's Demonstratives from the above-captioned litigation. We received noticc that you received the boxes of Plaintiff's Admitted Exhibits on October 19, 2007. If there is anything else we need to do to close-out our work with you, please let me know. Thank you for your assistance throughout the trial. It was a pleasure working with you.

Sincerely,

Emily C.C. Poulin

Emily C.C. Poulin

cc: Donald J. Carney

28795-0001/LEGAL13671433.1

**Wisconsin Electric v. U.S.**
**00-0697C**
**List of Plaintiff's Demonstratives**

| Demonstrative No. | Description |
|---|---|
| P Dem 0001 | WE Exhibit 740-0123 |
| P Dem 0002 | "Summary of Damages" Power Point presentation |
| P Dem 0004 | Model spent nuclear fuel assembly |
| P Dem 0005 | Model VSC-24 system |
| P Dem 0006 | Enlarged and foam-core mounted version of WE Exhibit 728-0001 |
| P Dem 0007 | Inventory Chart drawn by Mike Baumann |
| P Dem 0008 | PowerPoint: Spent Fuel Heat Load Calculation |
| P Dem 0009 | Running total of discharges |
| P Dem 0010 | Tally of recovered spaces |
| P Dem 0011 | Enlarged and foam-core mounted drawings of Spent Fuel Pool spaces (with plastic overlay) |
| P Dem 0012 | Line drawings of the NUHOMS system |
| P Dem 0013 | Line drawings of the NUHOMS system |
| P Dem 0014 | Line drawings of the NUHOMS system |
| P Dem 0015 | Line drawings of the NUHOMS system |
| P Dem 0016 | Line drawings of the NUHOMS system |
| P Dem 0017 | Line drawings of the NUHOMS system |
| P Dem 0018 | Line drawings of the NUHOMS system |
| P Dem 0019 | Line drawings of the NUHOMS system |
| P Dem 0020 | PowerPoint: Dry Cask Loading and Unloading Procedures |
| P Dem 0021 | PowerPoint: WBS Code - Example Loading Costs |
| P Dem 0022 | PowerPoint: Recovery Effort Contractors |
| P Dem 0023 | PowerPoint: VSC-24 Loading Contractors |
| P Dem 0024 | PowerPoint: 3.0182 (TN-32PT) Contractors |
| P Dem 0025 | PowerPoint: 3.5051 (NUHOMS-Related Plant Modification) Contractors |
| P Dem 0026 | Drawing of ISFSI modified for NUHOMS |
| P Dem 0027 | PowerPoint: 3.0264 (Loading) Related Contractors |
| P Dem 0028 | Scale model of the NUHOMS system |
| P Dem 0029 | PowerPoint: Code 1203430: Dry Storage Operations and Maintenance |
| P Dem 0030 | PowerPoint: Code N9600004: VSC-24 Dry Cask Storage Recovery |
| P Dem 0031 | PowerPoint: Code N9600018: VSC-24 Casks 1-8 |
| P Dem 0032 | PowerPoint: Code 1203402: Loading |
| P Dem 0033 | PowerPoint: NRC Fees |
| P Dem 0034 | PowerPoint: 1998 - Part 171.15 & 171.16 |
| P Dem 0035 | PowerPoint: 1999 and Forward - Part 171.15 |
| P Dem 0036 | PowerPoint: Summary of Conclusions |
| P Dem 0037 | PowerPoint: Spent Fuel Acceptance Rate Scenarios |
| P Dem 0038 | PowerPoint: 1998 & 2001 Total System Life Cycle Cost Analysis |
| P Dem 0039 | PowerPoint: Annual Capacity Report 1991 & 1992 |

