# In the United States Court of Federal Claims

No. 00-697 C
(Filed February 6, 2008)

WISCONSIN ELECTRIC )
POWER COMPANY, )
Plaintiff, )
v. )
)
THE UNITED STATES, )
Defendant. )

## ORDER

On February 6, 2008, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time to and including March 7, 2008, within which to file its post-trial brief.

Accordingly, it is **ORDERED** that defendant's unopposed motion, filed February 6, 2008, is **GRANTED** as follows:

1) Defendant's post-trial brief is now due March 7, 2008; and

2) Plaintiff's reply to defendant's post-trial brief shall be filed on April 25, 2008.

s/ James F. Merow
James F. Merow
Senior Judge