IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | No. 00-697C<br>(Senior Judge Merow) |

DEFENDANT'S SECOND MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 14 days, to and including Friday, March 21, 2008, within which to file its post-trial brief, findings of fact, and responses to plaintiff's findings of fact. Our deadline for filing our brief is currently Friday, March 7, 2008. This is defendant's second request for an enlargement of time for this purpose. Counsel has not been able to reach counsel for plaintiff; however, counsel for plaintiff, Richard Oehler, represented in not opposing defendant's first request for an enlargement that plaintiff, Wisconsin Electric Power Company ("WEPCO"), would oppose any further extensions.

The requested enlargement is necessary because plaintiff's proposed findings of fact number 262 individual findings, are over 200 pages in length, and include over 1,400 separate cites that the Government is still in the process of reviewing. That effort has been more labor intensive and required much more time than we had anticipated. Moreover, in drafting our findings of fact, we have also found that, because of the amount of evidence to review – over 1,600 exhibits and over 6,400 pages of transcript – that effort has also taken much more time than we had expected. In spite of the fact that we are working full-time on our response, we require an additional two weeks to complete the work. This additional requested enlargement

will allow the Government and its attorneys sufficient time to reply fully and properly to plaintiff's post-trial pleadings.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time, to and including Friday, March 21, 2008, within which to submit our post-trial brief, findings of fact, and responses to plaintiff's findings of fact.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/ Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-9640
Fax: (202) 307-2503

ALAN LO RE
Senior Trial Attorney

STEPHEN FINN
RUSSELL A. SHULTIS
SONIA M. ORFIELD
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

March 4, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on March 4, 2008, a copy of this “DEFENDANT'S SECOND MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court’s system.

s/ Sharon A. Snyder