# In the United States Court of Federal Claims

No. 00-697 C
(Filed March 17, 2008)

WISCONSIN ELECTRIC )
POWER COMPANY, )
Plaintiff, )
v. )
)
THE UNITED STATES, )
Defendant. )

## ORDER

On March 4, 2008, Defendant's Second Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time to and including March 21, 2008, within which to file its post-trial brief. Plaintiff has not filed an opposition, however, in the first motion for enlargement of time filed February 6, 2008, defendant represented that plaintiff would oppose any further extensions.

Accordingly, it is **ORDERED** that defendant's motion, filed March 4, 2008, is **GRANTED** as follows:

1) Defendant's post-trial brief is now due March 21, 2008; and

2) Plaintiff's reply to defendant's post-trial brief shall be filed on May 9, 2008.

s/ James F. Merow
James F. Merow
Senior Judge