IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-697C |
| | ) | (Senior Judge Merow) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S THIRD MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of four days, to and including Tuesday, March 25, 2008, within which to file its post-trial brief, findings of fact, and responses to plaintiff's findings of fact. Our deadline for filing our brief is currently Friday, March 21, 2008. This is defendant's third request for an enlargement of time for this purpose. Counsel for plaintiff, Richard Oehler, represented in not opposing defendant's first request for an enlargement that plaintiff, Wisconsin Electric Power Company ("WEPCO"), would oppose any further extensions.

The requested enlargement is necessary because the Government is still in the process of reviewing our responses to plaintiff's proposed findings of fact, the Government's proposed findings of fact and the Government's post-trial brief. Our draft briefing is quite substantial in length, and the supervisor who is responsible for reviewing it, despite diligent efforts, has not been able to complete a thorough review of it. In addition, he has requested additional information regarding some of our briefing that is currently being prepared, but cannot be completed in the remaining time. In spite of the fact that we have been working full-time on our responses, we require an additional four days to complete the work.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time, to and including Tuesday, March 25, 2008, within which to submit our post-trial brief, findings of fact, and responses to plaintiff's findings of fact.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-9640
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN LO RE
Senior Trial Attorney

STEPHEN FINN
SONIA M. ORFIELD
RUSSELL A. SHULTIS
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

March 21, 2008

## CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on March 21, 2008, a copy of this "DEFENDANT'S THIRD MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder