# In the United States Court of Federal Claims

No. 00-697 C

(Filed March 21, 2008)

| | |
|---|---|
| WISCONSIN ELECTRIC | ) |
| POWER COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

On March 21, 2008, Defendant's Third Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time to and including March 25, 2008, within which to file its post-trial brief, findings of fact, and responses to plaintiff's findings of fact. In defendant's first motion for enlargement of time filed February 6, 2008, counsel represented that plaintiff would oppose any further extensions.

Accordingly, it is **ORDERED** that defendant's motion, filed March 21, 2008, is **GRANTED** as follows:

1) Defendant's post-trial brief is now due March 25, 2008; and

2) Plaintiff's reply to defendant's post-trial brief shall be filed on May 13, 2008.

s/ James F. Merow

James F. Merow
Senior Judge