**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 00-697C<br><br>(Senior Judge Merow) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiff Wisconsin Electric Power Company ("WE") respectfully requests an enlargement of forty-six days from March 28, 2008 until May 13, 2008 in which to submit counter-designations of deposition or trial testimony, and any potential objections, in response to the Government's November 9, 2007 submission of designated testimony. WE's counter-designations and objections then would be due on the same day as WE's Post-Trial Reply Brief and Objections to the Government's Proposed Findings of Fact. This is the third enlargement that WE has sought for this filing. Government counsel has indicated that the Government does not oppose this motion.

The Government filed its deposition and trial testimony designations on November 9, 2007. The Court previously permitted WE to file objections and counter-designations to the Government's designated testimony. *See, e.g.,* Tr. 6406:20-6408:3 (October 16, 2007). Then, by Order dated December 26, 2007, the Court permitted WE to file by March 28, 2008 its counter-designations of deposition or trial testimony, and any potential objections, in response to the Government's November 9, 2007 submission of designated testimony. Order Granting Enlargement of Time, No. 00-697C (Fed. Cl. Dec. 26, 2007).

WE believes that it will reduce the size of WE's pleading and be most efficient for the Court and the parties if WE is able to review the Government's use of its designated

testimony in its post-trial pleadings before WE files its counter-designations and corresponding objections to the Government's designated testimony.

WE continues to reserve the right to raise specific evidentiary objections to specific testimony designated by the Government in WE's Post-Trial Reply brief, as appropriate.

For the foregoing reasons, WE respectfully requests that the Court grant Plaintiff's Unopposed Motion for an Enlargement of Time.

Dated: March 28, 2008

Respectfully submitted,

s/ Richard W. Oehler by s/Jay L. Griffiths
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8419

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER COMPANY

Of Counsel:

Donald J. Carney
Mary Rose Hughes
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005
(202) 434-1675

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on March 28, 2008, I caused a copy of the foregoing "Plaintiff's Unopposed Motion for An Enlargement of Time" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jay L. Griffiths
Jay L. Griffiths