# In the United States Court of Federal Claims

No. 00-697 C
(Filed March 28, 2008)

| | |
|---|---|
| WISCONSIN ELECTRIC | ) |
| POWER COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

On March 28, 2008, Plaintiff's Unopposed Motion for an Enlargement of Time was filed. Plaintiff requests an enlargement to and including May 13, 2008, in which to submit counter-designations of deposition or trial testimony, and any potential objections in response to defendant's November 9, 2007 submission of designated testimony.

Accordingly, it is **ORDERED** plaintiff's unopposed motion, filed March 28, 2008, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge