# In the United States Court of Federal Claims

No. 00-697 C
(Filed April 18, 2008)

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

On April 18, 2008, Plaintiff's Unopposed Motion for an Enlargement of Time was filed. Plaintiff requests an enlargement of time to and including May 21, 2008, for the parties to confer regarding mutually convenient dates for oral argument and to notify the court of the proposed dates.

Accordingly, it is **ORDERED** that plaintiff's motion, filed April 18, 2008, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge