# In the United States Court of Federal Claims

No. 00-697 C
(Filed May 9, 2008)

WISCONSIN ELECTRIC POWER COMPANY, )
Plaintiff, )
v. )
)
THE UNITED STATES, )
Defendant. )

## ORDER

On May 9, 2008, Plaintiff's Unopposed Motion for an Enlargement of Time was filed. Plaintiff requests an enlargement of time to and including June 17, 2008, to file its (1) reply to defendant's post-trial brief, (2) responses to defendant's proposed findings of fact, and (3) counter-designations of deposition or trial testimony, and any potential objections, in response to defendant's November 9, 2007 submission of designated testimony.

Accordingly, it is **ORDERED** that plaintiff's motion, filed May 9, 2008, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge