**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 00-697C<br>(Senior Judge Merow) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, plaintiff, Wisconsin Electric Power Company ("WE"), respectfully requests an enlargement of 10 days from May 12, 2008 until May 22, 2008 for WE to file Plaintiff's Opposition to Defendant's Renewed Motion to Strike Plaintiff's Testimony Regarding Defendant's Settlements With Other Utilities. This is the first enlargement that WE has sought for this pleading.

The requested enlargement is necessary because counsel for WE needs additional time to respond to defendant's motion. WE counsel has been involved in preparing a reply to Defendant's post-trial pleadings in this matter, in litigating a bid protest before this Court and in numerous other pressing matters.

For the foregoing reasons, WE respectfully requests that the Court grant Plaintiff's Unopposed Motion for an Enlargement of Time and enlarge the due date from May 12, 2008 to May 22, 2008 for WE to file Plaintiff's Opposition to Defendant's Renewed Motion to Strike Plaintiff's Testimony Regarding Defendant's Settlements With Other Utilities.

Dated: May 12, 2008

Respectfully submitted,

s/ Richard W. Oehler by s/Jay L. Griffiths

Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8419

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER COMPANY

Of Counsel:

Donald J. Carney
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005
(202) 434-1675

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on May 12, 2008, I caused a copy of the foregoing "Plaintiff's Unopposed Motion for An Enlargement of Time" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jay L. Griffiths
Jay L. Griffiths