# In the United States Court of Federal Claims

No. 00-697 C
(Filed May 12, 2008)

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, Defendant. | ) |

## ORDER

On May 12, 2008, Plaintiff's Unopposed Motion for an Enlargement of Time was filed. Plaintiff requests an enlargement of time to and including May 22, 2008, to file Plaintiff's Opposition to Defendant's Renewed Motion to Strike Plaintiff's Testimony Regarding Defendant's Settlements With Other Utilities.

Accordingly, it is **ORDERED** that plaintiff's motion, filed May 12, 2008, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge