IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-697C |
| | ) | (Senior Judge Merow) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 34 days, from May 21, 2008, to and including Tuesday, June 24, 2008, for the parties to confer regarding mutually convenient dates for oral argument and to notify the Court of the proposed dates. This is the first enlargement that the Government has sought for this purpose. Plaintiff, Wisconsin Electric Power Company ("WEPCO") previously sought an unopposed enlargement of 30 days for the same purpose. Counsel for plaintiff, Donald Carney, has represented that plaintiff, WEPCO, does not oppose this motion.

On May 9, 2008, the Court granted WEPCO's request for an enlargement within which to submit its post-trial reply brief, responses to defendant's findings of fact, and counter-designations of deposition or trial testimony, if any. Those briefs are now due on June 17, 2008. Defendant requests this corresponding enlargement to provide the Court with dates for oral argument so that the parties may ensure that briefing in the case is complete and to provide for additional time to confer on potential dates for oral argument. Under the circumstances, the Government requests an enlargement.

For these reasons, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr by Patricia McCarthy
HAROLD D. LESTER, JR.
Assistant Director

s/ Sharon A. Snyder
SHARON A. SNYDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-9640
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN LO RE
Senior Trial Attorney

STEPHEN FINN
RUSSELL A. SHULTIS
SONIA M. ORFIELD
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

May 21, 2008

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on May 21, 2008, a copy of this "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sharon A. Snyder