# In the United States Court of Federal Claims

No. 00-697 C

(Filed May 22, 2008)

WISCONSIN ELECTRIC POWER COMPANY, )
Plaintiff, )
v. )
)
THE UNITED STATES, )
Defendant. )

## ORDER

On May 21, 2008, Defendant's Unopposed Motion for An Enlargement of Time was filed. Defendant requests an enlargement of time to and including June 24, 2008, within which to confer regarding mutually convenient dates for oral argument and to notify the court of the proposed dates.

Accordingly, it is **ORDERED** that defendant's motion, filed May 21, 2008, is **GRANTED**.

s/ James F. Merow

James F. Merow

Senior Judge