**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 00-697C<br><br>(Senior Judge Merow) |

**PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, plaintiff, Wisconsin Electric Power Company ("WE"), respectfully requests an enlargement of 16 days from June 17, 2008 until July 3, 2008 for WE to file its (1) reply to defendant's post-trial brief, (2) responses to defendant's proposed findings of fact, and (3) counter-designations of deposition or trial testimony, and any potential objections, in response to the Government's November 9, 2007 submission of designated testimony. This is the second enlargement that WE has sought for the first two pleadings. This is the fifth enlargement that WE has sought for the third pleading. Counsel for WE conferred with Government counsel regarding this enlargement motion and the Government has no position regarding this motion.

The requested enlargement is necessary because counsel for WE needs additional time to respond to defendant's voluminous pleadings. Counsel for WE is working diligently on its reply pleadings but, given the volume of the defendant's pleadings and the size of the record in this case (trial transcript of 6,415 pages), requires additional time to complete these pleadings.

WE also requests an enlargement so that WE may file, with its reply pleadings, its counter-designations of deposition or trial testimony, and any potential objections, in

response to the Government's November 9, 2007 submission of designated testimony. WE believes that it will reduce the size of WE's pleading and be most efficient for the Court and the parties if WE is able to review the Government's use of its designated testimony in its post-trial pleadings before WE files its counter-designations and corresponding objections to the Government's designated testimony. The Court previously permitted WE to key its filing of counter-designations and objections to the filing of its post-trial reply pleadings. Order Granting Enlargement of Time, No. 00-697C (Fed. Cl. Mar. 28, 2008). Because WE requests an enlargement for its post-trial reply pleadings, an extension for the counter-designations is necessary as well.

WE continues to reserve the right to raise specific evidentiary objections to specific testimony designated by the Government in WE's Post-Trial Reply brief, as appropriate.

For the foregoing reasons, WE respectfully requests that the Court grant Plaintiff's Motion for an Enlargement of Time and enlarge the due date from June 17, 2008 to July 3, 2008 for WE to file its reply to defendant's post-trial brief, responses to defendant's proposed findings of fact, and counter-designations of deposition or trial testimony, and any potential objections, in response to the Government's November 9, 2007 submission of designated testimony.

Dated: June 16, 2008

Respectfully submitted,

s/ Richard W. Oehler by s/Jay L. Griffiths
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8419

Attorneys for Plaintiff
WISCONSIN ELECTRIC POWER COMPANY

Of Counsel:

Donald J. Carney
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005
(202) 434-1675

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, on June 16, 2008, I caused a copy of the foregoing "Plaintiff's Motion for An Enlargement of Time" to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jay L. Griffiths
Jay L. Griffiths