# In the United States Court of Federal Claims

No. 00-697 C
(Filed , 2008)

WISCONSIN ELECTRIC POWER COMPANY, )
Plaintiff, )
v. )
)
THE UNITED STATES, )
Defendant. )

**ORDER**

On June 16, 2008, Plaintiff's Motion for an Enlargement of Time was filed. Plaintiff requests an enlargement to and including July 3, 2008, for plaintiff ("WE") to file its (1) reply to defendant's post-trial brief, (2) responses to defendant's proposed findings of fact, and (3) counter-designations of deposition or trial testimony, and any potential objections, in response to the November 9, 2007 submission of designated testimony.

Accordingly, it is **ORDERED** that plaintiff's post-trial reply, responses to defendant's proposed findings of fact, and counter-designations of deposition or trial testimony, and any potential objections, in response to the November 9, 2007 submission of designated testimony are due on or before **July 10, 2008.**

s/ James F. Merow
James F. Merow
Senior Judge