# In the United States Court of Federal Claims

No. 00-697 C
(Filed June 20, 2008)

| | |
|---|---|
| WISCONSIN ELECTRIC POWER COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

By telephone call on June 18, 2008, counsel for defendant, Sharon Snyder and counsel for plaintiff, Donald Carney, notified the court that parties have agreed on possible dates for oral argument.

Accordingly, it is **ORDERED** that oral argument shall be held on August 22, 2008, commencing at 10:00 a.m., at The National Courts Building, 717 Madison Place, NW, Washington, DC, with equal time to be afforded to each party. Counsel should confer and provide an estimate of argument duration time to the opposing counsel. The courtroom location will be posted in the lobby.

s/ James F. Merow
James F. Merow
Senior Judge