# In the United States Court of Federal Claims

No. 00-697 C
(Filed August 7, 2008)

WISCONSIN ELECTRIC )
POWER COMPANY, )
Plaintiff, )
v. )
)
THE UNITED STATES, )
Defendant. )

## ORDER

On or before **August 18, 2008,** the parties shall file supplemental briefs addressing *Yankee Atomic Electric Co. v. United States*, Nos. 2007-5020, -5031 (Fed. Cir. Aug. 7, 2008) and *Pacific Gas and Electric Co. v. United States*, Nos. 2007-5046 (Fed. Cir. Aug. 7, 2008).

s/ James F. Merow
James F. Merow
Senior Judge