# ATTACHMENT 1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **WISCONSIN ELECTRIC POWER COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 00-697C**<br><br>**(Senior Judge Merow)** |

**DECLARATION OF EILEEN SUPKO**

I, Eileen M. Supko, declare as follows:

1. My name is Eileen M. Supko. I am a senior consultant and an owner of Energy Resources International, Inc. ("ERI"). I provided three expert reports and testified as an expert witness at trial for Wisconsin Electric Power Company ("Wisconsin Electric") in this case. My curriculum vitae is located in the Appendices of these expert reports (PX 791-793).

2. One of my expert reports (PX 791) was entitled "Expert Report Regarding Spent Nuclear Fuel Acceptance Rates For Wisconsin Electric Power Company's Point Beach Units 1 and 2" ("the Report"). The Report calculated the rates at which the U.S. Department of Energy ("DOE") would accept spent nuclear fuel assemblies from Point Beach Units 1 and 2 assuming that DOE ramped up to an overall acceptance rate of 3,000 MTU per year, with a five-year ramp up period.

3. The acceptance rate that I used in the report was based on the December 1998 (PX 544) and May 2001 (PX 600) DOE Total System Life Cycle Cost Analyses and the July 2004 Acceptance Capacity Report ("ACR") (PX 665) and is set forth at page 6 of my report. The Point Beach spent fuel allocations that I calculated based on this acceptance rate are set forth at page 11 of my report.

4. I provided this expert report to WE counsel and to WE's damages experts, the Kenrich Group ("KRG"), for use in KRG's fuel management model which also was submitted as a Plaintiff's Exhibit (PX 796) in this proceeding.

5. I have reviewed the Federal Circuit's recent decision in *Pacific Gas & Electric Co. v. United States*, No. 2007-5046 (Fed. Cir. Aug. 7, 2008) ("*PG&E*"), in which the Federal Circuit ruled that the Standard Contract required DOE to accept spent nuclear fuel in accordance with acceptance rates contained in the 1987 ACR. These rates are listed at page 7 of the 1987 ACR (PX 128). The 1987 ACR then references the acceptance rate table provided in Appendix F of the June 1987 OCRWM Mission Plan Amendment (PX 129, p. PA-142135).

6. I have been asked by Mr. Richard W. Oehler, counsel for Wisconsin Electric, to calculate the Point Beach Unit 1 and 2 allocations in the non-breach world using the rates reflected in Federal Circuit's *PG&E* decision, i.e., the rates in the 1987 ACR.

7. My calculation of the Point Beach Unit 1 and 2 allocations, and the total Point Beach allocations, based on the rates reflected in the 1987 ACR is set forth on Attachment 1 to this Declaration.

8. I also have provided this information to WE counsel and to KRG.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED at Washington, D.C., this 14h day of August, 2008.

