# ATTACHMENT 2

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **WISCONSIN ELECTRIC POWER COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 00-697C**<br><br>**(Senior Judge Merow)** |

**DECLARATION OF RICHARD J. SIERACKI**

I, Richard J. Sieracki, declare as follows:

1. My name is Richard J. Sieracki. I am the Chief Executive Officer of The Kenrich Group LLC ("KRG"). I co-authored two expert reports plus two errata reports and testified as an expert witness at trial for Wisconsin Electric Power Company ("WE") in this case. My resume and testimony listing is located in the Appendix of the May 8, 2006 expert report (PX 794).

2. One of the supporting analyses of my testimony and reports is KRG's fuel management model. The fuel management model analyzes both the actual or breach scenario and the would-have-been or non-breach scenario (a world in which DOE performs in accordance with its contractual obligations per the Standard Contract). The non-breach fuel management model presented at trial (PX 1029 at KRGWE003841-3844, 3847) used an assumed acceptance rate provided by Ms. Eileen M. Supko of Energy Resources International, Inc. ("ERI"). This acceptance rate assumed that DOE ramped up to an overall acceptance rate of 3,000 MTU per year, with a five-year ramp up period. Ms. Supko provided Point Beach spent fuel allocations that she calculated based on this rate in her expert report entitled "Expert Report Regarding Spent Nuclear Fuel Acceptance Rates For Wisconsin Electric Power Company's Point Beach Units 1 and 2" (PX 791).

3. I have reviewed the Federal Circuit's recent decision in *Pacific Gas & Electric Co. v. United States*, No. 2007-5046 (Fed. Cir. Aug. 7, 2008) (*"PG&E"*), in which the Federal Circuit ruled that the Standard Contract required DOE to accept spent nuclear fuel in accordance with acceptance rates contained in the 1987 Annual Capacity Report ("ACR"). These rates are listed at page 7 of the 1987 ACR (PX 128). The 1987 ACR (again, at page 7 of PX 128) then references the acceptance rate table provided in Appendix F of the June 1987 OCRWM Mission Plan Amendment (PX 129, p. PA-142135).

4. I have been asked by Mr. Richard W. Oehler, counsel for WE, to update the KRG non-breach fuel management model using the rates reflected in the Federal Circuit's *PG&E* decision, i.e., the rates in the 1987 ACR, as provided by Ms. Supko of ERI.

5. My calculation of the KRG non-breach or would-have-been fuel management model for WE based on the rates reflected in the 1987 ACR is set forth in Attachment 1 to this Declaration.

6. The revised non-breach fuel management model using the 1987 ACR acceptance rate calculates the overall number of assemblies and casks that DOE would have picked up from 1998 to 2007. The result is that DOE would pick up 96 less assemblies and four less casks over those ten years than DOE would have picked up from WE assuming the 3,000 MTU rate. However, because the ramp-up rate for the 1987 ACR acceptance rates is faster than the 3,000 MTU rate, WE receives greater allocations in the first two years of acceptance.

7. This revised non-breach fuel management model does not change any of the opinions regarding the damages calculations provided in my expert reports or my testimony at trial.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED at Chicago, this 13th day of August, 2008.

Richard J. Sieracki

Protected Material to be Disclosed Only in Accordance with U.S. Court of Federal Claims Protective Order

# ATTACHMENT 1

## Revised Fuel Management Model

**Wisconsin Electric Power Company v. United States Of America**
**Spent Nuclear Fuel Damages Claim**

***Would-Have-Been Scenario [1987 ACR Rate Revision]***
***Fuel Management Model Assumptions***

| | | |
|---|---|---|
| DOE First Acceptance Of Fuel | | 1998 |
| Annual Deferral Of Acceptance Rights Allowed (1) | | Yes |
| | | **Point Beach** |
| End Of Original License - Unit 2 (2) | | 2013 |
| Life Extension | | Yes |
| Extended End Of License - Unit 2 (2) | | 2033 |
| Pool Capacity (In Assemblies) (3) | [A] | 1,502 |
| Inaccessible Cells (4) | [B] | 2 |
| One Full Core Reserve (5) | [C] | 121 |
| Effective Pool Capacity (6) | [D=A-B-C] | 1,379 |
| MTUs Per Assembly (average) (7) | [E] | 0.3802 |
| Dry Storage Facility | | No |
| DOE - Assemblies Per Container (8) | [F] | 24 |
| DOE - MTUs Per Container (average) | [G=E*F] | 9.1248 |

Notes:

(1) For purposes of this analysis, it is assumed that Point Beach only loads fuel to DOE in full containers; therefore, there may be MTU allocations that are not exercised in a given year. These "deferred" rights can then be applied in the following year.

