# In the United States Court of Federal Claims

No. 00-697 C

(Filed August 18, 2008)

| | |
|---|---|
| WISCONSIN ELECTRIC | ) |
| POWER COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

**ORDER**

The court held a telephonic conference on August 15, 2008, to address the defendant's request for an extension of time to file supplemental post-trial briefs addressing *Yankee Atomic Corp. v. United States*, __ F.3d __ , 2008 WL 3089032 (Fed. Cir. Aug. 7, 2008) and *Pacific Gas & Electric Co. v. United States,*__ F.3d __, 2008 WL 3089272 (Fed. Cir. Aug. 7, 2008). Plaintiff filed a Response in opposition to the request for an enlargement of time. At the conference, counsel presented their respective positions.

Accordingly, it is **ORDERED** that:

(1) Supplemental briefs shall be filed on or before **September 17, 2008;**

(2) Oral argument shall be held on **September 26, 2008**,commencing at 10:00 a.m., at The National Courts Building, 717 Madison Place, NW, Washington, DC, with equal time to be afforded to each party. Counsel should confer and provide an estimate of argument duration time to the opposing counsel. Electronic Courtroom Number 5 has been reserved.

s/ James F. Merow

James F. Merow

Senior Judge