**Wisconsin Electric v. U.S.**
**00-0697C**
**List of Plaintiff's Demonstratives**

| Demonstrative No. | Description |
|---|---|
| P Dem 0040 | PowerPoint: 1990 Total System Life Cycle Cost Analysis |
| P Dem 0041 | PowerPoint: Evaluation Criteria |
| P Dem 0042 | PowerPoint: Comparison of Factors Important to SNF Acceptance Assuming OFF Acceptance Priority by Plant Site |
| P Dem 0043 | PowerPoint: Comparison of Factors Important to SNF Acceptance Assuming OFF Acceptance Priority by Company |
| P Dem 0044 | PowerPoint: Comparison of Cumulative Additional Storage Requirements |
| P Dem 0045 | PowerPoint: Scenario 1: 3,000 MTU, 2001 TSLCC, OFF by Plant, Comparison of Annual Storage Requirements and Annual Acceptance Rate |
| P Dem 0046 | PowerPoint: Scenario 1: 3,000 MTU, 2001 TSLCC, OFF by Company, Comparison of Annual Storage Requirements and Annual Acceptance Rate |
| P Dem 0047 | PowerPoint: Comparison of Cumulative Additional Storage Requirements, Scenario 3: ACR/1990 TSLCC, 900 to 3000MTU OFF Priority by Site vs. OFF Priority by Company |
| P Dem 0048 | PowerPoint: Scenario 3: 1992 ACR/1990 TSLCC, OFF by Plant, Comparison of Annual Storage Requirements and Annual Acceptance Rate |
| P Dem 0049 | PowerPoint: Scenario 3: 1992 ACR/1990 TSLCC, OFF by Company, Comparison of Annual Storage Requirements and Annual Acceptance Rate |
| P Dem 0050 | PowerPoint: DOE Ramp Up Rates to 3,000 MTU |
| P Dem 0051 | PowerPoint: 1983 Draft Mission Plan |
| P Dem 0052 | PowerPoint: 1985 Mission Plan – "Authorized System" |
| P Dem 0053 | PowerPoint: 1990 Annual Capacity Report |
| P Dem 0054 | PowerPoint: Comparison of Factors Important to SNF Acceptance Comparison of Ramp Up Rates to a 3,000 MTU Steady State Rate |
| P Dem 0055 | PowerPoint: Point Beach Units 1 and 2 Acceptance Allocations 1998 – 2007 |
| P Dem 0056 | PowerPoint: At-Reactor Spent Fuel Storage Installations |
| P Dem 0057 | PowerPoint: At-Reactor Spent Fuel Storage Installations [graph] |
| P Dem 0058 | PowerPoints: 1983 to 2007 Timeline |
| P Dem 0059 | PowerPoint: Summary of Opinions Regarding DOE's Actions Associated with the Development of Dual Purpose Casks |
| P Dem 0060 | PowerPoints, Rich Sieracki |
| P Dem 0061 | PowerPoints, Ken Metcalfe |
| P Dem 0062 | PowerPoint: Scope of Dr. Singh's Testimony |
| P Dem 0063 | PowerPoint: General Description of Point Beach Cask Pit Rack Project |
| P Dem 0064 | PowerPoint: Holtec's Work to Develop the Expert Opinion |
| P Dem 0065 | PowerPoint: Feasibility of Cask Pit Rack |
| P Dem 0066 | PowerPoint: Point Beach Pool Structure |
| P Dem 0067 | PowerPoint: Cask Pit Space |
| P Dem 0068 | PowerPoint: Cask Pit Rack |
| P Dem 0069 | PowerPoint: Application of NRC Guidelines to Point Beach Pit Rack Indicates No Technical Barriers to Lincensability |
| P Dem 0070 | PowerPoint: Vertical Load on Slab |
| P Dem 0071 | PowerPoint: Pilings |

**Wisconsin Electric v. U.S.**
**00-0697C**
**List of Plaintiff's Demonstratives**

| Demonstrative No. | Description |
|---|---|
| P Dem 0072 | PowerPoint: Opinion: Technical Feasibility |
| P Dem 0073 | PowerPoint: Rack Licensing Issues by 1990s |
| P Dem 0074 | PowerPoint: Opinion: NRC Approval |
| P Dem 0075 | PowerPoint: Opinion: NRC Schedule and Fees |
| P Dem 0076 | PowerPoint: Cask Pit Rack Work Breakdown |
| P Dem 0077 | PowerPoint: Opinion: Cask Pit Rack Cost |
| P Dem 0062a | PowerPoint: Summary of Total Past Damages by Category (Through 2/2007) With Weighted Average Cost of Debt |
| P Dem 0063a | PowerPoint: Range of TN-32 Costs as of March 2000 |

**Wisconsin Electric v. U.S.**
**00-0697C**
**Index to Defendant's Demonstratives**

| Demonstrative No. | Description |
|---|---|
| DDX 1-1 | Powerpoint: Causation/Cask Loading through 2007 |
| DDX 1-2 | Powerpoint: Dry Storage Decision Making |
| DDX 1-3 | Powerpoint: Impact of Timing of Acceptance |
| DDX 1-4 | Powerpoint: Cask Loadings Through 1998 |
| DDX 1-5 | Powerpoint: Cask Procurement and Loading |
| DDX 1-6 | Powerpoint: Cask Procurement and Loading |
| DDX 1-7 | Powerpoint: Summary of WEPCO Claim |
| DDX 1-8 | Notes on the white board - photographed by clerk |
| DDX 1-9 | Inventory chart, 1991 - 1998 |
| DDX 1-9A | Inventory chart, 1991 - 1998 |
| DDX 1-10 | Notes on the white board - photographed by clerk |
| DDX 1-11 | KRGWE002700, Spent Nuclear Fuel Damages Claim |
| DDX 1-12 | Supko Dem 1, annotated during cross-examination |
| DDX 1-13 | Color chart: NRC Annual Fees |
| DDX 1-14 | Notes on the white board - photographed by clerk |
| DDX 1-15 | Table: Changes to Claimed Damages |
| DDX 1-16 | Comparison of DCSs to ACR (MTU) |
| DDX 1-17 | Handwritten illustration of how APR worked with ACR |
| DDX 3-1 thru 3-31 | Powerpoint: Expert Report of Warren K. Brewer Summary of Opinions |
| DDX 4-1 thru 4-57 | Powerpoint: Cliff W. Hamal |
| DDX 5-1 thru 5-66 | Powerpoint: Stephen Kiraly |