Eileen M. Supko

Eileen M. Supko

# Attachment 1

| Year | Point Beach Unit 1 Assy. | Point Beach Unit 1 MTU | Point Beach Unit 2 Assy. | Point Beach Unit 2 MTU | Total Assy. | Total MTU |
|---|---|---|---|---|---|---|
| 1998 | 115 | 44.91 | 36 | 14.37 | 151 | 59.28 |
| 1999 | 48 | 19.17 | 71 | 27.65 | 119 | 46.82 |
| 2000 | 48 | 19.12 | 44 | 17.61 | 92 | 36.73 |
| 2001 | 33 | 13.21 | 29 | 11.62 | 62 | 24.83 |
| 2002 | 24 | 9.64 | 32 | 12.84 | 56 | 22.48 |
| 2003 | 33 | 13.27 | 32 | 12.86 | 65 | 26.13 |
| 2004 | 62 | 24.90 | 55 | 22.05 | 117 | 46.95 |
| 2005 | 31 | 12.42 | 44 | 17.51 | 75 | 29.93 |
| 2006 | 71 | 28.48 | 64 | 25.25 | 135 | 53.73 |
| 2007 | 66 | 25.27 | 34 | 12.55 | 100 | 37.82 |
| 2008 | 38 | 13.90 | 65 | 23.78 | 103 | 37.68 |
| 2009 | 58 | 21.26 | 29 | 10.65 | 87 | 31.91 |
| 2010 | 29 | 10.44 | 57 | 20.55 | 86 | 30.99 |
| 2011 | 61 | 21.92 | 29 | 10.38 | 90 | 32.30 |
| 2012 | 32 | 11.46 | 32 | 11.47 | 64 | 22.93 |
| 2013 | | | 20 | 7.20 | 20 | 7.20 |
| 2014 | 45 | 16.20 | 53 | 18.98 | 98 | 35.18 |
| 2015 | 40 | 14.35 | 40 | 14.36 | 80 | 28.71 |
| 2016 | 37 | 13.19 | | | 37 | 13.19 |
| 2017 | 40 | 14.08 | 36 | 12.77 | 76 | 26.85 |
| 2018 | 40 | 14.08 | 41 | 14.50 | 81 | 28.57 |
| 2019 | 41 | 16.05 | 40 | 15.64 | 81 | 31.69 |
| 2020 | 40 | 15.84 | 40 | 15.83 | 80 | 31.67 |
| 2021 | 40 | 15.84 | 40 | 15.84 | 80 | 31.68 |
| 2022 | | | 40 | 15.84 | 40 | 15.84 |
| 2023 | 39 | 15.41 | 36 | 14.25 | 75 | 29.66 |
| 2024 | 38 | 15.01 | | | 38 | 15.01 |
| 2025 | 37 | 14.62 | 35 | 13.86 | 72 | 28.47 |
| 2026 | 36 | 14.22 | 34 | 13.46 | 70 | 27.68 |
| 2027 | 35 | 13.83 | 34 | 13.46 | 69 | 27.29 |
| 2028 | 34 | 13.43 | 34 | 13.46 | 68 | 26.89 |
| 2029 | 34 | 13.43 | 34 | 13.46 | 68 | 26.89 |
| 2030 | 34 | 13.43 | 34 | 13.46 | 68 | 26.89 |
| 2031 | 34 | 13.43 | 34 | 13.46 | 68 | 26.89 |
| 2032 | 34 | 13.43 | 34 | 13.46 | 68 | 26.89 |
| 2033 | 34 | 13.43 | 34 | 13.46 | 68 | 26.89 |
| 2034 | 34 | 13.43 | 34 | 13.46 | 68 | 26.89 |
| 2035 | 34 | 13.43 | 34 | 13.46 | 68 | 26.89 |
| 2036 | 22 | 8.69 | 34 | 13.46 | 56 | 22.15 |
| 2037 | 121 | 47.80 | 34 | 13.46 | 155 | 61.26 |
| 2038 | | | 21 | 8.31 | 21 | 8.31 |
| 2039 | | | 121 | 47.90 | 121 | 47.90 |
| Total | 1,672 | 646.02 | 1,624 | 627.93 | 3,296 | 1273.95 |

Projected Point Beach Units 1 and 2 Spent Nuclear Fuel Acceptance Rights
1998 Non-Breach Spent Fuel Acceptance Under the Overall Acceptance Rate Identified in the *1987 Annual Capacity Report*[1] and *1987 Mission Plan Amendment*[2]

---

[1] *Annual Capacity Report*, U.S. DOE, OCRWM, DOE/RW-0146, June 1987, Table 2.1 ("1987 Annual Capacity Report")

[2] *OCRWM Mission Plan Amendment with Comments on the Draft Amendment and Responses to the Comments*, U.S. DOE, OCRWM, DOE/RW-0128, June 1987, Table F-1 ("1987 Mission Plan Amendment")



28795-0001/LEGAL14580862.1