(2) Point Beach received a 20-year license extension and, for purposes of this analysis, it is assumed that it operates through the extended license period.

(3) For purposes of this analysis, the pool capacity following the 1979 rerack is used for all years through 1995. According to the Design Basis Document (DBD) 13, Spent Fuel Pool Cooling And Filtration (Tab 5), the pool capacity is 1,502 spaces.

(4) Per Eric Meils, Professional Engineer, WE State Regulatory Affairs Department, two cells are inaccessible because there is a door hinge blocking access to these cells.

(5) Source: James Becka deposition; January 20, 2005 p. 122, lines 13-17.

(6) The effective pool capacity is 1,379 spaces through 1995. Starting in 1996, the effective pool capacity is 1,500 spaces because, per Paul Farron (WE manager of regulatory affairs) and Bob Link (former WE VP of nuclear power), a cask pit rack would have been installed in the cask laydown area of the Point Beach spent fuel pool. The cask pit rack would have been removed from the cask laydown area prior to DOE loading in 1998. The cask pit rack would have remained onsite as available capacity from this point forward.

(7) Source: Annual Discharges.

(8) Source: Eric Meils, Professional Engineer, WE State Regulatory Affairs Department.

**Wisconsin Electric Power Company v. United States Of America**
**Spent Nuclear Fuel Damages Claim**

***Would-Have-Been Scenario [1987 ACR Rate Revision]***
***Spent Nuclear Fuel Inventory And Dry Storage Container Requirements (In Assemblies)***
***Point Beach***

**Spent Fuel Pool**

| | DOE Acceptance Year | Total DOE Acceptance Rights Applied | $A_t=P_{t-1}$ Beginning Of Year Balance Of Fuel Cooled >5yrs | $B_t=Q_{t-1}$ <5yrs | C=A+B Total | $D_t=E_{t-5}$ Fuel Cooled During Year | E Annual Discharges | F Fuel Sent To DOE | G Containers Sent To DOE | H=A+D+F Potential Fuel In Pool Without Dry Storage >5yrs | I=B-D+E <5yrs | J=H+I Total | K Effective Pool Capacity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1972 | - | - | - | - | - | 41 | - | - | - | 41 | 41 | 1,379 |
| | 1973 | - | - | 41 | 41 | - | - | - | - | - | 41 | 41 | 1,379 |
| | 1974 | - | - | 41 | 41 | - | 110 | - | - | - | 151 | 151 | 1,379 |
| | 1975 | - | - | 151 | 151 | - | 16 | - | - | - | 167 | 167 | 1,379 |
| | 1976 | - | - | 167 | 167 | - | 66 | - | - | - | 233 | 233 | 1,379 |
| | 1977 | - | - | 233 | 233 | 41 | 85 | - | - | 41 | 277 | 318 | 1,379 |
| | 1978 | - | 41 | 277 | 318 | - | 77 | - | - | 41 | 354 | 395 | 1,379 |
| | 1979 | - | 41 | 354 | 395 | 110 | 53 | - | - | 151 | 297 | 448 | 1,379 |
| | 1980 | - | 151 | 297 | 448 | 16 | 40 | - | - | 167 | 321 | 488 | 1,379 |
| | 1981 | - | 167 | 321 | 488 | 66 | 57 | - | - | 233 | 312 | 545 | 1,379 |
| | 1982 | - | 233 | 312 | 545 | 85 | 49 | - | - | 318 | 276 | 594 | 1,379 |
| | 1983 | - | 318 | 276 | 594 | 77 | 68 | - | - | 395 | 267 | 662 | 1,379 |
| | 1984 | - | 395 | 267 | 662 | 53 | 22 | - | - | 448 | 236 | 684 | 1,379 |
| | 1985 | - | 448 | 236 | 684 | 40 | 53 | - | - | 488 | 249 | 737 | 1,379 |
| | 1986 | - | 488 | 249 | 737 | 57 | 63 | - | - | 545 | 255 | 800 | 1,379 |
| | 1987 | - | 545 | 255 | 800 | 49 | 72 | - | - | 594 | 278 | 872 | 1,379 |
| | 1988 | - | 594 | 278 | 872 | 68 | 67 | - | - | 662 | 277 | 939 | 1,379 |
| | 1989 | - | 662 | 277 | 939 | 22 | 65 | - | - | 684 | 320 | 1,004 | 1,379 |
| | 1990 | - | 684 | 320 | 1,004 | 53 | 71 | - | - | 737 | 338 | 1,075 | 1,379 |
| | 1991 | - | 737 | 338 | 1,075 | 63 | 58 | - | - | 800 | 333 | 1,133 | 1,379 |
| | 1992 | - | 800 | 333 | 1,133 | 72 | 58 | - | - | 872 | 319 | 1,191 | 1,379 |
| | 1993 | - | 872 | 319 | 1,191 | 67 | 57 | - | - | 939 | 309 | 1,248 | 1,379 |
| | 1994 | - | 939 | 309 | 1,248 | 65 | 58 | - | - | 1,004 | 302 | 1,306 | 1,379 |
| | 1995 | - | 1,004 | 302 | 1,306 | 71 | 64 | - | - | 1,075 | 295 | 1,370 | 1,379 |
| | 1996 | - | 1,075 | 295 | 1,370 | 58 | 52 | - | - | 1,133 | 289 | 1,422 | 1,500 * |
| | 1997 | - | 1,133 | 289 | 1,422 | 58 | - | - | - | 1,191 | 231 | 1,422 | 1,500 |
| 1 | 1998 | 144 | 1,191 | 231 | 1,422 | 57 | 98 | (144) | (6) | 1,104 | 272 | 1,376 | 1,500 |
| 2 | 1999 | 120 | 1,104 | 272 | 1,376 | 58 | 40 | (120) | (5) | 1,042 | 254 | 1,296 | 1,500 |
| 3 | 2000 | 96 | 1,042 | 254 | 1,296 | 64 | 40 | (96) | (4) | 1,010 | 230 | 1,240 | 1,500 |
| 4 | 2001 | 72 | 1,010 | 230 | 1,240 | 52 | 37 | (72) | (3) | 990 | 215 | 1,205 | 1,500 |
| 5 | 2002 | 48 | 990 | 215 | 1,205 | - | 76 | (48) | (2) | 942 | 291 | 1,233 | 1,500 |
| 6 | 2003 | 72 | 942 | 291 | 1,233 | 98 | 41 | (72) | (3) | 968 | 234 | 1,202 | 1,500 |
| 7 | 2004 | 120 | 968 | 234 | 1,202 | 40 | 40 | (120) | (5) | 888 | 234 | 1,122 | 1,500 |
| 8 | 2005 | 96 | 888 | 234 | 1,122 | 40 | 81 | (96) | (4) | 832 | 275 | 1,107 | 1,500 |
| 9 | 2006 | 144 | 832 | 275 | 1,107 | 37 | 36 | (144) | (6) | 725 | 274 | 999 | 1,500 |
| 10 | 2007 | 96 | 725 | 274 | 999 | 76 | 32 | (96) | (4) | 705 | 230 | 935 | 1,500 |
| Total | | 1,008 | | | | | 1,943 | (1,008) | (42) | | | | |

**Spent Fuel Pool (continued) / Dry Storage**

| | DOE Acceptance Year | L=J-K (If >0) Amount Over Effective Capacity | M Fuel Transfers To Dry Storage Contrs | N Contr Capacity | O=M*N Assys | P=H+O End Of Year Balance Of Fuel Cooled >5yrs | Q=I <5yrs | R=P+Q Total | S=M Total Transfers From Pool To Dry Storage Contrs | T=O Assys | U Fuel Transfers To DOE Facility Contrs | V Assys | W=(CUM S)-U Ending Balance Contrs | X=(CUM T)-V Assys |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1972 | - | - | 24 | - | - | 41 | 41 | - | - | - | - | - | - |
| | 1973 | - | - | 24 | - | - | 41 | 41 | - | - | - | - | - | - |
| | 1974 | - | - | 24 | - | - | 151 | 151 | - | - | - | - | - | - |
| | 1975 | - | - | 24 | - | - | 167 | 167 | - | - | - | - | - | - |
| | 1976 | - | - | 24 | - | - | 233 | 233 | - | - | - | - | - | - |
| | 1977 | - | - | 24 | - | 41 | 277 | 318 | - | - | - | - | - | - |
| | 1978 | - | - | 24 | - | 41 | 354 | 395 | - | - | - | - | - | - |
| | 1979 | - | - | 24 | - | 151 | 297 | 448 | - | - | - | - | - | - |
| | 1980 | - | - | 24 | - | 167 | 321 | 488 | - | - | - | - | - | - |
| | 1981 | - | - | 24 | - | 233 | 312 | 545 | - | - | - | - | - | - |
| | 1982 | - | - | 24 | - | 318 | 276 | 594 | - | - | - | - | - | - |
| | 1983 | - | - | 24 | - | 395 | 267 | 662 | - | - | - | - | - | - |
| | 1984 | - | - | 24 | - | 448 | 236 | 684 | - | - | - | - | - | - |
| | 1985 | - | - | 24 | - | 488 | 249 | 737 | - | - | - | - | - | - |
| | 1986 | - | - | 24 | - | 545 | 255 | 800 | - | - | - | - | - | - |
| | 1987 | - | - | 24 | - | 594 | 278 | 872 | - | - | - | - | - | - |
| | 1988 | - | - | 24 | - | 662 | 277 | 939 | - | - | - | - | - | - |
| | 1989 | - | - | 24 | - | 684 | 320 | 1,004 | - | - | - | - | - | - |
| | 1990 | - | - | 24 | - | 737 | 338 | 1,075 | - | - | - | - | - | - |
| | 1991 | - | - | 24 | - | 800 | 333 | 1,133 | - | - | - | - | - | - |
| | 1992 | - | - | 24 | - | 872 | 319 | 1,191 | - | - | - | - | - | - |
| | 1993 | - | - | 24 | - | 939 | 309 | 1,248 | - | - | - | - | - | - |
| | 1994 | - | - | 24 | - | 1,004 | 302 | 1,306 | - | - | - | - | - | - |
| | 1995 | - | - | 24 | - | 1,075 | 295 | 1,370 | - | - | - | - | - | - |
| | 1996 | - | - | 24 | - | 1,133 | 289 | 1,422 | - | - | - | - | - | - |
| | 1997 | - | - | 24 | - | 1,191 | 231 | 1,422 | - | - | - | - | - | - |
| 1 | 1998 | - | - | 24 | - | 1,104 | 272 | 1,376 | - | - | - | - | - | - |
| 2 | 1999 | - | - | 24 | - | 1,042 | 254 | 1,296 | - | - | - | - | - | - |
| 3 | 2000 | - | - | 24 | - | 1,010 | 230 | 1,240 | - | - | - | - | - | - |
| 4 | 2001 | - | - | 24 | - | 990 | 215 | 1,205 | - | - | - | - | - | - |
| 5 | 2002 | - | - | 24 | - | 942 | 291 | 1,233 | - | - | - | - | - | - |
| 6 | 2003 | - | - | 24 | - | 968 | 234 | 1,202 | - | - | - | - | - | - |
| 7 | 2004 | - | - | 24 | - | 888 | 234 | 1,122 | - | - | - | - | - | - |
| 8 | 2005 | - | - | 24 | - | 832 | 275 | 1,107 | - | - | - | - | - | - |
| 9 | 2006 | - | - | 24 | - | 725 | 274 | 999 | - | - | - | - | - | - |
| 10 | 2007 | - | - | 24 | - | 705 | 230 | 935 | - | - | - | - | - | - |
| Total | | | - | | - | | | | - | - | - | - | | |

General Note:
Per counsel, since there are no DOE pick-ups in the actual world as of February 28, 2007, there is no off-set for damages for DOE loading in the would-have-been world. This fuel management analysis is for informational purposes only.

Notes:
* Per Paul Farron (WE manager of regulatory affairs) and Bob Link (former WE VP of nuclear power), a temporary cask pit rack would have been installed in 1996 in the cask laydown area of the Point Beach spent fuel pool. (Effective pool capacity: 1500 = 1379 + 121). The temporary cask pit rack would have held 121 assemblies (per "Written Testimony of Krishna Singh" dated May 8, 2006). The cask pit rack would have been removed from the cask laydown area prior to DOE loading in 1998. The cask pit rack would have remained onsite as available capacity from this point forward.

Purpose:
To provide an annual status of the inventory of spent nuclear fuel at Point Beach in the would-have-been scenario and the impact of additions and removals of spent nuclear fuel from the facility.

# Wisconsin Electric Power Company v. United States Of America
## Spent Nuclear Fuel Damages Claim

### *Would-Have-Been Scenario [1987 ACR Rate Revision]*
### *DOE Acceptance Allocation*
### *Point Beach*

| | | [A] | [$B_1$=$C_0$-$F_0$] | [C=A+B] | [D=C/9.1248] (2) | [E=D*24] (3) | [F=D*9.1248] (4) |
|---|---|---|---|---|---|---|---|
| | | DOE Acceptance Rights | | | DOE Acceptance Allocation | | |
| | | Total Of All Units - MTU | | | Point Beach | | |
| Acceptance | Year | Annual (1) | Deferred | Available | Containers | Assemblies | MTU |
| 1 | 1998 | 59.280 | - | 59.280 | 6 | 144 | 54.749 |
| 2 | 1999 | 46.817 | 4.531 | 51.348 | 5 | 120 | 45.624 |
| 3 | 2000 | 36.730 | 5.724 | 42.454 | 4 | 96 | 36.499 |
| 4 | 2001 | 24.830 | 5.955 | 30.785 | 3 | 72 | 27.374 |
| 5 | 2002 | 22.480 | 3.411 | 25.891 | 2 | 48 | 18.250 |
| 6 | 2003 | 26.130 | 7.641 | 33.771 | 3 | 72 | 27.374 |
| 7 | 2004 | 46.950 | 6.397 | 53.347 | 5 | 120 | 45.624 |
| 8 | 2005 | 29.930 | 7.723 | 37.653 | 4 | 96 | 36.499 |
| 9 | 2006 | 53.730 | 1.153 | 54.883 | 6 | 144 | 54.749 |
| 10 | 2007 | 37.820 | 0.135 | 37.955 | 4 | 96 | 36.499 |
| Total | | 384.697 | | | 42 | 1,008 | 383.242 |

General Notes:
-This spreadsheet is used to maximize the MTU allocations per year under the assumption that only whole containers would have been loaded to DOE. It is assumed that MTUs that are deferred in a given year can be exercised the following year.
-Per counsel, since there are no DOE pick-ups in the actual world as of February 28, 2007, there is no off-set for damages for DOE loading in the would-have-been world. These DOE Acceptance Allocations are for informational purposes only.

Note:
(1) DOE acceptance rights based on 1987 ACR rate provided by Energy Resources International (ERI).
(2) Rounded down to integer; 9.1248 DOE-MTU's per Container (average), per Fuel Management Model Assumptions.
(3) 24 DOE-Assemblies per Container, per Fuel Management Model Assumptions.
(4) 9.1248 DOE-MTU's per Container (average), per Fuel Management Model Assumptions.

# Wisconsin Electric Power Company v. United States Of America
# Spent Nuclear Fuel Damages Claim

## *Would-Have-Been Scenario [1987 ACR Rate Revision]*
## *DOE Acceptance Rights*

| Acceptance Year | | Point Beach MTU | Point Beach Assys |
|---|---|---|---|
| 1 | 1998 | 59.280 | 151 |
| 2 | 1999 | 46.817 | 119 |
| 3 | 2000 | 36.730 | 92 |
| 4 | 2001 | 24.830 | 62 |
| 5 | 2002 | 22.480 | 56 |
| 6 | 2003 | 26.130 | 65 |
| 7 | 2004 | 46.950 | 117 |
| 8 | 2005 | 29.930 | 75 |
| 9 | 2006 | 53.730 | 135 |
| 10 | 2007 | 37.820 | 100 |
| **Total** | | **384.697** | **972** |

Source: Data based on 1987 ACR rate provided by Energy Resources International

General Note:
Per counsel, since there are no DOE pick-ups in the actual world as of February 28, 2007, there is no off-set for damages for DOE loading in the would-have-been world. These DOE Acceptance Rights are for informational purposes only.

**Wisconsin Electric Power Company v. United States of America**
**Spent Nuclear Fuel Damages Claim**

**Summary of Acceptance Rights - 1998 Case *[1987 ACR Rate Revision]***

Purpose: To combine the ERI data Wisconsin Electric's 1998 Acceptance Case (1987 ACR, 1987 Mission Plan Amendment Rates) for Point Beach Units 1 and 2.

| | [A] | [B] | [C = A + B] | [D] | [E] | [F = D + E] |
|---|---|---|---|---|---|---|
| Acceptance Year | Point Beach 1 MTU | Point Beach 2 MTU | Total MTU | Point Beach 1 Assemblies | Point Beach 2 Assemblies | Total Assemblies |
| 1998 | 44.910 | 14.370 | 59.280 | 115 | 36 | 151 |
| 1999 | 19.167 | 27.650 | 46.817 | 48 | 71 | 119 |
| 2000 | 19.120 | 17.610 | 36.730 | 48 | 44 | 92 |
| 2001 | 13.210 | 11.620 | 24.830 | 33 | 29 | 62 |
| 2002 | 9.640 | 12.840 | 22.480 | 24 | 32 | 56 |
| 2003 | 13.270 | 12.860 | 26.130 | 33 | 32 | 65 |
| 2004 | 24.900 | 22.050 | 46.950 | 62 | 55 | 117 |
| 2005 | 12.420 | 17.510 | 29.930 | 31 | 44 | 75 |
| 2006 | 28.480 | 25.250 | 53.730 | 71 | 64 | 135 |
| 2007 | 25.270 | 12.550 | 37.820 | 66 | 34 | 100 |
| 2008 | 13.900 | 23.780 | 37.680 | 38 | 65 | 103 |
| 2009 | 21.260 | 10.650 | 31.910 | 58 | 29 | 87 |
| 2010 | 10.440 | 20.550 | 30.990 | 29 | 57 | 86 |
| 2011 | 21.920 | 10.380 | 32.300 | 61 | 29 | 90 |
| 2012 | 11.460 | 11.470 | 22.930 | 32 | 32 | 64 |
| 2013 | - | 7.200 | 7.200 | - | 20 | 20 |
| 2014 | 16.200 | 18.980 | 35.180 | 45 | 53 | 98 |
| 2015 | 14.350 | 14.360 | 28.710 | 40 | 40 | 80 |
| 2016 | 13.190 | - | 13.190 | 37 | - | 37 |
| 2017 | 14.080 | 12.770 | 26.850 | 40 | 36 | 76 |
| 2018 | 14.076 | 14.495 | 28.571 | 40 | 41 | 81 |
| 2019 | 16.048 | 15.644 | 31.692 | 41 | 40 | 81 |
| 2020 | 15.840 | 15.829 | 31.669 | 40 | 40 | 80 |
| 2021 | 15.844 | 15.836 | 31.680 | 40 | 40 | 80 |
| 2022 | - | 15.840 | 15.840 | - | 40 | 40 |
| 2023 | 15.407 | 14.251 | 29.658 | 39 | 36 | 75 |
| 2024 | 15.012 | - | 15.012 | 38 | - | 38 |
| 2025 | 14.617 | 13.855 | 28.472 | 37 | 35 | 72 |
| 2026 | 14.221 | 13.460 | 27.681 | 36 | 34 | 70 |
| 2027 | 13.826 | 13.460 | 27.286 | 35 | 34 | 69 |
| 2028 | 13.431 | 13.460 | 26.891 | 34 | 34 | 68 |
| 2029 | 13.431 | 13.460 | 26.891 | 34 | 34 | 68 |
| 2030 | 13.431 | 13.460 | 26.891 | 34 | 34 | 68 |
| 2031 | 13.431 | 13.460 | 26.891 | 34 | 34 | 68 |
| 2032 | 13.431 | 13.460 | 26.891 | 34 | 34 | 68 |
| 2033 | 13.431 | 13.460 | 26.891 | 34 | 34 | 68 |
| 2034 | 13.431 | 13.460 | 26.891 | 34 | 34 | 68 |
| 2035 | 13.431 | 13.460 | 26.891 | 34 | 34 | 68 |
| 2036 | 8.691 | 13.460 | 22.151 | 22 | 34 | 56 |
| 2037 | 47.800 | 13.460 | 61.260 | 121 | 34 | 155 |
| 2038 | - | 8.313 | 8.313 | - | 21 | 21 |
| 2039 | - | 47.900 | 47.900 | - | 121 | 121 |
| Total | 646.017 | 627.933 | 1,273.950 | 1,672 | 1,624 | 3,296 |

Source: 1998 Acceptance Case - 1987 ACR, 1987 Mission Plan Amendment Case, from Energy Resources International

General Note: Per counsel, damages assume the same number of DOE containers are loaded in the actual and would have been worlds. Because damages are only calculated through 2007, only data through 2007 is used.